*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT A

POA AGREEMENT AS TO
ANN-MARIE SAYERS
(APPOINTING SAYERS-ROODS &
HEINZ AS POA AGENTS);

SAYERS'S POA TERMINATION LETTER
(DANNY SHEEHAN);

AND

DOI TRUST LAND ALLOTMENT PAPERS AS
TO ANN-MARIE SAYERS OF
THE COSTANOAN INDIAN TRIBE

# DURABLE POWER OF ATTORNEY FOR HEALTH CARE, ET SEQ.

I, Ann Marie Sayers, of Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, being of sound mind, voluntarily create this Durable Power of Attorney for Health Care (see *Additional Instructions* hereinunder).

## PRIOR DESIGNATIONS
On this 21st day of March, 2022, I revoke any prior Durable Power of Attorney Agreements.

## APPOINTMENT OF HEALTH CARE AGENT
Thereby, the person(s) listed herein under, I wish to designate as my agent(s) for health care decisions, inter alia as disclosed hereunto:

> Charles F. Heinz, Jr.
> P.O. Box 32122
> San Jose, California, 95152
> Telephone: (925) 389-9674
> Relationship: Friend of 25+ Years and Business Associate at Costanoan Indian Research Inc.

## APPOINTMENT OF ALTERNATE HEALTH CARE AGENT
If I revoke Charles F. Heinz, Jr.'s authority or if Charles F. Heinz, Jr. is not willing, able, or reasonably available to make a health care decision for me, I designate as my alternate agent:

> Kanyon Sayers-Roods
> Indian Canyon Ranch, 1 Indian Canyon Road
> Hollister, California, 95023
> Telephone: (831) 207-9331
> Relationship: Daughter and Business Associate at Costanoan Indian Research Inc.

## AGENT'S AUTHORITY
My agent(s) is/are authorized to act for me in all matters relating to my health care. My agent's powers include, but are not limited to:

- Full power to consent, refuse consent, or withdraw consent to all medical, surgical, hospital and related health care treatments and procedures on my behalf, according to my wishes as stated in this document, or as stated in a separate Living Will, Health Care Directive, or other similar type document, or as expressed to my agent by me;

- Full power to make decisions on whether to provide, withhold, or withdraw artificial nutrition and hydration on my behalf, according to my wishes as stated in this document, or as stated in a

separate Living Will, Health Care Directive, or other similar type document, or as expressed to my agent by me;

- Full power to review and receive any information regarding my physical or mental health, including medical and hospital records, in accordance with the *Health Insurance Portability and Accountability Act of 1996,* 42 USC 1320d ("HIPAA"), and the *American Recovery and Reinvestment Act of 2009* ("ARRA");

- **Full power to sign any releases in order to obtain this information;**

- **Full power to sign any documents required to request, withdraw, or refuse treatment or to be released or transferred to another medical facility, inter alia disclosed hereunto.**

My agent does not have authority to act for me for any other purpose unrelated to my health care, or *Additional Instructions* listed herein below. All of my agent's actions under this power during any period when I am unable to make or communicate health care decisions have the same effect on my heirs, devisees and personal representatives as if I were competent and acting for myself.

## WHEN AGENT'S AUTHORITY BECOMES EFFECTIVE
The designation of my health care agent will become effective here and now, and will remain in effect until my death, or until I regain competence and revoke it.

## AGENT'S OBLIGATIONS
My agent will make health care decisions for me in accordance with this document, and in accordance with any instructions I give in a Living Will, Health Care Directive or other such document (either included in this document or as a separate document), and my other wishes to the extent known to my agent. To the extent my wishes are unknown, my agent will make health care decisions for me in accordance with what my agent determines to be in my best interest. In determining my best interest, my agent will consider my personal values to the extent known to my agent.

## NOMINATION OF CONSERVATOR OR GUARDIAN
If a conservator or guardian of my person needs to be appointed for me by a court, I nominate Charles F. Heinz, Jr., the agent designated in this form. If Charles F. Heinz, Jr. is not willing, able, or reasonably available to act as conservator, I nominate Kanyon Sayers-Roods, the alternate agent designated in this form. My nominated conservator or guardian is not required to post bond or security.

## EFFECT OF COPY
A copy of this Durable Power of Attorney for Health Care has the same effect as the original.

## SEVERABILITY

If any part or parts of this Durable Power of Attorney for Health Care is found to be invalid or illegal under applicable law by a court of competent jurisdiction, the invalidity or illegality of such part or parts shall not in any way affect the remaining parts, and this document shall be construed as though the invalid or illegal part or parts had never been included herein. But if the intent of this Durable Power of Attorney for Health Care would be defeated by such construction, then it shall not be so construed.

## SIGNATURE

This Durable Power of Attorney for Health Care is made after careful reflection, while I am of sound mind. I am fully informed as to all contents of this document and understand the full import of this grant of powers to my agent. I fully understand that by signing this document, I will permit my agent to make health care decisions for me. I understand that my signature on this document gives my agent authority to provide, withhold, or withdraw consent to health care treatments or procedures on my behalf; to apply for public benefits to defray the cost of my health care; and to authorize my admission to or transfer from a health care facility. I further affirm that I am not signing this document as a condition of treatment or admission to a health care facility.

Signature: _____

Name:       Ann Marie Sayers

Date:       March 21, 2022

Place:      Indian Canyon Ranch ("Indian Country"), Hollister, CA 95023, California

Witness-1: _____          MARLENE MACHADO
            Signature                                 Print Name

Witness-2: _____          KANYON SAYERS-ROODS
            Signature                                 Print Name

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF  San Benito

On this 21st day of March, 2022, before me, Vanessa Noelle Milla personally appeared: Ann Marie
Sayers, who proved to me on the basis of satisfactory evidence to be the person whose name is
subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf
of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

W. milla
_____
Notary Public

Vanessa Noelle Milla
_____
(print name)



Vanessa Noelle Milla
COMM. #2386474
NOTARY PUBLIC · CALIFORNIA
SAN BENITO COUNTY
My Comm. Expires Dec. 12, 2025

# INSTRUCTIONS FOR HEALTH CARE

If I, Ann Marie Sayers, become incapacitated and am unable to direct my health care providers as to my own health care, I direct that this statement be read as a true reflection of my health care wishes.

<u>DEFINITIONS</u>
For the purposes of this document, the following definitions apply:

1. **"Artificially administered food and water"** (or artificial nutrition and hydration) means the provision of nutrients or fluids by a tube inserted in vein, under the skin in the subcutaneous tissues, or in the stomach (gastrointestinal tract).

2. **"Attending physician"** means the physician licensed by the state board of medicine, selected by or assigned to the patient, and who has primary responsibility for the treatment and care of the patient.

3. **"Comfort care"** means treatment, including prescription medication, provided to the patient for the sole purpose of alleviating pain. Artificially administered food and water is not included.

4. **"Health care provider"** or "provider" means any person licensed, certified, or otherwise authorized by law to administer health care in the ordinary course of business or practice of a profession.

5. **"Irreversible (Permanent) Coma"** means a profound state of unconsciousness caused by disease, injury, poison, or other means and for which it has been determined that there exists no reasonable expectation of regaining consciousness.

6. **"Life-prolonging procedure"** (or **"life-sustaining procedure"**) means any medical procedure, treatment, or intervention which sustains, restores, or supplants a spontaneous vital function. In this document the term does not include sustenance and hydration administration, or the provision of medication or the performance of medical procedure, when such medication or procedure is deemed necessary to provide comfort care or to alleviate pain.

7. **"Persistent vegetative state"** means a permanent and irreversible condition in which there is:
   a. The absence of voluntary action or cognitive behavior of any kind.
   b. An inability to communicate or interact purposefully with the environment.

8. **"Terminal condition"** means a condition caused by injury, disease, or illness from which there is no reasonable medical probability of recovery and which, without treatment, can be expected to cause death.

## MEDICAL DIRECTIONS AND END-OF-LIFE DECISIONS

I direct that my health care providers and others involved in my care, provide, withhold, or withdraw treatment in accordance with my directions below:

1. If I have an incurable and irreversible (terminal) condition that will result in my death within a relatively short time, I direct that:
   - I be kept on any artificial life support as long as possible within the limits of generally accepted health care standards.

   - I be artificially administered food and water, even if that has the effect of prolonging my life.

   - I be provided comfort care, and relief from pain, including any pain reduction medication, even if doing so would prolong my life.

2. If I am diagnosed as being in an irreversible coma and, to a reasonable degree of medical certainty, I will not regain consciousness, I direct that
   - I be kept on any artificial life support as long as possible within the limits of generally accepted health care standards.

   - I be artificially administered food and water, even if that has the effect of prolonging my life.

   - I be provided comfort care, and relief from pain, including any pain reduction medication, even if doing so would prolong my life.

3. If I am diagnosed as being in a persistent vegetative state and, to a reasonable degree of medical certainty, I will not regain consciousness, I direct that:
   - I be kept on any artificial life support as long as possible within the limits of generally accepted health care standards.

   - I be artificially administered food and water, even if that has the effect of prolonging my life.

   - I be provided comfort care, and relief from pain, including any pain reduction medication, even if doing so would prolong my life.

## ADDITIONAL INSTRUCTIONS

I decree that my agent shall act on my behalf in any lawful circumstance(s), respective to, but no limited

to Indian Canyon Ranch under 18 U.S.C. 1151, as follows:

(a) Real property transactions;

(b) Tangible personal property transactions;

(c) Stock and bond transactions;

(d) Commodity and option transactions;

(e) Banking and other financial institution transactions;

(f) Business operating transactions;

(g) Insurance and annuity transactions;

(h) Estate, trust and other beneficiary transactions,

(i) Claims and litigation;

(j) Personal and family maintenance;

(l) Benefits from scoail security, Medicare, Medicaid, SSI, or other governmental programs, or civil or military service;

(m) Retirement plan transactions; and

(n) Tax matters. I understand that I may change the above-listed directives at any time by revoking this declaration and writing a new one.

## EFFECT OF COPY
A copy of this Instructions for Health Care has the same effect as the original.

## SEVERABILITY
If any part or parts of this Instructions for Health Care is found to be invalid or illegal under applicable law by a court of competent jurisdiction, the invalidity or illegality of such part or parts shall not in any way affect the remaining parts, and this document shall be construed as though the invalid or illegal part

or parts had never been included herein. But if the intent of this Instructions for Health Care would be defeated by such construction, then it shall not be so construed.

## SIGNATURE

Pursuant to 28 U.S.C. 1746, there among other certifications hereunto, this document is made upon careful reflection. Options that I have considered and rejected are not printed above. I confirm that the health care directions contained herein were made after careful consideration and in full awareness of other options that may have been available to me. I declare that I am an adult in the State of California, that I understand the full import of this declaration, and that I am emotionally and mentally competent to give these directions.

Signed at Indian Canyon Ranch ("Indian Country"), Hollister, CA 95023, in the State of California, this 21st day of March, 2022.

Signature: _____

Name:      Ann Marie Sayers

Address:      Indian Canyon Ranch, 1 Indian Canyon Road

             Hollister, California

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the truthfulness,
> accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _San Benito_

On this 21st day of March, 2022, before me, _Vanessa Noelle Milla_ personally appeared: Ann Marie
Sayers, who proved to me on the basis of satisfactory evidence to be the person whose name is
subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf
of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California, and 28 U.S.C. 1746
(as to *Indian Country*) that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_W. Milla_
Notary Public

_Vanessa Noelle Milla_
(print name)



Vanessa Noelle Milla
COMM. #2386474
NOTARY PUBLIC - CALIFORNIA
SAN BENITO COUNTY
My Comm. Expires Dec. 12, 2025

Ann Marie Sayers
Indian Canyon Ranch
1 Indian Canyon Road
P.O. Box 28
Hollister, CA 95023

March 21, 2021

ATTN TO:    Daniel ("Danny") P. Sheenan
            <info@romeroinstitute.org>,
            <info@lakotalaw.org>

## IN RE: TERMINATION NOTICE (DURABLE GENERAL POWER OF ATTORNEY)

Dear Mr. Sheenan:

This letter shall serve as an official notice of termination of Durable General Power of Attorney Agreement ("Agreement"), executed by and between "Ann Marie Sayers" and "Danny Sheenan" ("POA") on or about January 30, 2022.

Thereby, I request that:

1. All activities as POA in accordance with Agreement terminate immediately.

2. Any written or oral correspondence from respective persons or organizations concerning me, or any personal, business, financial, or equitable interest will be redirected to me via email (info@indiancanyonlife.org) or standard mail at P.O. Box 28, Hollister, CA 90523.

3. Any applicable property or materials in your possession be transferred to me via email (info@indiancanyonlife.org) or standard mail at P.O. Box 28, Hollister, CA 90523. (Please contact me via email if you have any shipping costs that require payment for the return of property.)

I want to thank you for your prior efforts as my POA. Kindly accept this official notice with the warmest regards, wishing you the best in your future endeavors to support Native American rights awareness.

Respectfully,

Ann Marie Sayers

---

The notary public of San Benito County, California, presently at Indian Canyon Ranch pursuant to 18 U.S.C. 1151, certifies that Ann Marie Sayers has been duly identified with government-issued document(s) or witnesses, whereof shall authenticate the undersigning herein above.

N. m Ulla                               03-21-2022
Notary Public Signature                 Date

Vanessa Noelle Milla
COMM. #2386474
NOTARY PUBLIC • CALIFORNIA
SAN BENITO COUNTY
My Comm. Expires Dec. 12, 2025

Form 1860-8
(May 1985)

# The United States of America

### To all to whom these presents shall come, Greeting:

5(0   C

Serial No. CACA 12519

9312654

WHEREAS,

Ann Marie Sayers,
an Indian of the Costanoan Tribe,

is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8,
1887, as amended (25 U.S.C. 334), for the following described land:

Mount Diablo Meridian, California

T. 14 S., R. 5 E.,
  sec. 24, lots 1, 2, and 3.

Containing 123.42 acres.

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted and by these presents does allot, unto the said Indian, the land above described, and hereby declares that it does and will hold the land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian, and at the expiration of said period the United States will convey the same by patent to the said Indian in fee, discharged of said trust and free from all charge and encumbrance whatsoever; but in the event said Indian dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian and either issue to them in their names a patent in fee for said land, or cause said land to be sold for the benefit of said heirs as provided by law;

EXCEPTING AND RESERVING TO THE UNITED STATES a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890 (43 U.S.C. 945).

IN TESTIMONY WHEREOF, the undersigned authorized officer of the Bureau of Land Management, in accordance with the provisions of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the United States, caused these letters to be made Patent, and the Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in   Sacramento, California
the   NINETEENTH   day of        AUGUST   in the year
of our Lord one thousand nine hundred and   EIGHTY-EIGHT
and of the Independence of the United States the two hundred
and   THIRTEENTH.

[SEAL]

By _____
        Deputy State Director

California State Office

Patent Number **04-88-0047**

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0   6401
88 SEP 15   A 8  53

BRANCH OF REALTY
TITLES & RECORDS
SECTION



SEP  8 1988

9312654

# memorandum

DATE: **SEP  7 1988**
ACTING
REPLY TO
ATTN OF:      Area Director, Sacramento Area Office

SUBJECT:     New Indian Allotment, San Benito County - Ann Marie Sayers, Allottee

TO:          Superintendent, Central California Agency
             Attention:  Realty Officer

             Attached is the original trust patent No. 04-88-0047 which was issued to Ann
             Marie Sayers by the Bureau of Land Management pursuant to the General
             Allotment Act of February 8, 1887, as amended (25 U.S.C. 334).

             We were previously advised by the BLM staff that the Certificate of
             Eligibility (No. 472) to receive an allotment had been issued by the Central
             California Agency, however, we have never been provided with a copy.  Upon a
             check of the California Judgment Roll, we found the following information
             regarding the subject Allottee:

                        Ann Marie Sayers
                        DOB:  10/13/1948
                 Mother:  Elena Sayers, 1933 Census RN 6503
                 Mother's Blood Degree:  4/4 Mission San Juan Bautista.

             The subject property, consisting of three lots totaling 123.42 acres, is
             located in San Benito County, and a copy of BLM's May 22, 1884 plat is
             attached.

             Please assign an IRMS identification number to the Allottee and make the
             appropriate addition to your land records and have the patent and plat
             recorded at the Portland Titles and Records Section.  By separate letter, we
             will be advising the Allottee (P.O. Box 28, Hollister, CA  95023) that the
             Central California Agency will have administrative jurisdiction over the
             subject allotment.  We have been advised by the BLM that Ms. Sayers also owns
             an adjacent tract in fee simple.

             Also attached hereto are the documents which comprise our entire case file on
             the subject.

             Attachments

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
6010-114
☆U.S.GPO 1987-0-181-247/40255



**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
BUREAU OF INDIAN AFFAIRS
Central California Agency
1800 Tribute Road, Suite 111
Sacramento, California  95815-4314

5 0   0 4 2 1

9 3 1 2 6 5 4

This is to certify that the attached *Patent* between *U.S.A*
and *Ann Marie Sayers* for *CACA*        Allotment No. *12519*
are in conformity with existing laws and regulations, and all realty
records checked as to description, ownership and proper identification of
grantor/grantee and conformity extends to and includes all supporting
documents and other materials as may be specified and required in the
Code of Federal Regulations.

*[signature]*
Realty Officer

Approved *9-8-88*        *[signature]*
Acting        Superintendent

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0   0 4 2 1

88 SEP 15  A 8 : 53

BRANCH OF REALTY
TITLES & RECORDS
SECTION

**END OF DOCUMENT**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Central California Agency
1800 Tribute Road, Suite 111
Sacramento, California 95815-4314

5.0   6421

9312654

This is to certify that the attached *Patent* ~~deed~~ between *U.S.A.*

and *Ann Marie Sayers* for *CACA* _____ Allotment No. *12519*

are in conformity with existing laws and regulations, and all realty

records checked as to description, ownership and proper identification of

grantor/grantee and conformity extends to and includes all supporting

documents and other materials as may be specified and required in the

Code of Federal Regulations.

_Virginia A Cappetta_
Realty Officer

Approved *9-8-88*   _Virginia A Cappetta_
Acting   Sup intendent

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5.0   6421

88 SEP 15  A 8 : 53

BRANCH OF REALTY
TITLES & RECORDS
SECTION

END OF DOCUMENT

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT B

Sayers-Garcia, Costanoan Indian Genealogy Tree
(BIA-Issued Roll Nos.)

Bureau of Indian Affairs genealogy / lineage chart (handwritten)

Request file for Client for more info

| | Indian Blood: Tribe & Degree |
|---|---|
| Great-Grandfather | |
| Great-Grandmother | |
| Great-Grandfather | |
| Great-Grandmother | |
| Great-Grandfather | |
| Great-Grandmother | |
| Great-Grandfather | Sebastian Garcia 4/4   33 Ap. 8079 |
| Great-Grandmother | Maria Garcia 1/2   33 Ap. 8078 |
| Grandfather | |
| Grandmother | (800 Tribute Rd) |
| Grandfather | Bonilla   x Tomas Sanchez |
| Grandmother | Evangelista Garcia 3/4 |

Father   N-I
Indian Blood: Tribe & Degree

Mother   Elena Sanchez Sayers
Indian Blood: San Juan Bautista 3/8
Tribe & Degree
DOD: 1974
33-6503 (A807?)
DOB: 7-15-11
(44 Mission)

BUREAU OF INDIAN AFFAIRS
Central California Agency
P.O. Box 15740
Sacramento, CA. 95813

Applicant

Name: Ann Marie Sayers
DOB: 10-13-48 1972 RN 56708
TRIBE: Costanoan (28910)
FOLDER: 1891 ..... APP 30416
Indian Blood: Tribe & Degree
50-28910 (29973)

Name: Christopher A Sayers
DOB: 10-24-51 1972 RN 56710
TRIBE: Costanoan (28944)
FOLDER: 1890 ..... APP 10181

(408) 637-4738

P.O. Box 28
Hollister, CA 95023

CCA/TO2

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT C

Plaintiff Sayers-Roods Birth Cert.
(shows nexus to Ann-Marie Sayers)

5/11/22, 1:54 PM

Kanyon-berth-cert-photo.jpg



https://drive.google.com/drive/u/1/folders/1aAZ9Qep.JMpZwvJGZ2LFNK7wvXYro9Nwvw1

Kanyon-berth-cert-photo.jpg

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT D

Tribal 501c3 Org Papers from CA-SOS;
Chualar-Costanoan Tribe Roll List



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

Entity Name: COSTANOAN INDIAN RESEARCH, INC.

| | |
|---|---|
| Entity (File) Number: | C1270176 |
| File Date: | 03/02/2022 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | H287955 |

**Detailed Filing Information**

1. Entity Name:

   COSTANOAN INDIAN RESEARCH, INC.

2. Business Addresses:
   a. Street Address of Principal
      Office in California:

      1 Indian Canyon Road
      Indian Canyon, California 95023
      United States of America

   b. Mailing Address:

      PO Box 28
      Hollister, California 95024
      United States of America

3. Officers:
   a. Chief Executive Officer:

      Kanyon  Sayers-Roods
      1 Indian Canyon Road
      Indian Canyon, California 95023
      United States of America

   b. Secretary:

      Charles  Heinz
      1 Indian Canyon Road
      Indian Canyon, California 95023
      United States of America

Document ID: H287955

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

c.  Chief Financial Officer:

Thomas  Bishop
1 Indian Canyon Road
Indian Canyon, California 95023
United States of America

4.  Agent for Service of Process:

Ann-Marie  Sayers
1 Indian Canyon Road
Indian Canyon, Hollister, California 95023
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   s/ Kanyon Sayers-Roods

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID:  H287955

## COSTANOAN INDIAN RESEARCH, INC. - BOARD RESOLUTION

**MINUTES OF A MEETING OF DIRECTORS** of COSTANOAN INDIAN RESEARCH, INC., holding a corporate office at 1 Indian Canyon Road, Hollister, California 95023 (the "Corporation"); a special meeting held in the State of California on this _25th_ day of February, 2022.

1. The following members were present:
   Kanyon Sayers-Roods, Secretary, Co-Chair, & Chief Director
   Kanyon Sayers-Roods, Treasurer & CFO.

   And, under Cal. Corp. Code(s) § 7225, Charles Heinz was appointed as a provisional director and Acting Secretary of Corporation.

2. **UPON A MOTION DULY MADE**, seconded and unanimously carried, Kanyon Sayers-Roods (Secretary, CFO, Chief Director) acted as Chairperson of the meeting and Charles Heinz (Senior Board Advisor, Acting Secretary, Provisional Director) as Secretary of the meeting.

3. The Chairperson noted that notice of this meeting was properly provided to each director within the time periods required by the bylaws of the Corporation and the laws of the State of California. Accordingly, the Chairperson called the meeting to order.

4. Minutes of the last regular meeting were read and after extensive discussion and, upon motion duly made, seconded and carried, were adopted with the identified amendments.

5. The Chairperson presented to the meeting and thereupon the following resolutions were offered, seconded and unanimously adopted.

**IT WAS RESOLVED THAT:**

1. The following individuals are appointed and confirmed as signing officers for the Corporation for a term of four years or until replaced and are authorized to manage all business interests, including bank accounts that have been established for the benefit of the Corporation, sign and endorse checks, drafts, and other orders of payment for those bank or investment accounts, are

authorized to manage legal-decision making, and sign bills of lading, and other corporate documents, as needed and reasonable, for the normal conduct of the business of the Corporation:

Kanyon Sayers-Roods, President, Chief Director, Co-Chair;
Thomas Bishop, Treasurer-Chief Financial Officer; and
Charles Heinz, Secretary-Executive Vice President.

2. The Corporation will not require an audit for the most recent fiscal year ended and an auditor will not be appointed for the Corporation for the upcoming year.

3. The following individuals are appointed and confirmed as officers of the Corporation for a term of one year or until replaced:

Kanyon Sayers-Roods: President, Co-Chair, Chief Director;
Thomas A. Bishop: Treasurer, Chief Financial Officer (CFO), Director; and
Charles Heinz: Secretary, Executive Vice President (EVP), Director.

4. Ann-Marie Sayers is removed as President, Chairman of the Board of the Corporation effective immediately for the following cause:

February 19, 2022, a special meeting was held among the director(s)/officer(s) of official record under Statement of Information (Calif. SOS Entity C1270176 - Doc. ID No. GR71526, Mar. 17, 2021), and a provisional director under Cal. Corp. Code(s) § 7225, whereby resulted in a majority vote of two of three officers/directors of Corporation vetting that this corporate position should be reassigned pursuant Cal. Corp. Code(s) § 7221, § 7222(a)(1), § 7224 (Article 3 of the California Nonprofit Corporation Law). Whereas, Corporation's founder, Ann-Marie Sayers shall remain a board director, Co-Chair of the Board of Directors, and Registered Agent of Corporation, with voting rights pursuant to Cal. Corp. Code § 7610. Corporation's cause of action for this change was to make good faith efforts to uphold legislation prescribed under Cal. Corp. Code § 7238 and § 7215, under preventative measures to preclude the possibility of a vacancy, inter alia relative to a deceased or professionally incompetent officer or director as defined under Cal. Corp. Code § 7221.

The office of President, Chairman of the Board is now vacant. Whereas, has been replaced with the reassigned co-chair, Kanyon Sayers-Roods, who is the daughter of the former chairman and president, Ann-Marie Sayers.

And, Kanyon Sayers-Roods has been removed as Secretary and Chief Financial Officer of Corporation in accordance with Article 3 of the California Nonprofit Corporation Law.

5. Thereby, Corporation shall adopt Bylaws that become effective from the date of certification by Secretary and President declared hereinbelow.

6. There being no further business to come before the meeting, the meeting was adjourned.

7. Dated in the State of California on the _25 th_ day of February, 2022.


Charles Heinz - Acting Secretary


Kanyon Sayers-Roods - President

*See notary attachment*
*2/25/2022*

## CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                               )

County of _Santa Clara_                       )

On _February 25, 2022_ before me, _B. Galindo, Notary Public_ ,
(here insert name and title of the officer)

personally appeared _Charles Heinz & Kanyon Sayers-Roed_

_____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

B. GALINDO
Notary Public - California
Santa Clara County
Commission # 2258752
My Comm. Expires Oct 15, 2022

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _Costanoan Indian Research Inc._

_Board Resolution_

containing _3_ pages, and dated _02/25/2022_

The signer(s) capacity or authority is/are as:

☐ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____
Title(s)

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

**Additional Information**

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____

**Other**

☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)
☐ _____

© Copyright 2007-2016 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved.  Item Number 101772.  Please contact your Authorized Reseller to purchase copies of this form.

## CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: JANUARY 1, 2008

*Ann Marie Sayers*
Chairperson

## CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | **NAME:** | **DATE OF BIRTH:** |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: _January 1, 2007_

_Ann Marie Sayers_
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | **NAME:** | **DATE OF BIRTH:** |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 2, 2006*

*Ann Marie Sayers*
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 3, 2005*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 2, 2004*

*Ann Marie Sayers*
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 3, 2005*

*(signature)*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: January 4, 2002

Chairperson _Ann Marie Sayers_

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: _January 5, 200_

_[signature]_
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 7, 2000*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *Jan. 7, 1999*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: January 2, 98

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: _JAN. 5, 97_

_ANN MARIE SAYERS_
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *Jan. 5, 1996*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 6, 1995*

*Ann Marie Sayers*

Chairperson

# CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

### NAME:                                   DATE OF BIRTH:

01. Ann-Marie Sayers                    October 13, 1948

02. Christpoher Sayers                  October 24, 1951

03. Kanyon Sayers-Roods                 July 3, 1988

04.

05.

06.

07.

08.

09.

10.

DATE: January 1, 1994

_Chairperson_

# CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

**NAME:**                          **DATE OF BIRTH:**

01. Ann-Marie Sayers            October 13, 1948

02. Christopher Sayers          October 24, 1951

03. Kanyon Sayers-Roods        July 3, 1988

04. _____            _____

05. _____            _____

06. _____            _____

07. _____            _____

08. _____            _____

09. _____            _____

10. _____            _____

DATE: January 2, 1993

*[signature]*
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

| NAME: | DATE OF BIRTH: |
|---|---|
| 1. Ann-Marie Sayers | October 13, 1948 |
| 2. Christopher Sayers | October 24, 1951 |
| 3. Kanyon Sayers-Roods | July 3, 1988 |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

DATE: January 2, 1992

Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 1. | Ann-Marie Sayers | October 13, 1948 |
| 2. | Christopher Sayers | October 24, 1951 |
| 3. | Kanyon Sayers-Roods | July 3, 1988 |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

DATE:     January 1, 1991

_Ann Marie Sayers_
Chairperson

CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. ___Ann-Marie Sayers___                ___October 13, 1948___

2. ___Christopher Sayers___              ___October 24, 1951___

3. ___Kanyon Sayers-Roods___             ___July 3, 1988___

4. _____               _____

5. _____               _____

6. _____               _____

7. _____               _____

8. _____               _____

9. _____               _____

10. _____              _____

DATE: ___January 3, 1990___

_____
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. __Ann-Marie Sayers__                  October 13, 1948

2. __Christopher Sayers__                October 24, 1951

3. __Kanyon Sayers-Roods__               July 3, 1988

4. _____              _____

5. _____              _____

6. _____              _____

7. _____              _____

8. _____              _____

9. _____              _____

10. _____              _____


DATE: ___January 5, 1989___


_Ann Marie Sayers_
Chairperson

<u>CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET</u>

NAME:                                DATE OF BIRTH:

1. Ann-Marie Sayers              October 13, 1948

2. Christopher Sayers          October 24, 1951

3. _____      _____

4. _____      _____

5. _____      _____

6. _____      _____

7. _____      _____

8. _____      _____

9. _____      _____

10. _____      _____

DATE: January 1, 1988

*Ann Marie Sayers*
Chairperson

CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1.   Ann-Marie Sayers              October 13, 1948

2.   Christopher Sayers            October 24, 1951

3. _____            _____

4. _____            _____

5. _____            _____

6. _____            _____

7. _____            _____

8. _____            _____

9. _____            _____

10. _____            _____


DATE: January 2, 1987

ANN MARIE SAYERS
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. Ann-Marie Sayers                      October 13, 1948

2. Christopher Sayers                    October 24, 1951

3. _____           _____

4. _____           _____

5. _____           _____

6. _____           _____

7. _____           _____

8. _____           _____

9. _____           _____

10. _____          _____


DATE: _____ January 3, 1986 _____


_____
Chairperson

CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1._____Ann-Marie Sayers_____      ____October 13, 1948____

2._____Christopher Sayers_____      ____October 24, 1951____

3._____      _____

4._____      _____

5._____      _____

6._____      _____

7._____      _____

8._____      _____

9._____      _____

10._____      _____

DATE:____January 1, 1985____

_Ann Marie Sayers_
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:

DATE OF BIRTH:

1. Ann-Marie Sayers      October 13, 1948

2. Christopher Sayers      October 24, 1951

3. _____      _____

4. _____      _____

5. _____      _____

6. _____      _____

7. _____      _____

8. _____      _____

9. _____      _____

10. _____      _____

DATE: January 2, 1984

*Ann Marie Sayers*

Chairperson

<u>CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET</u>

NAME:                                    DATE OF BIRTH:

1. _____Ann-Marie Sayers_____         _____October 13, 1948_____

2. _____Christopher Sayers_____         _____October 24, 1951_____

3. _____        _____

4. _____        _____

5. _____        _____

6. _____        _____

7. _____        _____

8. _____        _____

9. _____        _____

10. _____        _____


DATE: _____January 2, 1983_____

*Ann Marie Sayers*
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. Ann-Marie Sayers                      October 13, 1948

2. Christopher Sayers                    October 24, 1951

3. _____              _____

4. _____              _____

5. _____              _____

6. _____              _____

7. _____              _____

8. _____              _____

9. _____              _____

10. _____              _____


DATE: January 3, 1982


Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:

DATE OF BIRTH:

1. _____ Ann-Marie Sayers _____     October 13, 1948 _____

2. _____ Christopher Sayers _____     October 24, 1951 _____

3. _____     _____

4. _____     _____

5. _____     _____

6. _____     _____

7. _____     _____

8. _____     _____

9. _____     _____

10. _____     _____

DATE: _____ January 1, 1981 _____

*Ann Marie Sayers*
CHairperson

<u>CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET</u>

NAME:                              DATE OF BIRTH:

1. Ann-Marie Sayers               October 13, 1948

2. Christopher Sayers             October 24, 1951

3.

4.

5.

6.

7.

8.

9.

10.

DATE: January 1, 1980

_Ann Marie Sayers_
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                      DATE OF BIRTH:

1. Ann Marie Sayers                         Oct. 13, 1948

2. Chris Sayers                             Oct. 24, 1951

3. _____                  _____

4. _____                  _____

5. _____                  _____

6. _____                  _____

7. _____                  _____

8. _____                  _____

9. _____                  _____

10. _____                 _____


DATE: January 4, 1979


Ann Marie Sayers
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. _Christopher Sayers_          _Oct. 24, 1998_

2. _Ann Marie Sayers_          _Oct. 13, 1948_

3. _____          _____

4. _____          _____

5. _____          _____

6. _____          _____

7. _____          _____

8. _____          _____

9. _____          _____

10. _____          _____


DATE: _January 1, 1978_


_Ann Marie Sayers_
Chairperson

CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. Chris Sayers                          October 24, 1951

2. Ann Marie Sayers                      October 13, 1948

3. _____              _____

4. _____              _____

5. _____              _____

6. _____              _____

7. _____              _____

8. _____              _____

9. _____              _____

10. _____              _____


DATE: Jan 3, 1977


Ann Marie Sayers
Chairperson

CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                    DATE OF BIRTH:

1. _ANN-MARIE  SHYERS_        _OCTOBER  13, 1948_

2. _CHRIS  SHYERS_            _OCTOBER  24, 1950_

3. _____    _____

4. _____    _____

5. _____    _____

6. _____    _____

7. _____    _____

8. _____    _____

9. _____    _____

10. _____    _____


DATE: _Jan 3, 1976_


_Ann Marie Sayers_
Chairperson

## CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                          DATE OF BIRTH:

1. _Christopher Sayers_          _Oct. 24, 1951_

2. _Ann Marie Sayers_           _Oct. 13, 1948_

3. _____          _____

4. _____          _____

5. _____          _____

6. _____          _____

7. _____          _____

8. _____          _____

9. _____          _____

10. _____          _____

DATE: _Jan 1, 1975_

_Ann Marie Sayers_
Chairperson