*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT E

USPS Postal Box Rental Agreement
w/ USPS Seal (Plaintiff Sayers-Roods)

Box Number(s) 28

# Application for Post Office Box™ Service

Fill out all non-shaded fields, and take this application to the Post Office™.

1. **This service is for** *(Required selection):*  ☒ Business/Organization Use   ☐ Residential/Personal Use

2. **Name of Business/Organization** *(if applicable):* Indian Canyon Mutsun Band of Costanoan Chlon

3. **Name of Person Applying** *(Last, First, MI — include title if representing a business/organization):* Sayers-Roods, Kanyon, A

4. **Address: Number, Street, Suite** 1 Indian Canyon Rd -
   PO Box 28
   **City** Hollister CA   **State** CA   **ZIP+4®** 95027-0028

5. **Telephone Number** *(Include Area Code)*
   831 207 9331

6. **Email Address** Kanyon@Kanyonkonsulting.
   admin@costanoan.org

7. **Box Size(s)** *(Required) See page 1 for details*   ☐ Size 1   ☒ Size 2   ☐ Size 3   ☐ Size 4   ☐ Size 5

8. Applicant must select and enter the ID Number for two items of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

   **Select one photo ID:**
   ☒ Valid driver's license or state non-driver's ID card
   ☐ Armed forces, government, university, or recognized corporate ID
   ☐ Passport, passport card, alien registration card, or certificate of naturalization

   **Select one non-photo ID:**
   ☐ Current lease, mortgage, or deed of trust
   ☒ Voter or vehicle registration card
   ☐ Home or vehicle insurance policy
   Non-Photo ID Number: JF2GPANCA4H218360

   Photo ID Number: D9185116

   Verify Initials *(For Post Office Use Only)*

9. On the *back of this form*, list the name(s) of all individuals, including members of a business, who will be receiving mail at this (these) PO Box number(s).

10. On the *back of this form*, list the names of the persons or representatives of the business/organization authorized to pick up mail addressed to this (these) PO Box number(s).

**Optional Automatic Renewal Payment — Terms and Agreement (Required for 3-month payment option)**
By initialing below and establishing automatic renewal payments at a Post Office, I hereby authorize the U.S. Postal Service® (USPS®) to charge my credit card for the amount of my designated box size per USPS pricing on the scheduled interval I have selected (i.e., 3, 6, or 12 months). This charge could appear on my credit card statement as early as the 15th of the month prior to the due date. If I provided my email address, I understand that I will receive email notification at least 10 days prior to the actual credit card charge. I will also receive a payment due notice in my PO Box before the payment due date. I understand that I may cancel the automatic payment option any time after the initial application/payment process is complete during the business hours at the Post Office where my box is located. If I do not cancel by the 14th of the month prior to the next payment due date, I understand that the payment will be charged to my credit card. I understand that if the payment cannot be transacted due to incorrect or obsolete payment information or the transaction would exceed the credit limit of the account, or the bank or credit card company rejects/returns the payment request, my PO Box may be closed and any mail received after closure would be returned to the sender. If my PO Box is closed for nonpayment, I understand that I could be charged a late payment fee to reactivate my PO Box service. I understand that this agreement will remain in effect until I or USPS terminates the agreement in the event I provide incorrect, false, or fraudulent account information or if I have any returned payment items.

**Customer Initials** _____

**Billing Address** *(if different from address in 4 above):*   3.17.22
   **Number, Street, Suite** New # 14493   **State** _____   **ZIP+4®** _____
   **City** _____

**Number of Keys Issued** 2

**Customer Eligible for No-Fee Service** ☐ Yes  ☒ No

**Application Date** 11/4/20

**Signature of Applicant** *(Same as item 3)* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.   11/4/2020

Post Office Date Stamp

Form 1093-T, January 2012 (Page 3 of 4)   PSN 7530-13-000-7111. See our Privacy Act Statement on page 4 of this form.

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT F

USPS Postal Box Rental Agreement Confirmation
Email to Plaintiff (Box #28)

# Fwd: USPS Customer Agreement for PO Box Additional Services



**From**    Kanyon Sayers-Roods <kanyon@kanyonkonsulting.com>

**To**      Charles Heinz <cheinz@hotmail.com>, Clpeterson <clpeterson@rpflegal.com>, President <president@costanoan.org>

**Date**    2022-05-20 00:01

Kanyon "Coyote Woman" Sayers-Roods

Co-Founder - CEO | Kanyon Konsulting, LLC

Mobile (831) 207-9331 | kanyon@kanyonkonsulting.com

www.kanyonkonsulting.com

Indian Canyon Mutsun Band of Costanoan Ohlone People

www.indiancanyonlife.org/ksr

http://about.me/kanyon.coyotewoman

——— Forwarded message ———
From: <donotreply@usps.com>
Date: Mon, Nov 9, 2020, 9:00 PM
Subject: USPS Customer Agreement for PO Box Additional Services
To: <KANYON@kanyonkonsulting.com>

5/2/22, 12:30 AM                                    Roundcube Webmail :: Fwd: USPS Customer Agreement for PO Box Additional Services



# Customer Agreement for Premium PO Box Service

## Additional Services

The Postal Service is offering the following services for PO Box customers at this Post Office® location:

- Street Addressing
- Signature on File

## A. Street Addressing Service for your PO Box

With this service, you will have the option of using the street address of this Post Office location for your mailing address in addition to your PO Box number. For example, if a Post Office is located on 500 Main Street and you have PO Box 59, your mail would be addressed 500 Main Street #59. You will also be able to use the street address to receive most packages and deliveries through private carriers, such as UPS, FedEx, Amazon, etc. Both "street addressed" mail and PO Box addressed mail can be delivered to your PO Box.

1. When you sign up for this option, your new street address format will be:

**100 MAPLE ST**                                              **#28**

_____                          _____
Post Office Street Address                              PO Box Number

**HOLLISTER**                           **CA**        **95024**

_____          _____      _____
City                                         State       PO Box ZIP Code

2. Please note that you are limited to this address format, including both the # sign and your PO Box number. For example, you may **not** use "Suite" or "Apt." Mail you receive at your PO Box without using the correct address format may be **returned to sender.**

3. You may not use the PO Box "street address" option as your physical residence or place of business in legal documents. Misuse of your street address in this manner may result in closing your PO Box and may be in violation of civil and criminal laws.

4. **You may use this address only for items that can be delivered through the mail.** For example, you may not use the street address to receive shipments of wine, other alcohol, items over 70 pounds or items prohibited by Postal Service policy (see Domestic Mail Manual (DMM) Section 601), *even though private carriers can carry those items*. Any such shipments will be **refused or held for pickup by the private carrier.** The DMM is available at *http://pe.usps.com/.*

5. If you close your PO Box, you must submit *two* Change of Address (COA) forms: one for the PO Box address and one for the street address. Both forms must be forwarded to the same delivery address. Mail for a PO Box with street addressing **cannot** be forwarded to two different addresses.

6. If you decide to discontinue street addressing, mail bearing the street address will be delivered to the PO Box without charge for an additional 90 days. The 90-day period is designed to give customers enough time to communicate their address change to their mailers. After the 90-day readjustment period, all mail addressed to the PO Box street-style address will be returned to sender as undeliverable as addressed.

7. Private carriers are not liable for loss or damage that occurs to PO Box "street addressed" packages after the item is accepted and not refused by the Postal Service. DMM regulations for uninsured packages will apply for all packages that are lost or damaged while in the possession of the Postal Service.

**NOTE:** *Street Addressing is not available for Caller Service, Reserve Number, or Group E Box customers.*

___ (Please initial.) I would like to participate in Street Addressing.

## B. Signature on File

The Postal Service™ is offering Signature on File for PO Box customers at this Post Office™ location. With this service, you can place your Signature on File with the Postal Service, which eliminates the need to wait in line to sign for a package. When you sign up for Signature on File, you authorize the Postal Service to use this signature whenever the following signature-required mail arrives at your PO Box:

- Priority Mail Express®
- Insured Mail over $500 (including Electronic Return Receipt)
- Signature Confirmation™

We will place this mail in your PO Box or in a secure parcel locker for you to pick up at your convenience.

## Terms and Conditions

You must complete two PS Forms 3849 ("*Sorry We Missed You*") with this agreement. One will be scanned when an eligible item for Signature on File is received. Another will be reserved in a secure area in case the first one did not scan properly. Although everyone listed on the PS Form 1093, PO Box Application, can participate, only the **primary box holder** (the one who signed the *PO Box Application*) can sign the two PS Forms 3849. All persons who receive mail at this box must abide by the terms and conditions as well.

**NOTE:** *Signature on File service does not apply to the following accountable items: Registered Mail (including Return Receipt), Certified Mail® (including Return Receipt), "green" hardcopy Return Receipt, and Restricted Delivery. Also, you will still need to go to the Retail counter to pick up an item that does not fit in your PO Box when no parcel locker is available. Mail placed in a parcel locker that is not picked up within a few days may need to be picked up at the Retail counter.*

√ (Please initial.) I would like to participate in Signature on File.

# Premium PO Box Service Enhancements Terms and Conditions

This document identifies the Terms and Conditions under which the Postal Service makes certain optional PO Box services available to you. By signing this agreement, you are stating that you have read and understand this document and you agree to be bound by its terms and conditions. These services (as described above) are offered on a voluntary basis. Customers who wish to participate in these services must sign this document indicating they agree to the terms and conditions. If you do not sign this agreement, you will continue to receive regular PO Box service without the optional services.

By signing this agreement, you are confirming that you are the primary box holder (i.e. the one who signed the PS Form 1093, *PO Box Application*). All additional persons who receive mail at this box must abide by the terms and conditions as well.

## Signature

By signing below, I agree to participate in the Premium PO Box services that I have marked above, and to abide by the Terms and Conditions outlined in this document, including that I am the primary box holder:

**KANYON SAYERS ROODS**                    **2020-11-09**

_____                    _____
PO Box Customer Printed Name                Date

**(On File)**                              **28**

_____                    _____
PO Box Customer Signature                   PO Box Number

**(On File)**

_____
Postal Official Signature

_____
Postal Official Printed Name

# HOLLISTER, HOLLISTER, CA 95023

Post Office Name, City, State and ZIP Code

If customer chooses to discontinue, please sign:

_____
PO Box Customer Signature

_____
Postal Official Signature

**Privacy Act Statement:** Privacy Act Statement: Your information will be used to provide additional Post Office Box services. Collection is authorized by 39 U.S.C. 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to provide these services to you. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; and to domestic government agencies if needed as part of their duties. Information concerning an individual box holder who has filed a protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies see our privacy policy at usps.com/privacy policy.

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT G

USPS Postal Box Renewal Notice
Sent to Plaintiff (Box #28)

# Fwd: USPS PO Boxes - Renewal Payment Due



**From**    Kanyon Sayers-Roods <kanyon@kanyonkonsulting.com>

**To**    Clpeterson <clpeterson@rpflegal.com>, Charles Heinz <cheinz@hotmail.com>

**Date**    2022-05-20 00:02

Kanyon "Coyote Woman" Sayers-Roods

Co-Founder - CEO I Kanyon Konsulting, LLC

Mobile (831) 207-9331 I kanyon@kanyonkonsulting.com

www.kanyonkonsulting.com

Indian Canyon Mutsun Band of Costanoan Ohlone People

www.indiancanyonlife.org/ksr

http://about.me/kanyon.coyotewoman

——— Forwarded message ———

From: <donotreply@usps.com>

Date: Tue, Nov 9, 2021, 11:29 PM

Subject: USPS PO Boxes - Renewal Payment Due

To: <KANYON@kanyonkonsulting.com>

Dear KANYON SAYERS ROODS:

This is a friendly reminder that your Post Office Box renewal fee of $188.00 for the PO Box listed below is due by 11/30/2021.

PO Box:                    28

Post Office location:      100 MAPLE ST
                           HOLLISTER, CA 95023

Your options for making a payment are:

- Pay Now: sign in to usps.com and access your PO Boxes Online account to make a one-time payment.
- Pay at a self service kiosk (SSK): you can find an SSK at Find a kiosk or by downloading the USPS mobile application at http://www.usps.com/mobile/info.htm.
- Pay by mail: send a check or money order payable to "U.S. Postal Service" to the Postmaster where your PO Box is located. [Include your PO Box number on the face of the check]
- Pay in person: pay at the Post Office where your PO Box is located using cash, check, credit card, or debit card.

**Note:** Caller Service customers can only pay in **person** or **by mail**. Caller Service receipts will be provided at the caller service pickup window.

If we have not received your payment by the 10th day after the due date, your PO Box service will be terminated and all incoming mail will be returned to senders. To reopen your box, you would need to pay in person and, in addition to any unpaid box fees, you may be assessed a lock change or handling fee. To avoid this inconvenience and this extra cost, we encourage you to renew on time.

Take the stress out of remembering to make your next payment by signing up for our Automatic Renewal payment program. It's free, it's fast, and it's easy! To do so, go to www.usps.com/poboxes, select "Rent or Renew a PO Box" and then sign in to your account.

**New!...** At your location, at least one of the following enhanced services is available: Real Mail Notification (receive email or text when new mail is in your box), Street Addressing (allows private carrier package delivery) and Signature on File (easy pickup for some signature items). There is **no extra charge** for these enhancements. Visit your Post Office to sign up for these services today! These services do not apply to Caller Service and Group E Box customers.

*You are receiving this renewal email because you provided an email address at the time you applied for your PO Box. These renewal emails will continue (annually or bi-annually) unless you want them to be discontinued. Please visit the Post Office where your PO Box is located, or send an email to the Internet Customer Care Center at uspstechnicalsupport@mailps.custhelp.com to stop receiving these email reminder notices.*

**Please do not respond to this system-generated email.**
If you need assistance with PO Boxes Online, please visit USPS Help or Contact Us.

5/20/22, 12:21 AM

Roundcube Webmail :: Fwd: USPS PO Boxes - Renewal Payment Due

Thank you for choosing the United States Postal Service. We appreciate your business.

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT H

USPS Payment Reciept for Rekeying Plaintiff's
PO Box, 3/17/2022 (Box #28)



**UNITED STATES POSTAL SERVICE.**

HOLLISTER
100 MAPLE ST
HOLLISTER, CA 95023-9998
(800)275-8777

03/17/2022                               03:31 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Key Deposit | | | $10.00 |
| Key Count: 2 | | | |
| Key Number: 14493 | | | $25.00 |
| Lock Chg. Fee | | | $35.00 |
| Total | | | |
| | | | $35.00 |
| Grand Total: | | | |
| | | | $35.00 |

Debit Card Remitted
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1276
    Approval #: 047179
    Transaction #: 428
    Receipt #: 041533
    Debit Card Purchase: $35.00          Chip
    AID: A0000000042203
    AL: DEBIT                    BOW DEBIT CARD
    PIN: Verified

**********************************

Every household in the U.S. is now
eligible to receive a second set
of 4 free test kits.
Go to www.covidtests.gov

**********************************

**********************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
**********************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT I

Gilroy Police Dept. Case Ref. ID, 5/22/22
(re Defendant Witness Tampering)

See also Battery/Assault &
A.M. Sayers Rescue Video Clip
(Physical Assault on Tribal Staff on
Indian Canyon by Def. Machado,
4/23/2022)
Permalink: https://bit.ly/3Nwfacq



*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT J

Affidavit of Charles Heinz (Sayers Family POA),
5/23/2022 (DCD Court Doc.)

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER OF ATTORNEY FOR ANN-MARIE SAYERS; COSTANOAN INDIAN RESEARCH INC. | **1:22-CV-01319** |
| Plaintiffs | (SECOND) WITNESS AFFIDAVIT IN SUPPORT OF PLAINTIFF'S VERIFIED CIVIL COMPLAINT, MAY 22, 2022 (CHARLES HEINZ) |
| -vs- | |
| MARLENE RITA MACHADO | |
| Defendant | |

## AFFIDAVIT

I, CHARLES HEINZ, JR., of SAN JOSE, in SANTA CLARA COUNTY, California, MAKE UNSWORN OATH AND SAY THAT:

[DECLARATION IN NEXUS WITH BACKGROUND FACTS ON MY WORK AT CIR & TRIBE (SEE DOC. NO. 1-6)]

1. I declare that I am presently Secretary and Executive Vice President of Costanoan Indian Research Inc., is a registered 501(c)(3) non-profit organization with a headquarters at Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, primarily owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People. I was elected and appointed this corporate title in or about February 2022, in accordance with sworn testimonial evidence at ECF Doc. No. 1-6 (pp. 9-16).

[DECLARATION AS TO MY UNDERSTANDING OF CA PENAL CODE 136.1 PC & 18 U.S.C. 1512]

2. I declare my understanding of federal and state laws on witness/victim tampering, whereby I have researched on the California legislature's website as to California Penal Code 136.1 PC (https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=PEN&sectionNu

Document Ref: KX2GV-VXJGN-EUIJF-FMHCV

m=136.1), and Cornell Law Legal Encyclopedia as to 18 U.S.C. 1512
(https://www.law.cornell.edu/uscode/text/18/1512). Thereby, I understand that Title 18, Section,
United States Code, says witness tampering as committed by [1512(b)] 'whoever knowingly uses
intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in
misleading conduct toward another person whose an opposing party, witness, or victim of a legal
proceeding'; [or 1512(d)] 'whoever intentionally harasses another person and thereby hinders,
delays, prevents, or dissuades any person whose an opposing party, witness, or victim of a legal
proceeding.'

[DECLARATION AS TO WITNESS/VICTIM TAMPERING BY DEFENDANT MACHADO
(MAY 21, 2022)]

3. I declare that on May 21, 2022, while visiting Ann-Marie and Christopher Sayers of the Chualar-
Costanoan Indian Tribe, whom are both patients at Gilroy Healthcare & Rehabilitation Center in
Gilroy, Santa Clara County, California, around 1:00 p.m., I encountered Defendant Marlene
Machado and a man I know as "Joe" at Christopher Sayers's room.

4. I declare that upon encountering Defendant Machado [supra. §3], Machado made eye contact
with me and stated in an aggressive tone, *"Where the fuck is Ann-Marie!...She does not belong to
you!"* [Machado repeats this twice, and asks Mr. Sayers the same question].

5. I declare that upon Defendant Machado's questions to Mr. Sayers and myself [supra. §4], Mr.
Sayers confronted her for her vulgarity toward me and asked her to leave. Thereafter, Mr. Sayers
told the healthcare facility to prohibit Machado and "Joe" from visiting him again.

6. I declare that on or about May 9, 2022, I transported Ann Marie Sayers from the hospital in San
Benito County, California to Gilroy Healthcare & Rehabilitation Center, where Ms. Sayers had
been in receiving treatment in the intensive care unit (ICU) since April 23, 2022 [supra. *Heinz's
Witness Affidavit* at D.I. 1-6 at 5-6 (§15-17)]. Additionally, I attest that at all times did I request
that, for security and privacy purposes (since there was a pending elderly abuse and neglect
investigation with state officials, in addition to Machado's act of violence against CIR officials at
Ms. Sayers's house at Indian Canyon on April 23, 2022), the staff at the hospital and
rehabilitation prohibit visits from anyone but Ms. Sayers's power-of-attorney agents (Charles
Heinz and Kanyon Sayers-Roods); and Ms. Sayers's patient room(s) not display her name.

7. I declare that upon Defendant Machado and  "Joe" leaving Mr. Sayers's room [supra. §5],
Machado and Joe walked down the hallway of the rehabilitation facility to Ann-Marie's room

["EXHIBIT A" hereto this affidavit]. And, I witnessed Machado walking
away from Ms. Sayers's room, saying loudly to Joe, "Let's go! We've got what we were looking
for!"

8. I declare that upon my encounter with Defendant Machado on May 21, 2022, I reported the
encounter with the Gilroy Police Department, who met with me at Gilroy Healthcare &
Rehabilitation Center, interviewed Christopher Sayers (who told them he had never received a
visit from Defendant Machado until that day, after being a patient there since December 2021),
and provided me with a case reference number (#22-141-0108) ["EXHIBIT B" hereto this
affidavit].

9. I declare that I fear for Ms. Sayers's life; I am concerned about her safety while at Gilroy
Healthcare & Rehabilitation Center; I am making a painstaking effort to get her transferred to a
new facility until there is injunctive relief against Marlene Machado from any court; and I
believe that Defendant Machado and in-concert persons are conspiring to cause her additional
physical harm.

[WITNESS CERTIFICATION.]

On this 22nd day of May, 2022, I, Charles Heinz, Jr. declare and submit the foregoing as true and
correct, under 28 U.S.C. 1746, under the penalty of perjury and in lieu of oath.

*(Signature)*

CHARLES HEINZ, JR.

(2nd) Witness Affidavit
of Charles Heinz, May 21, 2022
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  A

**[Layout of Facility]**



**[Photo of Facility Exterior]**



(2nd) Witness Affidavit
of Charles Heinz, May 21, 2022
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  B



**City of Gilroy**
**Police Department**
7301 Hanna Street
Gilroy, CA  95020
Tel: (408) 846-0325 x: 720
Fax: (408) 846-0339
angel.velasquez@cityofgilroy.org

**Angel Velasquez**
**Police Officer**

22-141-0108

Document Ref: KX2GV-VXJGN-EUIJF-FMHCV

# Signature Certificate

Reference number: KX2GV-VXJGN-EUIJF-FMHCV

| Signer | Timestamp | Signature |
|---|---|---|
| **Charles Heinz**<br>Email: cheinz@costanoan.org | | |
| Sent: | 23 May 2022 03:59:10 UTC | |
| Viewed: | 23 May 2022 04:00:09 UTC | |
| Signed: | 23 May 2022 04:00:24 UTC | |
| **Recipient Verification:** | | |
| ✔Email verified | 23 May 2022 04:00:09 UTC | |

IP address: 98.37.130.154
Location: San Jose, United States

Document completed by all parties on:
23 May 2022 04:00:24 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.

