*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT K

Verified Complaint Filed Against Defendant on
Other Claims
(CIR, Sayers-Roods v. Machado, DCD-22-cv-01319,
5/13/2022; Voluntarily Dismissed by Plaintiff, 5/25/2022)

[Including Verified Complaint, Docket Summary,
Supporting Affidavits, & Court Orders]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COSTANOAN INDIAN<br>    RESEARCH INC.;<br>KANYON SAYERS-ROODS,<br>    POWER OF ATTORNEY FOR<br>    ANN-MARIE SAYERS<br>    Plaintiffs<br><br>v.<br><br>MARLENE RITA MACHADO<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COMPLAINT |

**COMPLAINT**

Plaintiffs, through its undersigned attorney, for its complaint against Defendant, alleging the

following based upon personal knowledge as to itself and its own acts, and information and

belief as to all other matters based upon, *inter alia,* an investigation conducted by itself and

through their attorney.

**<u>INTRODUCTION</u>**

1.      This action is for declaratory and injunction relief by Plaintiff Costanoan Indian

Research, Inc., ("CIR"), a non-profit organization formed under the laws of the State of

California that is majority owned and controlled by members of the Indian Canyon Chualar Tribe

of Costanoan-Ohlone People ("Tribe") (Exhibit A) and Kanyon Sayers-Roods Power of Attorney

for Ann-Marie Sayers ("Sayers"), against Defendant Marlene Rita Machado ("Machado") for

tortious interference, trespassing, willful and neglectful conduct, personal and property damage,

in violation and trespass of the CIRs ability to operate the "Native American Cultural Center", as

well as the trust lands to Ann-Marie Sayers, an Indian of the Costanoan Tribe, whereby Ann-Marie Sayers was entitled to a trust patent by the United States Department of the Interior, Bureau of Indian Affairs  ("Indian Country"), whereby such trust patent covers land described as Mount Diablo Meridian, California (T.14 S., R. 5 E., sec. 24, lots 1, 2, and 3) ("Indian Canyon") (Exhibit B).

2.       The actions of Defendant Machado interfere with the operations of Plaintiffs and violate the tribal band ordinance codes under the Constitution of Chualar Indians of Indian Canyon (Exhibit C) and federal common law relating to the inherent authority of a tribe to police non-Indian visitors to trust lands.  Defendant Machado is not a members of the Tribe and is not an officer, employee, or agent of the CIR.

3.       Plaintiffs are seeking an Order declaring that Defendant Machado is interfering in Plaintiffs operations which were created under the trust patent in ¶. 2 above, as well as interfering in the Chualar-Costanoan Indians' inherent authority to taken action, defined by federal law, against non-Indians on perpetrators on Indian lands.  Federal law establishes that tribes have an inherent authority over non-Indians on tribal lands to stop, restrain, detain, investigate violations of tribal, state, and federal laws, and deliver or transport non-Indians to the proper authorities.  *Duro v. Reina*, 495 U.S. 676 (1990).  Plaintiffs had previously informed Defendant Machado verbally, followed by issuance of Cease and Desist Letter, to stop interfering with operations, as well as violations while on the land entrusted to Ann-Marie Sayers which are now being enforced under Power of Attorney by Kanyon Sayers-Roods (Exhibit D).

4.       During 2016, Defendant Machado began residing in Indian Canyon.  When

attending various CIR and/or Chualar-Costanoan Indian Tribe meetings, Defendant Machado

made abrupt and violent outburst which interrupted the proceedings ("Affidavit of Charles

Heinz", ¶¶. 22-23).

5.      During 2017, Defendant Machado interfered with the rural route mailbox used

by CIR at Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, CA 95023 by intercepting

mail items (Heinz Affidavit at para. 21).

6.      In or about March 2022, Plaintiff Kanyon Sayers-Roods Power of Attorney for

Anne-Marie Sayers, who contemporaneously serves in the capacity of CIR's chief executive

officer and Tribe's chairperson, was estopped from collecting mail addressed to the CIR, as well

as being estopped from updating mailbox user records at the U.S. Post Office due to intentional

conduct by Defedant Machado, resulting in obstructing the receipt of mail from the Internal

Revenue Service, the Secretary of State, and the Franchise Tax Board) (Heinz Affidavit at ¶. 20).

7.      On or about April 23, 2022 at the location of 1 Indian Canyon Road, Defendant

Machado verbally and physically assaulted CIR and Tribal security-volunteers using her fists as

well as one of the Tribe's ceremonial stones (Heinz Affidavit at ¶. 16).

8.      Defendant Machado's continuing actions threatens the CIR's and Tribe's ability

to maintain peace and security on the trusted lands, as well as successfully and efficiently adhere

to the purpose of the CIR.

9.   Defendant Machado is violating federal common law that

holds that tribes have an inherent authority to stop non-Indians from undesirable behavior and to

exclude from Indian lands.  Without this Court's intervention and granting of tribal relief,

Plaintiffs' ability to ensure public safety on its lands will continue to be threatened, and exposes

innocent parties to unnecessary risk. *Merrion v. Jicarilla Apache Tribe*, 455 U.S. 130 (1982).

## JURISDICTION

10.   This Court's jurisdiction is based upon the following:

a.   28 U.S.C. §1331, in that Plaintiffs' claims arise under the Constitution and laws of the United States, including but not limited to 18 U.S.C. §1151;

b.   28 U.S.C. §1362 in that the Plaintiffs' reside on federally-recognized lands entrusted to Indian Ann-Marie Sayers and Sayers's great-grandfather Sebastian Garcia of the Chualar Indian Tribe, whereby Plaintiff Kanyon Sayers-Roods is operating under Power of Attorney;

c.   28 U.S.C. §§2201 and 2202, in that Plaintiffs seek declaration that it has the right and authority to investigate violations of tribal, state, and federal laws by non-Indian Defendant Machado on the trust lands as well as remove non-Indian Defendant Machado from the trust lands, and injunctive relief preventing Defendant Machado from future interference with Plaintiffs' operations and properties.

## VENUE

11.   Venue is proper in the District Court for the District of Columbia under 28 U.S.C. §1391(e) because the Secretary of the Interior resides in this district and the Act giving rise to the trust land held by Chuluar-Costanoan Indian Ann-Marie Sayers and Chuluar-Costanoan Indian Sebastian Garcia (Ann-Marie Sayers's great grandfather), occurred in this district (25 U.S.C. 334 (1887)).

4

## **PARTIES**

12.     Costanoan Indian Research Inc. ("CIR") is a non-profit corporation

held under the California Secretary of State, under 501(c)3 status as a charitable organization

since 1985. Since the corporation's inception, the corporation has held a headquarters at Indian

Canyon Ranch, 1 Indian Canyon Road at Township 14 South of Range 5 East of the Mount

Diablo Meridian, Hollister (city), San Benito County, California 95024.  The CIR's founder,

Ann-Marie Sayers, and two of the four directors of this corporation are members of the Indian

Canyon Chualar Tribe of Costanoan-Ohlone People ("Tribe").

Kanyon Sayers-Roods is a member of Tribe, and the Chair and Chief Executive Officer of CIR,

whereby she holds Power of Attorney for patent trust holder Ann-Marie Sayers (Exhibit E).

Power of Attorney includes the ability to litigate on behalf of Tribe Indian Ann-Marie Sayers.

13.     Defendant Machado currently resides lives in a *teepee* (conical tent) within the

limits of the land trust of located at Indian Canyon Ranch, where Plaintiff CIR and tribal

activities occur. On information and belief, Defendant Machado owns a Chevy Avalanche (the

early 2000s) and a fifth-wheel-hitch trailer that stays with her while residing in Indian Canyon

Ranch.  Defendant Machado is not a member of the Tribe, nor an officer, director, employee or

agent of CIR.

## **BACKGROUND FACTS**

14.     On information and belief, in or about 2016, Defendant Machado, a private

citizen began visiting Indian Canyon per CIR official Ann-Marie Sayers's invitation. Eventually

Defendant Machacho began to reside at Indian Canyon, and serve as an unofficial caregiver to

Ms. Sayers. However, at no time was Machado a member or employee of the Chualar-Costanoan Tribe, or Costanoan Indian Research Inc., notwithstanding many times she was present at Sayers's cabin house located at 1 Indian Canyon Road, wherewith Plaintiff CIR held its main office since 1985.

15.     On further information and belief, on or about October 2021, Plaintiff CIR was suspended by the California Franchise Tax Board, California Attorney General, and California Secretary of State from conducting commerce within the State of California. However, since Defendant Machado would frequently check the incoming mail (on behalf of Ann-Marie Sayers), sent a post office box at a USPS branch in Hollister, California, held under CIR officer Kanyon Sayers-Roods's name (with Costanoan Indian Research and CIR director/registered agent Ann-Marie Sayers as listed names of additional, authorized mail recipient), these delinquency and violation notices from the state government officials were not received or answered until in or about March 2022, upon Plaintiff CIR's in-house counsel Cary Peterson conducting due diligence on this matter, and working with CIR's CPA Haroon Imtiaz to cure the negative issues that caused Plaintiff CIR to be exposed to irreparable harm or damage. Thus, before a finding of suspension status by Plaintiff CIR's counsel and CPA, Plaintiff CIR had been conducting commerce from the date that state officials issued the suspension notice since the corporation hadn't received any of these critical notices in the mail sent to Indian Canyon's rural route mailbox, or post office box, whereby Defendant Machado had access to at all times from in or about 2020 through the present.

16.     On information and belief, from 2016 through the present, Defendant Machado has made abrupt and violent outbursts during Plaintiffs' meetings held at the cabin house (CIR's main office) located at 1 Indian Canyon Road, Hollister, California.

17.     On information and belief, in or about March 2022, CIR held a meeting among corporate officers and Tribe observers, wherein an intervention was held to confront Defendant Machado about her aggressive and violent behavior toward CIR officials and Tribe members; and amid CIR and Tribe meetings held at Ms. Sayers's cabin home at 1 Indian Canyon Road, Hollister, California. The intervention resulted in Tribe members and CIR officers asking Defendant Machado to leave Indian Canyon. Whereas, Defendant Machado refused to act on this request- telling CIR officials, "I'm not going nowhere!" (Affidavit of Cary Peterson).

18.     On or about March 8, 2022, Plaintiff CIR issued a Cease and Desist to Defendant Machado (Exhibit D). This legal notice demanded that she depart from Indian Canyon due to violations of the Tribal Land Program Statement on Regulation and Policy under the Chualar-Costanoan Tribe Constitution. Whereas, at no time did Defendant Machado act on this legal demand issued by Plaintiff CIR.

19.     On information and belief, on or about March 18, 2022, CIR's President Kanyon Sayers-Roods was refused by the U.S. Post Office (USPS Branch Office at 100 Maple St, Hollister, CA 95023) the right to (1) collect mail addressed to CIR and CIR officials; and (2) the right to update postal mailbox user profile information, despite me being the authorized user of this mailbox (since in or about 2018), due to misleading conduct induced by Marlene Machado. This obstruction of CIR's mail from various government agencies (e.g., Internal Revenue Service, California Secretary of State, California Franchise Tax Board) caused CIR to be sanctioned, fined, and suspended from conducting commerce in the State of California from in or about October 2021 until in or about April 2022, after which CIR's general counsel and CPA remedying the issues with the government agencies mentioned above in this section.

20.     On information and belief, from about 2018 through the present, Ms. Machado has habitually interfered with the rural route mailbox provided to Indian Canyon Ranch ("Indian Country"), where CIR receives incoming mail items sent to 1 Indian Canyon Road, Hollister, CA 95023. This has resulted in important notices sent from government agencies to Plaintiff CIR to not be received by CIR officials. Additionally, Machado has been known to steal cash donations given to Plaintiff CIR from donors who send monies to CIR's business address.

21.     On information and belief, on or about April 23, 2022, Plaintiff CIR's President-CEO Kanyon Sayers-Roods decreed that Tribe voluntary staff and CIR officials come with her to Indian Canyon to 'rescue' her mother from Defendant Machado, who had been obstructing Ms. Sayers-Roods and Ann-Marie Sayers's health care Power-of-Attorney Charles (Exhibit F) from taking Ann-Marie Sayers's to the hospital for a wellness check upon several months under the supervision of the former power-of-attorney agent (before Charles Heinz) who had seemingly neglected to do so during the time he was under contract as Sayers's POA agent. Moreover, CIR officers Sayers-Roods, Bishop, and Heinz had been told by Defendant Machado and other Indian Canyon visitors that Ms. Sayers had fallen from losing her balance while intoxicated on one or more occasions and could have potentially broken her arm or hit her head.

22.     On information and belief, on April 23, 2022, at around 11:45 a.m., at 1 Indian Canyon Road, Defendant Machado had verbally and physically assaulted CIR and Tribe voluntary security staff members with her fists, and an *Abalone* tribal ceremonial stone (property of Tribe under *Federal Indian Law of United States Department of the Interior (Bennett-Seaton, 2008)* at pp. 32, 392, 440, 583, 590, 638) used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for a wellness check. Hence, this sacred ceremonial stone of Chualar-Costanoan Tribe was misused as a weapon by Defendant Machado and broke upon

8

impact against CIR-Tribe staff members. Defendant Machado's physical assault, which was videotaped by a Tribe volunteer, took place while two CIR and Tribe staff members had formed a body shield in an attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and a Tribe-CIR staff member (Lee Kuck) assisting Sayers-Roods with Ann-Marie Sayers in a wheelchair, in efforts to safely get her into Heinz's car.

23.    On or about April 23, 2022, Tribe volunteer Nichole Rhodes filed a police report with the San Benito County Sheriff regarding Defendant Machado's physical assault on her while she was in Indian Canyon [Police Report No. BG200424]. And, at CIR President Sayers-Roods's behest, CIR-Tribe's in-house counsel and chief advisor Cary Peterson sent an email to the Bureau of Indian Affairs, California Attorney General, San Benito County Social Services, San Benito County Sheriff, and CIR's court attorney Robert DeWitty, reporting on the April 23 incident involving Machado's trespass and physical assault on Tribe staff at Plaintiff CIR's headquarters at 1 Indian Canyon Road, while CIR-Tribe officials were trying to take CIR Founder-Director Ann-Marie Sayers to a local hospital's emergency room that Sunday afternoon.

## CAUSE OF ACTION

24.    Plaintiffs reallege each of the allegations set forth in paragraphs 1-24 above and by this reference, incorporates each such allegation as if set forth in full.

25.    Federal law establishes that tribes, as sovereign entities, have inherent authority to establish their own laws and to enforce those laws on lands, including trust lands. *Ortiz-Barraza v. United States,* 512 F.2d 1176 (1975); *Merrion v. Jicarilla Apache Tribe*, 455 U.S. 130, 134 (1982) ("The fact that the Jicarilla Apache Reservation was established by Executive Order rather than by treaty or statute does not affect [the] analysis; the Tribe's sovereign power is not

affected by the manner in which its reservation was created"). Tribal inherent authority includes the right to exclude non-Indians from their lands.

26.     The Supreme Court has held that no person is free to act without impunity on tribal lands and that:

> "Tribal law enforcement authorities have the power to *restrain* those who disturb public order on the reservation, and if necessary, to eject them. Where jurisdiction to try and punish an offender rests outside the tribe, tribal officers may exercise their power to *detain* the offender and transport him to the proper authorities." *Duro v. Reina,* 495 U.S. 676, 697 (1990) (Emphasis added).

27.     It has been found by courts that tribes have the power to exclude non-Indian state and federal violators from tribal lands. *Ortiz-Barraza v. United States,* 512 F.2d at 1180.

28.     Defendant Machado's continually residing on land entrusted to Indian Ann-Marie Sayers is a violation of federal common law, as well as a violation of tribal law.

29.     Defendant Machado continual actions while on the entrusted land will cause a direct and immediate interference with operations of the CIR and Chualar Indians of Indian Canyon, and serves as a further violation of federal common law, notably Plaintiffs' sovereign authority to provide public safety on the trust lands.

**PRAYER FOR RELIEF**

Pursuant to the foregoing, Plaintiffs pray the Court grant the following relief:

30.     A declaration that Plaintiff Kanyon Sayers-Roods Power of Attorney for Ann-Marie Sayers has the authority to remove non-Chualar-Costanoan Indians on the trust lands as well as refuse entry to non-Chualar-Costanoan Indians to the trust lands.

31.     A declaration that Defendant Machado's actions of participating in Chualar-Costanoan Indian and CIR meetings held on the trust lands without the permission of the Chualar-Costanoan Indians of Indian Canyon permission is a violation of federal common law and directly interferes with the Chualar-Costanoan Indians of Indian Canyon inherent authority to protect public safety while on the trust lands.

32.     A declaration that Chualar-Costanoan Indians of Indian Canyon have the authority on trust lands to investigate violations of tribal, state, and federal law, as well as detain and transport, or deliver, a non-Chualar-Costanoan Indian violator to the proper authorities.

33.     That Defendant Machado be enjoined from visiting, camping, or residing on the trust lands located at or in the vicinity of Indian Canyon Ranch of Indian Canyon, San Benito County, Hollister, California.

34.     That Defendant Machado be enjoined from accepting any donation in the name of the CIR, partaking in any CIR operations without written authorization.

11

35.    Any and all further relief as deemed appropriate by the Court.

36.    Attorney fees and costs.


Dated:  May 11, 2022                              Respectfully submitted,


                                                  Robert M. DEWITTY

                                                  DeWitty and Associates

                                                  700 12th Street,
                                                  Washington, D.C. 20005
                                                  T:  866 559 9183
                                                  F:  202 513 8071
                                                  E:  admin@dewittyip.com
                                                  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

COSTANOAN INDIAN RESEARCH INC.

Plaintiff

-vs-

MARLENE RITA MACHADO

Defendant

_____

(Case I.D. Number)

WITNESS AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S VERIFIED CIVIL
COMPLAINT
(JONATHAN BUNTING)

## AFFIDAVIT

I, JONATHAN BUNTING, of Santa Clara County, California, MAKE OATH AND SAY THAT:

1. I declare that I have been a personal friend of Kanyon Sayers-Roods since in or about 2021. During this time period upon Sayers-Roods's request for additional support for tribal and business affairs in Indian Canyon ("Indian Country"), I have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of Costanoan Ohlone People ("Tribe").

2. I declare that on or about April 23, 2022, Ms. Sayers-Roods asked me to serve as voluntary-security staff for CIR and Tribe in efforts to get her mother Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check.

3. I declare that in of about March 2022, while I was serving as a volunteer to CIR., a woman that I know as Marlene Machado had verbally and physically assaulted CIR officials and observers amid a CIR meeting on Machado's intervention as unwelcomed visitor of Indian Canyon (in an attempt to get her to leave).

4. I declare that on April 23, 2022, at around 11:45 a.m., at a cabin house at 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted me with her fists and a ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Thus, I was forming body shield with another Tribe volunteer ("Nicole") in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods and another Tribe-CIR volunteer assisting Sayers-Roods with her

*Affidavit*                                                                 Page 2 of 2

mother Ms. Sayers in a wheelchair. Moreover, in this violent incident, Machado hit my face with a large stone object called an 'Abalone shell,' that was the size of an box of an ashtray (a bludgeoning tool with sharp edges).

5. I declare that on April 23, 2022, at around 12:00 p.m., I released Tribe offender Marlene Machado from restraint and left Indian Canyon (Indian Country) within two or three minutes after CIR-Tribe official Anne-Marie Sayers was confirmed to be safely removed from harms way, in a vehicle headed to a local hospital with CIR officials Kanyon Sayers-Roods and Charles Heinz.

6. I declare the foregoing as true and correct to the best of my knowledge, under the penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

Subscribed and sworn to (or affirmed) before me on this __26__ day of __APRIL__, 2022, by JONATHAN BUNTING, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature 
(Seal)
NOTARY PUBLIC
My Commission expires:
NOV 4, 2022

_____
(Signature)

JONATHAN BUNTING

SANTHOSH RAGHUNATH
COMM. 2265759
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp Nov 4, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COSTANOAN INDIAN RESEARCH INC.

Plaintiff

-vs-

MARLENE RITA MACHADO

Defendant

(Case I.D. Number)

WITNESS AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S VERIFIED CIVIL
COMPLAINT
(CHEYENNE BLACKFORD)

## AFFIDAVIT

I, CHEYENNE BLACKFORD, of LYON COUNTY, NEVADA, MAKE OATH AND SAY THAT:

1. I declare that I have been a personal friend of Kanyon Sayers-Roods since in or about 2018. During this time period upon Sayers-Roods request for additional support, I have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of Costanoan Ohlone People ("Tribe").

2. I declare that on or about April 23, 2022, Ms. Sayers-Roods asked me to serve as voluntary-security staff for CIR and Tribe in efforts to get her mother Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check.

3. I declare that on April 23, 2022, at around 11:45 a.m., at a cabin house on 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted CIR and Tribe security-volunteers with her fists and a ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Machado's physical assault took place while Tribe security-volunteers were forming a body shield in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and another Tribe-CIR volunteer assisting Ann-Marie Sayers in a wheelchair.

4. I declare the foregoing as true and correct to the best of my knowledge, under the penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

*Affidavit*                                                                                         Page 2 of 2

STATE OF NEVADA

COUNTY OF LYON COUNTY

SUBSCRIBED AND SWORN TO BEFORE
ME, on the 26th day of
April, 2022

Signature

(Seal)

NOTARY PUBLIC

My Commission expires:
July 11, 2023

JILLIAN THOMPSON
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 19-5840-12 - Expires July 11, 2023

(Signature)

CHEYENNE BLACKFORD

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COSTANOAN INDIAN RESEARCH INC.

Plaintiff

-vs-

MARLENE RITA MACHADO

Defendant

(Case I.D. Number)

WITNESS AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S VERIFIED CIVIL
COMPLAINT
(NICHOLE RHODES)

## AFFIDAVIT

I, NICHOLE RHODES, of Lyon County, Nevada, MAKE OATH AND SAY THAT:

1. I declare that I have been a personal friend of Kanyon Sayers-Roods since in or about 2011.
   During this time period upon Sayers-Roods's request for additional support, I have served as a
   volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of
   Costanoan Ohlone People ("Tribe"). My voluntary duties for Tribe and CIR took place within
   Indian Canyon ("Indian Country").

2. I declare that on or about April 23, 2022, Ms. Sayers-Roods asked me to serve as voluntary-
   security staff for CIR and Tribe in efforts to get her mother Ann-Marie Sayers, a CIR official and
   Tribe member, to the hospital for a wellness check.

3. I declare that in of about January 2022, in a cabin house at 1 Indian Canyon Road, a woman that I
   know as Marlene Machado had verbally and physically assaulted me during a CIR board
   meeting, while I was serving as a volunteer to CIR's secretary.

4. I declare that on April 23, 2022, at around 11:45 a.m., at 1 Indian Canyon Road, a woman that I
   know as Marlene Machado had verbally and physically assaulted me with her fists and a
   ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to
   the hospital for wellness check. Thus, I was forming body shield with another Tribe volunteer
   ("Jon") in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman
   Sayers-Roods, and another Tribe-CIR volunteer ("Lee") who were assisting Tribe councilwoman
   and CIR founder/director Ann-Marie Sayers in a wheelchair. Moreover, in this violent incident,

*Affidavit*                                                                                    Page 2 of 3

Machado hit and sliced my arms with a large stone object called an 'Abalone shell,' that was the size of an box of Kleenex (a bludgeoning tool with sharp edges), causing bleeding and minor pain.

5. I declare that on April 23, 2022, around 12:00 p,m., I released Tribe offender Marlene Machado from restraint and left Indian Canyon (Indian Country) within two or three minutes after CIR-Tribe official Anne-Marie Sayers was confirmed to be safely removed from harms way, in a vehicle headed to a local hospital with CIR officials Kanyon Sayers-Roods and Charles Heinz.

6. I declare that on or about April 23, 2022, I filed a police report with the San Benito County sheriff's department regarding the physical assault against me on that day by Machado while at CIR headquarters in Indian Canyon. I spoke with Deputy Cedino who provided me with case number of "BG200424."

7. I declare the foregoing as true and correct to the best of my knowledge, under the penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

STATE OF NEVADA

COUNTY OF LYON

Subscribed and sworn to (or affirmed) before me on this 26th day of April, 2022, by NICHOLE RHODES, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Signature)

NICHOLE RHODES

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
July 11, 2023

JILLIAN THOMPSON
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 19-5640-12 - Expires July 11, 2023

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTANOAN INDIAN RESEARCH INC. | _____ |
| | (Case I.D. Number) |
| Plaintiff | WITNESS AFFIDAVIT IN SUPPORT OF |
| | PLAINTIFF'S VERIFIED CIVIL |
| -vs- | COMPLAINT |
| | (CHARLES HEINZ) |
| MARLENE RITA MACHADO | |
| Defendant | |

## **AFFIDAVIT**

I, CHARLES HEINZ, JR., of SAN JOSE, in SANTA CLARA COUNTY, California, MAKE OATH AND SAY THAT:

[DECLARATION AS TO "EXHIBIT A1" & "EXHIBIT A2" (BACKGROUND FACTS ON MY WORK AT CIR & TRIBE.)]

1. I declare that I am presently Secretary and Executive Vice President of Costanoan Indian Research Inc., is a registered 501(c)(3) non-profit organization with a headquarters at Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, primarily owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People. I was elected and appointed this corporate title in or about February 2022, in accordance with "Exhibit A-1" and "Exhibit A-2 hereto this affidavit.

2. I declare that I first visited Indian Canyon (Indian Country as defined under Title 18, Section 1151, United States Code) in or about 1992.

3. I declare that in or about 1992, I began serving as an intern for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar-Costanoan Tribe ("Tribe"). At the time I began these internships for CIR and Tribe I reported to Tribe's then-Tribal Chairwoman and CIR's then-President Ann-Marie Sayers, who is presently still a director at CIR. My duties consisted of event planning and research studies for Tribe, and business advisory on CIR operations.

4. I declare that I have been a tribal affairs advisor and personal friend of Indian Canyon Chualar tribal band members Kanyon Sayers-Roods, Christopher Sayers, and Ann-Marie Sayers since in or about 1992. During the past 30 years, upon Ms. Sayers's, Mr. Sayers's, or Ms. Sayers-Roods's request for additional support on tribal affairs, I have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of Costanoan Ohlone People ("Tribe") until in or about 2021. And in or about February 2022, I was elected as an officer of CIR.

5. I declare to witnessing tribal ceremonies, monuments, storytelling, and other tribal activities while visiting Indian Canyon over the past thirty years. These tribal activities respective to the Chualar-Costanoan Tribe were administered or hosted by tribal members Ann-Marie Sayers or Kanyon Sayers-Roods.

[DECLARATION AS TO "EXHIBIT B" (GOV'T DOCUMENT CONCERNING TRIBAL LAND).]

6. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as "Exhibit B" is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992. This document looks like a trust patent number. Additionally, I can attest to seeing an official certification with Government seal and signature by a U.S. government official acknowledging a trust patent that issued by the Government on June 12th, 1911 to Sebastian Garcia ("document number 500-3498").

7. I declare that the second page of 'Exhibit B' hereto this affidavit, to the best of my knowledge, is a government document issued by the 'United States General Land Office,' which is now known as the U.S. Department of the Interior. And it looks like then-United States President William Taft signed this document acknowledging Sebastian Garcia as an "Chualar" Indian (as it reads, "Whereas, a schedule of allotments approved by the Secretary of Interior has been deposited in the General Land Office, whereby it appears that Sebastian Garcia, of the Chualar tribe or band of Indians, has been allotted the following-described land: The Lots Two, Three, Five, Six, and Ten of Section 13 in Township Fourteen South of Range Five East of the Mount Diablo Meridian, California, containing one hundred fifty-four and sixty-five hundredths acres...<towards the bottom portion of this page> In testimony whereof I, William H. Taft, President of the United States of America, have have caused these letters to be made patent and the seal of the General Land Office to be fixed...Patent No. 203411."). Therefore, based on this government document I would conclusively presume that anyone that is a blood-relative of Sebastian Garcia is a Chualar Indian.

*Affidavit*                                                                                  Page 3 of 8

[DECLARATION AS TO "EXHIBIT C" (GOV'T DOCUMENT CONCERNING CIR OFFICIAL SAYERS & TRIBE).]

8. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as "Exhibit C" is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992 under Title 28, Section 1733, United States Code (as it reads, "Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody: Trust Patent number 04-88-0047, issued August 19, 1988, to Ann Marie Sayers, recorded under document number 500-6431."). And page two of this government document acknowledges a person that I have known for more than twenty years as Ann Marie Sayers, an Indian of the Costanoan Tribe of Mount Diablo Meridian, California (as it reads, "Ann Marie Sayers, an Indian of the Costanoan Tribe, is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8, 1887, as amended (25 U.S.C. 334, for the following described land: Mount Diablo Meridian, California, T. 14 S., R. 5 E., sec. 24, lots, 1, 2, and 3...Containing 123.42 acres...NOW KNOW YE, That the UNITED STATES OF AMERICA...has allotted and by these present does allot, unto the said Indian, the land described, and hereby declares that that it does and will hold the land thus allotted."). That being said, without a doubt I believe that this government document under seal, issued by the United States Department of Interior is acknowledging an allotment of land to a person I know as Ann Marie Sayers of the Costanoan Tribe in California.

[DECLARATION AS TO "EXHIBIT D" (GOV'T DOCUMENTS CONCERNING TRIBE OFFICIALS & GEANOLOGY).]

9. I declare that I have reviewed "Exhibit D" [et seq.] hereto this affidavit, whereof, to the best of my knowledge, is a compilation of government-issued documents provide a showing of the bloodline between ancestors and living tribal members of the Chualar-Costanoan Tribe of California. These documents consist of certified birth records, and government-issued documents (with Government-issued Indian roll numbers), that demonstrate the fact that living tribal members Ann-Marie Sayers, Kanyon Sayers-Roods, and Christopher Sayers, are kin of Sebastian Garcia, who then-U.S. President William Taft acknowledged as a Chualar Indian in 1911, per 'Exhibit A' hereto this affidavit. And, I can attest that throughout the time I have known Kanyon Sayers-Roods, Ann-Marie Sayers, and Christopher Sayers, they have referred to themselves as

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 23 of 89
Case 1:22-c___ /1319   Document 1-6   Filed 05/13/2___   Page 4 of 80

*Affidavit*                                                                         Page 4 of 8

Chualar-Costanoan Indians, as is the Government's own classification of such persons in nexus with 'Exhibit B' and 'Exhibit C' hereto this affidavit.

10. I declare that, to the best of my knowledge, 'Exhibit D-1' is a government document issued by the Bureau of Indian Affairs, showing Indian roll numbers ("RN") for Native-American persons that I know as Christopher Sayers and Ann Marie Sayers (as it reads as, "Ann Marie Sayers...Tribe: Costanoan...RN: 506708...Christopher A. Sayers...Tribe: Costanoan...RN: 56710."). Additionally, 'Exhibit D-1' (on the bottom-right section of page) shows "Sebastian Garcia" as "Great Grandfather" of Christopher Sayers and Ann Marie Sayers. That being said, without a doubt, I believe this document to demonstrate (respective of Exhibit B and Exhibit C hereto this affidavit) that the Chualar and Costanoan tribes are one in the same, as the exhibits Sayers siblings who I know as Christopher and Ann Marie are within the same bloodline as Sebastian Garcia whom former U.S. President Taft declared was a Chualar Indian in 1911.


[DECLARATION AS TO "EXHIBIT E" (GOV'T DOCUMENT SHOWING TRIBE ON RECORD OF SENATE SECRETARY).]

11. I declare that, to the best of knowledge, I would attest that "Exhibit E" hereto this affidavit, is a government document, that any layman could find at the United States Senate website (www.senate.gov), showing a certification from a law and lobbying firm called Hogan and Hartson LLP, who was working for a client by the name of Indian Canyon Chualar Tribe of Costanoan-Ohlone People. I know of this client listed on section 7 of this government document. As I understand, presently, Ann Marie Sayers, Christopher Sayers, and Kanyon Sayers-Roods, are the tribal members that make up the executive council of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People.


[DECLARATION AS TO "EXHIBIT F" (CHUALAR-COSTANOAN TRIBE'S CONSITUTION, 1974).]

12. I declare that, to the best of my knowledge, I attest that "Exhibit F" hereto this affidavit is a 'Constitution for the Chualar Indians of Indian Canyon' signed and executed in 1974 by a person I have met, and know as Ann Marie Sayers. Moreover, I understand this document to be a constitution to have a governing influence of its tribal members from historical times to the present.

*Affidavit*                                                                              Page 5 of 8

[DECLARATION AS TO "EXHIBIT G" (CIR'S CORPORATE WEBSITE -
WWW.COSTANOAN.ORG).]

13. I declare that, to the best of my knowledge, "Exhibit G" hereto this affidavit, is a document from
the Costanoan Indian Research Inc. website (https://www.costanoan.org) [see page footers of
'Exhibit G'], where I see images of persons I have met, and know as CIR's President Kanyon
Sayers-Roods, and CIR's founder and director (and former President) Ann-Marie Sayers [pp. 1, 7
of 'Exhibit G']. Additionally, I see images of Indian Canyon ("Indian Country") that I have
visited several times; including an image of a totem pole, which is something similar to the totem
poles throughout the tribal nation I am a member of in the present. That being said, I believe this
to be a website that can be found in the public domain by any layman, directly related to the
Chualar-Costanoan Tribe of Indian Canyon, California (as this document reads, <page 1/8 of
'Exhibit G'> "Welcome to the official website of Costanoan Indian Research, the non-profit
organization of the Indian Canyon Chualar Tribe of Costanoan Ohlone People...<page 2/8 of
'Exhibit G'> Costanoan Indian Research, Inc. ("CIR" est. 1985) is a registered 501(c)(3) non-
profit organization at Indian Canyon, Hollister, California, owned and held by the Indian Canyon
Chualar Tribe of the Costanoan-Ohlone People."

[DECLARATION AS TO "EXHIBIT H" (GOV'T DOCUMENT CONCERNING CIR
OFFICIAL SAYERS & TRIBE).]

14. I declare that, to the best of my knowledge, "Exhibit H" is a government document sent by the
'United States Department of the Interior, Bureau of Indian Affairs' on December 18, 2007,
addressed to Ms. Ann Marie Sayers at P.O. Box 28, Hollister, California. This document appears
to be signed by the chief of Division of Tribal Government Services. And, I attest that this is
without a doubt a response letter from the Government for a petition for federal acknowledgment
of the Indian Canyon Band of Costanoan/Mutsun Indians of California, filed by a person I know
as Ann-Marie Sayers. Additionally, my understanding of this document is that the Government
did not deny or approve Ms. Sayers's petition from Federal acknowledgment due to particular
deficiencies; and I would therefore conclusively presume this petition to remain in pending
status.

[DECLARATION AS TO VIOLENT INCIDENT AT CIR HEADQUARTERS, APR. 23, 2022.]

15. I declare that on or about April 23, 2022, CIR President Ms. Sayers-Roods asked me to meet with
her and Tribe security-volunteers in efforts to safely get Ann-Marie Sayers, a CIR official and

Tribe member, to the hospital for a wellness check. Hence, in or about March 2022, Ms. Kanyon Sayers-Roods, Mr. Cary Peterson, Thomas Bishop, myself, and Tribe volunteers had a failed attempt getting Ann-Marie Sayers to the hospital due to obstruction and threat of physical harm by a woman I know as Marlene Machado. She was at no time a CIR or Tribe official, authorized agent, or employee, but has habitually intervened in CIR and Tribe activities that involved Ann-Marie Sayers.

16. I declare that on April 23, 2022, at around 11:45 a.m., at 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted CIR and Tribe security-volunteers with her fists and a ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Machado's physical assault took place while two CIR and Tribe security-volunteers had formed a body shield in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and another Tribe-CIR volunteer who I know as "Lee," assisting Sayers-Roods with Ann-Marie Sayers in a wheelchair, and proceeding to my car.


[DECLARATION AS TO "EXHIBIT I" (POA AGREEMENT AS TO CIR OFFICIAL MS. SAYERS).]

17. I declare that in of about March 2022, I have served as Power-of-Attorney for Ann-Marie Sayers in an individual capacity [see "Exhibit I-1" hereto this affidavit]. Thus, the former Power-of-Attorney agreement executed in January 2022 with Danny P. Sheehan was duly terminated by Ann-Marie Sayers before my agreement with her became effective [see "Exhibit I-2" hereto this affidavit]. And, at the time the POA agreement between Ms. Sayers and I was executed and notarized, Marlene Machado was a signature witness in accordance with 'Exhibit I-1.'

18. I declare that, on or about April 23, 2022, as a CIR colleague and Power-of-Attorney agent, with the help of Tribe and CIR, I was able to safely get Ann-Marie Sayers to a hospital in Santa Clara County for a wellness check. Ms. Sayers was taken to ER, transferred to ICU, and finally placed in a private room for constant observation. The ER doctor told me that the condition she arrived in demonstrates "obvious neglect." Moreover, the ER doctor told me that she had a broken harm, dislocated shoulder, head injury, blood in her GI track (internal bleeding), was extremely dehydrated, was less than 90 pounds [being around 5'5" in height], could not walk [needing wheelchair], and would need 3 blood transfusions to get her blood count back to normal. This being said by the doctors, I feel that rescuing Ann-Marie Sayers from Machado was quite similar to the 80's Stephen King movie 'Misery.'

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 26 of 89
Case 1:22-c   J1319   Document 1-6   Filed 05/13/2   Page 7 of 80

*Affidavit*                                                                                    Page 7 of 8

[DECLARATION AS TO "EXHIBIT J", "EXHIBIT K" & OTHER BAD CHARACTER EVIDENCE AS TO MACHADO.]

19. I declare that, in or about March 2022, upon my investigation on the status of Ann-Marie Sayers bank accounts that there were several checks written from Ann-Marie Sayers, made payable to Marlene Machado. These checks drawn on Ms. Sayers personal and business bank accounts written to Marlene Machado appeared to be Ms. Sayers's signature. But the date, written and numeric dollar amount did not appear to be the handwriting of a woman I have known for over thirty years as Ann Marie Sayers (an inference that there is a substantial likelihood that someone else wrote in this information after compelling Ms. Sayers to write her signature on a blank check). Moreover, one of these checks written to Ms. Machado in the amount of $2,500.00 was returned by the bank twice [see "Exhibit J" hereto this affidavit].

20. I declare that in or about March 2022, to the best of my knowledge (per CIR meeting discussions), CIR President Kanyon Sayers-Roods was refused collect mail addressed to CIR, and the ability to update postal mailbox user records as to CIR at the U.S. Post Office at 100 Maple St, Hollister, CA 95023, despite Ms. Sayers-Roods being the authorized user of this mailbox, due to misleading conduct induced by Machado, resulting in an obstruction of receipt of CIR's mail from various government agencies (e.g. Internal Revenue Service, California Secretary of State, California Franchise Tax Board).

21. I declare that at all times since 2017, Ms. Machado has interfered with the rural route mailbox provided to Indian Canyon Ranch ("Indian Country"), where CIR receives incoming mail items sent to 1 Indian Canyon Road, Hollister, CA 95023.

22. I declare that several times since in or about 2016, when Marlene Machado began residing in Indian Canyon, would Machado have abrupt and violent outbursts during CIR and Tribe meetings held at the cabin house at 1 Indian Canyon Road.

23. I declare that several times since in or about 2016, when Marlene Machado began residing in Indian Canyon, would Machado compel use (e.g. Machado saying things like "Ann Marie, you look like you need a drink before voting today."), and deliver alcoholic beverages (e.g. shots of scotch) to CIR board member Ann Marie Sayers during CIR and Tribe meetings held at the cabin house at 1 Indian Canyon Road. Moreover, aside from CIR and Tribe meetings, since in or about 2019, Machado had been leaving Indian Canyon daily to purchase a 750ml bottle of scotch and a pack of cigarettes daily for Ann Marie Sayers.

*Affidavit*                                                                                          Page 8 of 8

24. I declare that in or about March 2022, I was told by the step-son of Ms. Sayers's then-Power-of-Attorney agent Danny Sheehan (step-son is known as Danny Paul Nelson- an agent for Danny Sheehan) that Ms. Machado had been in contact with him about Ann-Marie Sayers. During this correspondence I asked about Mr. Nelson about whether Machado or he were going to get Ms. Sayers to a hospital for a wellness check. But this discussion's narrative seemed to be more about land easement issues with a private citizen's land bordering Indian Canyon than Ann-marie's health. Thus, no discussion about Ann-Marie Sayers's health, safety, and wellness was discussed on this (dubbed) 'Save Indian Canyon' conference call that I was invited to by Mr. Nelson and several persons who were at no time appointed CIR or Tribe employees, agents, or officials.

25. I declare that, in or about April 2022, I filed an elderly abuse report (as to Ann-Marie Sayers, 74 years old) with the health and social services office in San Benito County, California [see "Exhibit K" hereto this affidavit]. Thus, the alleged abuser-subject I listed was Ms. Machado, being in mind that Machado was the only person living on Indian Canyon, acting as caregiver to Ann-Marie Sayers since in or about 2019, notwithstanding I have no knowledge of any contract or oral agreement for such a role that had authorized by CIR, Tribe, or Ann-Marie Sayers.

[CERTIFICATION.]

On this ___ day of April, 2022, I, Charles Heinz, Jr. declare and submit the foregoing as true and correct, under 28 U.S.C. 1746, and under oath per notary public.

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA COUNTY

Subscribed and sworn to (or affirmed) before me
on this 27ᵗʰ day of ⌒APRIL⌒,
2022, by CHARLES HEINZ, JR., proved to me
on the basis of satisfactory evidence to be the
person who appeared before me.

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
03/01/2026.



(Signature)

CHARLES HEINZ, JR.

VATSAL A. PATEL
COMM. #2393175
NOTARY PUBLIC- CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. March 01, 2026

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT A-1**

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# Corporation - Statement of Information

Entity Name: COSTANOAN INDIAN RESEARCH, INC.

| | |
|---|---|
| Entity (File) Number: | C1270176 |
| File Date: | 03/02/2022 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | H287955 |

**Detailed Filing Information**

1. Entity Name:

   COSTANOAN INDIAN RESEARCH, INC.

2. Business Addresses:
   a. Street Address of Principal
      Office in California:

      1 Indian Canyon Road
      Indian Canyon, California 95023
      United States of America

   b. Mailing Address:

      PO Box 28
      Hollister, California 95024
      United States of America

3. Officers:
   a. Chief Executive Officer:

      Kanyon  Sayers-Roods
      1 Indian Canyon Road
      Indian Canyon, California 95023
      United States of America

   b. Secretary:

      Charles  Heinz
      1 Indian Canyon Road
      Indian Canyon, California 95023
      United States of America

Document ID: H287955

# California Secretary of State
## Electronic Filing

Officers (Cont'd):

   c.  Chief Financial Officer:

                Thomas  Bishop
                1 Indian Canyon Road
                Indian Canyon, California 95023
                United States of America

4.  Agent for Service of Process:

                Ann-Marie  Sayers
                1 Indian Canyon Road
                Indian Canyon, Hollister, California 95023
                United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   s/ Kanyon Sayers-Roods

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID:  H287955

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# **<u>EXHIBIT A-2</u>**

## COSTANOAN INDIAN RESEARCH, INC. - BOARD RESOLUTION

**MINUTES OF A MEETING OF DIRECTORS** of COSTANOAN INDIAN RESEARCH, INC.,
holding a corporate office at 1 Indian Canyon Road, Hollister, California 95023 (the "Corporation"); a
special meeting held in the State of California on this _25ᵗʰ_ day of February, 2022.

1. The following members were present:
   Kanyon Sayers-Roods, Secretary, Co-Chair, & Chief Director
   Kanyon Sayers-Roods, Treasurer & CFO.

   And, under Cal. Corp. Code(s) § 7225, Charles Heinz was appointed as a provisional director and
   Acting Secretary of Corporation.

2. **UPON A MOTION DULY MADE**, seconded and unanimously carried, Kanyon Sayers-Roods
   (Secretary, CFO, Chief Director) acted as Chairperson of the meeting and Charles Heinz (Senior
   Board Advisor, Acting Secretary, Provisional Director) as Secretary of the meeting.

3. The Chairperson noted that notice of this meeting was properly provided to each director within
   the time periods required by the bylaws of the Corporation and the laws of the State of
   California. Accordingly, the Chairperson called the meeting to order.

4. Minutes of the last regular meeting were read and after extensive discussion and, upon motion
   duly made, seconded and carried, were adopted with the identified amendments.

5. The Chairperson presented to the meeting and thereupon the following resolutions were offered,
   seconded and unanimously adopted.

**IT WAS RESOLVED THAT:**

1. The following individuals are appointed and confirmed as signing officers for the Corporation for
   a term of four years or until replaced and are authorized to manage all business interests,
   including bank accounts that have been established for the benefit of the Corporation, sign and
   endorse checks, drafts, and other orders of payment for those bank or investment accounts, are

Page 1 of 3

*Board Resolution* _____ Page 2 of 3

authorized to manage legal-decision making, and sign bills of lading, and other corporate documents, as needed and reasonable, for the normal conduct of the business of the Corporation:

Kanyon Sayers-Roods, President, Chief Director, Co-Chair;
Thomas Bishop, Treasurer-Chief Financial Officer; and
Charles Heinz, Secretary-Executive Vice President.

2. The Corporation will not require an audit for the most recent fiscal year ended and an auditor will not be appointed for the Corporation for the upcoming year.

3. The following individuals are appointed and confirmed as officers of the Corporation for a term of one year or until replaced:

Kanyon Sayers-Roods: President, Co-Chair, Chief Director;
Thomas A. Bishop: Treasurer, Chief Financial Officer (CFO), Director; and
Charles Heinz: Secretary, Executive Vice President (EVP), Director.

4. Ann-Marie Sayers is removed as President, Chairman of the Board of the Corporation effective immediately for the following cause:

February 19, 2022, a special meeting was held among the director(s)/officer(s) of official record under Statement of Information (Calif. SOS Entity C1270176 - Doc. ID No. GR71526, Mar. 17, 2021), and a provisional director under Cal. Corp. Code(s) § 7225, whereby resulted in a majority vote of two of three officers/directors of Corporation vetting that this corporate position should be reassigned pursuant Cal. Corp. Code(s) § 7221, § 7222(a)(1), § 7224 (Article 3 of the California Nonprofit Corporation Law). Whereas, Corporation's founder, Ann-Marie Sayers shall remain a board director, Co-Chair of the Board of Directors, and Registered Agent of Corporation, with voting rights pursuant to Cal. Corp. Code § 7610. Corporation's cause of action for this change was to make good faith efforts to uphold legislation prescribed under Cal. Corp. Code § 7238 and § 7215, under preventative measures to preclude the possibility of a vacancy, inter alia relative to a deceased or professionally incompetent officer or director as defined under Cal. Corp. Code § 7221.

*Board Resolution*                                                                 Page 3 of 3

The office of President, Chairman of the Board is now vacant. Whereas, has been replaced with the reassigned co-chair, Kanyon Sayers-Roods, who is the daughter of the former chairman and president, Ann-Marie Sayers.

And, Kanyon Sayers-Roods has been removed as Secretary and Chief Financial Officer of Corporation in accordance with Article 3 of the California Nonprofit Corporation Law.

5. Thereby, Corporation shall adopt Bylaws that become effective from the date of certification by Secretary and President declared hereinbelow.

6. There being no further business to come before the meeting, the meeting was adjourned.

7. Dated in the State of California on the _25 ᵗʰ_ day of February, 2022.


Charles Heinz - Acting Secretary


Kanyon Sayers-Roods - President

See notary attachment
2/25/2022

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California ) )

County of _Santa Clara_ )

On _February 25, 2022_ before me, _B. Galindo, Notary Public_
(here insert name and title of the officer)

personally appeared _Charles Heinz & Kanyon SayersRoad_
_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ~~is~~/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by ~~his/her~~/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

B. GALINDO
Notary Public - California
Santa Clara County
Commission # 2358752
My Comm. Expires Oct 15, 2022

Signature _____          (Seal)

---

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _Costanoan Indian Research Inc._
_Board Resolution_

containing _3_ pages, and dated _02/25/2022_.

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s)
  _____ Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

**Method of Signer Identification**

Proved to me on the basis of satisfactory evidence:
- ○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: _____

**Other**
- [ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
- [ ]

© Copyright 2007-2016 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  B**



# United States Department of the Interior

### BUREAU OF INDIAN AFFAIRS
### PORTLAND AREA OFFICE
911 N.E. 11th Avenue
Portland, Oregon 97232-4169



JUN   8 1992

IN REPLY REFER TO:

Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody:

Trust Patent number 203411, issued June 12, 1911, to Sebastian Garcia, recorded under document number 500-3498.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and caused the seal of the Bureau of Indian Affairs to be affixed on the day and year first above written.

_Leia La Lue_
(Signature)

Certifying Officer
(Title)



OAKLAND 03215.

# The United States of America,

### To all to whom these presents shall come, Greeting:

WHEREAS, a schedule of allotments approved by the Secretary of the Interior has been deposited in the General Land Office,

whereby it appears that **SEBASTIAN GARCIA,**

of the **CHUALAR**

tribe or band of Indians, has been allotted the following-described land:

THE LOTS TWO, THREE, FIVE, SIX AND TEN OF SECTION THIRTEEN IN
TOWNSHIP FOURTEEN SOUTH OF RANGE FIVE EAST OF THE MOUNT DIABLO MERIDIAN,
CALIFORNIA, CONTAINING ONE HUNDRED FIFTY-FOUR AND SIXTY-FIVE-HUNDREDTHS
ACRES.

Fee Patent Issued SEP 20 1945

Patent 1120135

Letter 2058736

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted, and by these presents does allot, unto the said Indian the Land above described, and hereby declares that it does and will hold the Land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian and at the expiration of said period the United States will convey the same by patent to said Indian in fee, discharged of said trust and free from all charge and incumbrance whatsoever; but in the event said Indian dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian and either issue to them in their names a patent in fee for said Land, or cause said Land to be sold for the benefit of said heirs as provided by law; and there is reserved from the lands hereby allotted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, WILLIAM H. TAFT

President of the United States of America, have caused these letters to be made

Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the **TWELFTH**

(SEAL) day of **JUNE** in the year of our Lord one thousand

nine hundred and **ELEVEN** and of the Independence of the

United States the one hundred and **THIRTY-FIFTH.**

By the President:

By

Wm H Taft

M P. LeRoy

Recorder of the General Land Office.

RECORD OF PATENTS: Patent Number **203411**

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  C

9312653



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
California State Office
2800 Cottage Way, Room E-2845
Sacramento, California 95825-1889



Recorded at the Request of

*Sayers*

DEC 3 1993

SAN BENITO COUNTY RECORDER

1:30 p m FEE: 14.00

June 16, 1992

I hereby certify that the annexed pages are a true and literal exemplification of CACA

12519, Indian Allotment case. A Certificate of Allotment dated October 12, 1983, and the

decision approving the Indian Allotment dated October 12, 1983, comprise a portion of

our records of which I am the official custodian.



In testimony whereof, I have
hereunto subscribed by name and
have caused the seal of this office
to be affixed at the City of
Sacramento, State of California, on
the date written above.

*Susan Mille*

Certifying Officer for the
California State Office

9312653

Certificate of
Eligibility No. 472   2

Form 2530—2
(August 1970)
(formerly 2212—2)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

CERTIFICATE OF ALLOTMENT

Land Office

California State Office

Date OCT 1 2 1983

I HEREBY CERTIFY That ___Ann Marie Sayers_____, an
                                              (Name)

Indian of the ___Costanoan_____ Tribe, has filed in this Office,

for ___herself_____ Allotment Application Number __CA 12519__
          (Insert "himself," name of minor child, or wife, as appropriate)

for (describe land) ___Lots 1, 2, and 3 T. 14 S., R. 5 E., Mount Diablo Meridian,_____

_____

_____

under section 4 of the act of February 8, 1887 (24 Stat. 388), as amended by the acts of February 28, 1891 (26 Stat. 794)
and June 25, 1910 (36 Stat. 855—860); and pursuant to said application, the land has been classified as proper for
allotment under said acts.

_Rose N. Fairbanks kc._           ACTING  Chief, Lands & Locatable Mineral Section
   (Signature of Authorized Officer)            Branch of Lands & Minerals Operations
                                                         (Title)

GPO 830—009

9312653          3

CA 12519
2530
(C-943.1)

OCT 12 1983          *va*

CERTIFIED--RETURN RECEIPT REQUESTED

DECISION

Ann Maria Sayers                    :
Post Office Box 28                  :          Indian Allotment
Hollister, California 95023         :

Allotment Approved
Issuance of Trust Patent Suspended

On March 18, 1982, Ann Marie Sayers filed application CA 12519 pursuant to
Sec. 4 of the Act of February 8, 1887, as amended (25 U.S.C. 334, 336 and
337), for an allotment of public land described as Lots 1, 2, and 3 Sec. 24,
T. 14 S., R. 5 E., Mount Diablo Meridian, containing 123.42 acres.

The applied for land has been classified as suitable for Indian Allotment as
required by Sec. 2530.0-3(c) of Title 43, Code of Federal Regulations.

Our Bakersfield District Manager has recommended that the issuance of a trust
patent be suspended for a period of 2 years to allow applicant to establish
settlement on the land and to become self-supporting from the development of
a livestock operation; i.e., African Pygmy goats. Therefore, a Certificate
of Allotment has been issued instead and is enclosed. However, allottee must
comply with the following stipulations to demonstrate her good faith and
intention:

1.  The allottee must establish actual inhabitancy of the land to the
    exclusion of a home elsewhere (32 L.D. 19). The allottee must
    submit to the Bureau of Land Management, Bakersfield District
    Manager, a written statement, signed and notarized, that the
    allottee has established actual inhabitancy of said Lots 1, 2 and
    3 to the exclusion of a home elsewhere.

2.  The allottee's settlement (establishment of a home) must be in
    conformance with county codes and ordinances.

3.  The allottee will submit to the Bureau of Land Management,
    Bakersfield District Manager, one year from issuance of Certificate
    of Allotment, a financial statement of the agricultural (livestock)
    operation, to include all expenses incurred and income received
    from the operation during the first year. The allottee will submit
    the same information at the end of the second year. It will be
    incumbent upon the allottee to demonstrate an annual net income,
    derived from the agricultural operation, in excess of the current

*or noted / jh 10-17-85*

NTP___ OFS ___LSBL___
ISSI LC___OTHER___SR.

9312653

4⸱

poverty level guidelines as established by the Office of Management and Budget and published in the Federal Register.

4. Prior to issuance of a trust patent, any range improvement projects (including prescribed burning, brush crushing, brush removal, etc.) must be approved in advance by the Bureau of Land Management, Hollister Resource Area Manager.

At the end of the 2-year period a trust patent will issue if evidence either by the record or upon further investigation in the field shows that settlement has been established in the manner described above.

If the applicant is adversely affected by this action, there is a right of appeal to the Board of Land Appeals, Office of the Secretary, in accordance with the regulations in 43 CFR, Part 4, Subpart E. If an appeal is taken, the notice of appeal must be filed in this office (not with the Board) so that the case file can be sent to the Board. A copy of the notice of appeal and of any statement of reasons, written arguments, or briefs must be served upon any adverse parties, and in addition, to the Regional Solicitor, Pacific Southwest Region, U.S. Department of the Interior, 2800 Cottage Way, Room E-2753, Sacramento, California 95825, within 15 days of the filing of any specific document. If the procedures set forth in the regulations are not followed, an appeal is subject to dismissal. Form 1842-1 is enclosed for additional information.

Rose M. Fairbanks
K.C.

Eleanor Wilkinson
Acting Chief, Lands & Locatable Minerals Section
Branch of Lands & Minerals Operations

Enclosures
  Certificate
  Form 1842-1

bc: Area Director, Sacramento Area Office,
    Bureau of Indian Affairs
    C-01
    C-019 (w/copy of Certificate)

V.Andrade:kc:10/6/83

END OF DOCUMENT



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Portland Area Office
911 N.E. 11th Avenue
Portland, Oregon 97232-4169

Recorded at the Request of   JUN  8 1992

Sayers

DEC  3 1993

SAN BENITO COUNTY RECORDER

1:30 p   m FEE: 17.00

Pursuant to Title 28, section 1733, United States Code, I hereby

certify that eact annexed paper is a true copy of a document

comprising part of the official records of the Bureau of Indian

Affairs, Department of the Interior, in my custody:

Trust Patent number 04-88-0047, issued August 19, 1988, to Ann

Marie Sayers, recorded under document number 500-6431.

9312654

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and
caused the seal of the Bureau of Indian Affairs to be
affixed on the day and year first above written.

_____
(Signature)

_____
Certifying Officer
(Title)



# The United States of America

### To all to whom these presents shall come, Greeting:

Form 1860-8
(May 1985)

5 0 0

Serial No. CACA 12519

WHEREAS,

Ann Marie Sayers,
an Indian of the Costanoan Tribe,

is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8,
1887, as amended (25 U.S.C. 334), for the following described land:

Mount Diablo Meridian, California

T. 14 S., R. 5 E.,
sec. 24, lots 1, 2, and 3.

Containing 123.42 acres.

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the
premises, has allotted and by these presents does allot, unto the said Indian,
the land above described, and hereby declares that it does and will hold the
land thus allotted (subject to all statutory provisions and restrictions) for
the period of twenty-five years, in trust for the sole use and benefit of the
said Indian, and at the expiration of said period the United States will convey
the same by patent to the said Indian in fee, discharged of said trust and free
from all charge and encumbrance whatsoever; but in the event said Indian dies
before the expiration of said trust period, the Secretary of the Interior shall
ascertain the legal heirs of said Indian and either issue to them in their
names a patent in fee for said land, or cause said land to be sold for the
benefit of said heirs as provided by law;

EXCEPTING AND RESERVING TO THE UNITED STATES a right-of-way thereon for
ditches or canals constructed by the authority of the United States. Act of
August 30, 1890 (43 U.S.C. 945).

IN TESTIMONY WHEREOF, the undersigned authorized officer of the
Bureau of Land Management, in accordance with the provisions
of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the
United States, caused these letters to be made Patent, and the
Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in   Sacramento, California
the   NINETEENTH   day of   AUGUST   in the year
of our Lord one thousand nine hundred and   EIGHTY-EIGHT
and of the Independence of the United States the two hundred
and   THIRTEENTH.

[SEAL]

By   Deputy State Director

California State Office

Patent Number   04-88-0047

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0 0    6 4 ⊔ 1
88 SEP 15  A 8 ⋅ 53

RECEIVED

SEP ⋅ 8 1988

BRANCH OF REALTY
TITLES & RECORDS
SECTION

9 3 1 2 6 5 4

# memorandum 

**DATE:** SEP 7 1988

ACTING

**REPLY TO ATTN OF:** Area Director, Sacramento Area Office

**SUBJECT:** New Indian Allotment, San Benito County – Ann Marie Sayers, Allottee

**TO:** Superintendent, Central California Agency
Attention: Realty Officer

Attached is the original trust patent No. 04-88-0047 which was issued to Ann Marie Sayers by the Bureau of Land Management pursuant to the General Allotment Act of February 8, 1887, as amended (25 U.S.C. 334).

We were previously advised by the BLM staff that the Certificate of Eligibility (No. 472) to receive an allotment had been issued by the Central California Agency, however, we have never been provided with a copy. Upon a check of the California Judgment Roll, we found the following information regarding the subject Allottee:

> Ann Marie Sayers
> DOB: 10/13/1948
> Mother: Elena Sayers, 1933 Census RN 6503
> Mother's Blood Degree: 4/4 Mission San Juan Bautista.

The subject property, consisting of three lots totaling 123.42 acres, is located in San Benito County, and a copy of BLM's May 22, 1884 plat is attached.

Please assign an IRMS identification number to the Allottee and make the appropriate addition to your land records and have the patent and plat recorded at the Portland Titles and Records Section. By separate letter, we will be advising the Allottee (P.O. Box 28, Hollister, CA 95023) that the Central California Agency will have administrative jurisdiction over the subject allotment. We have been advised by the BLM that Ms. Sayers also owns an adjacent tract in fee simple.

Also attached hereto are the documents which comprise our entire case file on the subject.

Attachments

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114
*U.S.GPO 1987-0-181-247/40255



### UNITED STATES
### DEPARTMENT OF THE INTERIOR
**BUREAU OF INDIAN AFFAIRS**

Central California Agency
1800 Tribute Road, Suite 111
Sacramento, California  95815-4314

5 0   6431

9312654

This is to certify that the attached *Patent* ~~deed~~ between *U SA*

and *Ann Marie Sayers* for *CACA* _____ Allotment No. *12519*

are in conformity with existing laws and regulations, and all realty

records checked as to description, ownership and proper identification of

grantor/grantee and conformity extends to and includes all supporting

documents and other materials as may be specified and required in the

Code of Federal Regulations.

_Virginia A Carpenter_
Realty Officer

Approved *9-8-88*   _Virginia A Carpenter_
*Acting*   Superintendent

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0   6431

88 SEP 15  A 8 : 53

BRANCH OF REALTY
TITLES & RECORDS
SECTION

**END OF DOCUMENT**

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  D-1



Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  D-2

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 52 of 89
Case 1:22-c_ _1319   Document 1-6   Filed 05/13/2_   Page 33 of 80
1/2

5/11/22, 1:54 PM

Kanyon-berth-cert-photo.jpg

https://drive.google.com/drive/u/1/folders/1aAZ9QepJMpZwJGZ!LFNk7wXYro9Nwyw1

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BENITO
HOLLISTER, CALIFORNIA

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA

3500-227   VOL.   41   PAGE   410

NAME OF CHILD
Kanyon   Ar-Boo-Ah McKenzee   Sayter-Roods

SEX: Female   DATE OF BIRTH: July 3, 1988

PLACE OF BIRTH: Hazel Hawkins Hospital

CITY OR TOWN: Hollister   COUNTY: San Benito

NAME OF FATHER: Richard   Harold   Roods

NAME OF MOTHER: Ann-Marie   Madeline   Sayter

ATTENDANT: H. Aslam Barra, M.D., 930 Sunnyslope Rd., Hollister, CA 95023

CONFIDENTIAL INFORMATION FOR PUBLIC HEALTH USE ONLY

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SAN BENITO

This is a true and exact reproduction of the document officially registered
and placed on file at the office of the San Benito County Clerk-Recorder.

DATE ISSUED 01/24/2022

*000073685*

JOE PAUL GONZALEZ
SAN BENITO COUNTY CLERK-RECORDER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BENITO
### HOLLISTER, CALIFORNIA

Form 2

DISTRICT No. **3550**    Page 117    REGISTRAR'S No. **253**

1. FULL NAME OF CHILD: **Ann Marie Sayers**    MAIDEN SURNAME OF MOTHER: **Sanchez**

2. PLACE OF BIRTH: (A) COUNTY **San Benito**
   (B) CITY OR TOWN **Hollister**  *IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL*
   (C) NAME OF HOSPITAL OR INSTITUTION **Hazel Hawkins Memorial Hospital**
   (D) IF IN HOSPITAL OR INSTITUTION, GIVE STATE NUMBER IN DAYS OR HRS. MOTHER'S STAY BEFORE DELIVERY **73 hrs** IN THIS COMMUNITY **Same**

3. USUAL RESIDENCE OF MOTHER: (A) LENGTH OF RESIDENCE IN CALIFORNIA **38**
   (B) STATE **California**   YEARS  MONTHS  DAYS
   (C) COUNTY **San Benito**   **10**
   (D) CITY OR TOWN **Rural**  *IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL*   **10**   YEARS  MONTHS  DAYS
   (E) STREET AND NUMBER

4. SEX **Female**
5. TWIN OR TRIPLET   IF SO—BORN  1ST □  2ND □  3RD □

6. NUMBER OF MONTHS OF PREGNANCY **9½**
7. DAY OF BIRTH **October 13, 1948**  MONTH BY NAME  DAY  YEAR

### FATHER OF CHILD

8. FULL NAME **Elliott Slocum Sayers**
9. COLOR OR RACE **White**
10. AGE AT TIME OF THIS BIRTH **42** YEARS
11. LENGTH OF RESIDENCE IN CALIFORNIA **12** YEARS MONTHS DAYS
12. BIRTHPLACE **Montague, Michigan**
13. USUAL OCCUPATION **Laborer**
14. INDUSTRY OR BUSINESS

### MOTHER OF CHILD

15. FULL MAIDEN NAME **Elena Catherine Sanchez**
16. COLOR OR RACE **Indian**
17. AGE AT TIME OF THIS BIRTH **38** YEARS
18. BIRTHPLACE **Hollister, California**
19. USUAL OCCUPATION **Housewife**
20. INDUSTRY OR BUSINESS

21. CHILDREN BORN TO THIS MOTHER:
   (a) HOW MANY OTHER CHILDREN OF THIS MOTHER ARE NOW LIVING? **0**
   (b) HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? **1**
   (c) HOW MANY CHILDREN WERE BORN DEAD?

22. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:
   **Mrs. Elliott S. Sayers**
   **Star Route - Indian Canyon**
   **Hollister, California**

23. I HEREBY CERTIFY, THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE HOUR OF **9:18** A.M. ON THE DATE ABOVE STATED AND THAT THE INFORMATION GIVEN WAS FURNISHED BY **Mrs. Elena Sayers** RELATED TO THIS CHILD AS **Mother**

24. DATE RECEIVED BY LOCAL REGISTRAR **11-4-48**    ATTENDANT'S OWN SIGNATURE **E.N. Moore, M.D.**

25. REGISTRAR'S SIGNATURE **Roswell L. Hull, M.D.**    M.D., MIDWIFE OR OTHER **DATE SIGNED 11-1-48**

26. GIVEN NAME ADDED ____ BY **Me** ____    ADDRESS **Hollister, California**
   REGISTRAR

27. (A) PREGNANCY, COMPLICATIONS OF:
   (E) DID THE BABY HAVE ANY CONGENITAL MALFORMATIONS?    (DESCRIBE)
   (B) LABOR, COMPLICATIONS OF:
   BIRTH INJURY?    (DESCRIBE)
   (C) WAS THERE AN OPERATION    STATE ALL    (INDUCED)
   FOR DELIVERY?    OPERATIONS?
   YES OR NO
   (F) WAS A SEROLOGICAL TEST MADE FOR SYPHILIS IN THIS MOTHER?
   (D) WAS A PROPHYLACTIC DRUG USED IN THE BABY'S EYES?    YES OR NO
   IF YES, STATE DRUG.
   IF SO, AT WHAT PERIOD OF GESTATION?    Mos.
   IF NOT, WHY NOT?

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

## CERTIFICATE OF LIVE BIRTH

FEDERAL SECURITY AGENCY
U. S. Public Health Service

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SAN BENITO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Benito County Clerk-Recorder.

DATE ISSUED **MAR 2 1 2022**    BY *Nancy Vigna*  Deputy
**NANCY VIGNA**



JOE PAUL GONZALEZ
SAN BENITO COUNTY CLERK-RECORDER



* 000074048 *

This copy is not valid unless prepared on an engraved border, displaying date, and the signature of the Deputy County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*Page 278-A*

| REGISTRATION DISTRICT NO. 2550 | REGISTRAR'S NUMBER 299 | **CERTIFICATE OF LIVE BIRTH** | STATE FILE NO. | |
|---|---|---|---|---|

**THIS CHILD** (TYPE OR PRINT NAME)

| 1a. CHILD'S FIRST NAME | 1b. MIDDLE NAME | 1c. LAST NAME |
|---|---|---|
| Christopher | Albert | Sayers |

| 2. SEX | 3a. THIS BIRTH, SINGLE, TWIN, OR TRIPLET? | 3b. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD? | 4a. DATE OF BIRTH—MONTH, DAY, YEAR | 4b. HOUR |
|---|---|---|---|---|
| Male | Single | | Oct. 24, 1951 | 9:30 AM |

**PLACE OF BIRTH**

| 5a. PLACE OF BIRTH—CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN) | 5b. COUNTY |
|---|---|
| Hollister | San Benito |

| 5c. FULL NAME AND ADDRESS OF HOSPITAL OR INSTITUTION — (IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET ADDRESS OR LOCATION) |
|---|
| Hazel Hawkins Memorial Hospital 916 Monterey Street Hollister, Calif. |

**USUAL RESIDENCE OF MOTHER** (WHERE DOES MOTHER LIVE)

| 6a. RESIDENCE OF MOTHER – STREET ADDRESS (IF RURAL, GIVE LOCATION) | 6b. COUNTY |
|---|---|
| Rural-Bird Creek Road | San Benito |

| 6c. CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN) | 6d. STATE |
|---|---|
| Rural-Hollister | California |

**MOTHER OF CHILD**

| 7a. MAIDEN NAME OF MOTHER—FIRST NAME | 7b. MIDDLE NAME | 7c. LAST NAME | 8. COLOR OR RACE OF MOTHER |
|---|---|---|---|
| Elena | Catherine | Sanchez | Indian |

| 9. AGE OF MOTHER (AT TIME OF THIS BIRTH) | 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 11. MAILING ADDRESS OF MOTHER (IF DIFFERENT FROM USUAL RESIDENCE) |
|---|---|---|
| 41 YEARS | California | Star Route-Hollister |

**FATHER OF CHILD**

| 12a. NAME OF FATHER – FIRST NAME | 12b. MIDDLE NAME | 12c. LAST NAME | 13. COLOR OR RACE OF FATHER |
|---|---|---|---|
| Elliott | Slocum | Sayers | White |

| 14. AGE OF FATHER (AT TIME OF THIS BIRTH) | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 16a. USUAL OCCUPATION | 16b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 46 YEARS | Michigan | Feeder | Cement |

**INFORMANT'S CERTIFICATION**

| 17a. I HEREBY CERTIFY THAT THE ABOVE STATED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 17b. SIGNATURE OF PARENT OR OTHER INFORMANT ▶ Elena C Sayers ☒ PARENT ☐ OTHER, SPECIFY | 17c. DEGREE OR TITLE | 17d. DATE SIGNED Oct. 27, 1951 |
|---|---|---|---|
| | | 18b. ADDRESS | |

**ATTENDANT'S CERTIFICATION**

| 18a. I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR AND DATE STATED ABOVE. SIGNATURE OF ATTENDANT ▶ E. N. Moore | M. D. | Hollister, Calif. |
|---|---|---|

**REGISTRAR'S CERTIFICATION**

| 19. DATE RECEIVED BY LOCAL REGISTRAR Dec. 13, 1951 | 20. SIGNATURE OF LOCAL REGISTRAR ▶ Roswell L. Hull M. D. gc | 21. DATE ON WHICH GIVEN NAME ADDED |
|---|---|---|

**LEAVE BLANK** (ADDED AFTER FILING)

**FOR MEDICAL AND HEALTH USE ONLY** (THIS SECTION IS NOT TO BE REPRODUCED ON CERTIFIED COPIES)

| | CHILDREN PREVIOUSLY BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD) | 22a. HOW MANY OTHER CHILDREN ARE NOW LIVING? | 22b. HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? | 22c. HOW MANY CHILDREN WERE STILLBORN (BORN DEAD AFTER 20 WEEKS PREGNANCY?) |
|---|---|---|---|---|
| | 23a. LENGTH OF PREGNANCY WEEKS | 23b. WEIGHT AT BIRTH LBS. OZS. | 24a. STATE ANY COMPLICATIONS OF PREGNANCY AND LABOR | |
| | 24b. STATE ANY OPERATION FOR DELIVERY | | 24c. DESCRIBE ANY CONGENITAL MALFORMATIONS | |
| | 24d. DESCRIBE ANY BIRTH INJURY | | 24e. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? ☐ YES ☐ NO | IF YES, STATE DRUG: |
| | 25a. WAS A SEROLOGICAL TEST FOR SYPHILIS MADE "THIS MOTHER? ☐ YES ☐ NO | 25b. IF SO, AT WHAT MONTH OF PREGNANCY? | 25c. IF NOT, WHY NOT? | |

TE OF CALIFORNIA                    REV. 1-1-49 FORM R.R.-19                    DEPARTMENT OF PUBLIC HEALTH

Form 2

District No. 3550   Registrar's No. 253
Page 117

and verified by __Mrs. Elena Sayers__ Parent

1. Full name of child: **Ann Marie Sayers**
   Maiden surname of mother: **Sanchez**

2. Place of Birth: (A) County __San Benito__
   (B) City or Town __Hollister__
   (C) Name of hospital or institution __Hazel Hawkins Memorial Hospital__
   (D) Mother's stay before delivery in hospital or institution __13hrs__ __47min.__ In this community __Same__

3. Usual Residence of Mother:
   (A) State __California__   (A) Length of residence in California __38__
   (B) County __San Benito__   (B) __Rural__
   (C) City or town __Hollister__
   (D) City or town, if outside city or town limits, while rural __Rural__

4. Sex __Female__   5. Twin or triplet

**FATHER OF CHILD**

8. Full name: __Elliott Slocum Sayers__
9. Color or race: __White__
10. Age at time of this birth __42__
11. Length of residence in California __12__
12. Birthplace __Fontague, Michigan__
13. Usual occupation __Laborer__
14. Industry or business

**MOTHER OF CHILD**

15. Full name: __Elena Catherine Sanchez__
16. Color or race: __Indian__
17. Age at time of this birth __38__
18. Birthplace __Hollister, California__
19. Usual occupation __Housewife__
20. Industry or business

6. Number of months of pregnancy __8__
7. Date of birth __October 13, 1948__

21. Children born to this mother:
    (A) How many other children of this mother are now living: __0__
    (B) How many other children were born alive but are now dead:
    (C) How many children were born dead: __1__

22. Mother's mailing address for registration notice:
    __Mrs. Elliott S. Sayers__
    __Star Route - Indian Canyon__
    __Hollister, California__

23. I hereby certify that I attended the birth of this child who was born alive at the hour of __9:18A.M.__ on the date above stated and that the information given was furnished by __Mrs. Elena Sayers__
    Attendant's own signature, related to this child as __E. N. Moore, M.D.__ __Mother__
    M.D., Midwife or other __M.D.__   Date signed __11-1-48__
    Address __Hollister, California__

24. Date received by local registrar __11-5-48__
25. Registrar's signature __Roswell T. Hull, M.D.__
26. Given name added __By__ __Me__ Registrar
27. (A) Pregnancy, complications of: __None__
    (B) Labor, complications of: __Hypertension__

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  E**

4/16/22, 3:38 PM

| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby | **LOBBYING REPORT** |

## Lobbying Disclosure Act of 1995 (Section 5) - **All Filers Are Required to Complete This Page**

**1. Registrant Name** ✓ Organization/Lobbying Firm   ☐ Self Employed Individual
HOGAN & HARTSON LLP

**2. Address**
Address1  COLUMBIA SQUARE          Address2  555 THIRTEENTH STREET NW
City  WASHINGTON          State  DC    Zip Code  20004          Country  USA

**3. Principal place of business (if different than line 2)**
City _____    State _____    Zip Code _____          Country _____

4a. Contact Name          b. Telephone Number  c. E-mail          **5. Senate ID#**
Ms.   Warnke, Christine M.     2026375645     CMWarnke@HHLAW.com       18422-1005243

7. Client Name     *Self*     ☐ *Check if client is a state or local government or instrumentality*     **6. House ID#**
Indian Canyon Chualar Tribe of Costanoan-Ohlone People                              304700529

## TYPE OF REPORT     8. Year 2008    Q1 (1/1 - 3/31)   Q2 (4/1 - 6/30) ✓  Q3 (7/1 - 9/30)   Q4 (10/1 - 12/31)

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐          Termination Date _____          11. No Lobbying Issue Activity ☐

| **INCOME OR EXPENSES – YOU MUST complete either Line 12 or Line 13** | |
|---|---|
| **12. Lobbying**<br>**INCOME** relating to lobbying activities for this reporting period was:<br><br>Less than $5,000 ✓<br><br>$5,000 or more    $ _____<br><br>Provide a good faith estimate, rounded to the nearest $10,000, of all lobbying related income for the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | **13. Organizations**<br>**EXPENSE** relating to lobbying activities for this reporting period were:<br><br>Less than $5,000<br><br>$5,000 or more    $ _____<br><br>**14. REPORTING** Check box to indicate expense accounting method. See instructions for description of options.<br><br> **Method A.** Reporting amounts using LDA definitions only<br><br> **Method B.** Reporting amounts under section 6033(b)(8) of the Internal Revenue Code<br><br> **Method C.** Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature | Digitally Signed By: Warnke, Christine M. , Senior Governmental Affairs Advisor | Date | 07/21/2008

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code GOV

16. Specific lobbying issues

| Seeking Reaffirmation of Tribal Recognition |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| Interior - Dept of (DOI),U.S. HOUSE OF REPRESENTATIVES,U.S. SENATE, |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Christine M. | Warnke | | | |
| Douglas P. | Wheeler | | | |
| Andrew L. | Spielman | | | |
| Danielle | DiMauro | | | ✓ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ✓ Check if None

| |
|---|

4/16/22, 3:38 PM

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code IND

16. Specific lobbying issues

Indian and Native American Affairs

17. House(s) of Congress and Federal agencies ☐ Check if None

Interior - Dept of (DOI),

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|------------|-----------|--------|-------------------------------------------|-----|
| Christine M. | Warnke | | | |
| Douglas P. | Wheeler | | | |
| Andrew L. | Spielman | | | |
| Danielle | DiMauro | | | ✓ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ✓ Check if None

**Information Update Page - Complete ONLY where registration information has changed.**

20. Client new address

Address

| City | | State | | Zip Code | | Country | |
|------|--|-------|--|----------|--|---------|--|

21. Client new principal place of business (if different than line 20)

| City | | State | | Zip Code | | Country | |
|------|--|-------|--|----------|--|---------|--|

22. New General description of client's business or activities

Indian Tribe

# LOBBYIST UPDATE

23. Name of each previously reported individual who is no longer expected to act as a lobbyist for the client

| First Name | Last Name | Suffix | First Name | Last Name | Suffix |
|------------|-----------|--------|------------|-----------|--------|

# ISSUE UPDATE

24. General lobbying issue that no longer pertains

# AFFILIATED ORGANIZATIONS

25. Add the following affiliated organization(s)

Internet Address:

| Name | Address | Principal Place of Business |
|------|---------|------------------------------|

4/16/22, 3:38 PM

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 60 of 89
Case 1:22-cv   1319   Document 1-6   Filed 06/8/22   Page 41 of 80

| Name | Address | | | | Principal place of business |
| | Street Address | Address | | | (city and state or country) |
| | City | State/Province | Zip | Country | |
| | Street Address | | | | |
| 26. Name of each previously reported organization that is no longer affiliated with the registrant or client | City | State/Province | Zip | Country | |

## FOREIGN ENTITIES

27. Add the following foreign entities:

| Name | Address | | | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
| | Street Address | | | | | |
| | City | State/Province | Country | | | |

28. Name of each previously reported foreign entity that no longer owns, or controls, or is affiliated with the registrant, client or affiliated organization

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# <u>EXHIBIT  F</u>

CONSTITUTION

OF THE

CHUALAR INDIANS OF INDIAN CANYON


PREAMBLE

We, the Chualar Indians of Indian Canyon, located near
the town of Hollister and the San Juan Bautista Mission,
located in San Benito County, California, in order to
form a recognized and more representative organization
to manage all business affairs, and to preserve and make
secure our Indian homeland heritage, culture, and identity;
to safeguard our interests and general welfare; and further
improve the economic conditions of ourselves and Indian
Canyon; do hereby adopt this Constitution.


PURPOSE

The descendent Indians of the Chualar Indians of Indian
Canyon do hereby adopt this Constitution which shall
henceforth constitute the governing authority of the
Tribe for the purpose of self government, to promote to
further enhance economic advance cooperative relations
with other tribal, Federal, State, and local governments.


TERRITORY AND JURISDICTION

Section 1.  Territory and Jurisdiction.  The jurisdiction
of the Tribe and its General Governing Council shall
extend to the following:

    (a)  All lands which are held in trust and other
resources within the interior boundaries of Indian Canyon.

    (b)  All other lands, and resources which may be
hereafter acquired by the Tribe.

    (c)  All recognized members of the Tribe, wherever
located.

MEMBERSHIP

Section 1.  Membership.  The following persons shall be members of the Chualar Indians of Indian Canyon, California:

    (a)  All persons of Indian descent whose names are listed as descendants of the Chualar Indians of Indian Canyon, ~~according to the provisions of the Bureau of Land Management (BLM) requirements~~, shall together be listed with dependent children, of said descendants.

    (b)  All Indian persons living on the effective date of this Constitution who are lineal descendants of any person designated in subsection (a) of this Section.


THE GENERAL GOVERNING COUNCIL

Section 1.  Council Composition.  The General Governing Council shall, at minimal, consist of the Chairperson, Secretary, and Treasurer.  The Council shall be elected by secret ballot.

Section 2.  Governing Council Meeting.  All meetings of the General Governing Council will be open to all of the Tribe's members, except in those cases where the matter under discussion would involve confidentiality.  In these cases, business will be conducted in a closed session of the Council.


CERTIFICATION

This is to certify that the above Constitution was duly adopted by the Chualar Indians of Indian Canyon at a duly noticed, called, and convened meeting on the ____24____ day of ___October___, 1974, where a quorum was present.


_Ann Marie Sayers_

Ann Marie Sayers, Chairperson

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  G



**COSTANOAN INDIAN RESEARCH**



# Research, the non-profit organization of the Indian Canyon Chualar Tribe of Costanoan Ohlone People.

## "Honor the past to shape the future." - Ann-Marie Sayers

| ABOUT US | DONATE NOW |



## About Us

Costanoan Indian Research, Inc. is a registered 501(c)(3) non-profit organization (FEIN: 68-0287736) owned and held by members of the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People, located in Hollister, California.



## Indian Canyon

Indian Canyon is the only federally recognized "Indian Country" near SF/Silicon Valley Area in the State of California from as far north as San Pablo (city), to as far South as Santa Ynez (city). Indian Canyon has been sacred land and home for Ohlone-Costanoan people for thousands of years.



## Our Values

We seek to improve and enhance the Recognition of Indigenous California Natives; encourage Reciprocity and Responsibility through actions, policies and programs impacting indigenous peoples and land; Respect the Costanoan Ohlone people.



## Get Involved

We welcome volunteers, donations, and visitors by appointment only.

Click here for more information



# ABOUT OUR ORGANIZATION

Costanoan Indian Research, Inc. ("CIR" est. 1985) is a registered 501(c)(3) non-profit organization at Indian Canyon, Hollister, California, owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People.

Indian Canyon has served as a safe haven for Indigenous peoples in need of land for ceremony and education. CIR has opened this land to visitors for indigenous studies and rural development. Indian Canyon is the only land continuously held by the Ohlone people, the first inhabitants of the San Francisco and Monterey Bay Area. Indian Canyon is the the only federally recognized "Indian Country" for 300 miles along central coastal California from San Pablo to Santa Ynez.

4/18/22, 1:24 PM

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 67 of 89
Case 1:22-cv 1319   Document in Res-Filed 05/03/21   Page 45 of 80





**ORGANIZATION INTERESTS**

Innovation & Infrastructure
Efficient Program Management
Fair Consumption & Production
Climate Action for Preservation
Regulatory Compliance
Restoration of Indian Country



**TRIBAL NATION AGENDA**

Tribal Awareness Program
SMARTNative.Org (Addiction Abuse Support)
Educational Programs with Academia
Development of Opioid Alternatives
Scholarship Programs for Native Youth
Research & Development on Ecosystems

4/18/22, 1:24 PM
Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 68 of 89
Case 1:22-c\   1319   Documental Costanoan   Resources   Page 49 of 80

# More About Us

**1.**

**#HonorNativeLand**

The Mutsun-Ohlone people have maintained and been responsible for this land since time immemorial.

NATIVE LAND MAP  >

**2.**

## Federally Recognized "Indian Country"

In 1911, United states President William Taft officially recognized Sebastian Garcia and the Chualar Tribe when he signed the Trust Patent granting him and his Tribe and allotment of land , which is now part of Indian Canyon today .

**3.**

## Continuous Legacy of Land Stewardship

Upon Sebastian Garcia's death in 1933, The Department of the Interior declared his grand-daughter, Elena Sanchez, to be the legal heir of his allotment, thereby designated her as the new Tribal Leader of the small band of the Chualar Tribe in Indian Canyon.

**4.**

## Ann-Marie reclaims ancestral homelands

Upon Elena Sanchez' death in 1974, her daughter, Ann-Marie Sayers was designated the new Tribal Chairperson of the Costanoan Tribe in Indian Canyon. Ann-Marie updated the Tribe's name from the Chualar

Tribe to the Costanoan Tribe to honor and recognize the region in which Indian Canyon was located.

**READ MORE**

5.

## Opening the land for all Indigenous peoples

Indian Canyon is available to all indigenous people to use for performing traditional ceremonies — something that was prohibited until the 1978 passage of the American Indian Religious Freedom Act. In welcoming other indigenous people to Indian Canyon, Sayers continues the land's long history as a refuge.

6.

## Honor Truth in History

Indian Canyon has in excess of 5,000 visitors annually from a caring host of many indigenous ceremonies and gatherings, fundraisers, school field trips. Indian Canyon is NOT a park, and we are only open to the public BY APPOINTMENT ONLY.

If you want to support the growth and sustainability of this refuge for indigenous peoples, please consider making a donation. All donations will support the continual evolution and infrastructure of Indian Canyon.

Donate Now

When you contribute, you support: the revitalization of our sacred traditions, Native ecological restoration, research, consultation, and education, community outreach and reconnection to sacred land, and the rematriation of our ancestral homeland

Volunteer your time, skills, services or internship, including: Grant Writers, Land stewardship, Indigenous Botanical Restoration. Fire/Flood Prevention, and more.

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 70 of 89
Case 1:22-cv   1319   Document 1   Filed 05/13/21   Page 51 of 80
4/18/22, 1:24 PM

# MAKE A DONATION

If you want to support the growth and sustainability of this refuge for indigenous peoples, please consider making a donation.



# Visit Indian Canyon

Serving as a safe haven for Indigenous peoples in need of land for ceremony – pre and post contact. Located south of Hollister, this private remote Canyon may be visited by invitation and Appointment Only.









Share our journey and learn more about us.

4/18/22, 1:24 PM

Case 5:22-cv-03092-EJD    Document 1-3    Filed 05/26/22    Page 72 of 89
Case 1:22-c\    1319    Document 1 Re-Filed 05/13/2.    Page 55 of 80

# Leadership & Advisors



## Kanyon Sayers-Roods

President & Tribal Co-Chair

4/18/22, 1:24 PM



## Ann-Marie Sayers

Founder, Director & Tribal Co-Chair

**Tom Bishop – Treasurer & CFO**

**Charles Heinz – Secretary & EVP**

**Ishita Sharma – Compliance & Legal Affairs**



4/18/22, 1:24 PM

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 74 of 89
Case 1:22-cv 1319   Document 16-3 Filed 05/13/22   Page 65 of 80



# Contact us now!

**NAME** *



**EMAIL** *



**PHONE**



**TYPE OF INQUIRY**

Select One ⌄

**REASON FOR INQUIRY**



SUBMIT

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  H

#12



# United States Department of the Interior

### BUREAU OF INDIAN AFFAIRS

### WASHINGTON, D.C.  20245

IN REPLY REFER TO:

Tribal Government Services - AR

Ms. Ann Marie Sayers
P.O. Box 28
Hollister, California  95814

Dear Ms. Sayers:

On July 13, 1989, the documented petition of the Indian Canyon Band of
Coastanoan/Mutsun Indians of California for Federal acknowledgment was
hand-delivered to the Branch of Acknowledgment and Research by Ms. Joy
Sundberg and Ms. Helen Marie Davis.  We advised Ms. Sundberg and Ms. Davis
that we would make a cursory review of the petition with a view toward
determining if the acknowledgment process was appropriate for your group
and, if we found it was not, to provide suggestions regarding other
possible alternatives.  We decided to do this because we knew that your
group consisted of only three members, and because it already had trust
land and appeared otherwise to be eligible for Federal services as Indians.

The petition describes a single family unit rather than a tribal unit of
the type which can be acknowledged under the Acknowledgment regulations.
It documents part of the history of the five direct heirs of Indian
allottee Sebastian Garcia and the trust land presently held by his
descendants.  But it does not provide evidence of the existence of an
Indian tribe which has maintained a cohesive community and has exerted a
governing influence over its members from historic times to the present.
The petition does not indicate how or if the Garcia/Sanchez/Sayers family
members interacted with other Coastanoan people.  Neither does it present
evidence that these family members have been identified historically as a
separate band or tribe.

On a preliminary basis, therefore, it appears that the Acknowledgment
process may not be an appropriate method for your group to gain Federal
recognition as a tribe.  However, this does not mean that we are asking you
to withdraw the petition.  You have the option of continuing in the process
and waiting for a more comprehensive review of the petition by one of our
research teams; the review for obvious deficiencies and significant
omissions (or OD review) as established in section 83.9 (a-b) of the
Acknowledgment regulations.  Such a review might provide you with a much
clearer idea of the appropriateness of the Acknowledgment process for your
group.  Due to our current backlog of casework, however, it might be a year
or more before we could complete such a review.

Your group may wish to pursue other options, one of which might be to
explore membership eligibility in a tribe which is already recognized or in
another group which has petitioned for acknowledgment.  You also have the
option of seeking recognition through legislation or litigation.

If the primary aim of your acknowledgment effort is to obtain additional Federal services, we would be happy to arrange a meeting with personnel from the Bureau of Indian Affairs' Area Office and/or Central California Agency in Sacramento to outline services and programs for which your group may now be eligible as individual Indians who are already federally recognized.

Please let us know your decisions and whether you wish to continue in the Acknowledgment process. If you have further questions, please contact Michael Lawson, the Acknowledgment staff member who has administrative responsibilty for California petitioners. You may write him c/o Bureau of Indian Affairs, Branch of Acknowledgment and Research, Mail Stop 4627-MIB, 18th and C Streets, N.W., Washington, D.C. 20240, or call him at (202) 343-3592.

Sincerely,

Carol A. Bacon

Chief, Division of Tribal
Government Services

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  I**

# DURABLE POWER OF ATTORNEY FOR HEALTH CARE, ET SEQ.

I, Ann Marie Sayers, of Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, being of sound mind, voluntarily create this Durable Power of Attorney for Health Care (see *Additional Instructions* hereinunder).

## PRIOR DESIGNATIONS
On this 21st day of March, 2022, I revoke any prior Durable Power of Attorney Agreements.

## APPOINTMENT OF HEALTH CARE AGENT
Thereby, the person(s) listed herein under, I wish to designate as my agent(s) for health care decisions, inter alia as disclosed hereunto:

> Charles F. Heinz, Jr.
> P.O. Box 32122
> San Jose, California, 95152
> Telephone: (925) 389-9674
> Relationship: Friend of 25+ Years and Business Associate at Costanoan Indian Research Inc.

## APPOINTMENT OF ALTERNATE HEALTH CARE AGENT
If I revoke Charles F. Heinz, Jr.'s authority or if Charles F. Heinz, Jr. is not willing, able, or reasonably available to make a health care decision for me, I designate as my alternate agent:

> Kanyon Sayers-Roods
> Indian Canyon Ranch, 1 Indian Canyon Road
> Hollister, California, 95023
> Telephone: (831) 207-9331
> Relationship: Daughter and Business Associate at Costanoan Indian Research Inc.

## AGENT'S AUTHORITY
My agent(s) is/are authorized to act for me in all matters relating to my health care. My agent's powers include, but are not limited to:

- Full power to consent, refuse consent, or withdraw consent to all medical, surgical, hospital and related health care treatments and procedures on my behalf, according to my wishes as stated in this document, or as stated in a separate Living Will, Health Care Directive, or other similar type document, or as expressed to my agent by me;

- Full power to make decisions on whether to provide, withhold, or withdraw artificial nutrition and hydration on my behalf, according to my wishes as stated in this document, or as stated in a

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 80 of 89
Case 1:22-c\ _1319   Document 1-6   Filed 05/13/2_   Page 61 of 80

*Health Care Power of Attorney*                                                    Page 2 of 9

separate Living Will, Health Care Directive, or other similar type document, or as expressed to
my agent by me;

- Full power to review and receive any information regarding my physical or mental health,
including medical and hospital records, in accordance with the *Health Insurance Portability and
Accountability Act of 1996,* 42 USC 1320d ("HIPAA"), and the *American Recovery and
Reinvestment Act of 2009* ("ARRA");

- **Full power to sign any releases in order to obtain this information;**

- **Full power to sign any documents required to request, withdraw, or refuse treatment or to
be released or transferred to another medical facility, inter alia disclosed hereunto.**

My agent does not have authority to act for me for any other purpose unrelated to my health care, or
*Additional Instructions* listed herein below. All of my agent's actions under this power during any
period when I am unable to make or communicate health care decisions have the same effect on my
heirs, devisees and personal representatives as if I were competent and acting for myself.

## WHEN AGENT'S AUTHORITY BECOMES EFFECTIVE

The designation of my health care agent will become effective here and now, and will remain in effect
until my death, or until I regain competence and revoke it.

## AGENT'S OBLIGATIONS

My agent will make health care decisions for me in accordance with this document, and in accordance
with any instructions I give in a Living Will, Health Care Directive or other such document (either
included in this document or as a separate document), and my other wishes to the extent known to my
agent. To the extent my wishes are unknown, my agent will make health care decisions for me in
accordance with what my agent determines to be in my best interest. In determining my best interest, my
agent will consider my personal values to the extent known to my agent.

## NOMINATION OF CONSERVATOR OR GUARDIAN

If a conservator or guardian of my person needs to be appointed for me by a court, I nominate Charles F.
Heinz, Jr., the agent designated in this form. If Charles F. Heinz, Jr. is not willing, able, or reasonably
available to act as conservator, I nominate Kanyon Sayers-Roods, the alternate agent designated in this
form. My nominated conservator or guardian is not required to post bond or security.

## EFFECT OF COPY

A copy of this Durable Power of Attorney for Health Care has the same effect as the original.

## SEVERABILITY

If any part or parts of this Durable Power of Attorney for Health Care is found to be invalid or illegal under applicable law by a court of competent jurisdiction, the invalidity or illegality of such part or parts shall not in any way affect the remaining parts, and this document shall be construed as though the invalid or illegal part or parts had never been included herein. But if the intent of this Durable Power of Attorney for Health Care would be defeated by such construction, then it shall not be so construed.

<u>SIGNATURE</u>

This Durable Power of Attorney for Health Care is made after careful reflection, while I am of sound mind. I am fully informed as to all contents of this document and understand the full import of this grant of powers to my agent. I fully understand that by signing this document, I will permit my agent to make health care decisions for me. I understand that my signature on this document gives my agent authority to provide, withhold, or withdraw consent to health care treatments or procedures on my behalf; to apply for public benefits to defray the cost of my health care; and to authorize my admission to or transfer from a health care facility. I further affirm that I am not signing this document as a condition of treatment or admission to a health care facility.

Signature: _____

Name:      Ann Marie Sayers

Date:      March 21, 2022

Place:     Indian Canyon Ranch ("Indian Country"), Hollister, CA 95023, California

Witness-1: _____        MARLENE MACHADO
           Signature                               Print Name

Witness-2: _____        KANYON SAYERS-ROODS
           Signature                               Print Name

## NOTARY ACKNOWLEDGEMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _San Benito_

On this 21st day of March, 2022, before me, _Vanessa Noelle Milla_ personally appeared: Ann Marie Sayers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_W. Milla_
_____
Notary Public

_Vanessa Noelle Milla_
(print name)



Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 83 of 89
Case 1:22-cv-_1319   Document 1-6   Filed 05/13/22   Page 64 of 80

*Health Care Power of Attorney*                                    Page 5 of 9

# INSTRUCTIONS FOR HEALTH CARE

If I, Ann Marie Sayers, become incapacitated and am unable to direct my health care providers as to my own health care, I direct that this statement be read as a true reflection of my health care wishes.

<u>DEFINITIONS</u>

For the purposes of this document, the following definitions apply:

1. **"Artificially administered food and water"** (or artificial nutrition and hydration) means the provision of nutrients or fluids by a tube inserted in vein, under the skin in the subcutaneous tissues, or in the stomach (gastrointestinal tract).

2. **"Attending physician"** means the physician licensed by the state board of medicine, selected by or assigned to the patient, and who has primary responsibility for the treatment and care of the patient.

3. **"Comfort care"** means treatment, including prescription medication, provided to the patient for the sole purpose of alleviating pain. Artificially administered food and water is not included.

4. **"Health care provider"** or "provider" means any person licensed, certified, or otherwise authorized by law to administer health care in the ordinary course of business or practice of a profession.

5. **"Irreversible (Permanent) Coma"** means a profound state of unconsciousness caused by disease, injury, poison, or other means and for which it has been determined that there exists no reasonable expectation of regaining consciousness.

6. **"Life-prolonging procedure"** (or **"life-sustaining procedure"**) means any medical procedure, treatment, or intervention which sustains, restores, or supplants a spontaneous vital function. In this document the term does not include sustenance and hydration administration, or the provision of medication or the performance of medical procedure, when such medication or procedure is deemed necessary to provide comfort care or to alleviate pain.

7. **"Persistent vegetative state"** means a permanent and irreversible condition in which there is:
   a. The absence of voluntary action or cognitive behavior of any kind.
   b. An inability to communicate or interact purposefully with the environment.

8. **"Terminal condition"** means a condition caused by injury, disease, or illness from which there is no reasonable medical probability of recovery and which, without treatment, can be expected to cause death.

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 84 of 89
Case 1:22-cv-_1319   Document 1-6   Filed 05/13/2_   Page 65 of 80

*Health Care Power of Attorney*                                        Page 6 of 9

## MEDICAL DIRECTIONS AND END-OF-LIFE DECISIONS

I direct that my health care providers and others involved in my care, provide, withhold, or withdraw treatment in accordance with my directions below:

1. If I have an incurable and irreversible (terminal) condition that will result in my death within a relatively short time, I direct that:
   - I be kept on any artificial life support as long as possible within the limits of generally accepted health care standards.

   - I be artificially administered food and water, even if that has the effect of prolonging my life.

   - I be provided comfort care, and relief from pain, including any pain reduction medication, even if doing so would prolong my life.

2. If I am diagnosed as being in an irreversible coma and, to a reasonable degree of medical certainty, I will not regain consciousness, I direct that
   - I be kept on any artificial life support as long as possible within the limits of generally accepted health care standards.

   - I be artificially administered food and water, even if that has the effect of prolonging my life.

   - I be provided comfort care, and relief from pain, including any pain reduction medication, even if doing so would prolong my life.

3. If I am diagnosed as being in a persistent vegetative state and, to a reasonable degree of medical certainty, I will not regain consciousness, I direct that:
   - I be kept on any artificial life support as long as possible within the limits of generally accepted health care standards.

   - I be artificially administered food and water, even if that has the effect of prolonging my life.

   - I be provided comfort care, and relief from pain, including any pain reduction medication, even if doing so would prolong my life.

## ADDITIONAL INSTRUCTIONS

I decree that my agent shall act on my behalf in any lawful circumstance(s), respective to, but no limited

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 85 of 89
Case 1:22-cv-01319   Document 1-6   Filed 05/13/22   Page 66 of 80

*Health Care Power of Attorney*                                              Page 7 of 9

to Indian Canyon Ranch under 18 U.S.C. 1151, as follows:

(a) Real property transactions;

(b) Tangible personal property transactions;

(c) Stock and bond transactions;

(d) Commodity and option transactions;

(e) Banking and other financial institution transactions;

(f) Business operating transactions;

(g) Insurance and annuity transactions;

(h) Estate, trust and other beneficiary transactions,

(i) Claims and litigation;

(j) Personal and family maintenance;

(l) Benefits from scoail security, Medicare, Medicaid, SSI, or other governmental programs, or civil or military service;

(m) Retirement plan transactions; and

(n) Tax matters. I understand that I may change the above-listed directives at any time by revoking this declaration and writing a new one.

<u>EFFECT OF COPY</u>
A copy of this Instructions for Health Care has the same effect as the original.

<u>SEVERABILITY</u>
If any part or parts of this Instructions for Health Care is found to be invalid or illegal under applicable law by a court of competent jurisdiction, the invalidity or illegality of such part or parts shall not in any way affect the remaining parts, and this document shall be construed as though the invalid or illegal part

Case 5:22-cv-03092-EJD   Document 1-3   Filed 05/26/22   Page 86 of 89
Case 1:22-c   )1319   Document 1-6   Filed 05/13/2   Page 67 of 80

*Health Care Power of Attorney*                                                    Page 8 of 9

or parts had never been included herein. But if the intent of this Instructions for Health Care would be defeated by such construction, then it shall not be so construed.

SIGNATURE

Pursuant to 28 U.S.C. 1746, there among other certifications hereunto, this document is made upon careful reflection. Options that I have considered and rejected are not printed above. I confirm that the health care directions contained herein were made after careful consideration and in full awareness of other options that may have been available to me. I declare that I am an adult in the State of California, that I understand the full import of this declaration, and that I am emotionally and mentally competent to give these directions.

Signed at Indian Canyon Ranch ("Indian Country"), Hollister, CA 95023, in the State of California, this 21st day of March, 2022.

Signature: _____

Name:        Ann Marie Sayers

Address:     Indian Canyon Ranch, 1 Indian Canyon Road

             Hollister, California

*Health Care Power of Attorney*                                                          Page 9 of 9

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF  *San Benito*

On this 21st day of March, 2022, before me, *Vanessa Noelle Milla* personally appeared: Ann Marie Sayers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California, and 28 U.S.C. 1746 (as to *Indian Country*) that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

*Vanessa Noelle Milla*
(print name)



Vanessa Noelle Milla
COMM. #2386474
NOTARY PUBLIC · CALIFORNIA
SAN BENITO COUNTY
My Comm. Expires Dec. 12, 2025

Ann Marie Sayers
Indian Canyon Ranch
1 Indian Canyon Road
P.O. Box 28
Hollister, CA 95023

March 21, 2021

ATTN TO:   Daniel ("Danny") P. Sheenan
<info@romeroinstitute.org>,
<info@lakotalaw.org>

## IN RE: TERMINATION NOTICE (DURABLE GENERAL POWER OF ATTORNEY)

Dear Mr. Sheenan:

This letter shall serve as an official notice of termination of Durable General Power of Attorney
Agreement ("Agreement"), executed by and between "Ann Marie Sayers" and "Danny
Sheenan" ("POA") on or about January 30, 2022.

Thereby, I request that:

1. All activities as POA in accordance with Agreement terminate immediately.

2. Any written or oral correspondence from respective persons or organizations concerning me, or
any personal, business, financial, or equitable interest will be redirected to me via
email (info@indiancanyonlife.org) or standard mail at P.O. Box 28, Hollister, CA 90523.

3. Any applicable property or materials in your possession be transferred to me via
email (info@indiancanyonlife.org) or standard mail at P.O. Box 28, Hollister, CA 90523. (Please
contact me via email if you have any shipping costs that require payment for the return of
property.)

I want to thank you for your prior efforts as my POA. Kindly accept this official notice with the
warmest regards, wishing you the best in your future endeavors to support Native American rights
awareness.

Respectfully,

Ann Marie Sayers

The notary public of San Benito County, California, presently at Indian Canyon Ranch pursuant to
18 U.S.C. 1151, certifies that Ann Marie Sayers has been duly identified with government-issued
document(s) or witnesses, whereof shall authenticate the undersigning herein above.

V. m illa                          03 - 21 - 2022
Notary Public Signature            Date

Vanessa Noelle Milla
COMM. #2386474
NOTARY PUBLIC · CALIFORNIA
SAN BENITO COUNTY
My Comm. Expires Dec. 12, 2025

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT O

US President's Issuance of Trust Land to
Ancestor Sebstian Garcia of Chualar Indians