

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
PORTLAND AREA OFFICE
911 N.E. 11th Avenue
Portland, Oregon 97232-4169

IN REPLY REFER TO:

JUN 8 1992

Pursuant to Title 28, section 1733, United States Code, I hereby
certify that eact annexed paper is a true copy of a document
comprising part of the official records of the Bureau of Indian
Affairs, Department of the Interior, in my custody:

Trust Patent number 203411, issued June 12, 1911, to Sebastian
Garcia, recorded under document number 500-3498.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and
caused the seal of the Bureau of Indian Affairs to be
affixed on the day and year first above written.

_____
(Signature)

_____
Certifying Officer
(Title)



OAKLAND 03215.

# The United States of America,

## To all to whom these presents shall come, Greeting:

WHEREAS, a schedule of allotments approved by the Secretary of the Interior has been deposited in the General Land Office,

whereby it appears that **SEBASTIAN GARCIA,**

of the **CHUALAR**

tribe or band of Indians, has been allotted the following-described land:

THE LOTS TWO, THREE, FIVE, SIX AND TEN OF SECTION THIRTEEN IN TOWNSHIP FOURTEEN SOUTH OF RANGE FIVE EAST OF THE MOUNT DIABLO MERIDIAN, CALIFORNIA, CONTAINING ONE HUNDRED FIFTY-FOUR AND SIXTY-FIVE-HUNDREDTHS ACRES.

Fee Patent Issued **SEP 20 1945**

Patent....1120135

Letter....2058736

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted, and by these presents does allot, unto the said Indian the Land above described, and hereby declares that it does and will hold the Land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian and at the expiration of said period the United States will convey the same by patent to said Indian in fee, discharged of said trust and free from all charge and incumbrance whatsoever; but in the event said Indian dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian and either issue to them in their names a patent in fee for said Land, or cause said Land to be sold for the benefit of said heirs as provided by law; and there is reserved from the lands hereby allotted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I,    WILLIAM H. TAFT

President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the    **TWELFTH**

(SEAL)    day of    **JUNE**    in the year of our Lord one thousand

nine hundred and    **ELEVEN**    and of the Independence of the

United States the one hundred and    **THIRTY-FIFTH.**

By the President:

By    Wm. H. Taft

M. P. LeRoy

N. H. _____

Recorder of the General Land Office

RECORD OF PATENTS: Patent Number    **203411**

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT P

Constitution of Chualar-Costanoan Indian Tribe -
Ann-Marie Sayers (1974)

# CONSTITUTION

## OF THE

## CHUALAR INDIANS OF INDIAN CANYON

### PREAMBLE

We, the Chualar Indians of Indian Canyon, located near the town of Hollister and the San Juan Bautista Mission, located in San Benito County, California, in order to form a recognized and more representative organization to manage all business affairs, and to preserve and make secure our Indian homeland heritage, culture, and identity; to safeguard our interests and general welfare; and further improve the economic conditions of ourselves and Indian Canyon; do hereby adopt this Constitution.

### PURPOSE

The descendent Indians of the Chualar Indians of Indian Canyon do hereby adopt this Constitution which shall henceforth constitute the governing authority of the Tribe for the purpose of self government, to promote to further enhance economic advance cooperative relations with other tribal, Federal, State, and local governments.

### TERRITORY AND JURISDICTION

Section 1.  Territory and Jurisdiction.  The jurisdiction of the Tribe and its General Governing Council shall extend to the following:

(a)  All lands which are held in trust and other resources within the interior boundaries of Indian Canyon.

(b)  All other lands, and resources which may be hereafter acquired by the Tribe.

(c)  All recognized members of the Tribe, wherever located.

## MEMBERSHIP

Section 1.   Membership.   The following persons shall be members of the Chualar Indians of Indian Canyon, California:

(a)   All persons of Indian descent whose names are listed as descendants of the Chualar Indians of Indian Canyon, ~~according to the provisions of the Bureau of Land Management (BLM) requirements~~, shall together be listed with dependent children, of said descendants.

(b)   All Indian persons living on the effective date of this Constitution who are lineal descendants of any person designated in subsection (a) of this Section.

## THE GENERAL GOVERNING COUNCIL

Section 1.   Council Composition.   The General Governing Council shall, at minimal, consist of the Chairperson, Secretary, and Treasurer.   The Council shall be elected by secret ballot.

Section 2.   Governing Council Meeting.   All meetings of the General Governing Council will be open to all of the Tribe's members, except in those cases where the matter under discussion would involve confidentiality.   In these cases, business will be conducted in a closed session of the Council.

## CERTIFICATION

This is to certify that the above Constitution was duly adopted by the Chualar Indians of Indian Canyon at a duly noticed, called, and convened meeting on the _____24_____ day f _____October_____, 1974, where a quorum was present.


_____
n, Marie Sayers, Chairperson

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT Q

Chualar-Costanoan Tribe of Ohlone People
(Senate.Gov - LDA Report)

| Clerk of the House of Representatives | Secretary of the Senate | |
|---|---|---|
| Legislative Resource Center | Office of Public Records | |
| 135 Cannon Building | 232 Hart Building | **LOBBYING REPORT** |
| Washington, DC 20515 | Washington, DC 20510 | |
| http://lobbyingdisclosure.house.gov | http://www.senate.gov/lobby | |

**Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page**

**1. Registrant Name** ✓ Organization/Lobbying Firm    Self Employed Individual
HOGAN & HARTSON LLP

**2. Address**
Address1  COLUMBIA SQUARE                  Address2  555 THIRTEENTH STREET NW
City  WASHINGTON            State  DC    Zip Code  20004        Country  USA

**3. Principal place of business (if different than line 2)**
City                    State    Zip Code            Country

| 4a. Contact Name | b. Telephone Number | c. E-mail | 5. Senate ID# |
|---|---|---|---|
| Ms.   Warnke, Christine M. | 2026375645 | CMWarnke@HHLAW.com | 18422-1005243 |

| 7. Client Name        *Self*        *Check if client is a state or local government or instrumentality* | 6. House ID# |
|---|---|
| Indian Canyon Chualar Tribe of Costanoan-Ohlone People | 304700529 |

**TYPE OF REPORT**    8. Year  2008    Q1 (1/1 - 3/31)    Q2 (4/1 - 6/30) ✓    Q3 (7/1 - 9/30)    Q4 (10/1 - 12/31)

9. Check if this filing amends a previously filed version of this report
10. Check if this is a Termination Report          Termination Date _____     11. No Lobbying Issue Activity

**INCOME OR EXPENSES - YOU MUST complete either Line 12 or Line 13**

| **12. Lobbying** | **13. Organizations** |
|---|---|
| **INCOME** relating to lobbying activities for this reporting period was: | **EXPENSE** relating to lobbying activities for this reporting period were: |
| Less than $5,000 ✓ | Less than $5,000 |
| $5,000 or more        $ _____ | $5,000 or more        $ _____ |
| Provide a good faith estimate, rounded to the nearest $10,000, of all lobbying related income for the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | **14. REPORTING** Check box to indicate expense accounting method. See instructions for description of options.

  Method A. Reporting amounts using LDA definitions only

  Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code

  Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature   | Digitally Signed By: Warnke, Christine M. , Senior Governmental Affairs Advisor |    Date   07/21/2008

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code GOV

16. Specific lobbying issues

| Seeking Reaffirmation of Tribal Recognition |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| Interior - Dept of (DOI),U.S. HOUSE OF REPRESENTATIVES,U.S. SENATE, |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Christine M. | Warnke | | | ☐ |
| Douglas P. | Wheeler | | | ☐ |
| Andrew L. | Spielman | | | ☐ |
| Danielle | DiMauro | | | ☑ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

| |
|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code IND

16. Specific lobbying issues

Indian and Native American Affairs

17. House(s) of Congress and Federal agencies ☐ Check if None

Interior - Dept of (DOI),

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|------------|-----------|--------|-------------------------------------------|-----|
| Christine M. | Warnke | | | ☐ |
| Douglas P. | Wheeler | | | ☐ |
| Andrew L. | Spielman | | | ☐ |
| Danielle | DiMauro | | | ☑ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

**Information Update Page – Complete ONLY where registration information has changed.**

20. Client new address

Address _____
City _____ State _____ Zip Code _____ Country _____

21. Client new principal place of business (if different than line 20)

City _____ State _____ Zip Code _____ Country _____

22. New General description of client's business or activities

Indian Tribe

# LOBBYIST UPDATE

23. Name of each previously reported individual who is no longer expected to act as a lobbyist for the client

| First Name | Last Name | Suffix | First Name | Last Name | Suffix |
|------------|-----------|--------|------------|-----------|--------|
| | | | | | |

# ISSUE UPDATE

24. General lobbying issue that no longer pertains

# AFFILIATED ORGANIZATIONS

25. Add the following affiliated organization(s)

Internet Address:

| Name | Address | Principal Place of Business |
|------|---------|------------------------------|
| | | |

LD-2 Disclosure Form

| Name | Address | | | | Principal place of business |
|------|---------|--|--|--|----------------------------|
| | Street Address | | | | (city and state or country) |
| | City | State/Province | Zip | Country | |

26. Name of each previously reported organization that is no longer affiliated with the registrant or client

## FOREIGN ENTITIES

27. Add the following foreign entities:

| Name | Address | | | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|------|---------|--|--|--------------------------------------------------------|-----------------------------------------------|-------------------------------|
| | Street Address | | | | | |
| | City | State/Province | Country | | | |

28. Name of each previously reported foreign entity that no longer owns, or controls, or is affiliated with the registrant, client or affiliated organization

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT R

Witness Sayers-Roods Affidavit
in Support of Complaint (5/25/2022)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KANYON SAYERS-ROODS, POWER-OF-
ATTORNEY
FOR ANN-MARIE SAYERS OF THE
COSTANOAN
INDIANS OF INDIAN CANYON;

KANYON SAYERS-ROODS
(IN AN INDIVIDUAL CAPACITY)

Plaintiff(s)

-vs-

MARLENE RITA MACHADO

Defendant

(Case I.D. Number)

WITNESS AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S CIVIL COMPLAINT
(KANYON SAYERS-ROODS)

### AFFIDAVIT

I, KANYON SAYERS-ROODS, a member of the Chualar-Costanoan Tribal Band of Indian Canyon, California, residing in San Jose, in Santa Clara County, California, MAKE OATH AND SAY THAT:

1. I declare that I am presently President, CEO, and Chairwoman of Costanoan Indian Research Inc. ("CIR"), a registered 501(c)(3) non-profit organization with a headquarters at Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, primarily owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People ("Tribe"). I was elected and appointed this corporate title on or about February 28, 2022, in accordance with a witness affidavit I certified in a former civil action hereto this civil action as **"EXHIBIT V"**. And, in accordance with this exhibit enclosed with corporate papers as to CIR, I have been a corporate officer and director at Costanoan Indian Research since in or about March 2021. Moreover, I have served as a CIR board director, and board advisor to former CIR President Ann-Marie Sayers since in or about 2002.

2. I declare that on or about March 21, 2022, my mother Ann-Marie Sayers of the Costanoan Indians of Indian Canyon appointed Charles Heinz, Jr. and myself as Power-of-Attorney (agents) **[EXHIBIT A]**. Thereby, I acknowledge this document to declare as follows: "<page 1 of 9> *I, Ann Marie Sayers, of Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, being*

*of sound mind, voluntarily create this Durable Power of Attorney for Health Care (see Additional*
*Instructions hereinunder) <page 6 of 9> I decree that my agent shall act on my behalf in any lawful circumstance(s), respective to, but no limited Health Care Power of Attorney <page 7 of 9> to Indian Canyon Ranch under 18 U.S.C. 1151...Real property transactions...Tangible personal property transactions...Business operating transactions... Claims and litigation...Personal and family maintenance."* This document was signed and notarized at Indian Canyon Ranch on March 21, 2022. Moreover, Defendant Marlene Machado and myself are listed as witness signators of this executed agreement.

3. I declare that, I have served as a Council member, alongside tribal council members Ann-Marie Sayers (my mother) and Christopher Sayers (my uncle), for the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People ("Chualar-Costanoan Tribe") since in or about 2004.

4. I declare that, as an official for CIR and Tribe my duties consisted of, but were not limited to, business management, government filings as to CIR, public affairs, planning of Tribe awareness events and ceremonial activities, hosting and coordinating educational programs on indigenous studies, and tribal land maintenance.

5. I declare that, from 2001 through the present, I have co-resided among Santa Clara County, San Jose, California, and Indian Canyon Ranch ("Indian Country" in accordance with Title 18, Section 1151, United States Code, located on Indian Canyon Road of Township Fourteen South of Range Five East of the Mount Diablo Meridian, San Benito County, Hollister, California [cf. *27 CFR § 9.110 - San Benito*]. Hence, since in or about 2016, upon the outset of frequent visits by a woman I know as Marlene Machado, I have not been able to visit the cabin at Indian Canyon Ranch as much as I would have done prior to Machado's arrival.

6. I declare that, as a nonlawyer whose highest level education reached was a bachelor degree of science from Arts Institute of California; I am a member of Indian Canyon Chualar Tribe of the Costanoan-Ohlone People (Chualar-Costanoan), and acknowledge the following Federal statutes of United States Code, of which are relative to authenticating government facts, documents, or communication relative to CIR and Tribe. Additionally, I have researched each statute on Cornell Law School Legal Encyclopedia (https://www.law.cornell.edu/uscode/) prior to submitting this affidavit. Therefore, I attest my general understanding of 18 U.S.C. 1151 (Congress's definition of "Indian Country"), 28 U.S.C. 1732-1733 (Congress's definition of government records and papers, or any document under business records exception), 25 U.S.C. 1529-1530 (Congress's definition of "Indian," "tribe," and "Indian tribe").

7. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as **"EXHIBIT O"** is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992. This document looks like a trust patent number. Additionally, I can attest to seeing an official certification with Government seal and signature by a U.S. government official acknowledging a trust patent that issued by the Government on June 12th, 1911 to Sebastian Garcia ("document number 500-3498").

8. I declare that the second page of 'EXHIBIT O' hereto this affidavit, to the best of my knowledge, is a government document issued by the 'United States General Land Office,' which is now known as the U.S. Department of the Interior. And it looks like then-United States President William Taft signed this document acknowledging Sebastian Garcia as an "Chualar" Indian (as it reads, "Whereas, a schedule of allotments approved by the Secretary of Interior has been deposited in the General Land Office, whereby it appears that Sebastian Garcia, of the Chualar tribe or band of Indians, has been allotted the following-described land: The Lots Two, Three, Five, Six, and Ten of Section 13 in Township Fourteen South of Range Five East of the Mount Diablo Meridian, California, containing one hundred fifty-four and sixty-five hundredths acres...<towards the bottom portion of this page> In testimony whereof I, William H. Taft, President of the United States of America, have have caused these letters to be made patent and the seal of the General Land Office to be fixed...Patent No. 203411."). Therefore, based on this government document I would conclusively presume that anyone that is a blood-relative of Sebastian Garcia is a Chualar Indian. Thus, in accordance to exhibits fled with this affidavit hereunto, and government documents filed in the instant case, I preserve claim that Sebastian Garcia is my mother, Ann-Marie Sayers's great grandfather.

9. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as **"EXHIBIT A"** encloses a government document issued by the Bureau of Indian Affairs on June 8, 1992 under Title 28, Section 1733, United States Code (as it reads, "Pursuant to Title 28, section 1733, United States Code, I hereby  certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody: Trust Patent number 04-88-0047, issued August 19, 1988, to Ann Marie Sayers, recorded under document number 500-6431."). And page two of this government document acknowledges my mother, Ann Marie Sayers, an Indian of the Costanoan Tribe of Mount Diablo Meridian, California (as it reads, "Ann Marie Sayers, an Indian of the Costanoan Tribe, is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8, 1887, as amended (25 U.S.C. 334, for the following described land: Mount Diablo Meridian, California, T. 14 S., R. 5 E., sec. 24, lots, 1, 2, and 3...Containing 123.42 acres...NOW KNOW YE, That the UNITED STATES OF AMERICA...has allotted and by these present does allot, unto the said Indian, the land described, and hereby declares that that it does and will hold the land thus allotted."). That

being said, without a doubt I believe that this government document under seal, issued by the United States Department of Interior is acknowledging an allotment of land to my mother, Ann Marie Sayers of the Costanoan Tribe in California.

10. I declare that, to the best of my knowledge, **"EXHIBIT B"** is a government document issued by the Bureau of Indian Affairs, showing Indian roll numbers ("RN") for Native-American blood-relatives that I know as Christopher Sayers (my uncle) and Ann Marie Sayers (my mother) (as it reads as, "Ann Marie Sayers...Tribe: Costanoan...RN: 506708...Christopher A. Sayers...Tribe: Costanoan...RN: 56710."). Additionally, 'EXHIBIT B' (on the bottom-right section of page) shows "Sebastian Garcia" as "Great Grandfather" of Christopher Sayers and Ann Marie Sayers. That being said, without a doubt, I believe this document to demonstrate (respective of 'EXHIBIT A' and 'EXHIBIT O') that the Chualar and Costanoan tribes are one in the same, as the exhibits Sayers siblings who I know as Christopher and Ann Marie are within the same bloodline as Sebastian Garcia whom former U.S. President Taft declared was a Chualar Indian in 1911.

11. I declare that I have reviewed **"EXHIBIT M" and "EXHIBIT C"** hereto this civil action, whereof, to the best of my knowledge, is a compilation of government-issued documents provide a showing of the bloodline between ancestors and living tribal members of the Chualar-Costanoan Tribe of California. These documents consist of certified birth records, and government-issued documents (with Government-issued Indian roll numbers), that demonstrate the fact that- (my mother and uncle)- living tribal members Ann-Marie and Christopher Sayers, are kin of Sebastian Garcia- Garcia who then-U.S. President William Taft acknowledged as a Chualar Indian in 1911, per 'EXHIBIT O' hereto this civil action. And, I can attest that throughout my entire life Ann-Marie Sayers, and Christopher Sayers have referred to themselves as 'Chualar-Costanoan' Indians, as is the Government's own classification has demonstrated in 'EXHIBIT B', 'EXHIBIT M', and 'EXHIBIT O,' and Indian trust land allotment papers as to Anne-Marie Sayers of the Costanoan Indians enclosed in 'EXHIBIT A.'

12. I declare that, to the best of knowledge, I would attest that **"EXHIBIT Q"**, is a government document, that any layman could find at the United States Senate website (www.senate.gov), showing a certification from a law and lobbying firm called Hogan and Hartson LLP, who was working for a client by the name of Indian Canyon Chualar Tribe of Costanoan-Ohlone People. I know of this client listed on section 7 of this government document. As I understand, presently, Ann Marie Sayers, Christopher Sayers, and myself, are the tribal members that make up the executive council of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People, whereby this legislative disclosure promulgates.

13. I declare that, to the best of my knowledge, I attest that **"EXHIBIT P"** hereto this civil action is a 'Constitution for the Chualar Indians of Indian Canyon' signed and executed in 1974, by a person I have known my entire life as Ann Marie Sayers. Moreover, I understand this document to be a constitution to have a governing influence of its tribal members from historical times to the present. And, as CIR President and Tribe Chair of Council, I presently uphold this Constitution for the Chualar Indians of Indian Canyon ratified by Ann-Marie Sayers in 1974.

14. I declare that, to the best of my knowledge, **"EXHIBIT N"** is a government document sent by the 'United States Department of the Interior, Bureau of Indian Affairs' on December 18, 2007, addressed to Ms. Ann Marie Sayers at P.O. Box 28, Hollister, California. This document appears to be signed by the chief of Division of Tribal Government Services. And, I attest that this is without a doubt a response letter from the Government for a petition for federal acknowledgment of the Indian Canyon Band of Costanoan/Mutsun Indians of California, filed by my mother, Ann-Marie Sayers. Additionally, my understanding of this document is that the Government did not deny or approve Ms. Sayers's petition from Federal acknowledgment due to particular deficiencies; and I would therefore conclusively presume this petition to remain in pending status.

    [DECLARATION AS TO WITNESS HARRASMENT & STALKING INCIDENT AT GILROY REHAB CENTER, MAY. 22, 2022.]

15. I declare my acknowledgement of Witness Affidavit of Charles Heinz's May 22, 2022 [**EXHIBIT J**] containing assertions are made respective to Defendant Machado and "Joe" going to the Gilroy Healthcare & Rehabilitation Center where my uncle, Christopher Sayers and my mother, Anne-Marie Sayers are patients. Moreover, I attest that my mother was checked-in under strict security and privacy terms, only allowing POA agents Mr. Heinz and myself to be allowed to visit with my mother, Ann-Marie Sayers, at any time. Additionally, I attest that as POA agent for my uncle, Christopher Sayers, **I determined Defendant Machado's unannounced and unwelcomed visit to Mr. Sayers and Ms. Sayers a threat of harm to my family and Indian tribal band, being in mind that civil action (on torts claims relative to trespassing, property injury to Indian trust land and tribal properties within Indian Canyon, etc.), criminal action (per police report regarding assault and battery committed by Defendant Machado on tribal staff at Ms. Sayers's home at 1 Indian Canyon Road with Indian country), and administrative action (elderly abuse and neglect reporting), and other violent encounters with Defendant Machado that occurred before April 2022, clearly demonstrated that Defendant Machado was someone who had the substantial likelihood to continue causing my tribal band members, relatives, tribal staff, or myself.**

16. I declare that on May 22, 2022, the Gilroy Police were called upon Defendant Machado's stalking of my mother, Ann-Marie Sayers, and my uncle, Christopher Sayers [see "EXHIBIT I" (Gilroy Police case reference number) and "EXHIBIT J" (Heinz's Affidavit containing specific details about law enforcement involvement)]. In addition, I attest to being copied on emails regarding communication with Bureau of Indian affairs, the California Attorney General Indian Affairs Unit, San Benito County Social Services, and the San Benito County District Attorney, concerning a criminal investigation on Defendant Machado's act of violence at Indian Canyon, April 23, 2022, and an elderly abuse and neglect report as to (the abuse-report victim) my mother, Ann-Marie Sayers and (abuse report-subject) Defendant Machado.

[DECLARATION AS TO VIOLENT INCIDENT AT CIR HEADQUARTERS, APR. 23, 2022.]

17. I declare that on or about April 23, 2022, I asked to meet with CIR-Tribe officials and Tribe voluntary security staff in efforts to safely get Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check. Hence, in or about March 2022, Costanoan Tribal Counsel and Chief Advisor Cary Peterson, and CIR's corporate officers Thomas Bishop, Charles Heinz, myself, and Tribe volunteers had a failed attempt getting Ann-Marie Sayers to the hospital due to obstruction and threat of physical harm caused by a woman I know as Marlene Machado; thus my concern was that any escalation of controversy had the substantial likelihood to cause CIR official Ann-Marie Sayers (74) to have a stroke or heart-attack. Moreover, at no time was Machado a CIR or Tribe official, authorized agent, or employee, but has habitually interrupted CIR and Tribe activities that involved Ann-Marie Sayers, and other CIR and Tribe officials.

18. I declare that on April 23, 2022, at around 11:45 a.m., at 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted CIR and Tribe voluntary security staff members with her fists, and a ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Machado's physical assault took place while two CIR and Tribe staff members had formed a body shield in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and another Tribe-CIR volunteer who I know as "Lee," assisting Sayers-Roods with Ann-Marie Sayers in a wheelchair, and proceeding to my car.

19. I declare that on or about April 23, 2022, Tribe volunteer Nichole Rhodes filed a police report with the San Benito County Sheriff regarding Machado's physical assault on her while she was in Indian Canyon. And, at my behest, CIR-Tribe's Counsel and Chief Advisor Cary Peterson sent an email (that I received a copy of via email) to the Bureau of Indian Affairs, California Attorney General, San Benito County Social Services, San Benito County Sheriff, and CIR's court attorney Robert DeWitty, reporting on the April 23 incident involving Machado's trespass and physical

assault on Tribe staff at CIR headquarters (Indian Canyon) while CIR-Tribe officials were trying to take CIR founder-director Ann-Marie Sayers to a local hospital's emergency room that Sunday afternoon.

[DECLARATION ON OTHER BAD CHARACTER EVIDENCE AS TO MARLENE MACHADO.]

20. I declare that in or about March 2022, I was refused by the U.S. Post Office (100 Maple St, Hollister, CA 95023) the right to (1) collect mail addressed to CIR and CIR official; and (2) the right to update postal mailbox user profile information, despite me being the authorized user of this mailbox (since in or about 2018) [**EXHIBIT E; EXHIBIT F** (USPS postal box rental agreement)], due to misleading conduct induced by Marlene Machado. This obstruction of CIR's mail from various government agencies (e.g., Internal Revenue Service, California Secretary of State, California Franchise Tax Board) caused CIR to be sanctioned, fined, and suspended from conducted commerce in the State of California from in or about October 2021 until in or about April 2022, whereupon CIR's general counsel and CPA curing the issues with the government agencies mentioned above in this section.

21. I declare that on or about March 17, 2022, I was had to order rekeying of my USPS postal mailbox [**EXHIBIT H**] in efforts to prevent Defendant Machado from collecting or interfering with incoming mail items sent to listed mailbox recipients, whereby include my tribal band, Costanoan Indian Research Inc., my mother, Ann-Marie Sayers, my uncle, Christopher Sayers, and myself.

22. I declare that at all times since 2018, Ms. Machado has interfered with the rural route mailbox, provided to Indian Canyon Ranch by the United States Postal Service, where CIR receives incoming mail items sent to 1 Indian Canyon Road, Hollister, CA 95023.

23. I declare that since May 13, 2022, when civil action was filed against Defendant Machado for other tort claims separate from the instant case, Defendant Machado, throughout the month of May 2022 through the present, has resided at Indian Canyon, entered my mother's cabin home at 1 Indian Canyon Road, has accessed tribal properties within Indian Canyon, and has allowed non-tribal members to enter my mother's cabin home at 1 Indian Canyon Road, without consent or authorization from tribal council, CIR officials, Ann-Marie Sayers, or Mr. Heinz and myself who are POA agents for Ann-Marie Sayers [EXHIBIT A].

[CERTIFICATION.]

24. On this 25th day of May, 2022, I, Kanyon Sayers-Roods, a tribal member of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People (*Chualar-Costanoan*), declare and submit the foregoing as true and correct, under penalty of perjury and in lieu of oath pursuant to 28 U.S.C. 1746.


s/ Kanyon Sayers-Roods

(Signature)

KANYON SAYERS-ROODS

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT S

Notice to Terminate A-C Relationship
& Voluntarily Withdraw DCD Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KANYON SAYERS-ROODS<br>    POWER OF ATTORNEY FOR<br>    ANN-MARIE SAYERS;<br>COSTANOAN INDIAN RESEARCH, INC.<br>    Plaintiffs<br><br>v.<br><br>MARLEAN RITA MARCADO<br>    Defendant | CA: 1:22-cv-01319-BAH |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Kanyon Sayers-Roods Power of Attorney for Ann-Marie Sayers and Costanoan Indian Research Inc. and or their counsel(s), hereby give notice that the abovecaptioned action is voluntarily dismissed, without prejudice against the defendant Marlean Rita Marcado.

Date:  May 25, 2022

Respectfully submitted,

Robert M. DEWITTY

DeWitty and Associates
700 12th Street,
Washington, D.C. 20005
T:  866 559 9183
F:  202 513 8071
E:  admin@dewittyip.com

District of Columbia live database

Query   Reports ▾   Utilities ▾   Help   Log Out

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:22-cv-01319-BAH**

TYPE-D

SAYERS-ROODS et al v. MACHADO
Assigned to: Chief Judge Beryl A. Howell
Cause: 28:2201 Injunction

Date Filed: 05/13/2022
Jury Demand: None
Nature of Suit: 240 Torts to Land
Jurisdiction: Federal Question

**Plaintiff**

KANYON SAYERS-ROODS

represented by **Robert Dewitty**
DEWITTY AND ASSOCIATES
700 Pennsylvania Avenue, SE
2nd Floor
Washington, DC 20003
202-380-9609
Email: admin@dewittyip.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

COSTANOAN INDIAN RESEARCH, INC.

represented by **Robert Dewitty**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

MARLENE RITA MACHADO

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2022 | 1 | COMPLAINT against MARLENE RITA MACHADO ( Filing fee $ 402 receipt number ADCDC-9235903) filed by KANYON SAYERS-ROODS, COSTANOAN INDIAN RESEARCH INC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Affidavit, |

District of Columbia live database

| Date | # | Description |
|---|---|---|
| 05/16/2022 |  | #4 Affidavit, #5 Affidavit, #6 Affidavit, #7 Affidavit, #8 Affidavit, #9 Affidavit, #10 Affidavit, #11 Summons)(Dewity, Robert) Modified on 5/18/2022 to correct docket entry text (zsb). (Entered: 05/13/2022) |
| 05/16/2022 |  | NOTICE OF ERROR re 1 Complaint; emailed to admin@dewrittyp.com, cc'd 0 associated attorneys -- The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata. 2. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zsb. ) (Entered: 05/16/2022) |
| 05/17/2022 | 2 | ERRATA by KANYON SAYERS-ROODS, COSTANOAN INDIAN RESEARCH INC. re 1 Complaint, filed by COSTANOAN INDIAN RESEARCH INC., KANYON SAYERS-ROODS(Dewity, Robert) Modified on 5/18/2022 to correct docket entry text (zsb). (Entered: 05/17/2022) |
| 05/18/2022 |  | Case Assigned to Chief Judge Beryl A. Howell (zsb) (Entered: 05/18/2022) |
| 05/19/2022 | 3 | STANDING ORDER. Signed by Chief Judge Beryl A. Howell on May 19, 2022. (lcbah1) (Entered: 05/19/2022) |
| 05/23/2022 | 4 | First MOTION for Temporary Restraining Order by COSTANOAN INDIAN RESEARCH, INC., KANYON SAYERS-ROODS. (Attachments: #1 Affidavit, #2 Memorandum in Support)(Dewity, Robert) (Entered: 05/23/2022) |
| 05/23/2022 | 5 | SUMMONS (1) Issued Electronically as to MARLENE RITA MACHADO. (Attachment: #1 Notice and Consent)(zsb) (Entered: 05/23/2022) |
| 05/23/2022 |  | MINUTE ORDER (paperless) DENYING plaintiffs' 4 First Motion for Temporary Restraining Order for a multitude of reasons, including, inter alia, plaintiffs' failure to meet the requirements for consideration of an ex parte application for a temporary restraining order under D.D.C. Local Civil Rule 65.1, which requires that any such application "be accompanied by a certificate of counsel, or other proof satisfactory to the Court," stating that actual notice of the application and copies of all relevant pleadings and papers filed to date or to be presented have been given to the adverse party or describing the efforts made by the applicant to give such notice and copies. D.D.C. LCvR 65.1(a). No such statement, description, or proof accompanies plaintiffs' motion. Additionally, the Court "will not consider an ex parte application for a temporary restraining order" unless the application demonstrates the existence of an emergency. Id. Plaintiffs here have made no such showing as the conditions described in the application have been in existence for more than a year. Moreover, the factual allegations and claims raise serious concerns as to whether venue is defective in this district. Accordingly, the Court DENIES plaintiffs' motion. Signed by Chief Judge Beryl A. Howell on May 23, 2022. (lcbah1) (Entered: 05/23/2022) |
| 05/24/2022 |  | MINUTE ORDER (paperless) DENYING plaintiffs' 6 Motion to Issue Summons USM 285 since "[t]he plaintiff is responsible for having the summons and complaint served" and "must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). Furthermore, a court can order service to be made by a U.S. marshal or deputy marshal is discretionary, unless the plaintiff is authorized to proceed in forma pauperis. Id. at 4(c)(3). Plaintiffs are not proceeding in forma pauperis and have not provided any reason for the Court to grant their request for service by marshal. Accordingly, plaintiffs' motion is DENIED. Signed by Chief Judge Beryl A. Howell on May 24, 2022. (lcbah1) (Entered: 05/24/2022) |
| 05/23/2022 | 6 | MOTION to Issue Summons USM 285 by COSTANOAN INDIAN RESEARCH, INC., KANYON SAYERS-ROODS. (Attachments: #1 Form USM-285)(Dewity, Robert) (Entered: 05/23/2022) |

https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?138357596022017J_1_0-1

5/25/22, 3:52 PM

District of Columbia live database

| 05/25/2022 | 7 | NOTICE of Voluntary Dismissal by COSTANOAN INDIAN RESEARCH, INC., KANYON SAYERS-ROODS (Dewitty, Robert) (Entered: 05/25/2022) |
|---|---|---|
| 05/25/2022 | | MINUTE ORDER (paperless) DISMISSING this matter, without prejudice, pursuant to plaintiffs' 7 Notice of Voluntary Dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this case. Signed by Chief Judge Beryl A. Howell on May 25, 2022. (lcbah1) (Entered: 05/25/2022) |

PACER Service Center

Transaction Receipt

05/25/2022 18:51:42

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:22-cv-01319-BAH |
| Billable Pages: | 2 | Cost: | 0.20 |

3/3

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT T

Elderly Abuse & Neglenct Report
(Victim: A.M. Sayers; Subject: M. Machado)

# Fw: Your fax to Adult Protective Services has succeeded

| | | |
|---|---|---|
| | **From** | Charles Heinz <cheinz@hotmail.com> |
| | **To** | Cary Lee Peterson <clpeterson@rpflegal.com> |
| | **Date** | 2022-04-15 00:36 |

📄 SOC341-APS-CH.pdf (~323 KB)

Cary,

Attached is a copy of the elder abuse report I just filed. There was no e-mail address listed, only a fax number. Below is a fax confirmation.

**From:** FaxZero.com <support@faxzero.com>
**Sent:** Thursday, April 14, 2022 8:26 PM
**To:** Charles Heinz Jr. <cheinz@hotmail.com>
**Subject:** Your fax to Adult Protective Services has succeeded

Dear Charles Heinz Jr.,

Your fax to Adult Protective Services at 8316375510 has been sent successfully!
Successful delivery of your fax was confirmed at 11:26 PM Eastern Daylight Time on April 14th, 2022
Your fax included 1 page of coversheet with your text and 5 pages of attached documents.

Be sure to follow up with the recipient to make sure that the fax is legible and is delivered to the right person in the office.
Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards, certificates, timesheets, calendars, coloring pages, and more.

----------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at mFax. Just $10 a month.
http://faxzero.com/go/mFax
----------------------------------------------------------------

(id#30853472)

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT U

CEASE & DESIST NOTICE ISSUED TO
MARLENE MACHADO BY
TRIBAL COUNCIL CHAIR SAYERS-ROODS,
(MAR. 8, 2022)

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  J**

# Possible check fraud



| From | Charles Heinz <cheinz@hotmail.com> |
|------|-------------------------------------|
| To | Cary Lee Peterson <clpeterson@rpflegal.com>, kanyon@kanyonkonsulting.com <kanyon@kanyonkonsulting.com>, legal@costanoan.org <legal@costanoan.org> |
| Date | 2022-04-08 13:53 |

🅐 Mechanics Bank - Check returned twice.pdf (~1.1 MB)

Cary,

Attached please find a copy of Ann-Marie's September 2021 bank statement. As you can see, Marlene attempted to cash check #1492 in the amount of $2,500 twice on 09/03/2021 and 09/09/2021. Both times, the checks were returned with "insufficient funds." Subsequently, Ann-Marie was charged two returned check fees in the amount of $35/ea.

Please let me know if you need anything else.

Thank you,

Charles

 **Mechanics Bank**®

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

RETURN SERVICE REQUESTED

ANN MARIE SAYERS
PO BOX 28
HOLLISTER CA 95024-0028

*Statement Ending 09/10/2021*

Page 1 of 4

**Managing Your Accounts**

| | | |
|---|---|---|
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESSENTIAL CHECKING | XXXXXXXX3320 | $772.86 |

## ESSENTIAL CHECKING-XXXXXXXX3320

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 08/13/2021 | Beginning Balance | $864.81 |
| | 2 Credit(s) This Period | $5,000.00 |
| | 6 Debit(s) This Period | $5,091.95 |
| 09/10/2021 | Ending Balance | $772.86 |

**Other Credits**

| Date | Description | Amount |
|---|---|---|
| 09/07/2021 | RETURNED CHECK# 1492, NON-SUFFICIENT FUNDS | $2,500.00 |
| 09/10/2021 | RETURNED CHECK# 1492, NON-SUFFICIENT FUNDS | $2,500.00 |

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 09/02/2021 | XX6708 DDA RECURR SOUTH VALLEY INT 800-8994125 CA 74942733 024435 | $19.95 |
| 09/07/2021 | Returned Item Fee | $35.00 |
| 09/10/2021 | Returned Item Fee | $35.00 |
| 09/10/2021 | Paper Statement Fee | $2.00 |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1492 | 09/03/2021 | $2,500.00 | 1492 | 09/09/2021 | $2,500.00 |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/02/2021 | $844.86 | 09/07/2021 | $809.86 | 09/10/2021 | $772.86 |
| 09/03/2021 | -$1,655.14 | 09/09/2021 | -$1,690.14 | | |

 **Member FDIC**

# Mechanics Bank®

**Statement Ending 09/10/2021**

*Page 4 of 4*





#1492          09/03/2021          $2,500.00

#1492          09/09/2021          $2,500.00

Witness Affidavit of Charles Heinz
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  K

# Fw: Your fax to Adult Protective Services has succeeded



**From**   Charles Heinz <cheinz@hotmail.com>

**To**   Cary Lee Peterson <clpeterson@rpflegal.com>

**Date**   2022-04-15 00:36

SOC341-APS-CH.pdf (~323 KB)

Cary,

Attached is a copy of the elder abuse report I just filed. There was no e-mail address listed, only a fax number. Below is a fax confirmation.

**From:** FaxZero.com <support@faxzero.com>
**Sent:** Thursday, April 14, 2022 8:26 PM
**To:** Charles Heinz Jr. <cheinz@hotmail.com>
**Subject:** Your fax to Adult Protective Services has succeeded

Dear Charles Heinz Jr.,

Your fax to Adult Protective Services at 8316375510 has been sent successfully!
Successful delivery of your fax was confirmed at 11:26 PM Eastern Daylight Time on April 14th, 2022
Your fax included 1 page of coversheet with your text and 5 pages of attached documents.

Be sure to follow up with the recipient to make sure that the fax is legible and is delivered to the right person in the office.
Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards, certificates, timesheets, calendars, coloring pages, and more.

------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at mFax. Just $10 a month.
http://faxzero.com/go/mFax
------------------------------------------------------------

(id#30853472)

State of California – Health and Human Services Agency          California Department of Social Services

# REPORT OF SUSPECTED DEPENDENT ADULT/ELDER ABUSE

| Date Completed |
| --- |
| 04/14/2022 |

**CONFIDENTIAL REPORT - NOT SUBJECT TO PUBLIC DISCLOSURE**
*TO BE COMPLETED BY REPORTING PARTY.  PLEASE PRINT OR TYPE.*
*SEE GENERAL INSTRUCTIONS.*

**A. VICTIM**  ☐ Check box if victim consents to disclosure of information
(Ombudsman use only - WIC 15636(a))

| Name (Last Name, First Name)<br>Sayers, Ann-Marie | Age<br>73 | Date of Birth<br>10/13/1948 | SSN<br>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 |
| --- | --- | --- | --- |

| Gender Identity<br>☐ Male<br>☒ Female<br>☐ Transgender<br>☐ Other/Nonbinary<br>☐ Unknown/Not Provided | Sexual Orientation<br>☒ Straight<br>☐ Gay/Lesbian<br>☐ Bisexual<br>☐ Questioning<br>☐ Unknown/Not Provided | Ethnicity<br>Native American<br><br>Language (Check one)<br>☐ Non-Verbal ☒ English<br>☐ Other (Specify)_____ | Race<br>Native American |
| --- | --- | --- | --- |

| Address<br>(If facility, include name and notify ombudsman)<br><br>1 Indian Canyon Road | City<br><br>Hollister | Zip Code<br><br>95023 | Telephone<br><br>831-637-4238 |
| --- | --- | --- | --- |
| Present Location<br>(If different from above) | City | Zip Code | Telephone |

☒ Elderly (65+)  ☐ Developmentally Disabled   ☐ Mentally Ill/Disabled    ☒ Lives Alone
☐ Physically Disabled  ☐ Unknown/Other                                   ☐ Lives with Others

## B. SUSPECTED ABUSER    Check if ☐ Self-Neglect

| Name of Suspected Abuser    Marlene Machado |
| --- |

| Address<br>1 Indian Canyon Road | City<br>Hollister | Zip Code<br>95023 | Telephone<br>831-325-3246 |
| --- | --- | --- | --- |

☒ Care Custodian (Type)_____   ☐ Parent  ☐ Son/Daughter  ☐ Other _____
☐ Health Practitioner (Type)_____    ☐ Spouse  ☐ Other Relation _____

| Gender<br>☐ Male ☒ Female | Ethnicity<br>Hispanic | Age<br>65 | D.O.B<br>07/03/1956 |
| --- | --- | --- | --- |
| Height<br>5' 3" | Weight<br>180 lb. | Eyes<br>Brown | Hair<br>Brown |

State of California – Health and Human Services Agency                    California Department of Social Services

**C. REPORTER'S OBSERVATIONS, BELIEFS, AND STATEMENTS BY VICTIM IF AVAILABLE. DOES ALLEGED PERPETRATOR STILL HAVE ACCESS TO THE VICTIM?  DOES THE ALLEGATION INVOLVE A SERIOUS BODILY INJURY (see definition in section "Reporting Responsibilities and Time Frames" within the General Instructions)?  PROVIDE ANY KNOWN TIME FRAME (2 days, 1 week, ongoing, etc.).  LIST ANY POTENTIAL DANGER FOR INVESTIGATOR (animals, weapons, communicable diseases, etc.) or concerns about the client's mental health.**
☐ CHECK IF MEDICAL, FINANCIAL (ACCOUNT INFORMATION, ETC.), PHOTOGRAPHS, OR OTHER SUPPLEMENTAL INFORMATION IS ATTACHED.


Please see attached statement

State of California – Health and Human Services Agency          California Department of Social Services

## D. REPORTING PARTY   Check appropriate box if reporting party waives confidentiality to
☐ All   ☐ All but victim   ☐ All but perpetrator

| Name<br>Charles Heinz Jr. | Signature<br>*Charles Heinz*<br>DocuSigned by:<br>—5DE0A086BBB04C4— | Occupation<br>Bus System Analyst | Agency/Name of Business<br>UC Berkeley |
|---|---|---|---|

| Relation to Victim/How Abuse is<br>Known   Power-of-Attorney | Street<br>PO BOX 32122 | City<br>San Jose | Zip Code<br>95152 |
|---|---|---|---|

| Telephone<br>925-389-9674 | E-mail Address<br>cheinz@hotmail.com |
|---|---|

## E. INCIDENT INFORMATION - Address where incident occurred
1 Indian Canyon Road, Hollister, CA 95023

Date/Time of Incident(s)   04/10/2022 / 10:30 a.m.

Place of Incident (Check One)
☒ Own Home   ☐ Community Care Facility   ☐ Hospital/Acute Care Hospital
☐ Home of Another   ☐ Nursing Facility/Swing Bed   ☐ Other (Specify)_____

## F. REPORTED TYPES OF ABUSE (Check All that Apply)

1. Perpetrated by Others (WIC 15610.07 & 15610.63)
a. ☒ Physical (e.g. assault/battery, constraint or
   deprivation, chemical restraint, over/under medication)
b. ☐ Sexual
c. ☐ Financial
d. ☐ Neglect (including Deprivation of Goods and Services
   by a Care Custodian)

e. ☐ Abandonment
f. ☐ Isolation
g. ☐ Abduction
h. ☐ Psychological/Mental
i. ☐ Other _____

2. Self-Neglect (WIC 15610.57 (b)(5))
a. ☐ Neglect of Physical Care (e.g. personal hygiene,
   food, clothing, malnutrition/dehydration)
b. ☐ Self-Neglect of Residence (unsafe environment)

c. ☐ Financial Self-Neglect
   (e.g. inability to manage one's own
   personal finances)

Abuse Resulted In (Check All that Apply)
☐ No Physical Injury   ☒ Minor Medical Care   ☐ Hospitalization   ☐ Care Provider Required
☐ Death   ☐ Mental Suffering   ☐ Serious Bodily Injury*   ☐ Other (Specify)_____
☐ Unknown   ☐ Health & Safety Endangered

## G. OTHER PERSON BELIEVED TO HAVE KNOWLEDGE OF ABUSE
*(Family, significant others, neighbors, medical providers, agencies involved, etc.)*

| Name   Kanyon Sayers-Roods | Relationship<br>Daughter |
|---|---|
| Address   1615 Pearson Court | Telephone<br>831-207-9331 |
| Name   Tom Bishop | Relationship<br>Boyfriend |
| Address | Telephone<br>425-518-4260 |

SOC 341 (11/18)                                                                      Page 3 of 9

State of California – Health and Human Services Agency          California Department of Social Services

## H. FAMILY MEMBER OR OTHER PERSON RESPONSIBLE FOR VICTIM'S CARE
*(If known, list contact person)* If Contact person check ☐

| Name | Relationship |
|---|---|
| Address | City | Zip Code | Telephone |

## I. TELEPHONE REPORT MADE TO ☐ APS ☐ Law Enforcement ☐ Local Ombudsman
☐ Calif. Dept. of State Hospitals   ☐ Calif. Dept. of Developmental Services

| Name of Official Contacted by Phone | Telephone | Date/Time |
|---|---|---|

## J. WRITTEN REPORT
Enter information about the agencies receiving this report. If the abuse occurred in a LTC facility and resulted in Serious Bodily Injury*, please refer to "Reporting Responsibilities and Time Frames" in the General Instructions. Do not submit report to California Department of Social Services Adult Programs Division.

| Agency Name | Address or Fax | ☐ Date Mailed | ☒ Date Faxed |
|---|---|---|---|
| Adult Protective Services | (831) 637-5510 | | 04/14/2022 |
| Agency Name | Address or Fax | ☐ Date Mailed | ☐ Date Faxed |
| Agency Name | Address or Fax | ☐ Date Mailed | ☐ Date Faxed |

## K. RECEIVING AGENCY USE ONLY ☐ Telephone Report ☐ Written Report

| 1. Report Received By | Date/Time |
|---|---|

2. Assigned ☐ Immediate Response ☐ Ten-Day Response ☐ No Initial Response (NIR)
☐ Not APS ☐ Not Ombudsman ☐ No Ten-Day (NTD)

| Approved By | Assigned To (optional) |
|---|---|

3. Cross-Reported to ☐ CDPH-Licensing & Cert.; ☐ CDSS-CCL; ☐ Local Ombudsman;
☐ Bureau of Medi-Cal Fraud & Elder Abuse;
☐ Calif. Dept. of State Hospitals; ☐ Law Enforcement;
☐ Professional Licensing Board; ☐ Calif. Dept. of Developmental Services;
☐ APS; ☐ Other (Specify) _____
Date of Cross-Report _____

4. APS/Ombudsman/Law Enforcement Case File Number

I, Charles F. Heinz, Jr., Power-of-Attorney of Ann-Marie Sayers. I have known the Sayers family for over 30 years.

My family and I arrived to Indian Canyon on Sunday, April 10, 2022, along with Kanyon, Tom, and other friends. Our purpose today was to visit Ann-Marie and take her to lunch, especially my sister because she haven't seen her due to the pandemic. When we arrived, Ann-Marie was asleep. However, she woke up briefly to say hello to us and was happy to see all of our faces. She seemed incoherent, and she slurred her words. Ann-Marie appeared to be so frail, malnourished, and underweight as if she looked like the size of a child. I suspect she has been abused by Marlene, who claimed to be her "right-hand person". Ann-Marie was asleep and didn't hear Marlene stated that. It seemed Marlene is an overwhelmed caregiver, who spoke over Ann-Marie and didn't allow her to converse with us today. She said that she makes all decisions for Ann-Marie for who she would see and where she would go.

Marlene was agitated that we visited Ann-Marie today. She verbally fought with Tom and Ann-Marie's daughter, Kanyon. She scolded at all of us for not scheduling the visit in advance and without her permission. We've known Ann-Marie for many decades and never had to make appointments to visit her. In the past, Ann-Marie would always welcomed us and happy to see us at Indian Canyon.

During my brief conversation with Ann-Marie, I updated her about my life. I asked Ann-Marie if her right arm and shoulder were hurting due to her fall. She replied yes but she took something earlier to help with the pain. She continued to lay on her injured right arm and shoulder. She also said she drank Scotch but haven't eaten anything yet. Marlene confirmed to me that she gave something to Ann-Marie earlier in the morning to help her feel at eased but wouldn't say what it was. She also told me that she gave Ann-Marie alcohol and kept Ann-Marie up all night. This was why she was so tired during the morning of our visit. In addition, I asked Ann-Marie if she had seen a doctor. Marlene quickly replied "no" and didn't allow Ann-Marie to reply back to me. While I was finishing my chat with Ann-Marie as she fell back asleep again, a young couple arrived at the cabin to say hello and to thank Ann-Marie for opening up Indian Canyon this weekend. Ann-Marie was asleep. So Marlene told the couple that she was Ann-Marie's right hand person and everything must go through her. The female told Marlene she wanted to give a small donation. Before she took the cash out of her purse, both looked at me. Marlene gave me the stern look to leave the room. So I went outside and told everyone else what was happening in the cabin. The female stayed inside and finished with Marlene. Then I saw the couple leave in their vehicle.

We asked Ann-Marie to go have lunch with us and get some fresh air since it was a beautiful sunny day.  Marlene didn't allow us to take Ann-Marie to lunch. Again she was angry that we didn't ask her in advance. She continued to argue with everyone especially Tom. Ann Marie shouted at Marlene to stop arguing. Then Marlene would smoke in front of Ann-Marie. The cabin was smoky, and no windows were open. It seemed Marlene refused to allow us to visit Ann-Marie alone. Tom asked Marlene to leave the cabin so we all can visit Ann-Marie alone today. She shouted out loud that she wasn't going anywhere. It appeared to me that Marlene was socially isolating Ann-Marie based on what she said because she and Ann-Marie are alone together almost all the time. It felt very uncomfortable and tensed at the cabin because Marlene was combative. We all left Indian Canyon since Ann-Marie was sleeping and Marlene was confrontational.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTANOAN INDIAN RESEARCH INC., ET AL. | _____<br>(Case I.D. Number) |
| Plaintiff | WITNESS AFFIDAVIT IN SUPPORT OF PLAINTIFF'S VERIFIED CIVIL COMPLAINT<br>(CARY PETERSON) |
| -vs- | |
| MARLENE RITA MACHADO | |
| Defendant | |

## **AFFIDAVIT**

I, CARY PETERSON, of SAN JOSE, California, MAKE UNSWORN OATH AND SAY THAT:

1. I declare that I am presently Chief of Legal Affairs and Compliance (In-house Counsel) of Costanoan Indian Research Inc. ("CIR"), a registered 501(c)(3) non-profit organization, and Tribal Council of Chualar-Costanoan Indian Nation of Indian Canyon ("Tribe"), with a headquarters at Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, primarily owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People. I was appointed this corporate/tribal title on or about February 28, 2022. Moreover, I have served as a CIR-Tribe volunteer and board advisor since in or about 2021.

2. I declare that I am a registered lobbyist at United States Congress under 2 U.S.C. 1601-1609 et seq. (LDA) [Senate LID No. 401103650; House LID No. 42916], hold a doctorate degree of law on intergovernmental affairs and international diplomacy (UNAUG) per U.S. District Court records from unrelated cases, have studied law at Harvard University, and have worked as a executive manager at a law and lobbying firm known as Robert Peterson & Fields Associates PC since in or about November 2014. And presently I am a student at Harvard University studying law among online, hybrid, or extension courses.

3. I declare that I have researched each statute on Cornell Law School Legal Encyclopedia (https://www.law.cornell.edu/uscode/) prior to submitting this affidavit. Therefore, I attest my general understanding of 18 U.S.C. 1151 (Congress's definition of "Indian Country"), 28 U.S.C. 1732-1733 (Congress's definition of government records and papers, or any document under

*Affidavit*                                                                                    Page 2 of 4

business records exception), 25 U.S.C. 1529-1530 (Congress's definition of "Indian," "tribe," and "Indian tribe").

4. I declare that I have reviewed and researched government documents issued by the U.S Department of the Interior and the U.S. President demonstrating official certification via Government seal or signature by a U.S. government official acknowledging a trust patent that issued to Sebastian Garcia of the Chualar Indians and Ann-Marie Sayers of the Costanoan Indians. Additionally, I can attest to conducting due diligence on government documents showing 'Indian roll numbers' (RNs) for Costanoan Indians referred by the government as Christopher Sayers and Ann-Marie Sayers who were classified as great grandchildren to Sebastian Garcia.

5. I declare to have reviewed a document found at  the United States Senate website (www.senate.gov), showing a certification from a law and lobbying firm called Hogan and Hartson LLP, who was working for a client by the name of Indian Canyon Chualar Tribe of Costanoan-Ohlone People. As I understand, presently, Ann Marie Sayers, Christopher Sayers, and Kanyon Sayers-Roods, are the tribal members that make up the executive council of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People.

6. I declare that my service to Tribe and CIR requires me to adopt and uphold precedent of the Constitution for the Chualar Indians of Indian Canyon' signed and executed in 1974, by a person I have known as Ann Marie Sayers. Moreover, I understand this document to be a constitution to have a governing influence of its tribal members from historical times to the present. This includes tribal land ordinances prescribed by Tribe. And, as General Counsel and Chief Advisor of Council of Tribe and CIR, reporting to Chair of Council and CIR President, I presently uphold this Constitution for the Chualar Indians of Indian Canyon ratified by Ann-Marie Sayers in 1974, and preserve claim to any immunities or prerogatives held by such a title under 2 U.S.C. 1607, 18 U.S.C. 112, 18 U.S.C. 1161(b) et seq., Public Law 280, and Federal Indian Law of United States Department of the Interior (2008).

7. I declare that on or about April 23, 2022, I asked me to assist CIR-Tribe officials and Tribe security-volunteers to safely get Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check. There were several discussion in the eve of this 'rescue mission.' However, after several findings and discovery of personal injury to Ms. Sayers and property injury to Indian Canyon, whereupon an intervention and cease-and-desist notice commanding Marlene Machado to leave Indian Canyon, the decision was made by Tribe council and CIR board of directors to take Ms. Sayers to safety.

Case 5:22-cv-03092-EJD  Document 1-4  Filed 05/26/22  Page 41 of 112
Case 1:22-( )1319  Document 1-8  Filed 05/13/.  Page 3 of 4

*Affidavit*                                                                                    Page 3 of 4

8. I declare that on or about April 10, 2022, I received a recording of CIR board meeting, wherewith, a non-tribal and non-corporate observer, who I know as Marlene Machado, told CIR officials, "I ain't going nowhere!", after which CIR and Tribe officials asked her to depart from Indian Canyon due to a compilation of violent outbursts and habitual obstruction of tribal affairs and business operations, that seemingly occurred before I began involvement with Tribe and CIR in 2021; and continue to occur after my involvement with CIR and Tribe through the present.

9. I declare that, on or about April 23, 2022, I received a video clip from CIR President Sayers-Roods which showed Marlene Machado attacking CIR-Tribe volunteers (attempting to form a body shield to restrain Machado), who I know as "Jon" (Bunting) and "Nicki" (Rhodes), with one of Tribe's ceremonial stones. This video shows Machado attempting to prevent CIR officials Sayers-Roods and Heinz from taking Ann-Marie Sayers to Heinz's car, in Sayers's wheelchair. Moreover, I see that Machado's attack with the tribal stone caused Rhodes's arm to bleed.

10. I declare that, on or about April 23, 2022, on behalf of CIR's executive board and Tribe council, I communicated with the Bureau of Indian Affairs, Santa Clara Health Services, United States Marshal Services, Office of California Attorney General, and Office San Benito County District Attorney, regarding the April 23, incident at 1 Indian Canyon Road, an address I know to be within Indian Country under 18 U.S.C. 1151.

11. I declare that, from February 2022 through April 2022, while serving Tribe and CIR in an official capacity, I unveiled findings or discovery of several deficiencies, civil violations, delinquencies, and professional incompetence, relative to Marlene Machado interfering with CIR operations and Tribe activities. Hence, from February through present, on behalf of CIR and Tribe, I invoked hiring corporate attorney counsel, accounting services from a CPA, and attorney consultation(s) from legal experts in criminal, personal injury, and Federal Indian law, in efforts to cure the aforementioned problems that prevented CIR from conducting commerce in general, as the state officials had previously decreed prior to my involvement with CIR.

12. I declare that, from February through April, 2022, I have reviewed and transcribed multiple recordings of CIR board meeting, wherewith Marlene Machado has disrupted conferencing, used profanity, and made violent threats to CIR voluntary staff and officials.

13. I declare that, from January through present, 2022, I enabled CIR officials Kanyon Sayers-Roods and Charles Heinz (POA Agents of Ann-Marie Sayers) to make exigent efforts to get CIR founder-director Ann-Marie Sayers medical coverage reinstated, treatment for substance abuse, a competent power-of-attorney agent under contract, and an overall wellness check at the hospital.

*Affidavit*                                                                    Page 4 of 4

14. On this 12th day of May, 2022, I, Cary Lee Peterson, declare and submit the foregoing as true and
correct, under penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

(Signature)

CARY L. PETERSON

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTANOAN INDIAN RESEARCH INC. | (Case I.D. Number) |
| Plaintiff | **WITNESS AFFIDAVIT IN SUPPORT OF PLAINTIFF'S VERIFIED CIVIL COMPLAINT** |
| -vs- | **(DAVID STRONG )** |
| MARLENE RITA MACHADO | |
| Defendant | |

## **AFFIDAVIT**

I, DAVID STRONG, a member of the Chilkat Indian Village (Klukwan) [https://www.chilkat-nsn.gov]under 25 U.S.C. 5129-5130], of 32 Chilkat Ave. Klukwan, Alaska, MAKE OATH AND SAY THAT:

[DECLARATION ON PERSONAL PROFILE OF WITNESS (FOR PURPOSE OF CONSIDERATION FOR 'FRYRE' EXPERT TEST).]

1. I declare that I am a tribal member of the the Chilkat Indian Village, located in Klukwan, Alaska. My tribe is federally recognized under Title 25, Sections 5129-5130, United States Code. I have been a tribal member since birth (January 29, 1979). I am also one of seven council members of the Chilkat Indian Village (Klukwan) which represent 265 tribal members. This tribal government is under the Indian Reorganization Act (IRA). This tribal government is a sovereign state held within "Indian Country" as defined under Title 18, Section 1151, United States Code.

[DECLARATION ON WITNESS KNOWLEDGE AS TO PLAINTIFF CIR, & "TRIBE".]

2. I declare that I first visited Indian Canyon (Indian Country as defined under Title 18, Section 1151, United States Code) in or about 2005 while I was visiting California on personal interests.

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 44 of 112
Case 1:22-c̶   J1319   Document 1-9   Filed 05/13/2̶   Page 2 of 68
Page 2 of 8

3. I declare that Indian Canyon, where Costanoan Indian Research Inc. holds a headquarters is indeed Indian Country (an Indian reservation), similarly situated as the tribal nation which I am presently a member. And, I have visited this Indian Country several times since 2005.

4. I declare that I have been a tribal affairs advisor and personal friend of Indian Canyon Chualar tribal band members Kanyon Sayers-Roods, Christopher Sayers, and Ann-Marie Sayers since in or about 2005. During the past 17 years, upon Ms. Sayers's, Mr. Sayers's, or Ms. Sayers-Roods's request for additional support on tribal affairs, I have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of Costanoan Ohlone People ("Tribe").

5. I declare to witnessing tribal ceremonies, monuments, storytelling, and other tribal activities while visiting Indian Canyon over the past seventeen years. These tribal activities respective to the Chualar-Costanoan Tribe were administered or hosted by tribal members Ann-Marie Sayers or Kanyon Sayers-Roods. These tribal activities and events were similar to tribal activities done within the tribe that I an member to in the present.


[DECLARATION ON WITNESS UNDERSTANDING OF PERTINENT STATUTES ON TRIBAL AFFAIRS]

6. I declare that, as a nonlawyer who is a member of Chilkat Indian Village (Klukwan), a federally recognized tribe, I am very familiar with the following Federal statutes of United States Code, of which are relative to authenticating government facts, documents, or communication relative to tribal affairs; and as well have researched each statute on Cornell Law School Legal Encyclopedia (https://www.law.cornell.edu/uscode/) prior to submitting this affidavit. Therefore, I attest my general understanding of 18 U.S.C. 1151 (Congress's definition of "Indian Country"), 28 U.S.C. 1732-1733 (Congress's definition of government records and papers, or any document under business records exception), 25 U.S.C. 1529-1530 (Congress's definition of "Indian," "tribe," and "Indian tribe").

[DECLARATION ON "EXHIBIT A" (GOVERNMENT DOCUMENT UNDER 28 U.S.C. 1733).]

7. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as "Exhibit A" is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992. Based on my knowledge of documents sent by the U.S. government to the Chilkat Indian Village (my tribe), this document (letter) looks like a trust patent number issued under 'Title 28,

Section 1733, United States Code' (as it reads). And, irrefutably this letter appears to be issued by the United States Department of the Interior, without question. It's an official certification with Government seal and signature by a U.S. government official acknowledging a trust patent that issued by the Government on June 12th, 1911 to Sebastian Garcia ("document number 500-3498").

8. I declare that the second page of 'Exhibit A' hereto this affidavit, to the best of my knowledge, is a government document issued by the 'United States General Land Office,' which is now known as the U.S. Department of the Interior. And it looks like then-United States President William Taft signed this document acknowledging Sebastian Garcia as an "Chualar" Indian (as it reads, "Whereas, a schedule of allotments approved by the Secretary of Interior has been deposited in the General Land Office, whereby it appears that Sebastian Garcia, of the Chualar tribe or band of Indians, has been allotted the following-described land: The Lots Two, Three, Five, Six, and Ten of Section 13 in Township Fourteen South of Range Five East of the Mount Diablo Meridian, California, containing one hundred fifty-four and sixty-five hundredths acres... In testimony whereof I, William H. Taft, President of the United States of America, have caused these letters to be made patent and the seal of the General Land Office to be fixed...Patent No. 203411."). Therefore, based on this government document I would conclusively presume that anyone that is a blood-relative of Sebastian Garcia is a Chualar Indian, as is anyone who is a blood-relative of my ancestors is Chilkat Indian.

[DECLARATION ON "EXHIBIT B" (GOVERNMENT DOCUMENT UNDER 28 U.S.C. 1733).]

9. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as "Exhibit B" is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992 under Title 28, Section 1733, United States Code (as it reads, ""Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody: Trust Patent number 04-88-0047, issued August 19, 1988, to Ann Marie Sayers, recorded under document number 500-6431."). And page two of this government document acknowledges a person that I have known for more than seventeen years as Ann Marie Sayers, an Indian of the Costanoan Tribe of Mount Diablo Meridian, California (as it reads, "Ann Marie Sayers, an Indian of the Costanoan Tribe, is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8, 1887, as amended (25 U.S.C. 334, for the following described land: Mount Diablo Meridian, California, T. 14 S., R. 5 E., sec. 24, lots, 1, 2, and 3...Containing 123.42 acres...NOW KNOW YE, That the UNITED STATES OF AMERICA...has allotted and by these

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 46 of 112
Case 1:22-c   J1319   Document 1-9   Filed 05/13/2   Page 4 of 68

*Affidavit*                                                                                    Page 4 of 8

present does allot, unto the said Indian, the land described, and hereby declares that that it does and will hold the land thus allotted."). That being said, without a doubt I believe that this government document under seal, issued by the United States Department of Interior is acknowledging an allotment of land to a person I know as Ann Marie Sayers of the Costanoan Tribe in California.


[DECLARATION ON "EXHIBIT C" (GOVERNMENT DOCUMENTS UNDER 28 U.S.C. 1732, 1733).]

10. I declare that I have reviewed "Exhibit C" [et seq.] hereto this affidavit, whereof, to the best of my knowledge, is a compilation of government documents (28 U.S. Code § 1733 - Government records and papers; copies) provide a showing of the bloodline between ancestors and living tribal members of the Chualar-Costanoan Tribe of California. These documents consist of certified birth records, and government documents ('Indian roll numbers'), that demonstrate the fact that living tribal members Ann-Marie Sayers, Kanyon Sayers-Roods, and Christopher Sayers, are kin of Sebastian Garcia, who then-U.S. President William Taft acknowledged as a Chualar Indian in 1911, per 'Exhibit A' hereto this affidavit. And, I can attest that throughout the time I have known Kanyon Sayers-Roods, Ann-Marie Sayers, and Christopher Sayers, they have referred to themselves as Chualar-Costanoan Indians, as is the Government's own classification of such persons in nexus with 'Exhibit A' and 'Exhibit B' hereto this affidavit.

11. I declare that, among 'Exhibit A' and 'Exhibit B' of this affidavit, I can attest to seeing two separate government-issued documents under seal that acknowledge the Chualar and Costanoan Indian tribes. And, as is the federally recognized tribal government I am a member, I can confirm that some tribes are known by more than one official name; for example, my tribe is known by the Government as the Chilkat Indian Village (Klukwan) or The Chilkat Indian Village of Tlákw Aan (Klukwan). That fact being in mind, I would say that, based on authenticated consanguinity between Sebastian Garcia (who then-U.S. President Taft acknowledged as a 'Chualar Indian' in 1911) and Ann Marie Sayers (who the U.S. Department of Interior acknowledged as a 'Costanoan Indian' in 1992), in accordance with Exhibits C-1, C-2, C3, C-4, and C-5 hereto this affidavit, I would conclusively presume that the Chualar Tribe and Costanoan Tribe are one in the same, since these government-issued birth records ["Exhibit C-2", "Exhibit C-3", Exhibit-4", "Exhibit C-5"], and a government document (stamped by the Bureau of Indian Affairs with  showing genealogy records) demonstrate an a showing that Ann-Marie Sayers is the great granddaughter of Sebastian Garcia.

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 47 of 112
Case 1:22-c[ 1319   Document 1-9   Filed 05/13/2[   Page 5 of 68

*Affidavit*                                                                Page 5 of 8

12. I declare that my tribal government in Alaska under 25 U.S.C. 1529-1530 and Indian Reorganization Act, has 'roll numbers' (also referred to as 'RN') for every member of our tribe, as is what I see on 'Exhibit C-1' respective to persons I have met, and know as Ann Marie Sayers and Christopher Sayers.

13. I declare that my tribal government in Alaska under 25 U.S.C. 1529-1530 and Indian Reorganization Act, has 'roll numbers' (also referred to as 'RN') for every member of our tribe, as is what I see on 'Exhibit C-1' respective to persons I have met, and know as Ann Marie Sayers and Christopher Sayers

14. I declare that, to the best of my knowledge, 'Exhibit C-1' is a government document issued by the Bureau of Indian Affairs, showing Indian roll numbers ("RN") for Native-American persons that I know as Christopher Sayers and Ann Marie Sayers (as it reads as, "Ann Marie Sayers...Tribe: Costanoan...RN: 506708...Christopher A. Sayers...Tribe: Costanoan...RN: 56710."). Additionally, 'Exhibit C-1' (on the bottom-right section of page) shows "Sebastian Garcia" as "Great Grandfather" of Christopher Sayers and Ann Marie Sayers. That being said, without a doubt, I believe this document to demonstrate (respective of Exhibit A and Exhibit B) that the Chualar and Costanoan tribes are one in the same, as the exhibits Sayers siblings who I know as Christopher and Ann Marie are within the same bloodline as Sebastian Garcia whom former U.S. President Taft declared was a Chualar Indian in 1911.

[DECLARATION ON "EXHIBIT D" (GOVERNMENT DOCUMENT UNDER 28 U.S.C. 1732, 1733).]

15. I declare that, to the best of knowledge, I would attest that "Exhibit D" hereto this affidavit, is a government document, that any layman could find at the United States Senate website (www.senate.gov), showing a certification from a law and lobbying firm called Hogan and Hartson LLP, who was working for a client by the name of Indian Canyon Chualar Tribe of Costanoan-Ohlone People. I know of this client listed on section 7 of this government document. As I understand, presently, Ann Marie Sayers, Christopher Sayers, and Kanyon Sayers-Roods, are the tribal members that make up the executive council of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People.

[DECLARATION ON "EXHIBIT E" (GOVERNMENT DOCUMENT UNDER 28 U.S.C. 1732, 1733).]

16. I declare that, to the best of my knowledge, I attest that "Exhibit E" hereto this affidavit is a 'Constitution for the Chualar Indians of Indian Canyon' signed and executed in 1974 by a person

I have met, and know as Ann Marie Sayers. Moreover, I understand this document to be a constitution to have a governing influence of its tribal members from historical times to the present, as is the Constitution of the tribal government where I am presently member, whereby is federally recognized by the U.S. Department of Interior under 25 U.S.C. 1529, 1530. Per past discussion with CIR official Ann-Marie Sayers, this document was submitted to the Government with a petition for federal acknowledgment


### [DECLARATION ON "EXHIBIT F" (BUSINESS DOCUMENT UNDER 28 U.S.C. 1732).]

17. I declare that, to the best of my knowledge, "Exhibit F" hereto this affidavit, is a document from the Costanoan Indian Research Inc. website (https://www.costanoan.org) [see page footers of 'Exhibit F'], where I see images of persons I have met, and know as CIR's President Kanyon Sayers-Roods, and CIR's founder and director (and former President) Ann-Marie Sayers [pp. 1, 7 of 'Exhibit F']. Additionally, I see images of Indian Canyon ("Indian Country") that I have visited several times; including an image of a Chualar-Costanoan tribal pole, which is something similar to the totem poles throughout the tribal nation I am a member of in the present. That being said, I believe this to be a website that can be found in the public domain by any layman, directly related to the Chualar-Costanoan Tribe of Indian Canyon, California (as this document reads, <page 1/8 of 'Exhibit F'> "Welcome to the official website of Costanoan Indian Research, the non-profit organization of the Indian Canyon Chualar Tribe of Costanoan Ohlone People...<page 2/8 of 'Exhibit F'> Costanoan Indian Research, Inc. ("CIR" est. 1985) is a registered 501(c)(3) non-profit organization at Indian Canyon, Hollister, California, owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People."


### [DECLARATION ON "EXHIBIT G" (GOVERNMENT DOCUMENT UNDER 28 U.S.C. 1733).]

18. I declare that, to the best of my knowledge, "Exhibit G" is a government document sent by the 'United States Department of the Interior, Bureau of Indian Affairs' on December 18, 2007, addressed to Ms. Ann Marie Sayers at P.O. Box 28, Hollister, California. This document appears to be signed by the chief of Division of Tribal Government Services. And, I attest that this is without a doubt a response letter from the Government for a petition for federal acknowledgment of the Indian Canyon Band of Costanoan/Mutsun Indians of California, filed by a person I know as Ann-Marie Sayers. Additionally, my understanding of this document is that the Government did not deny or approve Ms. Sayers's petition from Federal acknowledgment due to particular deficiencies; and I would therefore conclusively presume this petition to remain in pending

status.

**[DECLARATION ON "EXHIBIT H-1" & "EXHIBIT H-2" (BUSINESS DOCUMENT UNDER 28 U.S.C. 1732).]**

19. I declare that, to the best of my knowledge, "Exhibit H-1" and "Exhibit H-2" are documents from the Costanoan Indian Research website (https://www.costanoan.org), demonstrating tribal activities and events on Indian Country held by the Chualar-Costanoan Tribe. These activities and events are similar to activities held on Indian Country of the Chilkat Indian Village (Klukwan) the tribal government under Title 25, Sections 1529-1530, United States Code.

20. I declare that, as a tribal member of a federally recognized tribal government, I have witnessed tribal ceremonies and activities, an active tribal constitution and ordinances, and Indian Country, in conjunction with the supporting exhibits hereto this affidavit, which are similar to activities, ceremonies, the Constitution, ordinances, and Indian Country, held by the tribal government under 25 U.S.C. 1529-1530, where I have held tribal membership for 43 years.

**[WITNESS CERTIFICATION.]**

21. On this ___th day of April, 2022, I, David A. Strong Jr, an tribal member of the Chilkat Indian Village (Klukwan), declare and submit the foregoing as true and correct, under 28 U.S.C. 1746, and under oath per notary public under license issued by the State of Alaska.

*Affidavit*

STATE OF ALASKA

JUDICIAL DISTRICT OF
_____ COUNTY.


SUBSCRIBED AND SWORN TO BEFORE
ME, on the _28_ day of April, 2022

US-Issued I.D. Verified: (check one) Yes _✓_
No___

Tribal Gov't-Issued I.D. Verified: (check one)
Yes _✓_   No___

Signature _C. Durr_
(Seal)
NOTARY PUBLIC
My Commission expires:
_4-17-2025_

_David Strong_

(Signature)

DAVID STRONG

C. DURR
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires April 17, 2025

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  A**



# United States Department of the Interior

**BUREAU OF INDIAN AFFAIRS**
PORTLAND AREA OFFICE
911 N.E. 11th Avenue
Portland, Oregon 97232-4169



JUN  8 1992

N REPLY REFER TO:

Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody:

Trust Patent number 203411, issued June 12, 1911, to Sebastian Garcia, recorded under document number 500-3498.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and caused the seal of the Bureau of Indian Affairs to be affixed on the day and year first above written.

_Liia La Lue_
(Signature)

Certifying Officer
(Title)



OAKLAND 03215.

# The United States of America,

## To all to whom these presents shall come, Greeting:

WHEREAS, a schedule of allotments approved by the Secretary of the Interior has been deposited in the General Land Office,

whereby it appears that **SEBASTIAN GARCIA,**

of the **CHUALAR**

tribe or band of Indians, has been allotted the following-described land:

**THE LOTS TWO, THREE, FIVE, SIX AND TEN OF SECTION THIRTEEN IN TOWNSHIP FOURTEEN SOUTH OF RANGE FIVE EAST OF THE MOUNT DIABLO MERIDIAN, CALIFORNIA, CONTAINING ONE HUNDRED FIFTY-FOUR AND SIXTY-FIVE-HUNDREDTHS ACRES.**

Fee Patent Issued **SEP 20 1945**

Patent *1120135*

Letter *2058736*

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted, and by these presents does allot, unto the said Indian    the Land above described, and hereby declares that it does and will hold the Land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian    and at the expiration of said period the United States will convey the same by patent to said Indian    in fee, discharged of said trust and free from all charge and incumbrance whatsoever; but in the event said Indian    dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian    and either issue to them in their names a patent in fee for said Land, or cause said Land to be sold for the benefit of said heirs as provided by law; and there is reserved from the lands hereby allotted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I,    WILLIAM H. TAFT

President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the    **TWELFTH**

(SEAL)    day of    **JUNE**    In the year of our Lord one thousand

nine hundred and    **ELEVEN**    and of the Independence of the

United States the one hundred and    **THIRTY-FIFTH.**

By the President:

By

*Wm. H. Taft*
Secretary.

*M. P. LeRoy*

*[signature]*
Recorder of the General Land Office.

**203411**

RECORD OF PATENTS: Patent Number

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  B



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Portland Area Office
911 N.E. 11th Avenue
Portland, Oregon 97232-4169

Recorded at the Request of JUN 8 1992

*Sayers*

DEC 3 1993

SAN BENITO COUNTY RECORDER
1:30 p  m FEE: 17.00

Pursuant to Title 28, section 1733, United States Code, I hereby
certify that eact annexed paper is a true copy of a document
comprising part of the official records of the Bureau of Indian
Affairs, Department of the Interior, in my custody:

Trust Patent number 04-88-0047, issued August 19, 1988, to Ann
Marie Sayers, recorded under document number 500-6431.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and
caused the seal of the Bureau of Indian Affairs to be
affixed on the day and year first above written.

_____
(Signature)

_____
Certifying Officer
(Title)



Form 1860-8
(May 1985)

# The United States of America

### To all to whom these presents shall come, Greeting:

Serial No. CACA 12519

WHEREAS,

Ann Marie Sayers,
an Indian of the Costanoan Tribe,

is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8,
1887, as amended (25 U.S.C. 334), for the following described land:

Mount Diablo Meridian, California

T. 14 S., R. 5 E.,
sec. 24, lots 1, 2, and 3.

Containing 123.42 acres.

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted and by these presents does allot, unto the said Indian, the land above described, and hereby declares that it does and will hold the land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian, and at the expiration of said period the United States will convey the same by patent to the said Indian in fee, discharged of said trust and free from all charge and encumbrance whatsoever; but in the event said Indian dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian and either issue to them in their names a patent in fee for said land, or cause said land to be sold for the benefit of said heirs as provided by law;

EXCEPTING AND RESERVING TO THE UNITED STATES a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890 (43 U.S.C. 945).

IN TESTIMONY WHEREOF, the undersigned authorized officer of the Bureau of Land Management, in accordance with the provisions of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the United States, caused these letters to be made Patent, and the Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in    Sacramento, California
the   NINETEENTH   day of         AUGUST    in the year
of our Lord one thousand nine hundred and    EIGHTY-EIGHT
and of the Independence of the United States the two hundred
and   THIRTEENTH.

[SEAL]

Patent Number 04-88-0047

By _____
Deputy State Director

California State Office

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0    6431
89 SEP 15  A 8  53

BRANCH OF REALTY
TITLES & RECORDS
SECTION



SEP - 8 1988

9312654

# memorandum

DATE: **SEP 7 1988**

REPLY TO
ATTN OF: ACTING

Area Director, Sacramento Area Office

SUBJECT: New Indian Allotment, San Benito County - Ann Marie Sayers, Allottee

TO: Superintendent, Central California Agency
Attention: Realty Officer

500   0421

9312654

Attached is the original trust patent No. 04-88-0047 which was issued to Ann Marie Sayers by the Bureau of Land Management pursuant to the General Allotment Act of February 8, 1887, as amended (25 U.S.C. 334).

We were previously advised by the BLM staff that the Certificate of Eligibility (No. 472) to receive an allotment had been issued by the Central California Agency, however, we have never been provided with a copy. Upon a check of the California Judgment Roll, we found the following information regarding the subject Allottee:

Ann Marie Sayers
DOB: 10/13/1948
Mother: Elena Sayers, 1933 Census RN 6503
Mother's Blood Degree: 4/4 Mission San Juan Bautista.

The subject property, consisting of three lots totaling 123.42 acres, is located in San Benito County, and a copy of BLM's May 22, 1884 plat is attached.

Please assign an IRMS identification number to the Allottee and make the appropriate addition to your land records and have the patent and plat recorded at the Portland Titles and Records Section. By separate letter, we will be advising the Allottee (P.O. Box 28, Hollister, CA 95023) that the Central California Agency will have administrative jurisdiction over the subject allotment. We have been advised by the BLM that Ms. Sayers also owns an adjacent tract in fee simple.

Also attached hereto are the documents which comprise our entire case file on the subject.

Attachments

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114
☆U.S.GPO 1987-0-181-247/40255



# UNITED STATES
# DEPARTMENT OF THE INTERIOR
## BUREAU OF INDIAN AFFAIRS

Central California Agency
1800 Tribute Road, Suite 111
Sacramento, California  95815-4314

5 0     0 4 1

9 3 1 2 6 5 4

This is to certify that the attached *Patent* ~~deed~~ between *U. S A*

and *Ann Marie Sayers* for *CACA*           Allotment No. *12519*

are in conformity with existing laws and regulations, and all realty

records checked as to description, ownership and proper identification of

grantor/grantee and conformity extends to and includes all supporting

documents and other materials as may be specified and required in the

Code of Federal Regulations.

*Virginia A Cappella*
Realty Officer

Approved *9-8-88*           *Virginia A Cappella*
*Acting*           Superintendent

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0    0 4 1

88 SEP 15   A 8   53

BRANCH OF REALTY
TITLES & RECORDS
SECTION

**END OF DOCUMENT**

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# <u>EXHIBIT  C</u>

Request file for client — get more info

Applicant

Name: Ann Marie Sayers
DOB: 10-13-48   1972 RN 56748
TRIBE: Costanoan (28910)
FOLDER: 1891 ...... APP: 3046

Indian Blood:
Tribe & Degree

50-28910 (28973)

Name: Christopher A Sayers
DOB: 10-24-51   1972 RN 56710
TRIBE: Costanoan (28914)
FOLDER: 1890 ...... APP: 1062

Indian Blood:
Tribe & Degree

Father
N-I
Indian Blood:
Tribe & Degree

Mother
Elena Sanchez Sayers
Indian Blood: (44) Mission San Juan Bautista 3/8
Tribe & Degree

DOD: 1974
33-6503 (A8074)
dob: 7-15-11

Romula
x Tomas Sanchez

Evangelista Garcia 3/4
Grandmother

Sebastian Garcia 3/4
33 Ap. 8078
Maria Garcia 1/2

(408) 637-4230

P.O. Box 28
Hollister, CA 95023

BUREAU OF INDIAN AFFAIRS
Central California Agency   (1800 Tribute Rd)
P.O. Box 15740
Sacramento, CA  95813

Grandfather
Indian Blood:
Tribe & Degree

Grandmother
Indian Blood:
Tribe & Degree

Grandfather
x Tomas Sanchez
Indian Blood:
Tribe & Degree

Grandmother
Indian Blood:
Tribe & Degree

Great-Grandfather
Indian Blood:
Tribe & Degree

Great-Grandmother
Indian Blood:
Tribe & Degree

Great-Grandfather
Indian Blood:
Tribe & Degree

Great-Grandmother
Indian Blood:
Tribe & Degree

Great-Grandfather
Indian Blood:
Tribe & Degree

Great-Grandmother
Indian Blood:
Tribe & Degree

Great-Grandfather
Sebastian Garcia 3/4
Indian Blood:
Tribe & Degree
33 Ap. 8078

Great-Grandmother
Maria Garcia 1/2
Indian Blood:
Tribe & Degree

CCA/TO2

Page 278-A

REGISTRATION DISTRICT No. 3550   REGISTRAR'S NUMBER 290

## CERTIFICATE OF LIVE BIRTH

STATE FILE No.

| THIS CHILD (TYPE OR PRINT NAMES) | | | |
|---|---|---|---|
| 1a. CHILD'S FIRST NAME Christopher | 1b. MIDDLE NAME Albert | | 1c. LAST NAME Sayers |
| 2. SEX Male | 3a. THIS BIRTH, SINGLE, TWIN, OR TRIPLET? Single | 3b. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD? | 4a. DATE OF BIRTH — MONTH, DAY, YEAR Oct. 24, 1951 | 4b. HOUR 9:30 a |

**PLACE OF BIRTH**

5a. PLACE OF BIRTH — CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN) Hollister  5b. COUNTY San Benito

5c. FULL NAME AND ADDRESS OF HOSPITAL OR INSTITUTION — (IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET ADDRESS OR LOCATION) Hazel Hawkins Memorial Hospital 916 Monterey Street Hollister, Calif.

**USUAL RESIDENCE OF MOTHER** (WHERE DOES MOTHER LIVE?)

6a. RESIDENCE OF MOTHER — STREET ADDRESS (IF RURAL, GIVE LOCATION) Rural-Bird Creek Road  6b. COUNTY San Benito

6c. CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN) Rural-Hollister  6d. STATE California

**MOTHER OF CHILD**

7a. MAIDEN NAME OF MOTHER—FIRST NAME Elena  7b. MIDDLE NAME Catherine  7c. LAST NAME Sanchez  8. COLOR OR RACE OF MOTHER Indian

9. AGE OF MOTHER (AT TIME OF THIS BIRTH) 41 YEARS  10. BIRTHPLACE (STATE OR FOREIGN COUNTRY) California  11. MAILING ADDRESS OF MOTHER (IF DIFFERENT FROM USUAL RESIDENCE) Star Route-Hollister

**FATHER OF CHILD**

12a. NAME OF FATHER – FIRST NAME Elliott  12b. MIDDLE NAME Slocum  12c. LAST NAME Sayers  13. COLOR OR RACE OF FATHER White

14. AGE OF FATHER (AT TIME OF THIS BIRTH) 46 YEARS  15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Michigan  16a. USUAL OCCUPATION Feeder  16b. KIND OF BUSINESS OR INDUSTRY Cement

**INFORMANT'S CERTIFICATION**

I HEREBY CERTIFY THAT THE ABOVE STATED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.  17a. SIGNATURE OF PARENT OR OTHER INFORMANT Elena C Sayers  ☒ PARENT ☐ OTHER, SPECIFY  17b. DATE SIGNED Oct. 27, 1951

**ATTENDANT'S CERTIFICATION**

I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR AND DATE STATED ABOVE.  18a. SIGNATURE OF ATTENDANT E. N. Moore  DEGREE OR TITLE M.D.  18b. ADDRESS Hollister, Calif.

**REGISTRAR'S CERTIFICATION**

19. DATE RECEIVED BY LOCAL REGISTRAR Dec. 13, 1951  20. SIGNATURE OF LOCAL REGISTRAR Roswell L. Hull M.D.  21. DATE ON WHICH GIVEN NAME ADDED  gc

**LEAVE BLANK** (ADDED AFTER FILING)

| CHILDREN PREVIOUSLY BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD) | 22a. HOW MANY OTHER CHILDREN ARE NOW LIVING? | 22b. HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? | 22c. HOW MANY CHILDREN WERE STILLBORN (BORN DEAD) AFTER 20 WEEKS PREGNANCY? |
|---|---|---|---|
| 23a. LENGTH OF PREGNANCY WEEKS | 23b. WEIGHT AT BIRTH LBS.   OZS. | 24a. STATE ANY COMPLICATIONS OF PREGNANCY AND LABOR | |
| 24b. STATE ANY OPERATION FOR DELIVERY | | 24c. DESCRIBE ANY CONGENITAL MALFORMATIONS | |
| 24d. DESCRIBE ANY BIRTH INJURY | | 24e. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? ☐ YES ☐ NO | IF YES, STATE DRUG: |
| 25a. WAS A SEROLOGICAL TEST FOR SYPHILIS MADE ON THIS MOTHER? ☐ YES ☐ NO | 25b. IF SO, AT WHAT MONTH OF PREGNANCY? | 25c. IF NOT, WHY NOT? | |

**FOR MEDICAL AND HEALTH USE ONLY** (THIS SECTION IS NOT TO BE REPRODUCED ON CERTIFIED COPIES)

STATE OF CALIFORNIA                    REV 11-46 FORM V.S. 10                    DEPARTMENT OF PUBLIC HEALTH

Form 2

I and verified by _____ **Mrs. Elena Sayers** _____ Parent

ALL 2 3110 ® SPG

DISTRICT No. _3550_

Page 117

REGISTRAR'S No. _253_

1. FULL NAME OF THIS CHILD: **Ann Marie Sayers**

2. PLACE OF BIRTH: (A) COUNTY **San Benito**
   (B) CITY OR TOWN **Hollister**
   (C) NAME OF HOSPITAL OR INSTITUTION. IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET NUMBER OR LOCATION **Hazel Hawkins Memorial Hospital**
   (D) IF BIRTH OCCURRED IN HOSPITAL OR INSTITUTION GIVE **Rural**
   (E) MOTHER'S STAY BEFORE DELIVERY **13hrs** IF THIS COMMUNITY **Same**
      IN HOSPITAL OR INSTITUTION **47min.**

4. SEX **Female**
5. TWIN OR TRIPLET [ ]   IF SO—BORN   1ST   2D   3D

8. FULL NAME **Elliott Slocum Sayers**
9. COLOR OR RACE **White**   10. AGE AT TIME OF THIS BIRTH **42** YEARS
11. LENGTH OF RESIDENCE IN CALIFORNIA **12** YEARS   MONTHS   DAYS
12. BIRTHPLACE **Fontague, Michigan**
13. USUAL OCCUPATION **Laborer**
14. INDUSTRY OR BUSINESS

FATHER OF CHILD

21. CHILDREN BORN TO THIS MOTHER:
   (A) HOW MANY OTHER CHILDREN OF THIS MOTHER ARE NOW LIVING? **0**
   (B) HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? **0**
   (C) HOW MANY CHILDREN WERE BORN DEAD? **1**

23. I HEREBY CERTIFY, THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE HOUR OF **9:16** A.M. ON THE DATE ABOVE STATED AND THAT
   THE INFORMATION GIVEN WAS FURNISHED BY: **Mrs. Elena Sayers** RELATED TO THIS CHILD AS: **Mother**

24. DATE RECEIVED BY LOCAL REGISTRAR **11-2-48**
25. REGISTRAR'S SIGNATURE **Roswell L. Hull, M.D.** REGISTRAR
26. GIVEN NAME ADDED   BY   DATE

27. (A) PREGNANCY, COMPLICATIONS OF: **None**
    (B) LABOR, COMPLICATIONS OF: **Hypertension**
    (C) WAS THERE ANY OPERATION FOR STATE ALL THIS PREGNANCY. X Yes CO-OPERATION Co

3. USUAL RESIDENCE OF MOTHER:
   (A) STATE **California**
   (C) COUNTY **San Benito**
   (D) CITY OR TOWN **Rural** IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL
   (E) STREET AND NUMBER

6. DATE OF BIRTH **October 13, 1948**
7. [signed off]

15. FULL MAIDEN NAME **Elena Catherine Sanchez**
16. COLOR OR RACE **Indian**   17. AGE AT TIME OF THIS BIRTH **38** YEARS
18. BIRTHPLACE **Hollister, California**
19. USUAL OCCUPATION **Housewife**
20. INDUSTRY OR BUSINESS

MOTHER OF CHILD

22. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:
   MRS. **Mrs. Elliott S. Sayers**
   ADDRESS **Star Route – Indian Canyon**
            **Hollister, California**

ATTENDANT'S OWN SIGNATURE: **E. N. Moore, M.D.**
M.D., MIDWIFE OR OTHER.   M.D.   DATE SIGNED **11-1-48**
ADDRESS **Hollister, California**

(E) DID THE DAY HAVE CONGENITAL

(A) LENGTH OF RESIDENCE IN CALIFORNIA:
   YEARS **30** MONTHS   DAYS
   YEARS **10** MONTHS   DAYS

MAIDEN SURNAME OF MOTHER: **Sanchez**

7. DATE OF BIRTH   MONTH   DAY   YEAR

NUMBER OF MONTHS OF PREGNANCY **8½**



# CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BENITO

**HOLLISTER, CALIFORNIA**

Form 2

Page 117

DISTRICT No. 3550  REGISTRAR'S No. 253

**1.** FULL NAME OF CHILD: Ann Marie Sayers    MAIDEN SURNAME OF MOTHER: Sanchez

**2.** PLACE OF BIRTH: (A) COUNTY: San Benito
(B) CITY OR TOWN: Hollister
(C) NAME OF HOSPITAL OR INSTITUTION: Hazel Hawkins Memorial Hospital
(D) MOTHER'S STAY BEFORE DELIVERY IN HOSPITAL OR INSTITUTION: 47min.   IN THIS COMMUNITY: Same

**3.** USUAL RESIDENCE OF MOTHER: (A) LENGTH OF RESIDENCE IN CALIFORNIA
(B) STATE: California   38
(C) COUNTY: San Benito   10 MONTHS DAYS
(D) CITY OR TOWN: Rural   10 YEARS MONTHS DAYS
(E) STREET AND NUMBER:

**4.** SEX: Female   **5.** TWIN OR TRIPLET   IF SO—BORN 1st 2d 3d

**6.** NUMBER OF MONTHS OF PREGNANCY: 8½   **7.** DATE OF BIRTH: October 13, 1948

## FATHER OF CHILD

**8.** FULL NAME: Elliott Slocum Sayers
**9.** COLOR OR RACE: White   **10.** AGE AT TIME OF THIS BIRTH: 42 YEARS
**11.** LENGTH OF RESIDENCE IN CALIFORNIA: 12   MONTHS DAYS
**12.** BIRTHPLACE: Montague, Michigan
**13.** USUAL OCCUPATION: Laborer
**14.** INDUSTRY OR BUSINESS:

## MOTHER OF CHILD

**15.** FULL MAIDEN NAME: Elena Catherine Sanchez
**16.** COLOR OR RACE: Indian   **17.** AGE AT TIME OF THIS BIRTH: 38 YEARS
**18.** BIRTHPLACE: Hollister, California
**19.** USUAL OCCUPATION: Housewife
**20.** INDUSTRY OR BUSINESS:

**21.** CHILDREN BORN TO THIS MOTHER:
(A) HOW MANY OTHER CHILDREN OF THIS MOTHER ARE NOW LIVING: 0
(B) HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD: 1
(C) HOW MANY CHILDREN WERE BORN DEAD: 1

**22.** MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:
Mrs. Elliott S. Sayers
Star Route - Indian Canyon
Hollister, California

**23.** I HEREBY CERTIFY, THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE HOUR OF 9:18 A.M. ON THE DATE ABOVE STATED AND THAT THE INFORMATION GIVEN WAS FURNISHED BY Mrs. Elena Sayers   RELATED TO THIS CHILD AS Mother

**24.** DATE RECEIVED BY LOCAL REGISTRAR: 11-3-48   ATTENDANT'S OWN SIGNATURE: E.N. Moore, M.D.
**25.** REGISTRAR'S SIGNATURE: Roswell L. Hull, M.D.   M.D., MIDWIFE OR OTHER: M.D.   DATE SIGNED: 11-1-48
**26.** GIVEN NAME ADDED ___ DATE ___ BY Me   REGISTRAR   ADDRESS: Hollister, California

**27.** (A) PREGNANCY, COMPLICATIONS OF:
(B) LABOR, COMPLICATIONS OF:
(C) WAS THERE AN OPERATION FOR DELIVERY? ___ STATE ALL OPERATIONS: ___ INDUCED: ___
(D) WAS A PROPHYLACTIC DRUG USED IN THE BABY'S EYES? ___ IF YES, STATE DRUG:

(E) DID THE BABY HAVE ANY CONGENITAL MALFORMATIONS? ___ DESCRIBE:
BIRTH INJURY? ___ DESCRIBE:
(F) WAS A SEROLOGICAL TEST MADE FOR SYPHILIS IN THIS MOTHER? ___ IF SO, AT WHAT PERIOD OF GESTATION? ___ MOS.
IF NOT, WHY NOT?

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF LIVE BIRTH**

FEDERAL SECURITY AGENCY
U.S. Public Health Service

Parent: Mrs. Elena Sayers

Read and verified by

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA, COUNTY OF SAN BENITO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Benito County Clerk-Recorder.

\* 0 0 0 0 7 4 0 4 8 \*

DATE ISSUED: MAR 21 2022   BY _Nancy Vigna_, Deputy
**NANCY VIGNA**

Joe Paul Gonzalez
JOE PAUL GONZALEZ
SAN BENITO COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border, displaying date, and the signature of the Deputy County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: JANUARY 1, 2008

Chairperson

## CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 1, 2007*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|     | NAME: | DATE OF BIRTH: |
|-----|-------|----------------|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: _JANUARY 2, 2006_

_Ann Marie Sayers_
Chairperson

## CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 3, 2005*

*Ann Marie Sayers*
Chairperson

## CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 2, 2004*

*Ann Marie Sayers*
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 3, 2003*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|     | NAME: | DATE OF BIRTH: |
|-----|-------|----------------|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 4, 2002*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

| | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *January 5, 2001*

*Ann Marie Sayers*
Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: January 7, 2000

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | **NAME:** | **DATE OF BIRTH:** |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *Jan. 7, 1999*

*Ann Marie Sayers*

Chairperson

# CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|------|------|------|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *Jan, 5, 1996*

*Ann Marie Sayers*

Chairperson

CHUALAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

NAME:                                          DATE OF BIRTH:

1. _Ann Marie Sayers_____          _Oct. 13, 1948_____

2. _Chris Sayers_____            _Oct. 24, 1951_____

3. _____             _____

4. _____             _____

5. _____             _____

6. _____             _____

7. _____             _____

8. _____             _____

9. _____             _____

10. _____             _____

DATE: _January 4, 1979_____

_Ann Marie Sayers_____
Chairperson

Page 278-A

# CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT No. — REGISTRAR'S NUMBER 2560 — REGISTRAR'S NUMBER 290

**THIS CHILD**
1a. CHILD'S FIRST NAME: Christopher
1b. MIDDLE NAME: Albert
1c. LAST NAME: Sayers

2. SEX: Male
3a. THIS BIRTH — SINGLE, TWIN, OR TRIPLET: Single
3b. IF TWIN OR TRIPLET THIS CHILD BORN 1ST, 2ND 3RD?
4. DATE OF BIRTH — MONTH, DAY, YEAR: Oct. 24, 1951
4b. HOUR: 9:30 p.

5a. PLACE OF BIRTH — CITY OR TOWN: Hollister
5b. COUNTY: San Benito

5c. FULL NAME AND ADDRESS OF HOSPITAL OR INSTITUTION: Hazel Hawkins Memorial Hospital 916 Monterey Street Hollister, Calif.

**USUAL RESIDENCE OF MOTHER**
6a. RESIDENCE OF MOTHER — STREET ADDRESS: Rural-Bird Creek Road
6b. COUNTY: San Benito

6c. CITY OR TOWN: Rural-Hollister
6d. STATE: California

**MOTHER OF CHILD**
7a. MAIDEN NAME OF MOTHER — FIRST NAME: Elena
7b. MIDDLE NAME: Catherine
7c. LAST NAME: Sanchez
8. COLOR OR RACE OF MOTHER: Indian

9. AGE OF MOTHER (AT TIME OF THIS BIRTH): 41 YEARS
10. BIRTHPLACE (STATE OR FOREIGN COUNTRY): California
11. MAILING ADDRESS OF MOTHER: Star Route-Hollister

**FATHER OF CHILD**
12a. NAME OF FATHER — FIRST NAME: Elliott
12b. MIDDLE NAME: Slocum
12c. LAST NAME: Sayers
13. COLOR OR RACE OF FATHER: White

14. AGE OF FATHER (AT TIME OF THIS BIRTH): 46 YEARS
15. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Michigan
16a. USUAL OCCUPATION: Feeder
16b. KIND OF BUSINESS OR INDUSTRY: Cement

**INFORMANT'S CERTIFICATION**
17a. I HEREBY CERTIFY THAT THE ABOVE STATED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
SIGNATURE OF PARENT OR OTHER INFORMANT: Elena C Sayers
17b. PARENT OTHER SPECIFY: ☒ PARENT
17c. DATE SIGNED: Oct. 27, 1951

**ATTENDANT'S CERTIFICATION**
18a. I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR AND DATE STATED ABOVE.
SIGNATURE OF ATTENDANT: F. N. Moore
DEGREE OR TITLE: M. D.
18b. ADDRESS

**REGISTRAR'S CERTIFICATION**
19. DATE RECEIVED BY LOCAL REGISTRAR: Dec. 13, 1951
20. SIGNATURE OF LOCAL REGISTRAR: Roswell L. Hull M.D.
21. DATE ON WHICH GIVEN NAME ADDED: Hollister, Calif. gc

**LEAVE BLANK**

22a. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD): ☐ YES ☐ NO
22b. NOW LIVING
22c. NOW DEAD (BORN ALIVE BUT DEAD NOW)
22d. NOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD?
22e. NOW MANY CHILDREN WERE STILLBORN (BORN DEAD AFTER 20 WEEKS PREGNANCY)?

23a. LENGTH OF PREGNANCY: WEEKS
23b. WEIGHT AT BIRTH: LBS.

24a. STATE ANY OPERATION FOR DELIVERY
24b. STATE ANY COMPLICATIONS OF PREGNANCY AND LABOR
24c. DESCRIBE ANY BIRTH INJURY
24d. PERSONAL AND CONGENITAL MALFORMATIONS

24e. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? ☐ YES ☐ NO
25a. WAS A SEROLOGICAL TEST FOR SYPHILIS MADE THIS MOTHER? ☐ YES ☐ NO
25b. IF YES, STATE DRUG:
25c. IF NO, WHY NOT?
25d. IF SO, AT WHAT MONTH OF PREGNANCY?

DEPARTMENT OF PUBLIC HEALTH

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)


# **<u>EXHIBIT  D</u>**

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 80 of 112
Case 1:22-c   1319   Document 1-9   Filed 05/13/2   Page 38 of 68
4/16/22, 3:38 PM

| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby | **LOBBYING REPORT** |

## Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

**1. Registrant Name** ✓ Organization/Lobbying Firm   Self Employed Individual
HOGAN & HARTSON LLP

**2. Address**
Address1   COLUMBIA SQUARE          Address2   555 THIRTEENTH STREET NW
City   WASHINGTON          State   DC     Zip Code   20004          Country   USA

**3. Principal place of business (if different than line 2)**
City          State          Zip Code          Country

4a. Contact Name          b. Telephone Number   c. E-mail          **5. Senate ID#**
Ms.    Warnke, Christine M.          2026375645     CMWarnke@HHLAW.com          18422-1005243

7. Client Name          *Self*          *Check if client is a state or local government or instrumentality*          **6. House ID#**
Indian Canyon Chualar Tribe of Costanoan-Ohlone People          304700529

## TYPE OF REPORT     8. Year 2008     Q1 (1/1 - 3/31)   Q2 (4/1 - 6/30) ✓   Q3 (7/1 - 9/30)   Q4 (10/1 - 12/31)

9. Check if this filing amends a previously filed version of this report
10. Check if this is a Termination Report          Termination Date _____          11. No Lobbying Issue Activity

## INCOME OR EXPENSES - YOU MUST complete either Line 12 or Line 13

| **12. Lobbying** | **13. Organizations** |
| **INCOME** relating to lobbying activities for this reporting period was: | **EXPENSE** relating to lobbying activities for this reporting period were: |
| Less than $5,000 ✓ | Less than $5,000 |
| $5,000 or more     $ _____ | $5,000 or more     $ _____ |
| Provide a good faith estimate, rounded to the nearest $10,000, of all lobbying related income for the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | **14. REPORTING** Check box to indicate expense accounting method. See instructions for description of options. |
| | Method A. Reporting amounts using LDA definitions only |
| | Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code |
| | Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature   | Digitally Signed By: Warnke, Christine M. , Senior Governmental Affairs Advisor |    Date   07/21/2008

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code GOV

16. Specific lobbying issues

Seeking Reaffirmation of Tribal Recognition

17. House(s) of Congress and Federal agencies ☐ Check if None

Interior - Dept of (DOI),U.S. HOUSE OF REPRESENTATIVES,U.S. SENATE,

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|------------|-----------|--------|-------------------------------------------|-----|
| Christine M. | Warnke | | | ☐ |
| Douglas P. | Wheeler | | | ☐ |
| Andrew L. | Spielman | | | ☐ |
| Danielle | DiMauro | | | ☑ |

19. Interest of each foreign entity in the specific issues listed on line 16 above  ☑ Check if None

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code IND

16. Specific lobbying issues

| Indian and Native American Affairs |
| --- |

17. House(s) of Congress and Federal agencies     ☐ Check if None

| Interior - Dept of (DOI), |
| --- |

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
| --- | --- | --- | --- | --- |
| Christine M. | Warnke | | | ☐ |
| Douglas P. | Wheeler | | | ☐ |
| Andrew L. | Spielman | | | ☐ |
| Danielle | DiMauro | | | ☑ |

19. Interest of each foreign entity in the specific issues listed on line 16 above   ☑ Check if None

| |
| --- |

**Information Update Page – Complete ONLY where registration information has changed.**

20. Client new address

Address _____

City _____ State _____ Zip Code _____ Country _____

21. Client new principal place of business (if different than line 20)

City _____ State _____ Zip Code _____ Country _____

22. New General description of client's business or activities

| Indian Tribe |
| --- |

# LOBBYIST UPDATE

23. Name of each previously reported individual who is no longer expected to act as a lobbyist for the client

| First Name | Last Name | Suffix | First Name | Last Name | Suffix |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

# ISSUE UPDATE

24. General lobbying issue that no longer pertains

# AFFILIATED ORGANIZATIONS

25. Add the following affiliated organization(s)

Internet Address:

| Name | Address | Principal Place of Business |
| --- | --- | --- |

| Name | Address | | | | Principal place of business |
| | Street Address | | | | (city and state or country) |
| | City | State/Province | Zip | Country | |
| | Street Address | | | | |
| | City | State/Province | Zip | Country | |

26. Name of each previously reported organization that is no longer affiliated with the registrant or client

---

## FOREIGN ENTITIES

27. Add the following foreign entities:

| Name | Address | | | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|---|---|---|---|---|---|---|
| | Street Address | | | | | |
| | City | State/Province | Country | | | |

28. Name of each previously reported foreign entity that no longer owns, or controls, or is affiliated with the registrant, client or affiliated organization

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# EXHIBIT E

CONSTITUTION

OF THE

CHUALAR INDIANS OF INDIAN CANYON

PREAMBLE

We, the Chualar Indians of Indian Canyon, located near
the town of Hollister and the San Juan Bautista Mission,
located in San Benito County, California, in order to
form a recognized and more representative organization
to manage all business affairs, and to preserve and make
secure our Indian homeland heritage, culture, and identity;
to safeguard our interests and general welfare; and further
improve the economic conditions of ourselves and Indian
Canyon; do hereby adopt this Constitution.

PURPOSE

The descendent Indians of the Chualar Indians of Indian
Canyon do hereby adopt this Constitution which shall
henceforth constitute the governing authority of the
Tribe for the purpose of self government, to promote to
further enhance economic advance cooperative relations
with other tribal, Federal, State, and local governments.

TERRITORY AND JURISDICTION

Section 1.   Territory and Jurisdiction.   The jurisdiction
of the Tribe and its General Governing Council shall
extend to the following:

   (a)   All lands which are held in trust and other
resources within the interior boundaries of Indian Canyon.

   (b)   All other lands, and resources which may be
hereafter acquired by the Tribe.

   (c)   All recognized members of the Tribe, wherever
located.

## MEMBERSHIP

Section 1.  Membership.  The following persons shall be members of the Chualar Indians of Indian Canyon, California:

(a)  All persons of Indian descent whose names are listed as descendants of the Chualar Indians of Indian Canyon, ~~according to the provisions of the Bureau of Land Management (BLM) requirements~~, shall together be listed with dependent children, of said descendants.

(b)  All Indian persons living on the effective date of this Constitution who are lineal descendants of any person designated in subsection (a) of this Section.


## THE GENERAL GOVERNING COUNCIL

Section 1.  Council Composition.  The General Governing Council shall, at minimal, consist of the Chairperson, Secretary, and Treasurer.  The Council shall be elected by secret ballot.

Section 2.  Governing Council Meeting.  All meetings of the General Governing Council will be open to all of the Tribe's members, except in those cases where the matter under discussion would involve confidentiality.  In these cases, business will be conducted in a closed session of the Council.


## CERTIFICATION

This is to certify that the above Constitution was duly adopted by the Chualar Indians of Indian Canyon at a duly noticed, called, and convened meeting on the ___24___ day of ___October___, 1974, where a quorum was present.


In Marie Sayers, Chairperson

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  F**

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 88 of 112
Case 1:22-cv 1319   Document 1-9 Filed 05/13/22   Page 46 of 68
4/18/22, 1:24 PM



**COSTANOAN INDIAN RESEARCH**



Research, the non-profit organization of the Indian Canyon Chualar Tribe of Costanoan Ohlone People.

"Honor the past to shape the future." - Ann-Marie Sayers

ABOUT US      DONATE NOW



## About Us

Costanoan Indian Research, Inc. is a registered 501(c)(3) non-profit organization (FEIN: 68-0287736) owned and held by members of the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People, located in Hollister, California.



## Indian Canyon

Indian Canyon is the only federally recognized "Indian Country" near SF/Silicon Valley Area in the State of California from as far north as San Pablo (city), to as far South as Santa Ynez (city). Indian Canyon has been sacred land and home for Ohlone-Costanoan people for thousands of years.

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 89 of 112
Case 1:22-c\   1319   Document 1-9   Filed 05/13/22   Page 47 of 68
4/18/22, 1:24 PM



## Our Values

We seek to improve and enhance the Recognition of Indigenous California Natives; encourage Reciprocity and Responsibility through actions, policies and programs impacting indigenous peoples and land; Respect the Costanoan Ohlone people.



## Get Involved

We welcome volunteers, donations, and visitors by appointment only.

Click here for more information



# ABOUT OUR ORGANIZATION

Costanoan Indian Research, Inc. ("CIR" est. 1985) is a registered 501(c)(3) non-profit organization at Indian Canyon, Hollister, California, owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People.

Indian Canyon has served as a safe haven for Indigenous peoples in need of land for ceremony and education. CIR has opened this land to visitors for indigenous studies and rural development. Indian Canyon is the only land continuously held by the Ohlone people, the first inhabitants of the San Francisco and Monterey Bay Area. Indian Canyon is the the only federally recognized "Indian Country" for 300 miles along central coastal California from San Pablo to Santa Ynez.



READ MORE ABOUT INDIAN CANYON



**ORGANIZATION INTERESTS**

Innovation & Infrastructure
Efficient Program Management
Fair Consumption & Production
Climate Action for Preservation
Regulatory Compliance
Restoration of Indian Country



**TRIBAL NATION AGENDA**

Tribal Awareness Program
SMARTNative.Org (Addiction Abuse Support)
Educational Programs with Academia
Development of Opioid Alternatives
Scholarship Programs for Native Youth
Research & Development on Ecosystems

Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 91 of 112
Case 1:22-cv  '.319   Document 1-3  Filed 05/13/21  Page 49 of 68
4/18/22, 1:24 PM

# More About Us

## 1.

### #HonorNativeLand

The Mutsun-Ohlone people have maintained and been responsible for this land since time immemorial.

NATIVE LAND MAP  >

## 2.

## Federally Recognized "Indian Country"

In 1911, United states President William Taft officially recognized Sebastian Garcia and the Chualar Tribe when he signed the Trust Patent granting him and his Tribe and allotment of land , which is now part of Indian Canyon today .

## 3.

## Continuous Legacy of Land Stewardship

Upon Sebastian Garcia's death in 1933, The Department of the Interior declared his grand-daughter, Elena Sanchez, to be the legal heir of his allotment, thereby designated her as the new Tribal Leader of the small band of the Chualar Tribe in Indian Canyon.

## 4.

## Ann-Marie reclaims ancestral homelands

Upon Elena Sanchez' death in 1974, her daughter, Ann-Marie Sayers was designated the new Tribal Chairperson of the Costanoan Tribe in Indian Canyon. Ann-Marie updated the Tribe's name from the Chualar

Tribe to the Costanoan Tribe to honor and recognize the region in which Indian Canyon was located.

**READ MORE**

## 5.

## Opening the land for all Indigenous peoples

Indian Canyon is available to all indigenous people to use for performing traditional ceremonies — something that was prohibited until the 1978 passage of the American Indian Religious Freedom Act. In welcoming other indigenous people to Indian Canyon, Sayers continues the land's long history as a refuge.

## 6.

## Honor Truth in History

Indian Canyon has in excess of 5,000 visitors annually from a caring host of many indigenous ceremonies and gatherings, fundraisers, school field trips. Indian Canyon is NOT a park, and we are only open to the public BY APPOINTMENT ONLY.

If you want to support the growth and sustainability of this refuge for indigenous peoples, please consider making a donation. All donations will support the continual evolution and infrastructure of Indian Canyon.

Donate Now

When you contribute, you support: the revitalization of our sacred traditions, Native ecological restoration, research, consultation, and education, community outreach and reconnection to sacred land, and the rematriation of our ancestral homeland

Volunteer your time, skills, services or internship, including: Grant Writers, Land stewardship, Indigenous Botanical Restoration. Fire/Flood Prevention, and more.

# MAKE A DONATION

If you want to support the growth and sustainability of this refuge for indigenous peoples, please consider making a donation.



# Visit Indian Canyon

Serving as a safe haven for Indigenous peoples in need of land for ceremony – pre and post contact. Located south of Hollister, this private remote Canyon may be visited by invitation and Appointment Only.









Share our journey and learn more about us.

# Leadership & Advisors

## Kanyon Sayers-Roods

President & Tribal Co-Chair



Case 5:22-cv-03092-EJD   Document 1-4   Filed 05/26/22   Page 96 of 112
Case 1:22-c    1319   Document 1-9...Filed 05/13/2    Page 54 of 68
4/18/22, 1:24 PM



# Ann-Marie Sayers

Founder, Director & Tribal Co-Chair

Tom Bishop – Treasurer & CFO

Charles Heinz – Secretary & EVP

Ishita Sharma – Compliance & Legal Affairs



## Contact us now!

**NAME ***

**EMAIL ***

**PHONE**

**TYPE OF INQUIRY**

Select One

**REASON FOR INQUIRY**

SUBMIT

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT  G**

#12



# United States Department of the Interior

### BUREAU OF INDIAN AFFAIRS

### WASHINGTON, D.C.   20245

IN REPLY REFER TO:

Tribal Government Services – AR

Ms. Ann Marie Sayers
P.O. Box 28
Hollister, California  95814

Dear Ms. Sayers:

On July 13, 1989, the documented petition of the Indian Canyon Band of Coastanoan/Mutsun Indians of California for Federal acknowledgment was hand-delivered to the Branch of Acknowledgment and Research by Ms. Joy Sundberg and Ms. Helen Marie Davis.  We advised Ms. Sundberg and Ms. Davis that we would make a cursory review of the petition with a view toward determining if the acknowledgment process was appropriate for your group and, if we found it was not, to provide suggestions regarding other possible alternatives.  We decided to do this because we knew that your group consisted of only three members, and because it already had trust land and appeared otherwise to be eligible for Federal services as Indians.

The petition describes a single family unit rather than a tribal unit of the type which can be acknowledged under the Acknowledgment regulations. It documents part of the history of the five direct heirs of Indian allottee Sebastian Garcia and the trust land presently held by his descendants.  But it does not provide evidence of the existence of an Indian tribe which has maintained a cohesive community and has exerted a governing influence over its members from historic times to the present. The petition does not indicate how or if the Garcia/Sanchez/Sayers family members interacted with other Coastanoan people.  Neither does it present evidence that these family members have been identified historically as a separate band or tribe.

On a preliminary basis, therefore, it appears that the Acknowledgment process may not be an appropriate method for your group to gain Federal recognition as a tribe.  However, this does not mean that we are asking you to withdraw the petition.  You have the option of continuing in the process and waiting for a more comprehensive review of the petition by one of our research teams; the review for obvious deficiencies and significant omissions (or OD review) as established in section 83.9 (a-b) of the Acknowledgment regulations.  Such a review might provide you with a much clearer idea of the appropriateness of the Acknowledgment process for your group.  Due to our current backlog of casework, however, it might be a year or more before we could complete such a review.

Your group may wish to pursue other options, one of which might be to explore membership eligibility in a tribe which is already recognized or in another group which has petitioned for acknowledgment.  You also have the option of seeking recognition through legislation or litigation.

If the primary aim of your acknowledgment effort is to obtain additional Federal services, we would be happy to arrange a meeting with personnel from the Bureau of Indian Affairs' Area Office and/or Central California Agency in Sacramento to outline services and programs for which your group may now be eligible as individual Indians who are already federally recognized.

Please let us know your decisions and whether you wish to continue in the Acknowledgment process. If you have further questions, please contact Michael Lawson, the Acknowledgment staff member who has administrative responsibilty for California petitioners. You may write him c/o Bureau of Indian Affairs, Branch of Acknowledgment and Research, Mail Stop 4627-MIB, 18th and C Streets, N.W., Washington, D.C. 20240, or call him at (202) 343-3592.

Sincerely,

Carol A. Bacon

Chief, Division of Tribal
Government Services

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  H-1

We welcome volunteers, donations, DAF sponsors, and visitors to Indian Canyon by appointment only.

DONATE NOW

CLICK HERE FOR MORE INFORMATION



ABOUT OUR

# ORGANIZATION

Costanoan Indian Research, Inc. ('CIR' est. 1985) is a registered 501(c)(3) non-profit organization at Indian Canyon, Hollister, California, owned and held by by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People.

Indian Canyon has served as a safe haven for indigenous people in need of land for ceremony and education. CIR has opened this land to visitors for indigenous studies and rural development.

Indian Canyon is the only land continuously held by the Ohlone people, the first inhabitants of the San Francisco and Monterey Bay Area. Indian Canyon is the only federally recognized "Indian Country" for 300 miles along central coastal California from San Pablo to Santa Ynez.

## Related Activities



**INDIAN CANYON STORYTELLING**

- Annual public event where indigenous storytellers perform culture sharing and dances for the public to learn more about indigenous cultures.

This activity is held at Indian Canyon, Hollister CA and is typically held in the fall of every year (suspended right now due to Covid 19, possibly starting again in 2023)



**EDUCATIONAL OUTREACH PROGRAM**

- Botanical trainings
- Traditional Ecological Knowledge (TEK) and contemporary land management approaches are taught through programs like field trips, land walks, workshops and land reviews.

These activities are held at Indian Canyon, Hollister CA throughout the year, (On hold currently due to Covid 19). Would like to start activities again with safety protocols in place in Fall 2023.



**SPEAKING ENGAGEMENTS FOR PUBLIC EDUCATION**

- To teach about the importance of Land Acknowledgments.
- To raise awareness of being in solidarity with the native peoples of the land.
- Educational outreach and training regarding the need for cultural sensitivity around cultural resources (from plants to archaeological remains).

This activity is ongoing and at every local build site in San Francisco Bay Area, CA, currently performed by Kanyon Sayers Roods, Co-chair, Costanoan Indian Research Inc. (CIR, Inc.)

## Related Documents

| CIR Corporate Bylaws | Original Issuance Of Indian Country By United States President Taft (1911) | Government Issuance Of Additional Tribal Land In Indian Canyon (1908) | Government's Response On Federal Acknowledgement Of Tribe (Pending) | Indian Canyon Overview Map | Original Constitution Of Chualar Indians Of Indian Canyon (1974) | Amended Constitution Of Chualar Indians Of Indian Canyon (1992) | Indian Canyon Genealogy Chart |
|---|---|---|---|---|---|---|---|

© 1985, 2022 Costanoan Indian Research Inc., a 501(c)(3) organization. All rights reserved.

Witness Affidavit of David Strong
(*CIR Inc., et al. v. Machado*)

# EXHIBIT  H-2

Case 1:22-cv-01319   Document 1-4   Filed 05/18/22   Page 62 of 68

5/12/22, 11:45 AM



COSTANOAN INDIAN RESEARCH



We welcome volunteers, donations, DAF sponsors, and visitors to Indian Canyon by appointment only.

CLICK HERE FOR MORE INFORMATION

How This Native American Elder Reclaimed Sacred Land in the Bay Area(KQED Truly CA-2019)...

WATCH ON YOUTUBE



"In the Land of My Ancestors" Film Screening and Discussion with Kanyon Sayers-Roods...

WATCH ON YOUTUBE



Living On Ohlone Land (Tribal Meeting) – 2017 Event (Aug. 2020)...

WATCH ON YOUTUBE

## 23rd Annual Storytelling event

This annual gathering was started in an effort to build connections and to educate relocated American Indians and non-Native Californians of the rich cultures and histories of Native California.

5/12/22, 11:45 AM



35 YEARS OF INDIGENOUS CALIFORNIA STORYTELLING

READ MORE

## 21st Annual Storytelling event

Costanoan Indian Research – Non-Profit – Presents the 21st Annual
Storytelling and Indigenous Gathering in Indian Canyon

READ MORE

21st Annual Indian Canyon Storytelling

INDIAN CANYON ROAD, HOLLISTER
OFF GRASS/ VALLEY ROAD/ GENESA

## Storytellers
## Native Dancers
## Indigenous Artists

Water is Life

JULY 16th
1PM TO 8PM

Food for the Non-Profit
Suggested donations:
Adults $10 - Students $5
12 and younger FREE
No One is Turned Away

Songs
Stories
Raffle
Community

WWW.GOFUNDME.COM/INDIANCANYON

Cash/Check accepted, Tickets at door and online
Bring someones to host for the day,
blankets or jackets for the night.
Welcome to bring your own food if need be.
Food prepared at the event
This is an alcohol and drug free event.
Seating provided, however, we do encourage
you to bring your own folding chair.

WWW.INDIANCANYONLIFE.ORG/STORYTELLING

## 16th Annual Storytelling event

Costanoan Indian Research –Non proft – Presents 16 th Annual
Storytelling and Indigenous Gathering in Indian Canyon,Hollister,CA

5/12/22, 11:45 AM

https://www.costanoan.org/news-media/

5/7

READ MORE



© 1985, 2022 Costanoan Indian Research Inc., a 501(c)(3) organization.

All rights reserved.

Case 1:22-cv-01319   Document 1-4   Filed 05/12/22   Page 68 of 68

5/12/22, 11:45 AM

https://www.costanoan.org/news-media/

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

COSTANOAN INDIAN RESEARCH INC.

Plaintiff

-vs-

MARLENE RITA MACHADO

Defendant

—————————————
(Case I.D. Number)

WITNESS AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S VERIFIED CIVIL
COMPLAINT
(JULIE HEINZ)

## AFFIDAVIT

I, JULIE HEINZ (DOB: 8/4/1945), of SANTA CLARA COUNTY, California, MAKE OATH AND
SAY THAT:

1. I declare that I have been a personal friend of Kanyon Sayers-Roods and Ann-Marie Sayers since
   in or about 1993. During this time period upon Kanyon Sayers-Roods and Ann-Marie Sayers
   requesting for additional support on tribal affairs relative to Indian Canyon ("Indian Country"), I
   have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon
   Chualar Tribe of Costanoan Ohlone People ("Tribe").

2. I declare that on or about April 23, 2022, Ms. Sayers-Roods and my son Charles Heinz, whom are
   both CIR officers, asked me to serve as a senior observer for CIR and Tribe in efforts to safely
   get from Indian Country Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for
   a wellness check.

3. I declare that on April 23, 2022, at around 11:45 a.m., at 1 Indian Canyon Road, a woman that I
   know as Marlene Machado had verbally and physically assaulted CIR and Tribe security-
   volunteers with her fists and a ceremonial stone used as a weapon amid CIR and Tribe official(s)
   taking Ann-Marie Sayers to the hospital for wellness check. Machado's physical assault took
   place while two CIR and Tribe security-volunteers had formed a body shield in attempt to
   prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and
   another Tribe-CIR volunteer who I know as "Lee," assisting Sayers-Roods with Ann-Marie
   Sayers in a wheelchair, and proceeding to my son's car.

4. I declare that from 2015 through 2022, I have witnessed Marlene Machado physically and verbally assault CIR volunteers and officials amid tribal affairs and CIR meetings. This would include more recent episodes where Machado had used profanity toward my son Charles Heinz, who serves as an officer of CIR and Council Administrator to Tribe.

5. I declare the foregoing as true and correct to the best of my knowledge, under the penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA COUNTY

SUBSCRIBED AND SWORN TO BEFORE ME, on the ___26ᵗʰ___ day of ___April___, 2022

_(Signature)_

**JULIE HEINZ**

Signature _Andrew Nguyen_
(Seal)
NOTARY PUBLIC
My Commission expires:
11/08/2024

ANDREW MINH NGUYEN
COMM. #2336984
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Nov. 8, 2024