```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018A33
Cashier ID: waltonb
Transaction Date: 05/26/2022
Payer Name: Benders Legal Service

CIVIL FILING FEE- NON-PRISONER
 For: Kanyon Sayers-Roods
 Case/Party: D-CAN-5-22-CV-003092-001
 Amount:         $402.00

PAPER CHECK CONVERSION
 Remitter: Benders Legal Service
 Check/Money Order Num: 8711
 Amt Tendered: $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

SVK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```