*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT L

News Content Published on Tribe Activities in
Indian Canyon (May 2022)

5/18/22, 5:19 PM

Case 5:22-cv-03092-EJD    Document 1-8    Filed 05/26/22    Page 2 of 50
Youth Alliance visits Indian Canyon - SanBenito.com | Hollister, San Juan Bautista, CA



*The Youth Alliance recently visited Indian Canyon for civil liberties education. Contributed photo.*

Featured    Local News    News    Schools

# Youth Alliance visits Indian Canyon

By: **STAFF REPORT** 📅 May 11, 2022                                    💬 0    👁 40

As part of a grant from the California Civil Liberties Public Education Program, Youth Alliance recently had the opportunity to participate in a visit to Indian Canyon, a ceremonial site for local indigenous people south of Hollister.

Case 5:22-cv-03092-EJD   Document 1-8   Filed 05/26/22   Page 3 of 50

Young people were immersed into this space by Kanyon "Coyote Woman" Sayers-Roods as she greeted the group with a song passed down from her ancestors.

Sayers-Roods is Costanoan Ohlone and Chumash; she is proud of her heritage and her native name and is very active in the native community.

"Indigenous peoples are everywhere," she said. "There are beautiful rich histories everywhere. Predominantly it is place-based knowledge. That place-based knowledge informs us. Place-based knowledge of our relationship to the environment and our ancestors. Indian Canyon serves as a safe haven for indigenous peoples everywhere and it is one step that we can reconnect to this land."

Sam Bass, one of the Youth Alliance organizers who participated with youth during the visit to Indian Canyon said, "It was unlike any connection I'd ever felt before. There was a moment of stillness where we all felt unified as we heard Kanyon's song."

The opportunity to take youth out into the community and visit places like Indian Canyon was one of the culminating events that Youth Alliance was able to get back to after the pandemic hit.

"Providing our young leaders these opportunities allows them to understand how interconnected we all are and how we should learn from one another in order to move forward collectively," said Rene Casas, the project coordinator and current Director of Policy at Youth Alliance.

The project seeks to have youth at the forefront of civil liberties conversations and have them engage with local residents, organizations and leaders on various topics. The first topic covered by the project was the Japanese internment on the Central Coast and its civil liberties impact. The project also included intergenerational conversations and historical research about the school-to-prison pipeline, immigration, and native communities on how they have been directly impacted by civil injustices.

"By bringing them into this space, we create an opportunity for young people to have a deeper role in engaging in conversations with elders and communities that have been directly impacted by civil injustices. The oral history of our Central Coast histories is a way for our youth to understand and connect local history with the current struggles for civil rights," said Diane Ortiz, CEO of Youth Alliance.

Riana Gutierrez, a Youth Engagement Advocate with Youth Alliance who participated in the visit, spoke about what this visit meant to the youth group.

"Being a youth advocate assists our youth in developing their skills in education, social justice and health. We want them to advocate for positive change in their world," Gutierrez said. "Providing them an opportunity to visit Indian Canyon for the first time and to learn about the history is instrumental in getting them to engage in civil liberties. This makes them realize how much they mean to their community and how they are the future leaders of tomorrow."

Ortiz, a strong supporter of civil liberties education, said, "Through this Civil Liberties grant, Youth Alliance is able to promote understanding, compassion and intergenerational healing by engaging community youth. By visiting important historical sites like Indian Canyon and sitting in conversation with elders like Mas Hashimoto who lived through the Japanese internment, we hope to connect the past to the present fight for justice. We know there is much work to be done and investing in our youth's capacity to lead this work is what YA is all about."

Indian Canyon is the only federally recognized "Indian country" between Sonoma and Santa Barbara. During the 18th and 19th centuries, Indian Canyon served as a safe haven for the local indigenous peoples who were being abducted/recruited/bribed/transported to the missions with the Spaniards. The local Ohlone peoples knew the terrain and were able to traverse the territory into the secluded valley of Indian Canyon.

5/18/22, 5:19 PM
Case 5:22-cv-03092-EJD   Document 1-8   Filed 05/26/22   Page 4 of 50
Youth Alliance visits Indian Canyon - SanBenito.com | Hollister, San Juan Bautista, CA

Since then Indian Canyon has remained a safe haven. Currently, Ann-Marie Sayers and her daughter have opened up the canyon for all Indigenous peoples in need of land for ceremony.

**For information about Youth Alliance, visit** youthall.org.

LOCAL NEWS

# 'In the Land of My Ancestors' brings message of hope for native Californians

## Indian Canyon now serves as a refuge for indigenous people

By **ALEXANDRA FISCHER** | afischer@santacruzsentinel.com |
PUBLISHED: August 12, 2019 at 4:02 p.m. | UPDATED: August 13, 2019 at 1:16
p.m.

In the new, award-winning documentary about her life, Ohlone elder Ann Marie
Sayers turns the long history of brutality against native Californians into a
hopeful message.

"Today is the best time for an Ohlone person to be alive since contact because
the ancestral spirits are starting to wake a lot of people up," Sayers said in the
film.

The documentary, "In the Land of My Ancestors," was screened at a sold-out
event Sunday at the Santa Cruz Museum of Art and History. The event also
featured Rucha Chitnis, the director of the documentary, who asked questions
to Sayers, and her daughter, Kanyon Sayers-Roods. Sayers was involved in
an eight-year lawsuit against the federal government to reclaim Indian Canyon
in Hollister which had been in her family for generations. Indian Canyon is the
only federally recognized individual Indian trust allotment from Santa Barbara




"It was eight years of jumping through hoops for this government, we had less than 3 percent chance of being successful, and we did it with the help of a lot of people," Sayers said.

Indian Canyon now serves as a refuge for indigenous people to perform ceremonies that require traditional lands.

"My mother believed when ceremonies stop, so does the earth," Sayers said in the film. "There are a number of Ohlone descendants that have not healed. There's still anger there. We have nine sweat lodges and I offer them to participate in ceremony and I'm watching slowly healing taking place, and for me, that's a reason for living."

Another tradition in Indian Canyon is the education of students. For the past 28 years, students from York School in Monterey have visited Indian Canyon with history teacher Michael Borrowman, who describes the yearly trek as a "rite of passage" for the eighth grade students.

"The students come up in the eighth grade, and five years later they will mention that one of the most amazing experiences they've had is in Indian Canyon," Sayers said. "That's the way spirit works. When you're there it just connects with you. You can have that in any place in the world, just by taking the time to listen and hear what is being said."

## Fighting for the Sacred

"I would like to believe that there is a way to connect with nature, with spirit, wherever I am," Damien Marcotte, an audience member, said to Sayers during audience participation after the screening.

"Our mother Earth is sacred, and we haven't been taking care of her. Our society is so absent of the sacred, outside of perhaps, money," Sayers said. "I found that regardless of where you may be, you can communicate with all the life that surrounds you. I can recall taking Kanyon to school and I said, look at the ferns, they're waving goodbye."

The fight for indigenous rights is closely tied with the fight against climate change and conserving biodiversity. A World Bank report, found that while




"There is an abundance of solutions from grassroots communities. We should be paying attention to these solutions and these narratives because what we pay attention to grows," Chitnis said. "If we paid attention to only the negativity, that's what's going to be amplified. However, if we paid attention to the regenerative, community led women led solutions and wisdom, that gets amplified."

"When we don't include indigenous histories of space and place, many solutions are very superficial and reactionary, instead of having a deep understanding of how our efforts have an ongoing interaction" Sayers-Roods added.

Sayers and Sayers-Roods both believe that in order to gain this deep understanding of the consequences of human behavior, people should ask themselves how their choices will impact seven generations in the future. Sayers also thinks that people are suffering from what she calls Nature Deficit Disorder, where people are not connecting with nature enough, leading to the destruction of nature.

Danusha Laméris, a speaker at the event and the current Poet Laureate of Santa Cruz, saw this current moment as, "a place of intense potential for transformation," she said.

"Theres a movement, and its all of us connecting to each other and to this world," Laméris added.

That movement, according to Sayers, begins with, "Being aware that all life is sacred and recognizing and acknowledging it," she said.

## Indigenous History of the Bay Area

More than 10,000 Native Americans lived between San Francisco Bay and Point Sur before the Spanish took over, according to the book, "The Ohlone Way," by Malcolm Margolin. There were about 40 different groups, the average size being about 250 people, and each group had their own land and chief. While there were many tribes in the area, Northern Coastal Native Americans, such as Sayers, are now called Ohlone.




After the Spanish arrived, they began the Mission system, which started in San Diego de Alcalá in 1769 and ended with Mission San Francisco Solano in 1823, according to the California Museum. The Missions served as a way for the Spanish to colonize the area, with the goal of making Native Americans convert to Christianity.

"The California Mission system forced the Ohlone people into servitude and set the stage for the destruction of our culture. When the native peoples, who did not like the restrictions at the mission, would run away, Indian Canyon served as a safe haven," Sayers said.

After the Mission system, the gold rush brought an influx of non-native people from 1848 to 1855 to California. The first governor of California, Peter Burnett, said in his 1851 State of the State Address, "a war of extermination will continue to be waged between the two races until the Indian race becomes extinct." California authorized $1.29 million in 1850's dollars to subsidize these militia campaigns, according to the Governor's office.

"During the gold rush there were bounties on the heads of indigenous people in California. In 1854 the US government paid five dollars a head for California native people," Sayers said.

Spanish missionaries also brought disease that native Californians had no immunity against. "The resulting genocide and disease killed nearly 95 percent of all California natives by 1880," Sayers said.

"To say you were Indian was suicidal, and when you have a native woman watch her husband get killed, her son get killed, she is going to tell her daughter, 'Say you are Mexican,' for sheer survival," Sayers added.

On June 18, Gov. Gavin Newsom signed an executive order that formally apologized to California's Native Americans for the historical mistreatment and violence from the state. In an Associated Press article, Newsom said that this violence was, "A genocide. No other way to describe it and that's the way it needs to be described in the history books."

Despite the apology from the state, more than 40 Native American groups in California, including the Ohlone, are not federally recognized, which denies them federal resources, such as land or sovereignty, according to National




## The Filmmaker's Inspiration

Before "In the Land of My Ancestors," Chitnis was a photojournalist whose stories focused on "the power of women sustaining and retaining their history and their stories in the face of dominant culture, climate change and ecological crisis," she said.

After completing a photo essay on Sayers, Chitnis kept thinking about Sayers' story. "Why hasn't someone made a film about her life, about her work? But I never thought that person would be me because this is my first film. I'm a photojournalist and I didn't have the confidence, but something shifted in December 2017," Chitnis said.

That's when Chitnis called and asked Sayers to be the focus of the film.

"She immediately said yes, which was shocking. Then I got a bit nervous because I was like 'Oh my god, what do I have to do now?' When she said yes it just lit a fire in me and it became this passion project," Chitnis said.

Part of making the film meant raising money for the project, which is how Santa Cruz local Jennifer Astone got involved. Astone works for the Swift Foundation, which focuses on giving grants to people and organizations that are fighting to defend biodiversity.

"We need to be more proactive in how we recognize native knowledge, native presence, and what native worldviews have to contribute to better managing our lands and the environment," Astone said.

When Astone met Sayers she said her first reaction was, "she was just such an incredible spirit and I thought, 'I gotta get to know more about this woman.'"

"She radiated a kind of joy and inspiration that was based on a deep knowledge of who she was and who she represented that made me want to know about native Californians and the land she protects" Astone added.

There is another screening of "In the Land of My Ancestors" at the MAH in the


a screening of the film at the United Nations Association Film
tober.






**SPONSORED CONTENT**

## See the big picture with monday.com ⤤

By Project-Management.com



14-day free trial | No credit card needed

## Join the Conversation

We invite you to use our commenting platform to engage in insightful conversations about issues in our community. We reserve the right at all times to remove any information or materials that are unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane, indecent or otherwise objectionable to us, and to disclose any information necessary to satisfy the law, regulation, or government request. We might permanently block any user who abuses these conditions.



THINGS TO DO › HOME AND GARDEN

# Home & Garden Digest

By **SANTA CRUZ SENTINEL |**
April 28, 2022 at 3:00 p.m.

---

## MARINA

### Marina Tree and Garden Club holds tour

The Marina Tree and Garden Club is holding its annual garden tour from 10 a.m. -3 p.m. Sunday. This year there will be eight private and public gardens with great ideas, plants and designs for visitors to view and enjoy. All the gardens will be clustered on the south edge of Marina to enable less driving. This event is the main fundraiser for the club which makes it possible to support in-school gardens in Marina. Pick up tickets and maps at 211 Hillcrest Ave. at the Hillcrest Garden in Marina. For more information, visit marinatreeandgarden.org.

## SANTA CRUZ

### Shared Adventures seeks garden teacher

Shared Adventures, a Santa Cruz non-profit that provides activities and programs for those with disabilities, is looking for a one or two gardeners to to help lead their weekly garden program at Common Roots Farm near Pogonip. Gardeners would have access to a large garden bed in a beautiful setting to teach basic gardening techniques to a small group of participants 1.5 hours per day from 11 a.m. to 12:30 p.m. on Thursdays. Small stipend provided. Contact darylwise1@gmail.com.

## SANTA CRUZ

### Master Gardeners holds online Spring Plant Sale

The UC Master Gardeners of Monterey and Santa Cruz Counties are holding their annual Spring Plant Sale now through Sunday. Garden-ready summer vegetables include greens, lettuces, onions, peppers, squash and heirloom and hard-to-find varieties of tomatoes. Our spring collection features several types of basils and culinary varieties of popular kitchen herbs for summer recipes and teas. Drought-tolerant and water-wise plants, such as California natives and succulents, will also be available in our online store, along with annual and perennial pollinator plants to add biodiversity and attract beneficial insects to your garden. Place your order online and schedule a pick up appointment at our greenhouse in Salinas. All funds benefit the all-volunteer UC Master Gardener program, which offers a gardening help line, events and seasonal classes designed to educate our local home gardening community with research-based, sustainable landscape practices. To order visit mbmg.ucanr.edu.

## WATSONVILLE

## UC Master Gardeners schedule worm composting classes

UC Master Gardener Bridget Matz will teach "Vermiculture: Composting with Worms" from 5-6:30 p.m. May 4. This is a free, online class and will teach how to turn food scraps into a valuable resource for your garden and expand your recycling efforts. Vermiculture is a natural, homemade compost for seedlings, potted plants and vegetable gardens.

"Backyard Worm Composting" will be taught in person at the Watsonville Demonstration Garden from 10 a.m. to 12 p.m. May 7 at UC Cooperative Extension, 1430 Freedom Blvd., Suite E, Watsonville. The hands-on workshop will employ a combination of informal lecture and hands-on participatory activities in order to learn how to source or build a worm bin, where to get worms to get started, how to maintain it as well as tips on harvesting and using your resulting compost. We will send a list of materials to bring if you would like to build your own worm bin to take home. There is a small fee and a class limit of 30 attendees. To register for either or both classes visit mbmg.ucanr.edu

## WATSONVILLE

## Monterey Bay Rose Society Holds Show

The Monterey Bay Rose Society will hold the 41st Annual Rose Show from 12-4:30 p.m. Saturday at Aladdin Nursery, corner of Freedom Boulevard and Corralitos Road. See and smell  hundreds of beautiful roses, ask rose experts your questions, join our society and shop for roses.  Enjoy the music, food, wine and vendors sharing in this fabulous kick-off to spring. For more information about the show and the Rose Society, visit montereybayrosesociety.org.

## SANTA CRUZ

On Saturday, May 8, from 10 a.m. to 4 p.m., Common Roots Farm will hold their annual spring plant sale, just in time for Mother's Day. The flower and vegetable starts are grown by farmers living with autism, cerebral palsy, down syndrome, and other disabilities, and your support helps everyone learn and grow together. In honor of Mother's Day weekend all moms will receive a small sunflower plant complimentary of Common Roots. Some of the plants featured  in our sale are strawberries, raspberries, cucumbers, tomatoes, herbs, dahlias and much more. The Farm is located at 301 Golf Club Drive, Santa Cruz. For more information visit commonrootsfarm.org

## WATSONVILLE

### Birdsong Orchards is open for U-Pick Rose season

Birdsong Orchards is growing more than 500 roses, deeply fragrant, lush and in every color. Varieties include hybrid tea roses, floribundas, grandifloras, David Austin, Meilland, Kordes in every shade of the rose rainbow, with new varieties added every year. Unlike every other rose garden, you can smell them, and then cut and fill your bucket with amazing blooms to take home. Bucket with water and clippers are provided. To see photos of the roses and to make an appointment to pick, visit birdsongorchards.com.

## HOLLISTER

### Permaculture hosts ecological workshop

Indigenous peoples have been maintaining the forests using fire since time immemorial. Now in the face of fire suppression and catastrophic forest fires, it has become imperative to take action as communities to maintain the forests of the world. Indian Canyon Nation, EcoCamp Coyote, and Sudden Oak Life are collaborating on an a three-day intensive workshop titled "Fire Mimicry and Traditional Ecological Knowledge," from May 13-15 at Indian Canyon, Hollister.  The event will feature Kanyon Sayers Roods (Indian Canyon Nation, Mutton Ohlone), Tom "Little Bear" Nason (Tribal Chairman of the Esselen Tribe Monterey County), Leo Lauchere (EcoCamp Coyote), and Lee Klinger (Sudden Oak Life). For more information and to register, visit santacruzpermaculture.com.

## SCOTTS VALLEY

### Learn about tomatoes at Love Apple

Registration is open for several Love Apple Farms workshops, including Tomato Masters on May 28 taught by LAF owner/World Tomato Society co-founder Cynthia Sandberg. Other upcoming classes, all held at 5311 Scotts Valley Drive, include Summer Vegetable Gardening on May 14 or May 29. Register at growbetterveggies.com. Call 831-588-3801 for details.

*The Garden Digest is compiled by Susan Salinger. To submit items for the calendar including events, meetings, resources, or anything garden related, email sentinelhomeandgarden@gmail.com.*

Tags: **Home & Garden Digest**

---



SPONSORED CONTENT

### Enjoy free shipping & 3-year limited warranty. ⧉

By ecobee

ecobee

Whole Home Solution, a smart home package that adapts to your needs for better comfort, security, and energy savings.

---

## Join the Conversation

We invite you to use our commenting platform to engage in insightful conversations about issues in our community. We reserve the right at all times to remove any information or materials that are unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane, indecent or otherwise objectionable to us, and to disclose any information necessary to satisfy the law, regulation, or government request. We might permanently block any user who abuses these conditions.

LOCAL NEWS

# 'In the Land of My Ancestors' brings message of hope for native Californians

Indian Canyon now serves as a refuge for indigenous people

By **ALEXANDRA FISCHER** | afischer@santacruzsentinel.com |
PUBLISHED: August 12, 2019 at 4:02 p.m. | UPDATED: August 13, 2019 at 1:16 p.m.

In the new, award-winning documentary about her life, Ohlone elder Ann Marie Sayers turns the long history of brutality against native Californians into a hopeful message.

"Today is the best time for an Ohlone person to be alive since contact because the ancestral spirits are starting to wake a lot of people up," Sayers said in the film.

The documentary, "In the Land of My Ancestors," was screened at a sold-out event Sunday at the Santa Cruz Museum of Art and History. The event also featured Rucha Chitnis, the director of the documentary, who asked questions to Sayers, and her daughter, Kanyon Sayers-Roods. Sayers was involved in an eight-year lawsuit against the federal government to reclaim Indian Canyon in Hollister which had been in her family for generations. Indian Canyon is the only federally recognized individual Indian trust allotment from Santa Barbara





"It was eight years of jumping through hoops for this government, we had less than 3 percent chance of being successful, and we did it with the help of a lot of people," Sayers said.

Indian Canyon now serves as a refuge for indigenous people to perform ceremonies that require traditional lands.

"My mother believed when ceremonies stop, so does the earth," Sayers said in the film. "There are a number of Ohlone descendants that have not healed. There's still anger there. We have nine sweat lodges and I offer them to participate in ceremony and I'm watching slowly healing taking place, and for me, that's a reason for living."

Another tradition in Indian Canyon is the education of students. For the past 28 years, students from York School in Monterey have visited Indian Canyon with history teacher Michael Borrowman, who describes the yearly trek as a "rite of passage" for the eighth grade students.

"The students come up in the eighth grade, and five years later they will mention that one of the most amazing experiences they've had is in Indian Canyon," Sayers said. "That's the way spirit works. When you're there it just connects with you. You can have that in any place in the world, just by taking the time to listen and hear what is being said."

## Fighting for the Sacred

"I would like to believe that there is a way to connect with nature, with spirit, wherever I am," Damien Marcotte, an audience member, said to Sayers during audience participation after the screening.

"Our mother Earth is sacred, and we haven't been taking care of her. Our society is so absent of the sacred, outside of perhaps, money," Sayers said. "I found that regardless of where you may be, you can communicate with all the life that surrounds you. I can recall taking Kanyon to school and I said, look at the ferns, they're waving goodbye."

The fight for indigenous rights is closely tied with the fight against climate change and conserving biodiversity. A World Bank report, found that while




"There is an abundance of solutions from grassroots communities. We should be paying attention to these solutions and these narratives because what we pay attention to grows," Chitnis said. "If we paid attention to only the negativity, that's what's going to be amplified. However, if we paid attention to the regenerative, community led women led solutions and wisdom, that gets amplified."

"When we don't include indigenous histories of space and place, many solutions are very superficial and reactionary, instead of having a deep understanding of how our efforts have an ongoing interaction" Sayers-Roods added.

Sayers and Sayers-Roods both believe that in order to gain this deep understanding of the consequences of human behavior, people should ask themselves how their choices will impact seven generations in the future. Sayers also thinks that people are suffering from what she calls Nature Deficit Disorder, where people are not connecting with nature enough, leading to the destruction of nature.

Danusha Laméris, a speaker at the event and the current Poet Laureate of Santa Cruz, saw this current moment as, "a place of intense potential for transformation," she said.

"Theres a movement, and its all of us connecting to each other and to this world," Laméris added.

That movement, according to Sayers, begins with, "Being aware that all life is sacred and recognizing and acknowledging it," she said.

## Indigenous History of the Bay Area

More than 10,000 Native Americans lived between San Francisco Bay and Point Sur before the Spanish took over, according to the book, "The Ohlone Way," by Malcolm Margolin. There were about 40 different groups, the average size being about 250 people, and each group had their own land and chief. While there were many tribes in the area, Northern Coastal Native Americans, such as Sayers, are now called Ohlone.




After the Spanish arrived, they began the Mission system, which started in San Diego de Alcalá in 1769 and ended with Mission San Francisco Solano in 1823, according to the California Museum. The Missions served as a way for the Spanish to colonize the area, with the goal of making Native Americans convert to Christianity.

"The California Mission system forced the Ohlone people into servitude and set the stage for the destruction of our culture. When the native peoples, who did not like the restrictions at the mission, would run away, Indian Canyon served as a safe haven," Sayers said.

After the Mission system, the gold rush brought an influx of non-native people from 1848 to 1855 to California. The first governor of California, Peter Burnett, said in his 1851 State of the State Address, "a war of extermination will continue to be waged between the two races until the Indian race becomes extinct." California authorized $1.29 million in 1850's dollars to subsidize these militia campaigns, according to the Governor's office.

"During the gold rush there were bounties on the heads of indigenous people in California. In 1854 the US government paid five dollars a head for California native people," Sayers said.

Spanish missionaries also brought disease that native Californians had no immunity against. "The resulting genocide and disease killed nearly 95 percent of all California natives by 1880," Sayers said.

"To say you were Indian was suicidal, and when you have a native woman watch her husband get killed, her son get killed, she is going to tell her daughter, 'Say you are Mexican,' for sheer survival," Sayers added.

On June 18, Gov. Gavin Newsom signed an executive order that formally apologized to California's Native Americans for the historical mistreatment and violence from the state. In an Associated Press article, Newsom said that this violence was, "A genocide. No other way to describe it and that's the way it needs to be described in the history books."

Despite the apology from the state, more than 40 Native American groups in California, including the Ohlone, are not federally recognized, which denies them federal resources, such as land or sovereignty, according to National




### The Filmmaker's Inspiration

Before "In the Land of My Ancestors," Chitnis was a photojournalist whose stories focused on "the power of women sustaining and retaining their history and their stories in the face of dominant culture, climate change and ecological crisis," she said.

After completing a photo essay on Sayers, Chitnis kept thinking about Sayers' story. "Why hasn't someone made a film about her life, about her work? But I never thought that person would be me because this is my first film. I'm a photojournalist and I didn't have the confidence, but something shifted in December 2017," Chitnis said.

That's when Chitnis called and asked Sayers to be the focus of the film.

"She immediately said yes, which was shocking. Then I got a bit nervous because I was like 'Oh my god, what do I have to do now?' When she said yes it just lit a fire in me and it became this passion project," Chitnis said.

Part of making the film meant raising money for the project, which is how Santa Cruz local Jennifer Astone got involved. Astone works for the Swift Foundation, which focuses on giving grants to people and organizations that are fighting to defend biodiversity.

"We need to be more proactive in how we recognize native knowledge, native presence, and what native worldviews have to contribute to better managing our lands and the environment," Astone said.

When Astone met Sayers she said her first reaction was, "she was just such an incredible spirit and I thought, 'I gotta get to know more about this woman.'"

"She radiated a kind of joy and inspiration that was based on a deep knowledge of who she was and who she represented that made me want to know about native Californians and the land she protects" Astone added.

There is another screening of "In the Land of My Ancestors" at the MAH in the  a screening of the film at the United Nations Association Film tober.







SPONSORED CONTENT

## See the big picture with monday.com ⬈

By Project-Management.com



14-day free trial | No credit card needed

## Join the Conversation

We invite you to use our commenting platform to engage in insightful conversations about issues in our community. We reserve the right at all times to remove any information or materials that are unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane, indecent or otherwise objectionable to us, and to disclose any information necessary to satisfy the law, regulation, or government request. We might permanently block any user who abuses these conditions.



*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT M

DOI Documents Showing Trust Land Allotment
to Plaintiff's Tribe/Family

SACRAMENTO INDIAN AGENCY
Sacramento, Calif.
Mar. 8, 1934.


Henderson, Henderson & Carey
Kohl Bldg. Suite 1002
406 Montgomery St.
San Francisco, Calif.

Gentlemen: Attent.: Mr. J. W. Henderson.


This will acknowledge the receipt of your letter of March 6 relative to the Indian allotment of Sebastian Garcia, comprising Lots, 2,3,5,6 and 10 of Sec. 13, in Twp. 14 So., Rge. 5 E. MDM, California, containing 154.65 acres, said lots being located near Watsonville, California, and advising that the allottee had passed on and requesting information as to what steps were necessary for his grand-daughter, Elena Sanchez, to take to acquire title to the property.


Kindly be advised if you will advise us the address of Miss Sanchez, that we will bring the matter to the attention of the Examiner of Inheritance for the Department of the Interior, who will at an early date hold hearings in this case.  Will you also advise in what town or city it would be most convenient for Miss Sanchez to attend this hearing?


Very truly yours,


EHH:MR

CC: Mr. Anderson

O. H. Lipps,
Superintendent.

Allot. Ind.Hmst.  Agency ...........

Number .O3215 S.F.  Date of Patent  June 12, 1911  Issued under Act of  Feb. 8,1887, amended Feb. 28, 1891

File Number .32946-34 ...........  Date of Death ....... November 11, 1933

Date of Decision  July 30, 1934

Description of Allotment  Lots 2,3,5, 6 and 10 in Section 13, Twnp. 14 S., Rge. 5 E.,

M.D.M., Calif., containing 154.65 acres.

|  | | | Acres. |
|---|---|---|---|
| Elena Sanchez, granddaughter, dau.of prior deceased daughter - Una. | Share | All | |
| | Share | | |
| | Share | | |
| | Share | | |
| | Share | | |
| | Share | | |
| | Share | | |

Names of Heirs

[over.]

6—2500

5–107                                                                    Sheet 1

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
### OFFICE OF INDIAN AFFAIRS
#### FIELD SERVICE

_____ June 29 _____, 19 34

## SUMMARY OF REPORT ON HEIRS

Estate of ___Sebastian Garcia_____, deceased ___Chumlar___

Allottee No. __C3215___, died __11-11-33__ at _____, aged __73___, hearing held __6-27-34__

at __Watsonville, California.__

Heirs, at the date of hearing, in accordance with the laws of the State of ___California___

| HEIR OR DEVISEE | RELATIONSHIP | SHARE |
|---|---|---|
| Elena Sanchez, granddaughter, daughter of prior deceased daughter..........All | | |

The trust or restricted estate of the decedent consists of:

Original allotment, appraised at _____ $ 618.60

Inherited lands, appraised at_____ None

Cash, securities, or other personal restricted estate appraised at _____ None

TOTAL _____ $618.60

No dower, curtesy, or homestead rights involved.

_____ _____
Superintendent or Examiner of Inheritance.

Verified __JUL 2 4 1934_____, 19___

by __Edward S. _____
Acting Chief, Probate Division.

6–8343                                      [over]

FAMILY OF DECEASED. (Extra sheets may be used for family of [illegible] the word "heir" and [illegible] words "Family of Deceased.")

MARRIAGES

| Name of Each Spouse of Decedent | Married: Date | Married: Indian custom or by ceremony | Date of Death | Divorced: Date | Divorced: Indian custom or by court | Tribe and [illegible] (If [illegible]) |
|---|---|---|---|---|---|---|
| Maria Garcia | Not shown | Ceremony | Living | About 1916 | I. C. | San Juan [illegible] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CHILDREN.

| Name | Sex and Age | Name of Other Parent* (If adopted or illegitimate, so state) | If Child is Dead Date |
|---|---|---|---|
| Abonliata Garcia | F. — | Maria Garcia | Prior to decedent. |
| Joseph Garcia | M. — | Maria Garcia | " " |
| Manuel Garcia | M. — | Maria Garcia | " " |
| Edward Garcia | M. — | Maria Garcia | " " |
| Foustine Garcia | M. — | Maria Garcia | " " |
| Angelet Garcia | F. — | Maria Garcia | " " |
| Sagrenbino Garcia | F. — | Maria Garcia | " " |
| Lorenzo Garcia | F. — | Maria Garcia | " " |
| Eloisa Garcia | F. — | Maria Garcia | " " |
| Fernando Garcia | M. — | Maria Garcia | " " |
| Fedelia Garcia | F. — | Maria Garcia | " " |

*Under "Additional information" show facts with regard to fathers of illegitimate children and [illegible] adoptions

CHILDREN OF DECEASED CHILDREN.

| Names of Grandchildren | Sex and Age | Names of Both Parents, How Married—Indian Custom or Ceremony (If [illegible], so state) | If Grandchild is Dead Give Date |
|---|---|---|---|
| Athenia Sanchez | F. — | F. Pocola Sanchez M. Abonliata Garcia (Cer.) | Prior to allottee |
| Martina Sanchez | F. — | " " " " " | " " |
| Elena Sanchez | F. 24 | " " " " " | Living |
| | | | |
| | | | |
| | | | |

Testimony of Leopold Palmtag in the heirship case of Sebastian Garcia, deceased, taken by John H. Anderson, Examiner of Inheritance, at Watsonville, California, on June 27, 1934.

Q. What is your name, age and place of residence?  A. Leopold Palmtag, I am 61 years old and I live at Hollister, Calif.

Q. Did you ever know an Indian named Sebastian Garcia?  A. Yes, I knew him for 45 years.

Q. Is he dead?  A. Yes, he died, but I do not remember the date.

Q. How old was he when he died?  A. I do not know. He was older than me.

Q. So far as you know did he ever make a will?  A.   No.

Q. Was he married when he died?  A. He was not living with his wife.

Q. How many times had he been married?  A.  One time is all that I know of.  His wife was Maria Garcia.  They were separated a good many years before he died.

Q. Is Maria Garcia still living?  A. Yes, she lives at Watsonville, California.

Q. How many children did Sebastian Garcia have?  A. He had several but I do not know their names. They all died before Sebastian Garcia.

Q. Did any of them have children?  A.  One of his daughters had a child named Elena Sanchez. She is living. That is all that I know of.

Q. Who was the father of Elena Sanchez?  A.  Manuel Sanchez.

Q. Have you any interest in this estate?  A. No.

*Leopold Palmtag*

Subscribed and sworn to before me at Watsonville, California, this 27th day of June, 1934.

*John H. Anderson*
Examiner of Inheritance.

Elena Sanchez.        Sheet t;o.

Q. How old was Joseph Garcia when he died?  A.  About 16.
Q. Did he have any children?  A. No.
Q. How old was Manuel Garcia when he died?  A. About 14.
Q. Did he have any children?  A. No.
Q. Did any of the deceased children of Sebastian Garcia, with
   the exception of your mother, have children of their own?
   A. No, not so far as I know.
Q. Did Sebastian Garcia ever live on his allotment?  A.  Yes,
   he lived there for a while.
Q. Who is living there now?  A. No one.


*Elena Sanchez*


Subscribed and sworn to before me at
Watsonville, California, this 27th day
of June, 1934.


Examiner of Inheritance.

Testimony of Elena Sanchez in the heirship case of Sabastian
Garcia, deceased, taken by John H. Anderson, Examiner of
Inheritance, at Watsonville, California, on June 27, 1934.

Q. What is your name, age and place of residence?  A. Elena Sanchez,
  I am 24 years old and I live at 203 Pine Avenie, Facific Grove,
  California.
Q. To what Indian tribe do you belong?  A. Chualar.
Q. Do you know Sebastian Garcia?  A.  Yes, he was my grandfather.
Q. Is Sebastian Garcia dead?  A. Yes.
Q. When did he die?  A. November 11, 1933.
Q. Where did he die?  A. Santa Cruz, California.
Q. How old was he when he died?  A. He was 73 years old.
Q. Was he ever allatted land by the Government?  A.  Yes.
Q. Did he have any personal property at the time of his death?
  A. Nothing to speak of.
Q. Did he ever make a will?  A. Not that I know of.
Q. Was he married when he died?  A.  Wes, he was married to
  Maria Garcia.
Q. Was he living with her when he died?  A.  No. They separated
  about 18 years ago.
Q. Is Maria Garcia still living?  A. Yes.
Q. How was Sebastian Garcia married to this woman?  A. Legally
  married.
Q. Was he divorced from her?  A.  Not legally divorced.
Q. Was she the only wife he ever had?  A.  Yes.
Q. To what Indian tribe does Maria Garcia belong?  A.  I do not
  know.
Q. Has she lived with any man since she was separated from Sebastian
  Garcia?  A.  Yes she has lived with Ambrosia Valasquez for several
  years.
Q. Has she lived with him as his wife?  A. I do not know about that.
Q. When was Sebastian Garcia married to Maria Garcia?  A. Years ago.
Q. And you say they were married legally?  A.  Yes.  She now goes
  by the name of Valasquez.
Q. How many children did  Sebastian Garcia have?  A. He had 12
  children, but I only know the names of three of them, Abonalista
  Garcia, Joseph Garcia and Manuel Garcia.
Q. Who was the mother of these children?  A. Maria Garcia.
Q. How many of these children are living?  A. They all died before
  Sebastian Garcia.
Q. How old was Abonlista Garcia when she died?  A.  She was 22 years
  old.
Q. How many children did she have?  A. Three, I am one of them and
  there were two others, a girl and a boy who died long time before
  Sebastian Garcia when they were babies.
Q. Who was the father of these three children?  A.  Romola Sanchez.
Q. How was he married to Abonlista Garcia?  A.  Legally married.

5—108

NOTICE OF HEARING TO DETERMINE HEIRS

# DEPARTMENT OF THE INTERIOR

## UNITED STATES INDIAN SERVICE

Carson City, Nevada,

June 6, 1934 , 191

Miss Elena Sanchez,

Watsonville, California.

Notice is hereby given that on the __27th__ day of June, 1934 (10 e,:)
~~191~~ , at Post Office, Watsonville, California; I will take testimony to
be submitted to the Secretary of the Interior for the purpose of
determining the heirs of __Sebastian Garcia__ , deceased.

All persons having an interest in the estate of the decedent
are hereby notified to be present at the hearing and furnish such
evidence as they desire.

Respectfully,

_John B. Anderson_

Examiner of Inheritance.
Superintendent.

Notices posted at:
  Post office, Watsonville, California.
  Post office, Aptos, California.
  Post office, Chittenden, California.
  Post office, Aromas, California.
  Post office, Castroville, California.
Parties notified:
  Miss Elena Sanchez, Watsonville, California.

PLEASE BRING THE DISINTERESTED WITNESSES WITH YOU

*Sayers-Roods, et al. v. Machado (CAND, May 25, 2022)*

# EXHIBIT N

DOI Documents (S. Garcia of Chualar Indians &
A. Sayers of Costanoan Indians)

#12



# United States Department of the Interior

## BUREAU OF INDIAN AFFAIRS
### WASHINGTON, D.C.  20245

IN REPLY REFER TO:

Tribal Government Services - AR

Ms. Ann Marie Sayers
P.O. Box 28
Hollister, California  95814

Dear Ms. Sayers:

On July 13, 1989, the documented petition of the Indian Canyon Band of
Coastanoan/Mutsun Indians of California for Federal acknowledgment was
hand-delivered to the Branch of Acknowledgment and Research by Ms. Joy
Sundberg and Ms. Helen Marie Davis.  We advised Ms. Sundberg and Ms. Davis
that we would make a cursory review of the petition with a view toward
determining if the acknowledgment process was appropriate for your group
and, if we found it was not, to provide suggestions regarding other
possible alternatives.  We decided to do this because we knew that your
group consisted of only three members, and because it already had trust
land and appeared otherwise to be eligible for Federal services as Indians.

The petition describes a single family unit rather than a tribal unit of
the type which can be acknowledged under the Acknowledgment regulations.
It documents part of the history of the five direct heirs of Indian
allottee Sebastian Garcia and the trust land presently held by his
descendants.  But it does not provide evidence of the existence of an
Indian tribe which has maintained a cohesive community and has exerted a
governing influence over its members from historic times to the present.
The petition does not indicate how or if the Garcia/Sanchez/Sayers family
members interacted with other Coastanoan people.  Neither does it present
evidence that these family members have been identified historically as a
separate band or tribe.

On a preliminary basis, therefore, it appears that the Acknowledgment
process may not be an appropriate method for your group to gain Federal
recognition as a tribe.  However, this does not mean that we are asking you
to withdraw the petition.  You have the option of continuing in the process
and waiting for a more comprehensive review of the petition by one of our
research teams; the review for obvious deficiencies and significant
omissions (or OD review) as established in section 83.9 (a-b) of the
Acknowledgment regulations.  Such a review might provide you with a much
clearer idea of the appropriateness of the Acknowledgment process for your
group.  Due to our current backlog of casework, however, it might be a year
or more before we could complete such a review.

Your group may wish to pursue other options, one of which might be to
explore membership eligibility in a tribe which is already recognized or in
another group which has petitioned for acknowledgment.  You also have the
option of seeking recognition through legislation or litigation.

SACRAMENTO INDIAN AGENCY
Sacramento, Calif.
Mar. 8, 1934.

Henderson, Henderson & Carey
Kohl Bldg. Suite 1002
406 Montgomery St.
San Francisco, Calif.

Gentlemen: Attent.: Mr. J. W. Henderson.

This will acknowledge the receipt of your letter of March 6 relative to the Indian allotment of Sebastian Garcia, comprising Lots, 2,3,5,6 and 10 of Sec. 13, in Twp. 14 So., Rge. 5 E. MDM, California, containing 154.65 acres, said lots being located near Watsonville, California, and advising that the allottee had passed on and requesting information as to what steps were necessary for his grand-daughter, Eloisa Sanchez, to take to acquire title to the property.

Kindly be advised if you will advise us the address of Miss Sanchez, that we will bring the matter to the attention of the Examiner of Inheritance for the Department of the Interior, who will at an early date hold hearings in this case.   Will you also advise in what town or city it would be most convenient for Miss Sanchez to attend this hearing?

Very truly yours,

EHH:MR

CC: Mr. Anderson

O. H. Lipps,
Superintendent.

Band ................................  Agency .............

Allot. Ind.Imat., Date of
Number 03216 S.F.   Patent .. June 12, 1911    Issued un-
der Act of .. Feb. 8,1887, amended
Feb. 28, 1891

File Number .32946-34

Date of Death .. November .Ala. 1935

Date of Decision .. July 30, 1934

Description of Allotment .. Lots 2,3,5, 6 and 10 in Section 13, Twp. 14 S., Rge. 5 E.,
M.D.M., Calif., containing 164.65 acres.

Elena Sanchez, granddaughter, dau.of prior deceased
daughter –     Und.     Share .All    ............. Acres.

........................................   Share ..

........................................   Share ........

........................................   Share ........

........................................   Share ........

........................................   Share ........

........................................   Share ........ [ovin.]

Names
of Heirs

5–107                                                           Sheet 1

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
### OFFICE OF INDIAN AFFAIRS
#### FIELD SERVICE

_____ June 29 _____, 19 34

## SUMMARY OF REPORT ON HEIRS

Estate of ___ Sebastian Garcia _____, deceased ___ Chualar ___

Allottee No. ___ OS215 ___, died ___ 11-11-33 ___, aged ___ 73 ___, hearing held ___ 6-27-34 ___

at ___ Watsonville, California. ___

Heirs, at the date of hearing, in accordance with the laws of the State of ___ California ___

| HEIR OR DEVISEE | RELATIONSHIP | SHARE |
|---|---|---|
| Elena Sanchez, granddaughter, daughter of prior deceased daughter........... | | All |

The trust or restricted estate of the decedent consists of:

Original allotment, appraised at _____ $ 618.60

Inherited lands, appraised at _____ None

Cash, securities, or other personal restricted estate appraised at _____ None

TOTAL _____ $618.60

No dower, curtesy, or homestead rights involved.

_____
                              _Superintendent or Examiner of Inheritance._

Verified   **JUL 24 1934** _____, 19___

by _Edward S. _____
         Acting Chief, Probate Division.

6–2343                          [oval]

FAMILY OF DECEASED. (Extra sheets may be used for family of deceased ... the word "heir" and ... words "Family of Deceased.")

MARRIAGES

| Name of Each Spouse of Decedent | Married: Date | Married: Indian custom or by ceremony | Time of Death | Divorced: Date | Divorced: Indian custom or by court | Time and ... |
|---|---|---|---|---|---|---|
| Maria Garcia | Not shown | Ceremony | Living | About 1916 | I. C. | San Jue ... |

CHILDREN.

| Names | Sex and Age | Name of Other Parent* (If adopted or illegitimate, so state) | If Child is Dead Date |
|---|---|---|---|
| Abonlista Garcia | F. — | Maria Garcia | Prior to decedent. |
| Joseph Garcia | M. — | Maria Garcia | " " |
| Manuel Garcia | M. — | Maria Garcia | " " |
| Edward Garcia | M. — | Maria Garcia | " " |
| Foustine Garcia | M. — | Maria Garcia | " " |
| Anaglet Garcia | M. — | Maria Garcia | " " |
| Sagrenbino Garcia | M. — | Maria Garcia | " " |
| Lorenzo Garcia | M. — | Maria Garcia | " " |
| Eloisa Garcia | F. — | Maria Garcia | " " |
| Fernando Garcia | M. — | Maria Garcia | " " |
| Fedelia Garcia | F. — | Maria Garcia | " " |

*Under "Additional information" show facts with regard to fathers of illegitimate children and concerning adoptions

CHILDREN OF DECEASED CHILDREN.

| Names of Grandchildren | Sex and Age | Names of Both Parents, How Married—Indian Custom or Ceremony (If ... so state) | If Grandchild is Dead Date |
|---|---|---|---|
| Atlenia Sanchez | F. — | F. Romola Sanchez<br>M. Abonlista Garcia (Cer.) | Prior to allotte... |
| Martina Sanchez | F. — | " " " " " | " " |
| Elena Sanchez | F. 24 | " " " " " | Living |

Testimony of Leopold Palmtag in the heirship case of Sebastian
Garcia, deceased, taken by John E. Anderson, Examiner of Inheri-
tance, at Watsonville, California, on June 27, 1934.

Q. What is your name, age and place of residence?  A. Leopold
Palmtag, I am 61 years old and I live at Hollister, Calif.

Q. Did you ever know an Indian named Sebastian Garcia?  A. Yes,
I knew him for 45 years.

Q. Is he dead?  A. Yes, he died, but I do not remember the date.

Q. How old was he when he died?  A. I do not know. He was older
than me.

Q. So far as you know did he ever make a will?  A.   No.

Q. Was he married when he died?  A. He was not living with his
wife.

Q. How many times had he been married?  A.  One time is all
that I know of.  His wife was Maria Garcia.  They were
separated a good many years before she died.

Q. Is Maria Garcia still living?  A. Yes, she lives at Watson-
ville, California.

Q. How many children did Sebastian Garcia have?  A. He had several
but I do not know their names. They all died before Sebastian
Garcia.

Q. Did any of them have children?  A.  One of his daughters had
a child named Elena Sanchez. She is living. That is all that
I know of.

Q. Who was the father of Elena Sanchez?  A. Manuel Sanchez.

Q. Have you any interest in this estate?  A. No.

*Leopold Palmtag*

Subscribed and sworn to before me at
Watsonville, California, this 27th day
of June, 1934.

Examiner of Inheritance.

Elena Sanchez.        Sheet two.

Q. How old was Joseph Garcia when he died?  A.  About 16.
Q. Did he have any children?  A.  No.
Q. How old was Manuel Garcia when he died?  A. About 14.
Q. Did he have any children?  A. No.
Q. Did any of the deceased children of Sebastian Garcia, with
   the exception of your mother, have children of their own?
   A. No, not so far as I know.
Q. Did Sebastian Garcia ever live on his allotment?  A.  Yes,
   he lived there for a while.
Q. Who is living there now?  A. No one.

*Elena Sanchez.*

Subscribed and sworn to before me at
Watsonville, California, this 27th day
of June, 1934.

Examiner of Inheritance.

Testimony of Elena Sanchez in the heirship case of Sabastian Garcia, deceased, taken by John H. Anderson, Examiner of Inheritance, at Watsonville, California, on June 27, 1934.

Q. What is your name, age and place of residence? A. Elena Sanchez, I am 24 years old and I live at 203 Pine Avenue, Pacific Grove, California.

Q. To what Indian tribe do you belong?  A. Chualar.

Q. Do you know Sebastian Garcia? A.  Yes, he was my grandfather.

Q. Is Sebastian Garcia dead?  A. Yes,

Q. When did he die? A. November 11, 1933.

Q. Where did he die?  A. Santa Cruz, California.

Q. How old was he when he died?  A. He was 73 years old.

Q. Was he ever allotted land by the Government? A. Yes.

Q. Did he have any personal property at the time of his death? A. Nothing to speak of.

Q. Did he ever make a will?  A. Not that I know of.

Q. Was he married when he died?  A.  Yes, he was married to Maria Garcia.

Q. Was he living with her when he died?  A.  No. They separated about 18 years ago.

Q. Is Maria Garcia still living?  A. Yes.

Q. How was Sebastian Garcia married to this woman?  A. Legally married.

Q. Was he divorced from her?  A.  Not legally divorced.

Q. Was she the only wife he ever had?  A.  Yes.

Q. To what Indian tribe does Maria Garcia belong?  A. I do not know.

Q. Has she lived with any man since she was separated from Sebastian Garcia?  A.  Yes she has lived with Ambrosia Valasquez for several years.

Q. Has she lived with him as his wife?  A. I do not know about that.

Q. When was Sebastian Garcia married to Maria Garcia?  A. I do not know about that.

Q. And you say they were married legally?  A.  Yes.  She now goes by the name of Valasquez.

Q. How many children did  Sebastian Garcia have?  A. He had 12 children, but I only know the names of three of them, Abonalista Garcia, Joseph Garcia and Manuel Garcia.

Q. Who was the mother of these children?  A. Maria Garcia.

Q. How many of these children are living?  A. They all died before Sebastian Garcia.

Q. How old was Abonlista Garcia when she died?  A.  She was 22 years old.

Q. How many children did she have?  A. Three, I am one of them and there were two others, a girl and a boy who died long time before Sebastian Garcia when they were babies.

Q. Who was the father of these three children?  A.  Romola Sanchez.

Q. How was he married to Abonlista Garcia?  A.  Legally married.

5—108

NOTICE OF HEARING TO DETERMINE HEIRS

# DEPARTMENT OF THE INTERIOR

## UNITED STATES INDIAN SERVICE

Carson City, Nevada,

June 6, 1934 , 191

Miss Elena Sanchez,

Watsonville, California.

Notice is hereby given that on the __27th__ day of June, 1934 (10 a,m.)
191 , at Post Office, Watsonville, California; I will take testimony to
be submitted to the Secretary of the Interior for the purpose of
determining the heirs of __Sebastian Garcia__ , deceased.

All persons having an interest in the estate of the decedent
are hereby notified to be present at the hearing and furnish such
evidence as they desire.

Respectfully,

_John B. Anderson_

Examiner of Inheritance.
Superintendent.

Notices posted at:
  Post office, Watsonville, California;
  Post office, Aptos, California.
  Post office, Chittenden, California.
  Post office, Aromas, California.
  Post office, Castroville, California.
Parties notified:
  Miss Elena Sanchez, Watsonville, California.

PLEASE BRING TWO DISINTERESTED WITNESSES WITH YOU



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Portland Area Office
911 N.E. 11th Avenue
Portland, Oregon 97232-4169

IN REPLY REFER TO



JUN   8  1992

Pursuant to Title 28, section 1733, United States Code, I hereby
certify that eact annexed paper is a true copy of a document
comprising part of the official records of the Bureau of Indian
Affairs, Department of the Interior, in my custody:

Trust Patent number 04-88-0047, issued August 19, 1988, to Ann
Marie Sayers, recorded under document number 500-6431.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and
caused the seal of the Bureau of Indian Affairs to be
affixed on the day and year first above written.

_Lila La Due_
(Signature)

Certifying Officer
(Title)

Form 1860-8
(May 1985)

# The United States of America

### To all to whom these presents shall come, Greeting:

Serial No. CACA 12519

5c0  c42.

WHEREAS,

Ann Marie Sayers,
an Indian of the Costanoan Tribe,

is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8,
1887, as amended (25 U.S.C. 334), for the following described land:

Mount Diablo Meridian, California

T. 14 S., R. 5 E.,
sec. 24, lots 1, 2, and 3.

Containing 123.42 acres.

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the
premises, has allotted and by these presents does allot, unto the said Indian,
the land above described, and hereby declares that it does and will hold the
land thus allotted (subject to all statutory provisions and restrictions) for
the period of twenty-five years, in trust for the sole use and benefit of the
said Indian, and at the expiration of said period the United States will convey
the same by patent to the said Indian in fee, discharged of said trust and free
from all charge and encumbrance whatsoever; but in the event said Indian dies
before the expiration of said trust period, the Secretary of the Interior shall
ascertain the legal heirs of said Indian and either issue to them in their
names a patent in fee for said land, or cause said land to be sold for the
benefit of said heirs as provided by law;

EXCEPTING AND RESERVING TO THE UNITED STATES a right-of-way thereon for
ditches or canals constructed by the authority of the United States. Act of
August 30, 1890 (43 U.S.C. 945).

IN TESTIMONY WHEREOF, the undersigned authorized officer of the
Bureau of Land Management, in accordance with the provisions
of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the
United States, caused these letters to be made Patent, and the
Seal of the Bureau to be hereunto affixed.

[SEAL]

GIVEN under my hand, in   Sacramento, California
the   NINETEENTH day of   AUGUST   in the year
of our Lord one thousand nine hundred and   EIGHTY-EIGHT
and of the Independence of the United States the two hundred
and   THIRTEENTH.

Patent Number  04-88-0047

By  _____
Deputy State Director

California State Office

If the primary aim of your acknowledgment effort is to obtain additional Federal services, we would be happy to arrange a meeting with personnel from the Bureau of Indian Affairs' Area Office and/or Central California Agency in Sacramento to outline services and programs for which your group may now be eligible as individual Indians who are already federally recognized.

Please let us know your decisions and whether you wish to continue in the Acknowledgment process. If you have further questions, please contact Michael Lawson, the Acknowledgment staff member who has administrative responsibilty for California petitioners. You may write him c/o Bureau of Indian Affairs, Branch of Acknowledgment and Research, Mail Stop 4627-MIB, 18th and C Streets, N.W., Washington, D.C. 20240, or call him at (202) 343-3592.

Sincerely,

Carol A. Bacon

Chief, Division of Tribal
Government Services

*Request File for Elena +
get more info.*

**Great-Grandfather**
Indian Blood:
Tribe & Degree

**Grandfather**
Indian Blood:
Tribe & Degree

**Great-Grandmother**
Indian Blood:
Tribe & Degree

**Father**   N-I
Indian Blood:
Tribe & Degree

**Great-Grandfather**
Indian Blood:
Tribe & Degree

**Grandmother**
Indian Blood:
Tribe & Degree

**Great-Grandmother**
Indian Blood:
Tribe & Degree

Name: *Ann Marie Sayers*
DOB: *10-13-48* 1972 RN *56708*
TRIBE: *Costanoan (28910)*
FOLDER: *1891* APP: *3046*

BUREAU OF INDIAN AFFAIRS
Central California Agency
P.O. Box 15740
Sacramento, CA  95813

*(1800 Tribute Rd)*

**Applicant**
Indian Blood:
Tribe & Degree

*50-28910 (29973)*

*ROMULLA*

*✕ Pomola Sanchez*
**Great-Grandfather**
Indian Blood:
Tribe & Degree

**Grandfather**
Indian Blood:
Tribe & Degree

Name: *Christopher A Sayers*
DOB: *10-24-51* 1972 RN *56710*
TRIBE: *Costanoan (28911)*
FOLDER: *1890* APP: *10121*

*(408) 637-4238*

*P.O. Box 28
Hollister, CA  95023*

*DOD: 1974
33-6503 (A.8079)
dob: 7-15-11
Elena (Sanchez) Sayers
(4/4) Mission
San Juan
Bautista
3/8*

**Mother**
Indian Blood:
Tribe & Degree

*Evangelista Garcia*
**Grandmother**
Indian Blood:
Tribe & Degree
*3/4*

**Great-Grandmother**
Indian Blood:
Tribe & Degree
*33 Ap. 8079*

*Sebastian Garcia*
**Great-Grandfather**
Indian Blood:
Tribe & Degree
*4/4*

*33 Ap. 8078
Maria Garcia*
**Great-Grandmother**
Indian Blood:
Tribe & Degree
*1/2*

CCA/TO2



## United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
PORTLAND AREA OFFICE
911 N.E. 11th Avenue
Portland, Oregon 97232-4169

IN REPLY REFER TO:

JUN   8 1992

Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody:

Trust Patent number 203411, issued June 12, 1911, to Sebastian Garcia, recorded under document number 500-3498.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and caused the seal of the Bureau of Indian Affairs to be affixed on the day and year first above written.

_Leia La Lue_
(Signature)

Certifying Officer
(Title)



OAKLAND 03215.

# The United States of America,

### To all to whom these presents shall come, Greeting:

WHEREAS, a schedule of allotments approved by the Secretary of the Interior has been deposited in the General Land Office,

whereby it appears that SEBASTIAN GARCIA,

of the CHUALAR

tribe or band of Indians, has been allotted the following-described land:

THE LOTS TWO, THREE, FIVE, SIX AND TEN OF SECTION THIRTEEN IN
TOWNSHIP FOURTEEN SOUTH OF RANGE FIVE EAST OF THE MOUNT DIABLO MERIDIAN,
CALIFORNIA, CONTAINING ONE HUNDRED FIFTY-FOUR AND SIXTY-FIVE-HUNDREDTHS
ACRES.

Fee Patent Issued   SEP 20 1945

Patent 1129135

Letter 2058736

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted, and by these presents does allot, unto the said Indian   the Land above described, and hereby declares that it does and will hold the Land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian   and at the expiration of said period the United States will convey the same by patent to said Indian   in fee, discharged of said trust and free from all charge and incumbrance whatsoever; but in the event said Indian   dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian   and either issue to them in their names a patent in fee for said Land, or cause said Land to be sold for the benefit of said heirs as provided by law; and there is reserved from the lands hereby allotted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I,   WILLIAM H. TAFT

President of the United States of America, have caused these letters to be made

Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the   TWELFTH

(SEAL)   day of   JUNE   in the year of our Lord one thousand

nine hundred and   ELEVEN   and of the Independence of the

United States the one hundred and   THIRTY-FIFTH.

By the President:   Wm. H. Taft

By   R. P. LeRoy   Secretary.

Recorder of the General Land Office.

RECORD OF PATENTS: Patent Number   203411