Kanyon Sayers-Roods
Power-of-Attorney for Ann-Marie Sayers
of the Costanoan Indians of Indian Canyon
1 Indian Canyon Road, Indian Canyon
Hollister, CA 95024
831.531.0055 (tel)
ksr@costanoan.org (email)



FILED
MAY 26 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER-OF-ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON;<br><br>KANYON SAYERS-ROODS<br>(IN AN INDIVIDUAL CAPACITY)<br><br>Plaintiffs,<br><br>vs.<br><br>MARLENE RITA MACHADO<br>Defendant. | C.A. No. C 22 03092 SVK<br><br>NOTICE OF COMPLEXITY<br>PURSUANT TO CIVIL L.R. 7-2 AND 7-3 |

COMES NOW Plaintiff(s) [Pro Per], KANYON SAYERS-ROODS, POWER-OF-ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON, and [Pro Per] KANYON SAYERS-ROODS (IN AN INDIVIDUAL CAPACITY), and pursuant to Civil L.R. 7-2 and 7-3, notifies the Court and parties that the above-named civil case is:

    X  NON-COMPLEX                        \_\_\_ COMPLEX

Dated this day 25th of May, 2022

s/ Kanyon Sayers-Roods
By: Kanyon Sayers-Roods - FOR PLAINTIFF(S)