EXHIBIT V

If the primary aim of your acknowledgment effort is to obtain additional Federal services, we would be happy to arrange a meeting with personnel from the Bureau of Indian Affairs' Area Office and/or Central California Agency in Sacramento to outline services and programs for which your group may now be eligible as individual Indians who are already federally recognized.

Please let us know your decisions and whether you wish to continue in the Acknowledgment process. If you have further questions, please contact Michael Lawson, the Acknowledgment staff member who has administrative responsibilty for California petitioners. You may write him c/o Bureau of Indian Affairs, Branch of Acknowledgment and Research, Mail Stop 4627-MIB, 18th and C Streets, N.W., Washington, D.C. 20240, or call him at (202) 343-3692.

                                      Sincerely,

                                      Carol A. Bacon

                                      Chief, Division of Tribal
                                      Government Services