*Sayers-Roods, et al. v. Machado (CAND, May 31, 2022)*

# EXHIBIT X

WITNESS AFFIDAVIT OF
CHEYENNE BLACKFORD (4/26/2022)

[Court Document from CIR v. Machado (DCD,
May 13, 2022)]

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTANOAN INDIAN RESEARCH INC.<br><br>Plaintiff<br><br>-vs-<br><br>MARLENE RITA MACHADO<br><br>Defendant | _____<br>(Case I.D. Number)<br><br>WITNESS AFFIDAVIT IN SUPPORT OF PLAINTIFF'S VERIFIED CIVIL COMPLAINT<br>(CHEYENNE BLACKFORD) |

## AFFIDAVIT

I, CHEYENNE BLACKFORD, of LYON COUNTY, NEVADA, MAKE OATH AND SAY THAT:

1. I declare that I have been a personal friend of Kanyon Sayers-Roods since in or about 2018. During this time period upon Sayers-Roods request for additional support, I have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of Costanoan Ohlone People ("Tribe").

2. I declare that on or about April 23, 2022, Ms. Sayers-Roods asked me to serve as voluntary-security staff for CIR and Tribe in efforts to get her mother Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check.

3. I declare that on April 23, 2022, at around 11:45 a.m., at a cabin house on 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted CIR and Tribe security-volunteers with her fists and a ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Machado's physical assault took place while Tribe security-volunteers were forming a body shield in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and another Tribe-CIR volunteer assisting Ann-Marie Sayers in a wheelchair.

4. I declare the foregoing as true and correct to the best of my knowledge, under the penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

STATE OF NEVADA

COUNTY OF LYON COUNTY

SUBSCRIBED AND SWORN TO BEFORE ME, on the 26th day of April, 2022

Signature: *Jillian Thompson*
(Seal)
NOTARY PUBLIC
My Commission expires:
July 11, 2023

JILLIAN THOMPSON
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 19-5640-12 - Expires July 11, 2023

(Signature)

CHEYENNE BLACKFORD