*Sayers-Roods, et al. v. Machado (CAND, May 31, 2022)*

# EXHIBIT Y

WITNESS AFFIDAVIT OF
JONATHAN BUNTING (4/26/2022)

[Court Document from CIR v. Machado (DCD,
May 13, 2022)]

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTANOAN INDIAN RESEARCH INC.<br><br>Plaintiff<br><br>-vs-<br><br>MARLENE RITA MACHADO<br><br>Defendant | (Case I.D. Number)<br><br>WITNESS AFFIDAVIT IN SUPPORT OF PLAINTIFF'S VERIFIED CIVIL COMPLAINT<br>(JONATHAN BUNTING) |

## AFFIDAVIT

I, JONATHAN BUNTING, of Santa Clara County, California, MAKE OATH AND SAY THAT:

1. I declare that I have been a personal friend of Kanyon Sayers-Roods since in or about 2021. During this time period upon Sayers-Roods's request for additional support for tribal and business affairs in Indian Canyon ("Indian Country"), I have served as a volunteer for Costanoan Indian Research Inc. ("CIR") and the Indian Canyon Chualar Tribe of Costanoan Ohlone People ("Tribe").

2. I declare that on or about April 23, 2022, Ms. Sayers-Roods asked me to serve as voluntary-security staff for CIR and Tribe in efforts to get her mother Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check.

3. I declare that in of about March 2022, while I was serving as a volunteer to CIR., a woman that I know as Marlene Machado had verbally and physically assaulted CIR officials and observers amid a CIR meeting on Machado's intervention as unwlecomed visitor of Indian Canyon (in an attempt to get her to leave).

4. I declare that on April 23, 2022, at around 11:45 a.m., at a cabin house at 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted me with her fists and a ceremonial stone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Thus, I was forming body shield with another Tribe volunteer ("Nicole") in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods and another Tribe-CIR volunteer assisting Sayers-Roods with her

mother Ms. Sayers in a wheelchair. Moreover, in this violent incident, Machado hit my face with a large stone object called an 'Abalone shell,' that was the size of an box of an ashtray (a bludgeoning tool with sharp edges).

5. I declare that on April 23, 2022, at around 12:00 p.m., I released Tribe offender Marlene Machado from restraint and left Indian Canyon (Indian Country) within two or three minutes after CIR-Tribe official Anne-Marie Sayers was confirmed to be safely removed from harms way, in a vehicle headed to a local hospital with CIR officials Kanyon Sayers-Roods and Charles Heinz.

6. I declare the foregoing as true and correct to the best of my knowledge, under the penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

Subscribed and sworn to (or affirmed) before me on this 26 day of APRIL, 2022, by JONATHAN BUNTING, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
NOV 4, 2022

_____
(Signature)

JONATHAN BUNTING

SANTHOSH RAGHUNATH
COMM. 2265759
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
MY COMM EXP NOV 4, 2022