# EXHIBIT U

Cease and Desist Notice to Defendant Machado Issued by Legal Affairs Office of Indian Canyon Tribal Organization (March 8, 2022)



March 8, 2022

ATTN TO:     Marlene R. Machado
             P.O. Box 28
             Hollister, CA 95023

## RE:  LEGAL NOTICE TO CEASE AND DESIST

Dear Ms. Machado:

With this letter I hereby request that you CEASE and DESIST any and all conduct and activities as to Costanoan Indian Research Inc. ("CIR") which infringe or misrepresent the corporate image, or violate state/federal laws and the Tribal Land Program Statement on Regulation and Policy of the Indian Canyon Chuluar Tribe of the Costanoan-Ohlone People.

You are hereby instructed to cease all:

     1. acceptance or handling of donations relative to CIR;

     2. soliciting or receiving donations in the name of CIR;

     3. storing, possessing, or using any controlled substance (e.g., marijuana) under Federal law within Indian Canyon Ranch ("Indian Country" under Federal law);

     4. visiting, camping, loitering, trespassing, or residing within the limits of Indian Country, wherewith CIR's corporate office is located; and

     5. accessing or having possession of any property held by CIR within Indian Country or elsewhere (e.g., key to postal box number 28 in Hollister; mail items addressed to CIR).

Thank you in advance for your anticipated cooperation in this matter.

Sincerely,

Ishita Sharma
Associate General Counsel
Office of the President,
Kanyon Sayers-Roods
legal@costanoan.org
(831) 531-0055 ext. 7

                    cc: Ann-Marie Sayers, Co-Chair; Charles Heinz, Secretary; USMS (CAND)

# **<u>EXHIBIT V</u>**

Witness Affidavit of Kanyon Sayers-Roods,
DCD Civil Action (April 26, 2022)

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

COSTANOAN INDIAN RESEARCH INC.

Plaintiff

-vs-

MARLENE RITA MACHADO

Defendant

(Case I.D. Number)

WITNESS AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S VERIFIED CIVIL
COMPLAINT
(KANYON SAYERS-ROODS)

## AFFIDAVIT

I, KANYON SAYERS-ROODS, a member of the Chualar-Costanoan Tribal Band of Indian Canyon, California, residing in San Jose, in Santa Clara County, California, MAKE OATH AND SAY THAT:

[DECLARATION AS TO "EXHIBIT A-1", "EXHBIT A-2" & "EXHIBIT A-3"
(BACKGROUND FACTS ON MY HISTORY AT CIR & TRIBE.]

1. I declare that I am presently President, CEO, and Chairwoman of Costanoan Indian Research Inc. ("CIR"), a registered 501(c)(3) non-profit organization with a headquarters at Indian Canyon Ranch, 1 Indian Canyon Road, Hollister, California, primarily owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People. I was elected and appointed this corporate title on or about February 28, 2022, in accordance with "Exhibit A-1" and "Exhibit A-2" hereto this affidavit. And, in accordance with "Exhibit A-3", I have been a corporate officer and director at Costanoan Indian Research since in or about March 2021. Moreover, I have served as a CIR board director, and board advisor to former CIR President Ann-Marie Sayers since in or about 2006.

2. I declare that, I have served as a Council member, alongside tribal council members Ann-Marie Sayers (my mother) and Christopher Sayers (my uncle), for the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People (Chualar-Costanoan; "Tribe") since in or about 2006.

3. I declare that, as an official for CIR and Tribe my duties consisted of, but were not limited to, business management, government filings as to CIR, public affairs, planning of Tribe awareness

events and ceremonial activities, hosting and coordinating educational programs on indigenous studies, and tribal land maintenance.

4. I declare that, from 1988 through the present, I have co-resided among Indian Canyon Ranch ("Indian Country" in accordance with Title 18, Section 1151, United States Code, located on Indian Canyon Road, Hollister, Calif.) and San Jose, California. Hence, since in or about 2015, upon the outset of frequent visits by a woman I know as Marlene  Machado, I have not been able to visit the cabin at Indian Canyon Ranch as much as I would have done prior to Machado's arrival.

[DECLARATION ON UNDERSTANDING OF PERTINENT STATUTES RELATIVE TO THE INSTANT CASE.]

5.  I declare that, as a nonlawyer whose highest level education reached was a bachelor degree of Science from Arts Institute of California; I am a member of Indian Canyon Chualar Tribe of the Costanoan-Ohlone People (Chualar-Costanoan), also referred to as Indian Canyon Nation, and acknowledge the following Federal statutes of United States Code, of which are relative to authenticating government facts, documents, or communication relative to CIR and Tribe. Additionally, I have researched each statute on Cornell Law School Legal Encyclopedia (https://www.law.cornell.edu/uscode/) prior to submitting this affidavit.
Therefore, I attest my general understanding of 18 U.S.C. 1151 (Congress's definition of "Indian Country"), 28 U.S.C. 1732-1733 (Congress's definition of government records and papers, or any document under business records exception), 25 U.S.C. 1529-1530 (Congress's definition of " Indian," "tribe," and "Indian tribe").

[DECLARATION AS TO "EXHIBIT B" (GOV'T DOCUMENT CONCERNING TRIBAL LAND).]

6. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as "Exhibit B" is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992. This document looks like a trust patent number. Additionally, I can attest to seeing an official certification with Government seal and signature by a U.S. government official acknowledging a trust patent that issued by the Government on June 12th, 1911 to Sebastian Garcia ("document number 500-3498").

7. I declare that the second page of 'Exhibit B' hereto this affidavit, to the best of my knowledge, is a government document issued by the 'United States General Land Office,' which is now known as

the U.S. Department of the Interior. And it looks like then-United States President William Taft signed this document acknowledging Sebastian Garcia as an "Chualar" Indian (as it reads, "Whereas, a schedule of allotments approved by the Secretary of Interior has been deposited in the General Land Office, whereby it appears that Sebastian Garcia, of the Chualar tribe or band of Indians, has been allotted the following-described land: The Lots Two, Three, Five, Six, and Ten of Section 13 in Township Fourteen South of Range Five East of the Mount Diablo Meridian, California, containing one hundred fifty-four and sixty-five hundredths acres...<towards the bottom portion of this page> In testimony whereof I, William H. Taft, President of the United States of America, have have caused these letters to be made patent and the seal of the General Land Office to be fixed...Patent No. 203411."). Therefore, based on this government document I would conclusively presume that anyone that is a blood-relative of Sebastian Garcia is a Chualar Indian. Thus, in accordance to exhibits fled with this affidavit hereunto, and government documents filed in the instant case, I preserve claim that Sebastian Garcia is my mother, Ann-Marie Sayers's great grandfather.

[DECLARATION AS TO "EXHIBIT C" (GOV'T DOCUMENT CONCERNING CIR OFFICIAL SAYERS & TRIBE).]

8. I declare that, to the best of my knowledge, the legal document hereto this affidavit known as "Exhibit C" is in fact a government document issued by the Bureau of Indian Affairs on June 8, 1992 under Title 28, Section 1733, United States Code (as it reads, "Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody: Trust Patent number 04-88-0047, issued August 19, 1988, to Ann Marie Sayers, recorded under document number 500-6431."). And page two of this government document acknowledges my mother, Ann-Marie Sayers, an Indian of the Costanoan Tribe of Mount Diablo Meridian, California (as it reads, "Ann-Marie Sayers, an Indian of the Costanoan Tribe, is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8, 1887, as amended (25 U.S.C. 334, for the following described land: Mount Diablo Meridian, California, T. 14 S., R. 5 E., sec. 24, lots, 1, 2, and 3...Containing 123.42 acres...NOW KNOW YE, That the UNITED STATES OF AMERICA...has allotted and by these present does allot, unto the said Indian, the land described, and hereby declares that that it does and will hold the land thus allotted."). That being said, without a doubt I believe that this government document under seal, issued by the United States Department of Interior is acknowledging an allotment of land to my mother, Ann-Marie Sayers of the Costanoan Tribe in California.

9. I declare that, to the best of my knowledge, 'Exhibit C-1' is a government document issued by the Bureau of Indian Affairs, showing Indian roll numbers ("RN") for Native-American blood-relatives that I know as Christopher Sayers (my uncle) and Ann-Marie Sayers (my mother) (as it reads as, "Ann-Marie Sayers...Tribe: Costanoan...RN: 506708...Christopher A. Sayers...Tribe: Costanoan...RN: 56710."). Additionally, 'Exhibit C-1' (on the bottom-right section of page) shows "Sebastian Garcia" as "Great Grandfather" of Christopher Sayers and Ann-Marie Sayers. That being said, without a doubt, I believe this document to demonstrate (respective of Exhibit B and Exhibit C hereto this affidavit) that the Chualar and Costanoan tribes are one in the same, as the exhibits Sayers siblings who I know as Christopher and Ann-Marie are within the same bloodline as Sebastian Garcia whom former U.S. President Taft declared was a Chualar Indian in 1911.

[DECLARATION AS TO "EXHIBIT D" (GOV'T DOCUMENTS CONCERNING TRIBE OFFICIALS & GEANOLOGY).]

10. I declare that I have reviewed "Exhibit D" [et seq.] hereto this affidavit, whereof, to the best of my knowledge, is a compilation of government-issued documents provide a showing of the bloodline between ancestors and living tribal members of the Chualar-Costanoan Tribe of California. These documents consist of certified birth records, and government-issued documents (with Government-issued Indian roll numbers), that demonstrate the fact that- (my mother and uncle)- living tribal members Ann-Marie and Christopher Sayers, are kin of Sebastian Garcia-Garcia who then-U.S. President William Taft acknowledged as a Chualar Indian in 1911, per 'Exhibit A' hereto this affidavit. And, I can attest that throughout my entire life Ann-Marie Sayers, and Christopher Sayers have referred to themselves as 'Chualar-Costanoan' Indians, as is the Government's own classification has demonstrated in 'Exhibit B' and 'Exhibit C' hereto this affidavit.

[DECLARATION AS TO "EXHIBIT E" (GOV'T DOCUMENT SHOWING TRIBE ON RECORD OF SENATE SECRETARY).]

11. I declare that, to the best of knowledge, I would attest that "Exhibit E" hereto this affidavit, is a government document, that any layman could find at the United States Senate website (www.senate.gov), showing a certification from a law and lobbying firm called Hogan and Hartson LLP, who was working for a client by the name of Indian Canyon Chualar Tribe of Costanoan-Ohlone People. I know of this client listed on section 7 of this government document. As I understand, presently, Ann-Marie Sayers, Christopher Sayers, and myself, are the tribal

members that make up the executive council of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People, whereby this legislative disclosure promulgates.


[DECLARATION AS TO "EXHIBIT F" (CHUALAR-COSTANOAN TRIBE'S CONSITUTION, 1974).]

12. I declare that, to the best of my knowledge, I attest that "Exhibit F" hereto this affidavit is a 'Constitution for the Chualar Indians of Indian Canyon' signed and executed in 1974, by a person I have known my entire life as Ann-Marie Sayers. Moreover, I understand this document to be a constitution to have a governing influence of its tribal members from historical times to the present. And, as CIR President and Tribe Chair of Council, I presently uphold this Constitution for the Chualar Indians of Indian Canyon ratified by Ann-Marie Sayers in 1974.


[DECLARATION AS TO "EXHIBIT G" (CIR'S CORPORATE WEBSITE - WWW.COSTANOAN.ORG).]

13. I declare that, to the best of my knowledge, "Exhibit G" hereto this affidavit, is a document from the Costanoan Indian Research Inc. website (https://www.costanoan.org) [see page footers of 'Exhibit F'], where I see images of myself, as CIR President-CEO, and Tribe Co-Chair, and a woman I have known my entire life as CIR Founder and Director (and former CIR President) Ann-Marie Sayers [pp. 1, 7 of 'Exhibit G']. Additionally, I see images of Indian Canyon ("Indian Country") that I have visited several times; including an image of a totem pole, which is something similar to the totem poles throughout the tribal nation I am a member of in the present. That being said, I believe this to be a website that can be found in the public domain by any layman, directly related to the Chualar-Costanoan Tribe of Indian Canyon, California (as this document reads, <page 1/8 of 'Exhibit G'> "Welcome to the official website of Costanoan Indian Research, the non-profit organization of the Indian Canyon Chualar Tribe of Costanoan Ohlone People...<page 2/8 of 'Exhibit F'> Costanoan Indian Research, Inc. ("CIR" est. 1985) is a registered 501(c)(3) non-profit organization at Indian Canyon, Hollister, California, owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People."


[DECLARATION AS TO "EXHIBIT H" (GOV'T DOCUMENT CONCERNING CIR OFFICIAL SAYERS & TRIBE).]

14. I declare that, to the best of my knowledge, "Exhibit H" is a government document sent by the 'United States Department of the Interior, Bureau of Indian Affairs' on December 18, 2007, addressed to Ms. Ann Marie Sayers at P.O. Box 28, Hollister, California. This document appears to be signed by the chief of Division of Tribal Government Services. And, I attest that this is without a doubt a response letter from the Government for a petition for federal acknowledgment of the Indian Canyon Band of Costanoan/Mutsun Indians of California, filed by my mother, Ann-Marie Sayers. Additionally, my understanding of this document is that the Government did not deny or approve Ms. Sayers's petition from Federal acknowledgment due to particular deficiencies; and I would therefore conclusively presume this petition to remain in pending status.

[DECLARATION AS TO VIOLENT INCIDENT AT CIR HEADQUARTERS, APR. 23, 2022.]

15. I declare that on or about April 23, 2022, I asked to meet with CIR-Tribe officials and Tribe voluntary security staff in efforts to safely get Ann-Marie Sayers, a CIR official and Tribe member, to the hospital for a wellness check. Hence, in or about March 2022, Costanoan Tribal Counsel and Chief Advisor Cary Peterson, and CIR's corporate officers Thomas Bishop, Charles Heinz, myself, and Tribe volunteers had a failed attempt getting Ann-Marie Sayers to the hospital due to obstruction and threat of physical harm caused by a woman I know as Marlene Machado; thus my concern was that any escalation of controversy had the substantial likelihood to cause CIR official Ann-Marie Sayers (74) to have a stroke or heart-attack. Moreover, at no time was Machado a CIR or Tribe official, authorized agent, or employee, but has habitually interrupted CIR and Tribe activities that involved Ann-Marie Sayers, and other CIR and Tribe officials.

16. I declare that on April 23, 2022, at around 11:45 a.m., at 1 Indian Canyon Road, a woman that I know as Marlene Machado had verbally and physically assaulted CIR and Tribe voluntary security staff members with her fists, and a ceremonial abalone used as a weapon amid CIR and Tribe official(s) taking Ann-Marie Sayers to the hospital for wellness check. Machado's physical assault took place while two CIR and Tribe staff members had formed a body shield in attempt to prevent Machado from attacking CIR President and Tribe Chairwoman Sayers-Roods, and another Tribe-CIR volunteer who I know as "Lee," assisting Sayers-Roods with Ann-Marie Sayers in a wheelchair, and proceeding to the car.

17. I declare that on or about April 23, 2022, Tribe volunteer Nichole Rhodes filed a police report with the San Benito County Sheriff regarding Machado's physical assault on her while she was in Indian Canyon. And, at my behest, CIR-Tribe's Counsel and Chief Advisor Cary Peterson sent an email (that I received a copy of via email) to the Bureau of Indian Affairs, California Attorney

General, San Benito County Social Services, San Benito County Sheriff, and CIR's court attorney Robert DeWitty, reporting on the April 23rd incident involving Machado's trespass and physical assault on Tribe staff at CIR headquarters (Indian Canyon) while CIR-Tribe officials were trying to take CIR founder-director Ann-Marie Sayers to a local hospital's emergency room that Sunday afternoon.

[DECLARATION ON OTHER BAD CHARACTER EVIDENCE AS TO MARLENE MACHADO.]

18. I declare that in or about March 2022, I was informed by the U.S. Post Office (100 Maple St, Hollister, CA 95023) the right to (1) collect mail addressed to CIR and CIR official; and (2) the right to update postal mailbox user profile information, despite me being the new owner of this mailbox (since in or about 2020), due to misleading conduct induced by Marlene Machado. This obstruction of CIR's mail from various government agencies (e.g., Internal Revenue Service, California Secretary of State, California Franchise Tax Board) caused CIR to be sanctioned, fined, and suspended from conducted commerce in the State of California from in or about October 2021 until in or about April 2022, whereupon CIR's general counsel and CPA curing the issues with the government agencies mentioned above in this section.

19. I declare that at all times since 2016, Ms. Machado has interfered with the rural route mailbox provided to Indian Canyon Ranch ("Indian Country"), where CIR receives incoming mail items sent to 1 Indian Canyon Road, Hollister, CA 95023.

20. I declare that several times since in or about 2015, when Marlene Machado began residing in Indian Canyon, would Machado have abrupt and violent outbursts during CIR and Tribe meetings held at the cabin house (CIR's main office) at 1 Indian Canyon Road, Hollister, California.

[WITNESS CERTIFICATION.]

21. On this 28th day of April, 2022, I, Kanyon Sayers-Roods, an tribal member of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People (*Chualar-Costanoan*), declare and submit the foregoing as true and correct, under 28 U.S.C. 1746, and under oath per notary public under license issued by the State of California.

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA COUNTY

Subscribed and sworn to (or affirmed) before me
on this ___28th___ day of ___April___,
2022, by KANYON SAYERS-ROODS, proved
to me on the basis of satisfactory evidence to be
the person who appeared before me.



(Signature)

**KANYON SAYERS-ROODS**

Signature _Andrew Nguyen_

(Seal)

NOTARY PUBLIC

My Commission expires:

___11/08/2024___

ANDREW MINH NGUYEN
COMM. #2336984
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Nov. 8, 2024

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# <u>EXHIBIT_A-1</u>

## COSTANOAN INDIAN RESEARCH, INC. - BOARD RESOLUTION

**MINUTES OF A MEETING OF DIRECTORS** of COSTANOAN INDIAN RESEARCH, INC., holding a corporate office at 1 Indian Canyon Road, Hollister, California 95023 (the "Corporation"); a special meeting held in the State of California on this _2 5ᵗʰ_ day of February, 2022.

1. The following members were present:
   Kanyon Sayers-Roods, Secretary, Co-Chair, & Chief Director
   Kanyon Sayers-Roods, Treasurer & CFO.

   And, under Cal. Corp. Code(s) § 7225, Charles Heinz was appointed as a provisional director and Acting Secretary of Corporation.

2. **UPON A MOTION DULY MADE**, seconded and unanimously carried, Kanyon Sayers-Roods (Secretary, CFO, Chief Director) acted as Chairperson of the meeting and Charles Heinz (Senior Board Advisor, Acting Secretary, Provisional Director) as Secretary of the meeting.

3. The Chairperson noted that notice of this meeting was properly provided to each director within the time periods required by the bylaws of the Corporation and the laws of the State of California. Accordingly, the Chairperson called the meeting to order.

4. Minutes of the last regular meeting were read and after extensive discussion and, upon motion duly made, seconded and carried, were adopted with the identified amendments.

5. The Chairperson presented to the meeting and thereupon the following resolutions were offered, seconded and unanimously adopted.

**IT WAS RESOLVED THAT:**

1. The following individuals are appointed and confirmed as signing officers for the Corporation for a term of four years or until replaced and are authorized to manage all business interests, including bank accounts that have been established for the benefit of the Corporation, sign and endorse checks, drafts, and other orders of payment for those bank or investment accounts, are

authorized to manage legal-decision making, and sign bills of lading, and other corporate documents, as needed and reasonable, for the normal conduct of the business of the Corporation:

Kanyon Sayers-Roods, President, Chief Director, Co-Chair;
Thomas Bishop, Treasurer-Chief Financial Officer; and
Charles Heinz, Secretary-Executive Vice President.

2. The Corporation will not require an audit for the most recent fiscal year ended and an auditor will not be appointed for the Corporation for the upcoming year.

3. The following individuals are appointed and confirmed as officers of the Corporation for a term of one year or until replaced:

Kanyon Sayers-Roods: President, Co-Chair, Chief Director;
Thomas A. Bishop: Treasurer, Chief Financial Officer (CFO), Director; and
Charles Heinz: Secretary, Executive Vice President (EVP), Director.

4. Ann-Marie Sayers is removed as President, Chairman of the Board of the Corporation effective immediately for the following cause:

February 19, 2022, a special meeting was held among the director(s)/officer(s) of official record under Statement of Information (Calif. SOS Entity C1270176 - Doc. ID No. GR71526, Mar. 17, 2021), and a provisional director under Cal. Corp. Code(s) § 7225, whereby resulted in a majority vote of two of three officers/directors of Corporation vetting that this corporate position should be reassigned pursuant Cal. Corp. Code(s) § 7221, § 7222(a)(1), § 7224 (Article 3 of the California Nonprofit Corporation Law). Whereas, Corporation's founder, Ann-Marie Sayers shall remain a board director, Co-Chair of the Board of Directors, and Registered Agent of Corporation, with voting rights pursuant to Cal. Corp. Code § 7610. Corporation's cause of action for this change was to make good faith efforts to uphold legislation prescribed under Cal. Corp. Code § 7238 and § 7215, under preventative measures to preclude the possibility of a vacancy, inter alia relative to a deceased or professionally incompetent officer or director as defined under Cal. Corp. Code § 7221.

*Board Resolution*                                                           Page 3 of 3

The office of President, Chairman of the Board is now vacant. Whereas, has been replaced with the reassigned co-chair, Kanyon Sayers-Roods, who is the daughter of the former chairman and president, Ann-Marie Sayers.

And, Kanyon Sayers-Roods has been removed as Secretary and Chief Financial Officer of Corporation in accordance with Article 3 of the California Nonprofit Corporation Law.

5. Thereby, Corporation shall adopt Bylaws that become effective from the date of certification by Secretary and President declared hereinbelow.

6. There being no further business to come before the meeting, the meeting was adjourned.

7. Dated in the State of California on the ___25th___ day of February, 2022.


Charles Heinz - Acting Secretary


Kanyon Sayers-Roods - President

See notary attachment
2/25/2022

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )

County of _Santa Clara_        )

On _February 25, 2022_ before me, _B. Galindo, Notary Public_,
(here insert name and title of the officer)

personally appeared _Charles Heinz & Kanyon SayersRoad_

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

B. GALINDO
Notary Public - California
Santa Clara County
Commission # 2258752
My Comm. Expires Oct 15, 2022

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _Costanoan Indian Research Inc._ _Board Resolution_,

containing _3_ pages, and dated _02/25/2022_.

The signer(s) capacity or authority is/are as:
☐ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____
Title(s)

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

#### Additional Information

**Method of Signer Identification**

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: _____

**Other**
☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)
☐ _____

© Copyright 2007-2016 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_A-2**



**California Secretary of State**
Electronic Certified Copy

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify that the attached transcript of 2 pages is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on this day of March 19, 2021

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

Verification Number:   P5QX2NY
Entity (File) Number:   C1270176

To verify the issuance of this Certificate, use the Verification Number above with the Secretary of State Electronic Verification Search available at *bizfile.sos.ca.gov*



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

**Entity Name:** COSTANOAN INDIAN RESEARCH, INC.

| | |
|---|---|
| **Entity (File) Number:** | C1270176 |
| **File Date:** | 03/17/2021 |
| **Entity Type:** | Corporation |
| **Jurisdiction:** | CALIFORNIA |
| **Document ID:** | GR71526 |

**Detailed Filing Information**

1. **Entity Name:**

   COSTANOAN INDIAN RESEARCH, INC.

2. **Business Addresses:**

   a. Street Address of Principal
      Office in California:

      1 Indian Canyon Road
      Hollister, California 95023
      United States of America

   b. Mailing Address:

      P.O Box 28
      Hollister, California 95023
      United States of America

3. **Officers:**

   a. Chief Executive Officer:

      Ann-Marie Sayers
      1 Indian Canyon Road
      Hollister, California 95023
      United States of America

   b. Secretary:

      Kanyon Sayers-Roods
      P.O Box 28
      Hollister, California 95023
      United States of America

Certificate Verification Number: P5QX2NY
Use bizfile.sos.ca.gov to verify the certified copy.

Document ID: GR71526

**California Secretary of State**
Electronic Filing

Officers (Cont'd):

c.   Chief Financial Officer:

Kanyon  Sayers-Roods
P.O Box 28
Hollister, California 95023
United States of America

4.   Agent for Service of Process:

Ann-Marie  Sayers
1 Indian Canyon Road
Hollister, California 95023
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Kanyon Sayers-Roods

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Certificate Verification Number: P5QX2NY
Use bizfile.sos.ca.gov to verify the certified copy.

Document ID: GR71526

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_A-3**



**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

# Corporation - Statement of Information

Entity Name: COSTANOAN INDIAN RESEARCH, INC.

| | |
|---|---|
| Entity (File) Number: | C1270176 |
| File Date: | 03/02/2022 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | H287955 |

**Detailed Filing Information**

1. Entity Name:

    COSTANOAN INDIAN RESEARCH, INC.

2. Business Addresses:
    a. Street Address of Principal
       Office in California:

       1 Indian Canyon Road

       Indian Canyon, California 95023

       United States of America

    b. Mailing Address:

       PO Box 28

       Hollister, California 95024

       United States of America

3. Officers:
    a. Chief Executive Officer:

       Kanyon  Sayers-Roods
       1 Indian Canyon Road
       Indian Canyon, California 95023
       United States of America

    b. Secretary:

       Charles  Heinz
       1 Indian Canyon Road
       Indian Canyon, California 95023
       United States of America

Document ID: H287955

**California Secretary of State**
Electronic Filing

Officers (Cont'd):

c.   Chief Financial Officer:

Thomas  Bishop
1 Indian Canyon Road
Indian Canyon, California 95023
United States of America

4.   Agent for Service of Process:

Ann-Marie  Sayers
1 Indian Canyon Road
Indian Canyon, Hollister, California 95023
United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    s/ Kanyon Sayers-Roods

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: H287955

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_B**



# United States Department of the Interior

### BUREAU OF INDIAN AFFAIRS
### PORTLAND AREA OFFICE
911 N.E. 11th Avenue
Portland, Oregon 97232-4169

IN REPLY REFER TO:

JUN   8 1992

Pursuant to Title 28, section 1733, United States Code, I hereby
certify that eact annexed paper is a true copy of a document
comprising part of the official records of the Bureau of Indian
Affairs, Department of the Interior, in my custody:

Trust Patent number 203411, issued June 12, 1911, to Sebastian
Garcia, recorded under document number 500-3498.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and
          caused the seal of the Bureau of Indian Affairs to be
          affixed on the day and year first above written.

_Leia La Due_
                                        (Signature)

                        Certifying Officer
                             (Title)



OAKLAND 03215.

# The United States of America,

## To all to whom these presents shall come, Greeting:

WHEREAS, a schedule of allotments approved by the Secretary of the Interior has been deposited in the General Land Office, whereby it appears that **SEBASTIAN GARCIA,**

of the **CHUALAR**

tribe or band of Indians, has been allotted the following-described land:

THE LOTS TWO, THREE, FIVE, SIX AND TEN OF SECTION THIRTEEN IN TOWNSHIP FOURTEEN SOUTH OF RANGE FIVE EAST OF THE MOUNT DIABLO MERIDIAN, CALIFORNIA, CONTAINING ONE HUNDRED FIFTY-FOUR AND SIXTY-FIVE-HUNDREDTHS ACRES.

Fee Patent Issued  SEP 20 1945

Patent  1120135

Letter  2058736

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, has allotted, and by these presents does allot, unto the said Indian the Land above described, and hereby declares that it does and will hold the Land thus allotted (subject to all statutory provisions and restrictions) for the period of twenty-five years, in trust for the sole use and benefit of the said Indian and at the expiration of said period the United States will convey the same by patent to said Indian in fee, discharged of said trust and free from all charge and incumbrance whatsoever; but in the event said Indian dies before the expiration of said trust period, the Secretary of the Interior shall ascertain the legal heirs of said Indian and either issue to them in their names a patent in fee for said Land, or cause said Land to be sold for the benefit of said heirs as provided by law; and there is reserved from the lands hereby allotted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, WILLIAM H. TAFT

President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the **TWELFTH**

(SEAL)  day of **JUNE** in the year of our Lord one thousand nine hundred and **ELEVEN** and of the Independence of the United States the one hundred and **THIRTY-FIFTH.**

By the President:  Wm. H. Taft

By  M. P. LeRoy

Recorder of the General Land Office.

RECORD OF PATENTS: Patent Number

203411

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT C**



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Portland Area Office
911 N.E. 11th Avenue
Portland, Oregon 97232-4169



Recorded at the Request of JUN 8 1992

*Sayer*

**DEC 3 1993**

SAN BENITO COUNTY RECORDER

1:30 p m FEE: 17.00

Pursuant to Title 28, section 1733, United States Code, I hereby certify that eact annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody:

Trust Patent number 04-88-0047, issued August 19, 1988, to Ann Marie Sayers, recorded under document number 500-6431.

**IN TESTIMONY WHEREOF**, I have hereunto subscribed my name, and caused the seal of the Bureau of Indian Affairs to be affixed on the day and year first above written.

_____
(Signature)

_____
Certifying Officer
(Title)

9312654



Form 1860-8
(May 1985)

# The United States of America

### To all to whom these presents shall come, Greeting:

5ΟΟ C4∷

Serial No. CACA 12519

9312654

WHEREAS,

Ann Marie Sayers,
an Indian of the Costanoan Tribe,

is entitled to a trust patent pursuant to Sec. 4 of the Act of February 8,
1887, as amended (25 U.S.C. 334), for the following described land:

Mount Diablo Meridian, California

T. 14 S., R. 5 E.,
sec. 24, lots 1, 2, and 3.

Containing 123.42 acres.

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the
premises, has allotted and by these presents does allot, unto the said Indian,
the land above described, and hereby declares that it does and will hold the
land thus allotted (subject to all statutory provisions and restrictions) for
the period of twenty-five years, in trust for the sole use and benefit of the
said Indian, and at the expiration of said period the United States will convey
the same by patent to the said Indian in fee, discharged of said trust and free
from all charge and encumbrance whatsoever; but in the event said Indian dies
before the expiration of said trust period, the Secretary of the Interior shall
ascertain the legal heirs of said Indian and either issue to them in their
names a patent in fee for said land, or cause said land to be sold for the
benefit of said heirs as provided by law;

EXCEPTING AND RESERVING TO THE UNITED STATES a right-of-way thereon for
ditches or canals constructed by the authority of the United States. Act of
August 30, 1890 (43 U.S.C. 945).

IN TESTIMONY WHEREOF, the undersigned authorized officer of the
Bureau of Land Management, in accordance with the provisions
of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the
United States, caused these letters to be made Patent, and the
Seal of the Bureau to be hereunto affixed.

[SEAL]

GIVEN under my hand, in   Sacramento, California
the   NINETEENTH day of   AUGUST   in the year
of our Lord one thousand nine hundred and   EIGHTY-EIGHT
and of the Independence of the United States the two hundred
and   THIRTEENTH.

Patent Number   04-88-0047

By   Dick Freel

Deputy State Director

California State Office

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0 0    0 4 3 1
88 SEP 15   A 8   53

BRANCH OF REALTY
TITLES & RECORDS
SECTION



SEP - 8 1988

9312654

**memorandum**

DATE: **SEP  7 1988**
ACTING

REPLY TO
ATTN OF:   Area Director, Sacramento Area Office

SUBJECT:   New Indian Allotment, San Benito County - Ann Marie Sayers, Allottee

TO:   Superintendent, Central California Agency
      Attention:  Realty Officer

Attached is the original trust patent No. 04-88-0047 which was issued to Ann
Marie Sayers by the Bureau of Land Management pursuant to the General
Allotment Act of February 8, 1887, as amended (25 U.S.C. 334).

We were previously advised by the BLM staff that the Certificate of
Eligibility (No. 472) to receive an allotment had been issued by the Central
California Agency, however, we have never been provided with a copy.  Upon a
check of the California Judgment Roll, we found the following information
regarding the subject Allottee:

                    Ann Marie Sayers
                    DOB:  10/13/1948
            Mother:  Elena Sayers, 1933 Census RN 6503
            Mother's Blood Degree:  4/4 Mission San Juan Bautista.

The subject property, consisting of three lots totaling 123.42 acres, is
located in San Benito County, and a copy of BLM's May 22, 1884 plat is
attached.

Please assign an IRMS identification number to the Allottee and make the
appropriate addition to your land records and have the patent and plat
recorded at the Portland Titles and Records Section.  By separate letter, we
will be advising the Allottee (P.O. Box 28, Hollister, CA  95023) that the
Central California Agency will have administrative jurisdiction over the
subject allotment.  We have been advised by the BLM that Ms. Sayers also owns
an adjacent tract in fee simple.

Also attached hereto are the documents which comprise our entire case file on
the subject.

Attachments



**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
BUREAU OF INDIAN AFFAIRS

Central California Agency
1800 Tribute Road, Suite 111
Sacramento, California  95815-4314

5 0   6 4 0 1

9312654

This is to certify that the attached *Patent* between *U.S.A.*

and *Ann Marie Sayers* for *CACA* Allotment No. *12579*

are in conformity with existing laws and regulations, and all realty

records checked as to description, ownership and proper identification of

grantor/grantee and conformity extends to and includes all supporting

documents and other materials as may be specified and required in the

Code of Federal Regulations.

*Virginia A Capperta*
Realty Officer

Approved *9-8-88*   *Virginia A Capperta*
*acting* Superintendent

RECEIVED OR FILED
BUR. INDIAN AFFRS.
PORTLAND AREA OFFICE

5 0 0   6 4 0 1

88 SEP 15  A 8  53

BRANCH OF REALTY
TITLES & RECORDS
SECTION

**END OF DOCUMENT**

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_D**



CCA/TO2

*Request file for client get more info*

**Great-Grandfather**
Indian Blood:
Tribe & Degree

**Great-Grandmother**
Indian Blood:
Tribe & Degree

**Great-Grandfather**
Indian Blood:
Tribe & Degree

**Great-Grandmother**
Indian Blood:
Tribe & Degree

**Great-Grandfather**
Indian Blood:
Tribe & Degree

**Great-Grandmother**
Indian Blood:
Tribe & Degree

**Great-Grandfather** Sebastian Garcia 4/4
Indian Blood: 33 Ap. 8078
Tribe & Degree

**Great-Grandmother** Maria Garcia 1/2
Indian Blood:
Tribe & Degree

**Grandfather**
Indian Blood:
Tribe & Degree

**Grandmother**
Indian Blood: (1800 Tribute Rd)
Tribe & Degree

**Grandfather** Romulo † Romolo Sanchez
Indian Blood:
Tribe & Degree

**Grandmother** Evangelista Garcia 3/4
Indian Blood:
Tribe & Degree

**Father** N-I
Indian Blood:
Tribe & Degree

BUREAU OF INDIAN AFFAIRS
Central California Agency
P.O. Box 15740
Sacramento, CA. 95813

**Mother** Elena (Sanchez) Sayers
DOD: 1974
33-6503 (A.8078)
dob: 7-15-11
Indian Blood: (4/4) Mission San Juan Bautista
Tribe & Degree 3/8

**Applicant**
Name: Ann Marie Sayers
DOB: 10-13-48 1972 RN 56768
Tribe: Costanoan (2870)
Folder: 1891   App. 2046
Indian Blood:
Tribe & Degree
50-28910 (29973)

Name: Christopher A Sayers
DOB: 10-24-51 1972 RN 56710
Tribe: Costanoan (2894)
Folder: 1892   App. 10121

(408) 637-4730

P.O. Box 28
Hollister, CA 95023

Page 278-A

## CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT No. 3550   REGISTRAR'S NUMBER 290   STATE FILE No.

**THIS CHILD** (TYPE OR PRINT NAME)
- 1A. CHILD'S FIRST NAME: Christopher
- 1B. MIDDLE NAME: Albert
- 1C. LAST NAME: Sayers

- 2. SEX: Male
- 3A. THIS BIRTH: SINGLE, TWIN, OR TRIPLET?: Single
- 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD?:
- 4A. DATE OF BIRTH—MONTH, DAY, YEAR: Oct. 24, 1951
- 4B. HOUR: 9:30 PM

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH — CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN): Hollister
- 5B. COUNTY: San Benito
- 5C. FULL NAME AND ADDRESS OF HOSPITAL OR INSTITUTION — (IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET ADDRESS OR LOCATION): Hazel Hawkins Memorial Hospital  916 Monterey Street  Hollister, Calif.

**USUAL RESIDENCE OF MOTHER** (WHERE DOES MOTHER LIVE?)
- 6A. RESIDENCE OF MOTHER — STREET ADDRESS (IF RURAL, GIVE LOCATION): Rural-Bird Creek Road
- 6B. COUNTY: San Benito
- 6C. CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN): Rural-Hollister
- 6D. STATE: California

**MOTHER OF CHILD**
- 7A. MAIDEN NAME OF MOTHER—FIRST NAME: Elena
- 7B. MIDDLE NAME: Catherine
- 7C. LAST NAME: Sanchez
- 8. COLOR OR RACE OF MOTHER: Indian
- 9. AGE OF MOTHER (AT TIME OF THIS BIRTH): 41 YEARS
- 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY): California
- 11. MAILING ADDRESS OF MOTHER (IF DIFFERENT FROM USUAL RESIDENCE): Star Route-Hollister

**FATHER OF CHILD**
- 12A. NAME OF FATHER — FIRST NAME: Elliott
- 12B. MIDDLE NAME: Slocum
- 12C. LAST NAME: Sayers
- 13. COLOR OR RACE OF FATHER: White
- 14. AGE OF FATHER (AT TIME OF THIS BIRTH): 46 YEARS
- 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Michigan
- 16A. USUAL OCCUPATION: Feeder
- 16B. KIND OF BUSINESS OR INDUSTRY: Cement

**INFORMANT'S CERTIFICATION**
- I HEREBY CERTIFY THAT THE ABOVE STATED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
- 17A. SIGNATURE OF PARENT OR OTHER INFORMANT: ► Elena C Sayers
- [X] PARENT  [ ] OTHER. SPECIFY
- 17B. DATE SIGNED: Oct. 27, 1951

**ATTENDANT'S CERTIFICATION**
- I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR AND DATE STATED ABOVE.
- 18A. SIGNATURE OF ATTENDANT: E. N. Moore
- DEGREE OR TITLE: M.D.
- 18B. ADDRESS: Hollister, Calif.

**REGISTRAR'S CERTIFICATION**
- 19. DATE RECEIVED BY LOCAL REGISTRAR: Dec. 13, 1951
- 20. SIGNATURE OF LOCAL REGISTRAR: ► Roswell L. Hull M.D.   gc
- 21. DATE ON WHICH GIVEN NAME ADDED

**LEAVE BLANK** (ADDED AFTER FILING)

**FOR MEDICAL AND HEALTH USE ONLY** (THIS SECTION IS NOT TO BE REPRODUCED ON CERTIFIED COPIES)

- CHILDREN PREVIOUSLY BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD)
- 22A. HOW MANY OTHER CHILDREN ARE NOW LIVING?
- 22B. HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD?
- 22C. HOW MANY CHILDREN WERE STILLBORN (BORN DEAD) AFTER 20 WEEKS PREGNANCY?

- 23A. LENGTH OF PREGNANCY: WEEKS
- 23B. WEIGHT AT BIRTH: LBS. OZS.
- 24A. STATE ANY COMPLICATIONS OF PREGNANCY AND LABOR
- 24B. STATE ANY OPERATION FOR DELIVERY
- 24C. DESCRIBE ANY CONGENITAL MALFORMATIONS
- 24D. DESCRIBE ANY BIRTH INJURY
- 24E. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES?  [ ] YES  [ ] NO   IF YES, STATE DRUG:
- 25A. WAS A SEROLOGICAL TEST FOR SYPHILIS MADE ON THIS MOTHER?  [ ] YES  [ ] NO
- 25B. IF SO, AT WHAT MONTH OF PREGNANCY?
- 25C. IF NOT, WHY NOT?

STATE OF CALIFORNIA   REV. 11-48 FORM V.S. 10   DEPARTMENT OF PUBLIC HEALTH

Form 2

l and verified by _____ Mrs. Elena Sayers _____ Parent

DISTRICT No. 3550    Page 117    REGISTRAR'S No. 253

1. _____ Ann Marie Sayers
(FULL NAME OF CHILD)

2. PLACE OF BIRTH: (A) COUNTY _____ San Benito
(B) CITY OR TOWN _____ Hollister    IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL
(C) NAME OF HOSPITAL OR INSTITUTION _____ Hazel Hawkins Memorial Hospital
IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET NUMBER OR LOCATION
(D) MOTHER'S STAY BEFORE DELIVERY: IN HOSPITAL OR INSTITUTION 13hrs IN THIS COMMUNITY Same
47min.

4. SEX _____ Female
5. TWIN OR TRIPLET    IF SO—DOWN    1ST _____ 2D _____ 3D _____

8. FULL _____
9. COLOR OR RACE _____ White
    10. AGE AT TIME OF THIS BIRTH _____ 12

FATHER OF CHILD

8. FULL NAME _____ Elliott Slocum Sayers
11. LENGTH OF RESIDENCE IN CALIFORNIA _____
12. BIRTHPLACE _____ Montague, Michigan
13. USUAL OCCUPATION _____ Laborer
14. INDUSTRY OR BUSINESS _____

21. CHILDREN BORN TO THIS MOTHER:
(A) HOW MANY OTHER CHILDREN OF THIS MOTHER ARE NOW LIVING? _____ 0
(B) HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? _____
(C) HOW MANY CHILDREN WERE BORN DEAD? _____ 1

23. I HEREBY CERTIFY, THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE HOUR OF _____ 9:13 A.M. ON THE DATE ABOVE STATED AND THAT
THE INFORMATION GIVEN WAS FURNISHED BY _____ Mrs. Elena Sayers _____ RELATED TO THIS CHILD AS _____ Mother

24. DATE RECEIVED BY LOCAL REGISTRAR _____ 11-8-48
25. REGISTRAR'S SIGNATURE _____ Roswell L. Hull, M.D., _____ Me. _____ REGISTRAR
26. GIVEN NAME ADDED _____ DR. _____ BY _____ REGISTRAR _____ DATE _____

27. (A) PREGNANCY, COMPLICATIONS OF: _____ None
(B) LABOR, COMPLICATIONS OF: _____ Hypertension
(C) WAS THIS THE OPERATION FOR DELIVERY? K-2 (Caesarian) Go.
... SECTION

3. USUAL RESIDENCE OF MOTHER:
MAIDEN SURNAME OF MOTHER _____ Sanchez
(A) STATE _____ California    (A) LENGTH OF RESIDENCE IN CALIFORNIA: YEARS 38
(B) COUNTY _____ San Benito    YEARS 10  MONTHS  DAYS
(C) CITY OR TOWN _____ Rural    IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL    YEARS 10  MONTHS  DAYS
(D) STREET AND NUMBER _____

6. NUMBER OF MONTHS OF PREGNANCY _____ 8½
7. DATE OF BIRTH _____ October 13, 1948
MONTH  DAY  YEAR

MOTHER OF CHILD

15. FULL MAIDEN NAME _____ Elena Catherine Sanchez
16. COLOR OR RACE _____ Indian    AGE AT TIME OF THIS BIRTH _____ 38
17. YEARS
18. BIRTHPLACE _____ Hollister, California
19. USUAL OCCUPATION _____ Housewife
20. INDUSTRY OR BUSINESS _____

22. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:
_____ Mrs. Elliott S. Sayers
_____ Star Route – Indian Canyon
_____ Hollister, California

ATTENDANT'S OWN SIGNATURE _____ E. N. Moore, M.D., _____ M.D., MIDWIFE OR OTHER _____ M.D. _____ DATE SIGNED _____ 11-1-48
ADDRESS _____ Hollister, California

(E) DID THE BABY HAVE CONGENITAL _____

sings _____

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BENITO
### HOLLISTER, CALIFORNIA

Form 2

Page 117

DISTRICT No. **3550** REGISTRAR'S No. **253**

**1. FULL NAME OF CHILD:** Ann Marie Sayers    MAIDEN SURNAME OF MOTHER: Sanchez

**2. PLACE OF BIRTH:** (A) COUNTY San Benito
(B) CITY OR TOWN Hollister
IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL
(C) NAME OF HOSPITAL OR INSTITUTION Hazel Hawkins Memorial Hospital
IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET NUMBER OR LOCATION
(D) MOTHER'S STAY BEFORE DELIVERY 23hrs. 47min.
IN HOSPITAL OR INSTITUTION __ Same __ IN THIS COMMUNITY __
SPECIFY WHETHER DAYS, MONTHS OR DAYS

**3. USUAL RESIDENCE OF MOTHER:** (A) LENGTH OF RESIDENCE IN CALIFORNIA
(B) STATE California    38 MONTHS DAYS
(C) COUNTY San Benito    40 YEARS MONTHS DAYS
(D) CITY OR TOWN Rural    40 YEARS MONTHS DAYS
IF OUTSIDE CITY OR TOWN LIMITS, WRITE RURAL
(E) STREET AND NUMBER Hollister-California

**4. SEX** Female
**5. TWIN OR** TRIPLET
**IF SO— WAS CHILD** 1ST ___ 2ND ___ 3D ___
**6. NUMBER OF MONTHS OF PREGNANCY** 8½
**7. DATE OF BIRTH** October 13, 1948
MONTH BY NAME DAY YEAR

**FATHER OF CHILD**

**8. FULL NAME** Elliott Slocum Sayers
**9. COLOR OR RACE** White    **10. AGE AT TIME OF THIS BIRTH** 42 YEARS
**11. LENGTH OF RESIDENCE IN CALIFORNIA** 12 YEARS MONTHS DAYS
**12. BIRTHPLACE** Montague, Michigan
**13. USUAL OCCUPATION** Laborer
**14. INDUSTRY OR BUSINESS**

**MOTHER OF CHILD**

**15. FULL MAIDEN NAME** Elena Catherine Sanchez
**16. COLOR OR RACE** Indian    **17. AGE AT TIME OF THIS BIRTH** 38 YEARS
**18. BIRTHPLACE** Hollister, California
**19. USUAL OCCUPATION** Housewife
**20. INDUSTRY OR BUSINESS**

**21. CHILDREN BORN TO THIS MOTHER:**
(A) HOW MANY OTHER CHILDREN OF THIS MOTHER ARE NOW LIVING? 0
(B) HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? 1
(C) HOW MANY CHILDREN WERE BORN DEAD? 1

**22. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:**
Mrs. Elliott S. Sayers
Star Route - Indian Canyon
Hollister, California

**23. I HEREBY CERTIFY, THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE HOUR OF** 9:18A.M. ON THE DATE ABOVE STATED AND THAT THE INFORMATION GIVEN WAS FURNISHED BY Mrs. Elena Sayers RELATED TO THIS CHILD AS Mother

**24. DATE RECEIVED BY LOCAL REGISTRAR** 11-3-48    ATTENDANT'S OWN SIGNATURE E.N. Moore, M.D.
**25. REGISTRAR'S SIGNATURE** Roswell L. Hull, M.D    M.D., MIDWIFE OR OTHER M.D. DATE SIGNED 11-1-48
**26. GIVEN NAME ADDED** DATE BY Me REGISTRAR    ADDRESS Hollister, California

**27.** (A) PREGNANCY, COMPLICATIONS OF:
(B) LABOR, COMPLICATIONS OF:
(C) WAS THERE AN OPERATION FOR DELIVERY? INDUCED? STATE ALL OPERATIONS: YES OR NO
(D) WAS A PROPHYLACTIC DRUG USED IN THE BABY'S EYES? YES OR NO
IF YES, STATE DRUG

(E) DID THE BABY HAVE ANY CONGENITAL MALFORMATIONS? DESCRIBE:
BIRTH INJURY? DESCRIBE:
(F) WAS A SEROLOGICAL TEST MADE FOR SYPHILIS IN THIS MOTHER?
IF SO, AT WHAT PERIOD OF GESTATION? Mos.
IF NOT, WHY NOT?

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH

# CERTIFICATE OF LIVE BIRTH

FEDERAL SECURITY AGENCY
U. S. Public Health Service

_(vertical left margin:)_ Read and verified by Mrs. Elena Sayers    Parent

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SAN BENITO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Benito County Clerk-Recorder.

DATE ISSUED **MAR 2 1 2022** BY _Nancy Vigna_, Deputy
**NANCY VIGNA**

*000074048*

_Joe Paul Gonzalez_
**JOE PAUL GONZALEZ**
SAN BENITO COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border, displaying date, and the signature of the Deputy County Clerk-Recorder.
PRNCO 2017 1134



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

5/11/22, 1:54 PM

https://drive.google.com/drive/u/1/folders/1aAZ9QepJMpzwJGZtLFNk7wXYro9Nvywv1

Kanyon-berth-cert-photo.jpg

1/2



Kanyon-berth-cert-photo.jpg

CERTIFICATE OF LIVE BIRTH

Page 278-A

| | | |
|---|---|---|
| REGISTRATION DISTRICT No. 2550 | REGISTRAR'S NUMBER 200 | STATE FILE No. |

**1a. CHILD'S FIRST NAME** Christopher **1b. MIDDLE NAME** Albert **1c. LAST NAME** Sayers

**2. SEX** Male **3a. THIS BIRTH SINGLE, TWIN, OR TRIPLET** Single **3b. IF TWIN OR TRIPLET THIS CHILD BORN 1st, 2nd, 3rd** **4a. DATE OF BIRTH—MONTH, DAY, YEAR** Oct. 24, 1951 **4b. HOUR** 9:30 PM

**5a. PLACE OF BIRTH—CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL AND NAME OF NEAREST TOWN)** Hollister **5b. COUNTY** San Benito

**5c. FULL NAME AND ADDRESS OF HOSPITAL OR INSTITUTION — IF NOT IN HOSPITAL OR INSTITUTION GIVE STREET ADDRESS OR LOCATION)** Hazel Hawkins Memorial Hospital

**6a. RESIDENCE OF MOTHER—STREET ADDRESS (IF RURAL, GIVE LOCATION)** 916 Monterey Street, Hollister, Calif. **6b. COUNTY** San Benito

**6c. CITY OR TOWN (IF OUTSIDE CORPORATE LIMITS, WRITE RURAL, AND NAME OF NEAREST TOWN)** Rural-Hollister **6d. STATE** California

Rural-Bird Creek Road

**7a. MAIDEN NAME OF MOTHER—FIRST NAME** Elena **7b. MIDDLE NAME** Catherine **7c. LAST NAME** Sanchez

**8. COLOR OR RACE OF MOTHER** Indian

**9. AGE OF MOTHER (AT TIME OF THIS BIRTH)** 41 YEARS **10. BIRTHPLACE (STATE OR FOREIGN COUNTRY)** California **11. MAILING ADDRESS OF MOTHER (IF DIFFERENT FROM USUAL RESIDENCE)** Star Route-Hollister

**12a. NAME OF FATHER—FIRST NAME** Elliott **12b. MIDDLE NAME** Slocum **12c. LAST NAME** Sayers

**13. COLOR OR RACE OF FATHER** White

**14. AGE OF FATHER (AT TIME OF THIS BIRTH)** 46 YEARS **15. BIRTHPLACE (STATE OR FOREIGN COUNTRY)** Michigan **16a. USUAL OCCUPATION** Feeder **16b. KIND OF BUSINESS OR INDUSTRY** Cement

**17a. SIGNATURE OF PARENT OR OTHER INFORMANT** Elena C Sayers **17b. PARENT** ☒ **OTHER SPECIFY** **17c. DATE SIGNED**

**18a. SIGNATURE OF ATTENDANT** E. N. Moore **18b. DEGREE OR TITLE** M.D. **18c. ADDRESS** Oct. 27, 1951 Hollister, Calif.

I HEREBY CERTIFY THAT THE ABOVE STATED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR AND DATE STATED ABOVE.

**19. DATE RECEIVED BY LOCAL REGISTRAR** Dec. 13, 1951 **20. SIGNATURE OF LOCAL REGISTRAR** Roswell L. Hull M.D. **21. DATE ON WHICH GIVEN NAME ADDED** gc

LEAVE BLANK

**22a. NOW BORN AND LIVING** **22b. NOW BORN BUT NOW DEAD** **22c. HOW MANY CHILDREN WERE STILLBORN (BORN DEAD AFTER 20 WEEKS PREGNANCY)**

**CHILDREN PREVIOUSLY BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD)**

**23a. LENGTH OF PREGNANCY** **23b. WEIGHT AT BIRTH** LBS. OZS. **24a. STATE ANY COMPLICATIONS OF PREGNANCY AND LABOR**

**23c. WAS AN OPERATION FOR DELIVERY** ☐ YES ☐ NO **24b. STATE ANY CONGENITAL MALFORMATIONS**

**24c. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES?** **25a. WAS A SEROLOGICAL TEST FOR SYPHILIS MADE ON THIS MOTHER?** ☐ YES ☐ NO **25b. IF SO, AT WHAT MONTH OF PREGNANCY?** **25c. IF NOT, WHY NOT?** IF YES, STATE DRUG: ☐ YES ☐ NO

**24d. DESCRIBE ANY BIRTH INJURY**

DEPARTMENT OF PUBLIC HEALTH

STATE OF CALIFORNIA

## CHULAR INDIANS OF INDIAN CANYON MEMBER ROLL SHEET

*This member roll sheet will be completed at the beginning of each year by the General Governing Council Chairperson. Any child born after the roll sheet have been completed will be added to next year's roll sheet. However, the child will receive the full benefits entitled to every enrolled member upon his/her birth.*

|  | NAME: | DATE OF BIRTH: |
|---|---|---|
| 01. | Ann-Marie Sayers | October 13, 1948 |
| 02. | Christopher Sayers | October 24, 1951 |
| 03. | Kanyon Sayers-Roods | July 3, 1988 |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |

DATE: *JANUARY 1, 2008*

*[signature]*
Chairperson

SACRAMENTO INDIAN AGENCY
Sacramento, Calif.
Mar. 8, 1934.

Henderson, Henderson & Carey
Kohl Bldg. Suite 1002
406 Montgomery St.
San Francisco, Calif.

Gentlemen: Attent.: Mr. J. W. Henderson.


This will acknowledge the receipt of your letter
of March 6 relative to the Indian allotment of Sebastian
Garcia, comprising Lots, 2,3,5,6 and 10 of Sec. 13, in
Twp. 14 So., Rge. 5 E. MDM, California, containing 154.65
acres, said lots being located near Watsonville, California,
and advising that the allottee had passed on and requesting
information as to what steps were necessary for his grand-
daughter, Klema Sanches, to take to acquire title to the
property.

Kindly be advised if you will advise us the
address of Miss Sanches, that we will bring the matter
to the attention of the Examiner of Inheritance for the
Department of the Interior, who will at an early date
hold hearings in this case.   Will you also advise in
what town or city it would be most convenient for Miss
Sanches to attend this hearing?


Very truly yours,


EHH:MR

CC: Mr. Anderson

O. H. Lipps,
Superintendent.

Allot. Ind.Homes., Date of
Number O3215 S.F.  Patent  June 12, 1911

Agency ............

Issued un-
der Act of  Feb. 8,1887, amended
Feb. 28, 1891

File Number 32946-34  ......... Date of Death  November 14, 1933

Date of Decision July 30, 1934

Description of Allotment Lots 2,3,5, 6 and 10 in Section 13, Twp. 14 S., Rge. 5 E.,

M.D.M., Calif., containing 164.65 acres.

Names
of Heirs

Elena Sanchez, granddaughter, dau.of prior deceased
daughter - Una. .......... Share All ......... Acres.

................................. Share ....

................................. Share ....

................................. Share ....

................................. Share ....

................................. Share ....

................................. Share ....  [over.]

5—107                                                          Sheet 1

UNITED STATES
DEPARTMENT OF THE INTERIOR
OFFICE OF INDIAN AFFAIRS
FIELD SERVICE

_____ June 29 _____, 19 34

SUMMARY OF REPORT ON HEIRS

Estate of __Sebastian Garcia_____, deceased __Chualar_____

Allottee No. __0S215____, died __11-11-33__ _____, aged __73____, hearing held __6-27-34__

at __Watsonville, California._____

Heirs, at the date of hearing, in accordance with the laws of the State of ___California_____

HEIR OR DEVISEE                    RELATIONSHIP                              SHARE

Elena Sanchez, granddaughter, daughter of prior deceased daughter..........All

The trust or restricted estate of the decedent consists of:

Original allotment, appraised at _____ $  618.60

Inherited lands, appraised at_____ None

Cash, securities, or other personal restricted estate appraised at _____ None

   TOTAL _____ $618.60

No dower, curtesy, or homestead rights involved.

_____
                                    Superintendent or Examiner of Inheritance.

Verified __JUL 2 4 1934_____, 19____

by __Edward S. Car Quaher_____
      Acting Chief, Probate Division.

6—3843                                                          [over]

FAMILY OF DECEASED. (Extra sheets may be used for family of deceased. Write the word "heir" and his name — — after the words "Family of Deceased.")

MARRIAGES

| NAME OF EACH SPOUSE OF DECEDENT | MARRIED | | DATE OF DEATH | DIVORCED | | TRIBE AND ENROLL- MENT N |
|---|---|---|---|---|---|---|
| | Date | Indian custom or by ceremony | | Date | Indian custom or by court | (If with so |
| Maria Garcia | Not shown | Ceremony | Living | about 1916 | I. C. | San Juan mxllot |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CHILDREN.

| NAMES | SEX AND AGE | NAME OF OTHER PARENT* (If adopted or illegitimate, so state) | IF CHILD IS DEAD DATE |
|---|---|---|---|
| Abonlista Garcia | F. — | Maria Garcia | Prior to decedent. |
| Joseph Garcia | M. — | Maria Garcia | |
| Manuel Garcia | M. — | Maria Garcia | " " |
| Edward Garcia | M. — | Maria Garcia | " " |
| Foustina Garcia | M. — | Maria Garcia | " " |
| Anaglet Garcia | F. — | Maria Garcia | " " |
| Sagrenbino Garcia | F. — | Maria Garcia | " " |
| Lorenzo Garcia | M. — | Maria Garcia | " " |
| Eloisa Garcia | F. — | Maria Garcia | " " |
| Fernando Garcia | M. — | Maria Garcia | " " |
| Fedelia Garcia | F. — | Maria Garcia | " " |

*Under "Additional information" above facts with regard to fathers of illegitimate children and concerning adoptions

CHILDREN OF DECEASED CHILDREN.

| NAMES OF GRANDCHILDREN | SEX AND AGE | NAMES OF BOTH PARENTS, HOW MARRIED— INDIAN CUSTOM OR CEREMONY (If illegitimate, so state) | IF GRANDCHILD IS DEAD DATE |
|---|---|---|---|
| Athena Sanchez | F. — | f. Rodolo Sanchez m. Abonlista Garcia (Cer.) | Prior to allotme |
| Martina Sanchez | F. — | " " " " " | " " |
| Elena Sanchez | F. 24 | " " " " " | Living |
| | | | |

Testimony of Leopold Palmtag in the heirship case of Sebastian Garcia, deceased, taken by John E. Anderson, Examiner of Inheritance, at Watsonville, California, on June 27, 1934.

Q. What is your name, age and place of residence?  A. Leopold Palmtag, I am 61 years old and I live at Hollister, Calif.
Q. Did you ever know an Indian named Sebastian Garcia?  A. Yes, I knew him for 45 years.
Q. Is he dead?  A. Yes, he died, but I do not remember the date.
Q. How old was he when he died?  A. I do not know. He was older than me.
Q. So far as you know did he ever make a will?  A.  No.
Q. Was he married when he died?  A. He was not living with his wife.
Q. How many times had he been married?  A.  One time is all that I know of.  His wife was Maria Garcia.  They were separated a good many years before he died.
Q. Is Maria Garcia still living?  A. Yes, she lives at Watsonville, California.
Q. How many children did Sebastian Garcia have?  A. He had several but I do not know their names. They all died before Sebastian Garcia.
Q. Did any of them have children?  A.  One of his daughters had a child named Elena Sanchez. She is living. That is all that I know of.
Q. Who was the father of Elena Sanchez?  A.  Manuel Sanchez.
Q. Have you any interest in this estate?  A. No.

*Leopold Palmtag*

Subscribed and sworn to before me at Watsonville, California, this 27th day of June, 1934.

*John H. Anderson*
    Examiner of Inheritance.

Elena Sanchez.        Sheet two.

Q. How old was Joseph Garcia when he died?  A.  About 16.
Q. Did he have any children?  A. No.
Q. How old was Manuel Garcia when he died?  A. About 14.
Q. Did he have any children?  A. No.
Q. Did any of the deceased children of Sebastian Garcia, with
   the exception of your mother, have children of their own?
   A. No, not so far as I know.
Q. Did Sebastian Garcia ever live on his allotment?  A.  Yes,
   he lived there for a while.
Q. Who is living there now?  A. No one.

*Elena Sanchez*

Subscribed and sworn to before me at
Watsonville, California, this 27th day
of June, 1934.

Examiner of Inheritance.

Testimony of Elena Sanchez in the heirship case of Sebastian Garcia, deceased, taken by John H. Anderson, Examiner of Inheritance, at Watsonville, California, on June 27, 1934.

Q. What is your name, age and place of residence? A. Elena Sanchez, I am 24 years old and I live at 203 Pine Avenue, Pacific Grove, California.

Q. To what Indian tribe do you belong?  A. Chualar.

Q. Do you know Sebastian Garcia? A. Yes, he was my grandfather.

Q. Is Sebastian Garcia dead? A. Yes,

Q. When did he die? A. November 11, 1933.

Q. Where did he die? A. Santa Cruz, California.

Q. How old was he when he died? A. He was 73 years old.

Q. Was he ever allotted land by the Government? A. Yes.

Q. Did he have any personal property at the time of his death? A. Nothing to speak of.

Q. Did he ever make a will? A. Not that I know of.

Q. Was he married when he died? A. Yes, he was married to Maria Garcia.

Q. Was he living with her when he died? A. No. They separated about 18 years ago.

Q. Is Maria Garcia still living? A. Yes.

Q. How was Sebastian Garcia married to this woman? A. Legally married.

Q. Was he divorced from her? A. Not legally divorced.

Q. Was she the only wife he ever had? A. Yes.

Q. To what Indian tribe does Maria Garcia belong? A. I do not know.

Q. Has she lived with any man since she was separated from Sebastian Garcia? A. Yes she has lived with Ambrosia Valasquez for several years.

Q. Has she lived with him as his wife? A. I do not know about that.

Q. When was Sebastian Garcia married to Maria Garcia? A. Years ago.

Q. And you say they were married legally? A. Yes.  She now goes by the name of Valasquez.

Q. How many children did Sebastian Garcia have? A. He had 12 children, but I only know the names of three of them, Abonalista Garcia, Joseph Garcia and Manuel Garcia.

Q. Who was the mother of these children? A. Maria Garcia.

Q. How many of these children are living? A. They all died before Sebastian Garcia.

Q. How old was Abonlista Garcia when she died? A. She was 22 years old.

Q. How many children did she have? A. Three, I am one of them and there were two others, a girl and a boy who died long time before Sebastian Garcia when they were babies.

Q. Who was the father of these three children? A. Romola Sanchez.

Q. How was he married to Abonlista Garcia? A. Legally married.

5—108

NOTICE OF HEARING TO DETERMINE HEIRS

# DEPARTMENT OF THE INTERIOR

## UNITED STATES INDIAN SERVICE

Carson City, Nevada,

June 6, 1934 , 191

Miss Elena Sanchez,

Watsonville, California.

Notice is hereby given that on the 27th day of June, 1934 (10 a.m.) 191 , at Post Office, Watsonville, California; I will take testimony to be submitted to the Secretary of the Interior for the purpose of determining the heirs of Sebastian Garcia , deceased.

All persons having an interest in the estate of the decedent are hereby notified to be present at the hearing and furnish such evidence as they desire.

Respectfully,

*John B. Anderson* (signature)

Examiner of Inheritance.
Superintendent.

Notices posted at:
Post office, Watsonville, California.
Post office, Aptos, California.
Post office, Chittenden, California.
Post office, Aromas, California.
Post office, Castroville, California.
Parties notified:
Miss Elena Sanchez, Watsonville, California.

PLEASE BRING TWO DISINTERESTED WITNESSES WITH YOU

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_E**

| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby | **LOBBYING REPORT** |

## Lobbying Disclosure Act of 1995 (Section 5) - **All Filers Are Required to Complete This Page**

**1. Registrant Name** ☑ Organization/Lobbying Firm  ☐ Self Employed Individual
HOGAN & HARTSON LLP

**2. Address**
Address1  COLUMBIA SQUARE                      Address2  555 THIRTEENTH STREET NW
City  WASHINGTON                  State  DC    Zip Code  20004          Country  USA

**3. Principal place of business (if different than line 2)**
City                       State       Zip Code                Country

| 4a. Contact Name<br>Ms.   Warnke, Christine M. | b. Telephone Number<br>2026375645 | c. E-mail<br>CMWarnke@HHLAW.com | **5. Senate ID#**<br>18422-1005243 |

**7. Client Name**  ☐ Self    ☐ Check if client is a state or local government or instrumentality
Indian Canyon Chualar Tribe of Costanoan-Ohlone People

**6. House ID#**
304700529

## TYPE OF REPORT

8. Year 2008   ☐ Q1 (1/1 - 3/31)   ☐ Q2 (4/1 - 6/30)  ☑ Q3 (7/1 - 9/30)   ☐ Q4 (10/1 - 12/31)

9. Check if this filing amends a previously filed version of this report  ☐

10. Check if this is a Termination Report  ☐    Termination Date _____    11. No Lobbying Issue Activity ☐

## INCOME OR EXPENSES - YOU MUST complete either Line 12 or Line 13

| **12. Lobbying** | **13. Organizations** |
| --- | --- |
| **INCOME** relating to lobbying activities for this reporting period was: | **EXPENSE** relating to lobbying activities for this reporting period were: |
| Less than $5,000  ☑ | Less than $5,000  ☐ |
| $5,000 or more    $ _____ | $5,000 or more    $ _____ |
| Provide a good faith estimate, rounded to the nearest $10,000, of all lobbying related income for the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | **14. REPORTING** Check box to indicate expense accounting method. See instructions for description of options.<br><br>☐ **Method A.** Reporting amounts using LDA definitions only<br><br>☐ **Method B.** Reporting amounts under section 6033(b)(8) of the Internal Revenue Code<br><br>☐ **Method C.** Reporting amounts under section 162(e) of the Internal Revenue Code |

**Signature**  Digitally Signed By: Warnke, Christine M. , Senior Governmental Affairs Advisor    **Date**  07/21/2008

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code GOV

16. Specific lobbying issues

| Seeking Reaffirmation of Tribal Recognition |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| Interior - Dept of (DOI),U.S. HOUSE OF REPRESENTATIVES,U.S. SENATE, |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Christine M. | Warnke | | | ☐ |
| Douglas P. | Wheeler | | | ☐ |
| Andrew L. | Spielman | | | ☐ |
| Danielle | DiMauro | | | ☑ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

|  |
|---|

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code IND

16. Specific lobbying issues

| Indian and Native American Affairs |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| Interior - Dept of (DOI), |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Christine M. | Warnke | | | ☐ |
| Douglas P. | Wheeler | | | ☐ |
| Andrew L. | Spielman | | | ☐ |
| Danielle | DiMauro | | | ☑ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☑ Check if None

| |
|---|

**Information Update Page – Complete ONLY where registration information has changed.**

20. Client new address

Address _____

City _____  State _____  Zip Code _____  Country _____

21. Client new principal place of business (if different than line 20)

City _____  State _____  Zip Code _____  Country _____

22. New General description of client's business or activities

Indian Tribe

# LOBBYIST UPDATE

23. Name of each previously reported individual who is no longer expected to act as a lobbyist for the client

| First Name | Last Name | Suffix | First Name | Last Name | Suffix |
|---|---|---|---|---|---|

# ISSUE UPDATE

24. General lobbying issue that no longer pertains

# AFFILIATED ORGANIZATIONS

25. Add the following affiliated organization(s)

Internet Address:

| Name | Address | Principal Place of Business |
|---|---|---|

| Name | Address | | | | | Principal Place of Business |
|---|---|---|---|---|---|---|
| | Street Address | Address | | | | (city and state or country) |
| | City | State/Province | Zip | Country | | |
| | Street Address | | | | | |
| | City | State/Province | Zip | Country | | |

26. Name of each previously reported organization that is no longer affiliated with the registrant or client

## FOREIGN ENTITIES

27. Add the following foreign entities:

| Name | Address | | | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|---|---|---|---|---|---|---|
| | Street Address | | | | | |
| | City | State/Province | Country | | | |

28. Name of each previously reported foreign entity that no longer owns, or controls, or is affiliated with the registrant, client or affiliated organization

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# <u>EXHIBIT_F</u>

# CONSTITUTION

## OF THE

## CHUALAR INDIANS OF INDIAN CANYON

### PREAMBLE

We, the Chualar Indians of Indian Canyon, located near
the town of Hollister and the San Juan Bautista Mission,
located in San Benito County, California, in order to
form a recognized and more representative organization
to manage all business affairs, and to preserve and make
secure our Indian homeland heritage, culture, and identity;
to safeguard our interests and general welfare; and further
improve the economic conditions of ourselves and Indian
Canyon; do hereby adopt this Constitution.

### PURPOSE

The descendent Indians of the Chualar Indians of Indian
Canyon do hereby adopt this Constitution which shall
henceforth constitute the governing authority of the
Tribe for the purpose of self government, to promote to
further enhance economic advance cooperative relations
with other tribal, Federal, State, and local governments.

### TERRITORY AND JURISDICTION

Section 1.  Territory and Jurisdiction.  The jurisdiction
of the Tribe and its General Governing Council shall
extend to the following:

(a)  All lands which are held in trust and other
resources within the interior boundaries of Indian Canyon.

(b)  All other lands, and resources which may be
hereafter acquired by the Tribe.

(c)  All recognized members of the Tribe, wherever
located.

## MEMBERSHIP

Section 1.  Membership.  The following persons shall be members of the Chualar Indians of Indian Canyon, California:

(a)  All persons of Indian descent whose names are listed as descendants of the Chualar Indians of Indian Canyon, ~~according to the provisions of the Bureau of Land Management (BLM) requirements~~, shall together be listed with dependent children, of said descendants.

(b)  All Indian persons living on the effective date of this Constitution who are lineal descendants of any person designated in subsection (a) of this Section.

## THE GENERAL GOVERNING COUNCIL

Section 1.  Council Composition.  The General Governing Council shall, at minimal, consist of the Chairperson, Secretary, and Treasurer.  The Council shall be elected by secret ballot.

Section 2.  Governing Council Meeting.  All meetings of the General Governing Council will be open to all of the Tribe's members, except in those cases where the matter under discussion would involve confidentiality.  In these cases, business will be conducted in a closed session of the Council.

## CERTIFICATION

This is to certify that the above Constitution was duly adopted by the Chualar Indians of Indian Canyon at a duly noticed, called, and convened meeting on the _____24_____ day of _____October_____, 1974, where a quorum was present.


_Ann Marie Sayers_
Ann Marie Sayers, Chairperson

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_G**



COSTANOAN INDIAN RESEARCH



Research, the non-profit organization of the Indian Canyon Chualar Tribe of Costanoan Ohlone People.

"Honor the past to shape the future." - Ann-Marie Sayers

ABOUT US          DONATE NOW



## About Us

Costanoan Indian Research, Inc. is a registered 501(c)(3) non-profit organization (FEIN: 68-0287736) owned and held by members of the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People, located in Hollister, California.



## Indian Canyon

Indian Canyon is the only federally recognized "Indian Country" near SF/Silicon Valley Area in the State of California from as far north as San Pablo (city), to as far South as Santa Ynez (city). Indian Canyon has been sacred land and home for Ohlone-Costanoan people for thousands of years.



## Our Values

We seek to improve and enhance the Recognition of Indigenous California Natives; encourage Reciprocity and Responsibility through actions, policies and programs impacting indigenous peoples and land; Respect the Costanoan Ohlone people.



## Get Involved

We welcome volunteers, donations, and visitors by appointment only.

Click here for more information



# ABOUT OUR ORGANIZATION

Costanoan Indian Research, Inc. ("CIR" est. 1985) is a registered 501(c)(3) non-profit organization at Indian Canyon, Hollister, California, owned and held by the Indian Canyon Chualar Tribe of the Costanoan-Ohlone People.

Indian Canyon has served as a safe haven for Indigenous peoples in need of land for ceremony and education. CIR has opened this land to visitors for indigenous studies and rural development. Indian Canyon is the only land continuously held by the Ohlone people, the first inhabitants of the San Francisco and Monterey Bay Area. Indian Canyon is the the only federally recognized "Indian Country" for 300 miles along central coastal California from San Pablo to Santa Ynez.

Case 1:22-cv-01319    Document 1-7    Filed 05/13/22    Page 58 of 68



READ MORE ABOUT INDIAN CANYON



**ORGANIZATION INTERESTS**

Innovation & Infrastructure
Efficient Program Management
Fair Consumption & Production
Climate Action for Preservation
Regulatory Compliance
Restoration of Indian Country



**TRIBAL NATION AGENDA**

Tribal Awareness Program
SMARTNative.Org (Addiction Abuse Support)
Educational Programs with Academia
Development of Opioid Alternatives
Scholarship Programs for Native Youth
Research & Development on Ecosystems

Case 1:22-cv-01319    Document 1-7    Filed 05/13/22    Page 59 of 68

# More About Us

## 1.

### #HonorNativeLand

The Mutsun-Ohlone people have maintained and been responsible for this land since time immemorial.

NATIVE LAND MAP  >

## 2.

### Federally Recognized "Indian Country"

In 1911, United states President William Taft officially recognized Sebastian Garcia and the Chualar Tribe when he signed the Trust Patent granting him and his Tribe and allotment of land , which is now part of Indian Canyon today .

## 3.

### Continuous Legacy of Land Stewardship

Upon Sebastian Garcia's death in 1933, The Department of the Interior declared his grand-daughter, Elena Sanchez, to be the legal heir of his allotment, thereby designated her as the new Tribal Leader of the small band of the Chualar Tribe in Indian Canyon.

## 4.

### Ann-Marie reclaims ancestral homelands

Upon Elena Sanchez' death in 1974, her daughter, Ann-Marie Sayers was designated the new Tribal Chairperson of the Costanoan Tribe in Indian Canyon. Ann-Marie updated the Tribe's name from the Chualar

Case 1:22-cv-01319    Document 1-7    Filed 05/13/22    Page 60 of 68

Tribe to the Costanoan Tribe to honor and recognize the region in which Indian Canyon was located.

**READ MORE**

## 5.

## Opening the land for all Indigenous peoples

Indian Canyon is available to all indigenous people to use for performing traditional ceremonies — something that was prohibited until the 1978 passage of the American Indian Religious Freedom Act. In welcoming other indigenous people to Indian Canyon, Sayers continues the land's long history as a refuge.

## 6.

## Honor Truth in History

Indian Canyon has in excess of 5,000 visitors annually from a caring host of many indigenous ceremonies and gatherings, fundraisers, school field trips. Indian Canyon is NOT a park, and we are only open to the public BY APPOINTMENT ONLY.

If you want to support the growth and sustainability of this refuge for indigenous peoples, please consider making a donation. All donations will support the continual evolution of infrastructure of Indian Canyon.

Donate Now

When you contribute, you support: the revitalization of our sacred traditions, Native ecological restoration, research, consultation, and education, community outreach and reconnection to sacred land, and the rematriation of our ancestral homeland

Volunteer your time, skills, services or internship, including: Grant Writers, Land stewardship, Indigenous Botanical Restoration, Fire/Flood Prevention, and more.

Costanoan Indian Research - Costanoan Indian Research

# MAKE A DONATION

If you want to support the growth and sustainability of this refuge for indigenous peoples, please consider making a donation.



# Visit Indian Canyon

Serving as a safe haven for Indigenous peoples in need of land for ceremony – pre and post contact. Located south of Hollister, this private remote Canyon may be visited by invitation and Appointment Only.









Share our journey and learn more about us.

Case 1:22-cv-01319    Document 1-7    Filed 05/13/22    Page 66 of 68

# Leadership & Advisors



## Kanyon Sayers-Roods

President & Tribal Co-Chair

Case 1:22-cv-01319   Document 1-7   Filed 05/13/22   Page 64 of 68



## Ann-Marie Sayers

Founder, Director & Tribal Co-Chair

Tom Bishop – Treasurer & CFO

Charles Heinz – Secretary & EVP

Ishita Sharma – Compliance & Legal Affairs





# Contact us now!

**NAME** *

**EMAIL** *

**PHONE**

**TYPE OF INQUIRY**

Select One

**REASON FOR INQUIRY**

SUBMIT

Witness Affidavit of Kanyon Sayers-Roods
(*CIR Inc., et al. v. Machado*)

# **EXHIBIT_H**

#12



## United States Department of the Interior

### BUREAU OF INDIAN AFFAIRS
### WASHINGTON, D.C. 20245

IN REPLY REFER TO:

Tribal Government Services – AR

Ms. Ann Marie Sayers
P.O. Box 28
Hollister, California 95814

Dear Ms. Sayers:

On July 13, 1989, the documented petition of the Indian Canyon Band of
Coastanoan/Mutsun Indians of California for Federal acknowledgment was
hand-delivered to the Branch of Acknowledgment and Research by Ms. Joy
Sundberg and Ms. Helen Marie Davis. We advised Ms. Sundberg and Ms. Davis
that we would make a cursory review of the petition with a view toward
determining if the acknowledgment process was appropriate for your group
and, if we found it was not, to provide suggestions regarding other
possible alternatives. We decided to do this because we knew that your
group consisted of only three members, and because it already had trust
land and appeared otherwise to be eligible for Federal services as Indians.

The petition describes a single family unit rather than a tribal unit of
the type which can be acknowledged under the Acknowledgment regulations.
It documents part of the history of the five direct heirs of Indian
allottee Sebastian Garcia and the trust land presently held by his
descendants. But it does not provide evidence of the existence of an
Indian tribe which has maintained a cohesive community and has exerted a
governing influence over its members from historic times to the present.
The petition does not indicate how or if the Garcia/Sanchez/Sayers family
members interacted with other Coastanoan people. Neither does it present
evidence that these family members have been identified historically as a
separate band or tribe.

On a preliminary basis, therefore, it appears that the Acknowledgment
process may not be an appropriate method for your group to gain Federal
recognition as a tribe. However, this does not mean that we are asking you
to withdraw the petition. You have the option of continuing in the process
and waiting for a more comprehensive review of the petition by one of our
research teams; the review for obvious deficiencies and significant
omissions (or OD review) as established in section 83.9 (a-b) of the
Acknowledgment regulations. Such a review might provide you with a much
clearer idea of the appropriateness of the Acknowledgment process for your
group. Due to our current backlog of casework, however, it might be a year
or more before we could complete such a review.

Your group may wish to pursue other options, one of which might be to
explore membership eligibility in a tribe which is already recognized or in
another group which has petitioned for acknowledgment. You also have the
option of seeking recognition through legislation or litigation.

If the primary aim of your acknowledgment effort is to obtain additional
Federal services, we would be happy to arrange a meeting with personnel
from the Bureau of Indian Affairs' Area Office and/or Central California
Agency in Sacramento to outline services and programs for which your group
may now be eligible as individual Indians who are already federally
recognized.

Please let us know your decisions and whether you wish to continue in the
Acknowledgment process.  If you have further questions, please contact
Michael Lawson, the Acknowledgment staff member who has administrative
responsibilty for California petitioners.  You may write him c/o Bureau of
Indian Affairs, Branch of Acknowledgment and Research, Mail Stop 4627-MIB,
18th and C Streets, N.W., Washington, D.C. 20240, or call him at (202)
343-3592.

                        Sincerely,

                        Carol A. Bacon

                        Chief, Division of Tribal
                        Government Services