# **EXHIBIT Z**

Photos Rural Mailbox of Indian Canyon Road
(Photos taken by Plaintiff on June 2, 2022)











