*Sayers-Roods., et al. v. Machado (June 6, 2022)*

# **EXHIBIT AA**

Plaintiff's Complaint Response
from USPS Inspector General
Declaring Federal Jurisdiction

# Hotline Complaint



| | |
|---|---|
| **From** | OIG <noreply@uspsoig.gov> |
| **To** | <ksr@costanoan.org> |
| **Reply-To** | <DoNotReply@uspsoig.gov> |
| **Date** | 2022-06-06 04:23 |

After careful review, we have determined this matter falls under the jurisdiction of the U.S. Postal Inspection Service (USPIS). We have forwarded your inquiry to USPIS for direct response to you. Please direct all further inquiries to USPIS. We have no further information to provide now that your concern has been forwarded.

You can reach USPIS online at https://postalinspectors.uspis.gov/, or by phone at 877-876-2455. Address written correspondence to:

U.S Postal Inspection Service
Criminal Investigations Service Center
433 W Harrison Street, Room 3255
Chicago IL 60699-3255

Thank you for contacting the USPS Office of Inspector General Hotline.

Sincerely,
The OIG Hotline Team **Submitted On** Friday, June 3, 2022 14:56
**Submission ID:** 269705
**I am a...:** USPS Customer
**Do you wish to remain anonymous?:** No
**Do you want confidentiality?:** No
**Are you willing to be interviewed?:** Yes
**Full Name:** Kanyon Sayers-Roods
**Street Address:** 1 Indian Canyon Road
**City:** Hollister
**State:** CA

**Zip Code:** 95024

**Primary Phone Number:** 8315310055

**Secondary Phone Number:**

**E-mail Address:** ksr@costanoan.org

**When did the misconduct occur?:** 2022-06-03

**Who committed the alleged misconduct/wrongdoing?**

Marlene Rita Machado

**What are the facts?**

From 3/8/2022 through present, a Non-native by the name of Marlene Rita Machado, who was/is trespassing on Indian Canyon Road and within Indian Canyon Ranch, had/has been illegally accessing, obstructing, and concealing incoming mail items sent to my Indian tribal community's rural mailbox located on Seneca Road, Hollister, CA 95024. See also civil action Sayers-Roods, et al. v. Machado, Case No. 5-22-cv-03092-EJD (USDC, CAND May 2022).

**Where did the misconduct/wrongdoing occur?**

The tort occurred at/within the Costanoan-Chualar Indian Tribal Community's rural mailbox located on Seneca Road, Hollister, CA 95024 near Indian Canyon Ranch on Indian Canyon Road. See also civil action Sayers-Roods, et al. v. Machado, Case No. 5-22-cv-03092-EJD (USDC, CAND May 2022).

**How was the misconduct/wrongdoing committed?**

Subject Machado went into Indian Canyon Road's rural mailbox and removed, collected, or stole postmarked mail items addressed to tribal members Ann-Marie Sayers (my mother), Christopher Sayers (my uncle), Kanyon Sayers-Roods (myself), or Costanoan Indian Research Inc. (our tribal organization), without Tribal Council or land trust holder's consent or authorization. NOTE: I a the Chairperson for the tribal council and Power-of-Attorney for Indian trust land holder Ann-Marie Sayers.

**Do you have first-hand knowledge of the misconduct/wrongdoing?**

Yes. She's been seen by myself and tribal staff coming and going to mailbox and the resident homes located Indian Canyon Road.

**Where can we obtain additional information concerning the misconduct/wrongdoing?**

This ongoing issue in controversy and interference with federal commerce with USPS follows a former issue wherein I was obliged to rekey a P.O. Box #28 (3/17/2022) that I was renting at the USPS branch office in Hollister, California. See also civil action Sayers-Roods, et al. v. Machado, Case No. 5-22-cv-03092-EJD (USDC, CAND May 2022), or contact tribal community's legal affairs director Cary Peterson at 831-531-0055 ext 23 (legal@costanoan.org).

**Who else might be aware of the misconduct/wrongdoing?**

The U.S. District Court, Bureau of Indian Affairs, California Attorney General (Indian Affairs Office), and the District Attorney for San Benito County, California.