# Certificate of Service

ON THIS 6th DAY of JUNE, 2022, Plaintiff Kanyon Sayers-Roods, for Parties, has caused the following to be filed with the Clerk of Court at U.S. District Court for the Northern California District, and served to Defendant Marlene Machado:

1. Plaintiff's Doc. 12 Order Answer Motion on Doc. 13 Amended Motion Oversight [FRCP 60], and Show of Cause for Relief under D.I. 13

2. Emergency Motion for Leave on Motion for Judicial Notice of Adjudicative Facts on Clerical Errors (re D.I. 1-7, D.I. 13-1, and other missing documents) [Fed. R. Evid. 201(c)(2), and Civil L.R. 1-5(p)]

3. Plaintiff's Affidavit in Support of Emergency Motion for Leave on Motion for Judicial Notice

4. Exhibit Z (Additional Exhibit Supporting Answer Motion and Supporting Affidavit)

5. Exhibits U and V (Resubmitted in Original Form)

6. Exhbit AA (Complaint Response from USPS Inspector General)

_6/6/2022_           _s/ Kanyon Sayers-Roods_
Date           By: KANYON SAYERS-ROODS, Plaintiff