Kanyon Sayers-Roods
1 Indian Canyon Road
Indian Canyon
Hollister, CA 95024
831.531.0055 (tel)
ksr@costanoan.org (email)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER OF ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON & KANYON SAYERS-ROODS (IN AN INDIVIDUAL CAPACITY), Plaintiff(s), vs. MARLENE RITA MACHADO, Respondent. | Case No. 5:22-cv-03092-EJD PLAINTIFF'S EMERGENCY MOTION FOR LEAVE ON JUDICIAL NOTICE OF ADJUDICATIVE FACTS PURSUANT TO FED. R. EVID. 201(C)(2) [SUPPORTED BY AFFIDAVIT] |

On this 3rd day of June, 2022, I, Kanyon Sayers-Roods ["PLAINTIFF"; Pro Per], in an individual capacity, and as Power-of-Attorney of Ann-Marie Sayers (75) of the Costanoan Indians of Indian Canyon, San Benito County [27 CFR 9.110 et seq.], California, hereby certify and submit this legal motion, under the penalty of perjury and in lieu of oath pursuant to 28 U.S.C. 1746, in efforts to respectfully, expeditiously, and effectively move this Court on the above-styled caption, with respect to D.I. 1-7, D.I. 13-1.

  Moreover, Plaintiff has filed hereto this Motion a Supporting Affidavit as testimonial evidence to compel this Court for an exigent judicial review as Fed. R. Evid. 201(c)(2)

irrefutably commands.

## CONCLUSION.

For reasons set forth above and Supporting Affidavit, shall the Court grant this emergency motion.

PLAINTIFF, Kanyon Sayers-Roods, hereby declares the foregoing as true and correct.

Dated this day 3rd of June, 2022.

                                 s/ Kanyon Sayers-Roods
                                 By: Kanyon Sayers-Roods,
                                 PLAINTIFF FOR PARTIES

cc: Bureau of Indian Affairs; California Attorney General (Indian Affairs); San Benito County District Attorney; Legal@Costanoan.Org