# EXHIBIT BB

DOCUMENTS SHOWING AN ACTIVE
WORKING CONTRACT BETWEEN
COSTANOAN INDIAN TRIBE OF INDIAN
CANYON & UNITED STATES ARMY
(DEC. 2020-PRESENT)

[See also Army-Costanoan Contract
Reference URL: https://www.spn.usace.army.
mil/Portals/68/docs/Environmental/Ocean_
Beach_EA_DEC2020.pdf?ver=
kEnmSpKJ5XDE_ItYgEGouA%3D%3D]

<Permalink to this long URL:
https://bit.ly/3mEDopq>



**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS 450
GOLDEN GATE
SAN FRANCISCO, CALIFORNIA 94103-1111

2 December 2020

SUBJECT: Ocean Beach Storm Damage Reduction and Beach Nourishment Project

Indian Canyon Mutsun Band of Costanoan Ohlone People
Kanyon Sayers-Roods, Creative Director, Tribal Monitor
P.O. Box 28
Hollister, CA, 95024

Dear Ms. Sayers-Roods,

The U.S. Army Corps of Engineers, San Francisco District (USACE), in partnership with the City and County of San Francisco Environmental Division and the National Park Service, are proposing the Ocean Beach Storm Damage Reduction Project on the west side of San Francisco peninsula at South Ocean Beach. The project is located near Sloat Boulevard on the north to Fort Funston on the south, and from the Great Highway on the east to the Pacific Ocean on the west. Our current identification efforts have determined that no historic properties are present within the project area based on a records search conducted at the California Historic Resources Information Systems Northwest Information Center and intensive literature review of past cultural resource inventories.

The project proposes to beneficially reuse dredged material to reduce the risks of storm damage to civic infrastructure, property (e.g., Great Highway, Oceanside Water Treatment Outfall, etc.) and safe access to beaches at Golden Gate National Recreation Area. The program involves upland and aquatic areas within a 3.5 mile area on and off shore along a 3,000 foot section of the South Ocean Beach shoreline. The annual dredging of the San Francisco Main Ship Channel will be disposed of on shore at South Ocean Beach. The dredge will anchor offshore in a previously designated disposal area and pump clean sand and sediment onshore. After dewatering, the material will be mounded up and compacted into a dune to protect the CCSF infrastructure including the Great Highway, Oceanside Water Treatment Outfall, and Golden Gate National Recreation Area access points. USACE is preparing an Environmental Assessment (EA) pursuant to the National Environmental Policy Act (NEPA) of 1969, as amended (42 U.S.C. § 4321) and compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (NHPA) and its implementing regulations under 36 C.F.R. § 800.

We are contacting your tribal band as a consulting party pursuant to Section 106 (36 C.F.R § 800.2(c)) and requesting your expertise with regard to your ancestral lands and knowledge of important cultural sites or traditional cultural areas that are within the Area of Potential Effects (APE) which is defined as the geographic area where the undertaking may directly or indirectly impact historic properties such as historically significant districts, sites, buildings, objects, or structures if any such properties exist (36 C.F.R. § 800.16(d)). If your tribal band has knowledge or information

concerning important resources that may meet the eligibility criteria for the National Register of Historic Places (NRHP) we respectfully request that you contact us to engage in meaningful consultation. Certain cultural resources that meet the eligibility criteria for the NRHP (36 C.F.R. § 60.4) have certain preservation measures under Section 106.

A geotechnical analysis was recently conducted by ESA, on behalf of the City and County of San Francisco, for the area south of Sloat Boulevard. The findings indicated that the project area is composed primarily of re-deposited dune sand and fill from 5 to 38 feet deep. This secondary layer of fill was the result of a massive program that involved grading and filling prior to major construction and general improvements of the adjacent Great Highway Extension which occurred in 1927 and 1929. Based on the records search results and thorough literature review of past cultural resource surveys conducted in the area, USACE is currently making the assumption that there is a low likelihood for intact precontact or historic resources to be present within the project area's APE. The undertaking's dredged material disposal activities at South Ocean Beach would also involve no ground disturbing work within the APE to uncover any subsurface cultural resources.

At this time, USACE is requesting consultation with your tribal band pursuant to 36 CFR § 800.2(c)(B)(ii)(A) by providing a reasonable and good faith effort to help in identifying and evaluating historic properties within the APE, including resources to be of traditional religious and cultural importance. USACE is also requesting your tribal band's views on the undertaking's effects towards historic properties that may exist within the study area. This includes Traditional Cultural Properties or any other religious or culturally significant resources that may be adversely affected by the proposed actions from this undertaking.

USACE also recognizes that a tribe may be reluctant in sharing information regarding the location, nature, and activities associated with such culturally significant resources or activities. We will ensure that any concerns raised about confidential information are properly addressed pursuant to 36 CFR § 800.11(c).

USACE respectfully requests your tribal band's response within 14 days of receiving this letter to assist in the Section 106 process of identifying historic properties. We kindly request for your tribal bands input within 14 days of receiving this letter, however USACE would still consider any comments your tribal band may have past the suspense date. If you have any questions or concerns regarding the project or this request, please contact Ms. Kathleen Ungvarsky at (415) 503-6842 or by email Kathleen.Ungvarsky@usace.army.mil.

Sincerely,


Tessa E. Beach
Chief, Environmental Sciences



**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS 450
GOLDEN GATE
SAN FRANCISCO, CALIFORNIA 94103-1111

2 December 2020

SUBJECT: Ocean Beach Storm Damage Reduction and Beach Nourishment Project

Ms. Ann Marie Sayers
Indian Canyon Mutsun Band of Costanoan
P.O. Box 28 Hollister, CA 95024

Dear Ms. Sayers,

The U.S. Army Corps of Engineers, San Francisco District (USACE), in partnership with the City and County of San Francisco Environmental Division and the National Park Service, are proposing the Ocean Beach Storm Damage Reduction Project on the west side of San Francisco peninsula at South Ocean Beach. The project is located near Sloat Boulevard on the north to Fort Funston on the south, and from the Great Highway on the east to the Pacific Ocean on the west. Our current identification efforts have determined that no historic properties are present within the project area based on a records search conducted at the California Historic Resources Information Systems Northwest Information Center and intensive literature review of past cultural resource inventories.

The project proposes to beneficially reuse dredged material to reduce the risks of storm damage to civic infrastructure, property (e.g., Great Highway, Oceanside Water Treatment Outfall, etc.) and safe access to beaches at Golden Gate National Recreation Area. The program involves upland and aquatic areas within a 3.5 mile area on and off shore along a 3,000 foot section of the South Ocean Beach shoreline. The annual dredging of the San Francisco Main Ship Channel will be disposed of on shore at South Ocean Beach. The dredge will anchor offshore in a previously designated disposal area and pump clean sand and sediment onshore. After dewatering, the material will be mounded up and compacted into a dune to protect the CCSF infrastructure including the Great Highway, Oceanside Water Treatment Outfall, and Golden Gate National Recreation Area access points. USACE is preparing an Environmental Assessment (EA) pursuant to the National Environmental Policy Act (NEPA) of 1969, as amended (42 U.S.C. § 4321) and compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (NHPA) and its implementing regulations under 36 C.F.R. § 800.

We are contacting your tribal band as a consulting party pursuant to Section 106 (36 C.F.R § 800.2(c)) and requesting your expertise with regard to your ancestral lands and knowledge of important cultural sites or traditional cultural areas that are within the Area of Potential Effects (APE) which is defined as the geographic area where the undertaking may directly or indirectly impact historic properties such as historically significant districts, sites, buildings, objects, or structures if any such properties exist (36 C.F.R. § 800.16(d)). If your tribal band has knowledge or information

concerning important resources that may meet the eligibility criteria for the National Register of Historic Places (NRHP) we respectfully request that you contact us to engage in meaningful consultation. Certain cultural resources that meet the eligibility criteria for the NRHP (36 C.F.R. § 60.4) have certain preservation measures under Section 106.

A geotechnical analysis was recently conducted by ESA, on behalf of the City and County of San Francisco, for the area south of Sloat Boulevard. The findings indicated that the project area is composed primarily of re-deposited dune sand and fill from 5 to 38 feet deep. This secondary layer of fill was the result of a massive program that involved grading and filling prior to major construction and general improvements of the adjacent Great Highway Extension which occurred in 1927 and 1929. Based on the records search results and thorough literature review of past cultural resource surveys conducted in the area, USACE is currently making the assumption that there is a low likelihood for intact precontact or historic resources to be present within the project area's APE. The undertaking's dredged material disposal activities at South Ocean Beach would also involve no ground disturbing work within the APE to uncover any subsurface cultural resources.

At this time, USACE is requesting consultation with your tribal band pursuant to 36 CFR § 800.2(c)(B)(ii)(A) by providing a reasonable and good faith effort to help in identifying and evaluating historic properties within the APE, including resources to be of traditional religious and cultural importance. USACE is also requesting your tribal band's views on the undertaking's effects towards historic properties that may exist within the study area. This includes Traditional Cultural Properties or any other religious or culturally significant resources that may be adversely affected by the proposed actions from this undertaking.

USACE also recognizes that a tribe may be reluctant in sharing information regarding the location, nature, and activities associated with such culturally significant resources or activities. We will ensure that any concerns raised about confidential information are properly addressed pursuant to 36 CFR § 800.11(c).

USACE respectfully requests your tribal band's response within 14 days of receiving this letter to assist in the Section 106 process of identifying historic properties. We kindly request for your tribal bands input within 14 days of receiving this letter, however USACE would still consider any comments your tribal band may have past the suspense date. If you have any questions or concerns regarding the project or this request, please contact Ms. Kathleen Ungvarsky at (415) 503-6842 or by email Kathleen.Ungvarsky@usace.army.mil.

Sincerely,

Tessa E. Beach
Chief, Environmental Sciences

**Subject**: Tribal inquiry for the Green Oaks Restoration Project (Corps file #2022-00040)
**From**: KKLLC Admin <admin@kanyonkonsulting.com>
**To**: Elise.H.Piazza@usace.army.mil
**Date Sent**: Wednesday, May 25, 2022 12:51:07 PM GMT-07:00
**Date Received**: Wednesday, May 25, 2022 12:51:07 PM GMT-07:00

miSmin Tuuhis [Good Day]

Kan rakat Kanyon Sayers-Roods. I am writing this on behalf of the Indian Canyon Band of Costanoan Ohlone People as requested, responding to your letter

As this project's Area of Potential Effect (APE) overlaps or is near the management boundary of a potentially eligible cultural site, I am interested in consulting and voicing our concerns. With some instances like this, usually we recommend that a Native American Monitor and an Archaeologist be present on-site at all times during any/all ground disturbing activities. The presence of a Native monitor and archaeologist will help the project minimize potential effects on the cultural site and mitigate inadvertent issues.

Kanyon Konsulting, LLC has numerous Native Monitors available for projects such as this, if applicable, we recommend a Cultural Sensitivity Training at the beginning of each project. This service is offered to aid those involved in the project to become more familiar with the indigenous history of the peoples of this land that is being worked on.

Kanyon Konsulting is a strong proponent of honoring truth in history, when it comes to impacting Cultural Resources and potential ancestral remains, we need to recognise the history of the territory we are impacting. We have seen that projects like these tend to come into an area to consult/mitigate and move on shortly after - barely acknowledging the Cultural Representatives of the territory they steward and are responsible for. Because of these possibilities, we highly recommend that you receive a specialized consultation provided by our company as the project commences, bringing in considerations about the Indigenous peoples and environment of this territory that you work, have settled upon and benefit from.

As previously stated, our goal is to Honor Truth in History. And as such we want to ensure that there is an effort from the project organizer to take strategic steps in ways that #HonorTruthinHistory. This will make all involved aware of the history of the Indigenous communities whom we acknowledge as the first stewards and land managers of these territories.

Potential Approaches to Indigenous Cultural Awareness/History:

➤Signs or messages to the audience or community of the territory being developed. (ex. A commerable plaque, page on the website, mural, display, or an Educational/Cultural Center with information about the history/ecology/resources of the land)

➤Commitment to consultation with the Native Peoples of the territory in regards to presenting and messaging about the Indigenous history/community of the land (Land Acknowledgement on website, written material about the space/org/building/business/etc, Cultural display of cultural resources/botanical knowledge or Culture sharing of Traditional Ecological Knowledge - Indigenous Science and Technology)

➤Advocation of supporting indigenous lead movements and efforts. (informing one's audience and/or community about local present Indigenous community)

We look forward to working with you.

Tumsan-ak kannis [Thank You]

Kanyon Sayers-Roods

Consultant / Tribal Monitor [ICMBCO]

Kanyon Konsulting, LLC

**Subject**: RE: [Non-DoD Source] SPN-2020-00471 Kinder Morgan Marsh Drive Pipeline
Replacement
**From**: "Piazza, Elise H SPN" <Elise.H.Piazza@usace.army.mil>
**To**: Admin User <admin@kanyonkonsulting.com>
**Date Sent**: Wednesday, March 17, 2021 7:24:21 AM GMT-07:00
**Date Received**: Wednesday, March 17, 2021 7:34:04 AM GMT-07:00

---

Hello Ms. Sayers-Roods,

Thank you for provide comments, the Corps will review them.

Sincerely,
Elise

---

**From:** Admin User <admin@kanyonkonsulting.com>
**Sent:** Tuesday, March 16, 2021 7:00 PM
**To:** Piazza, Elise H SPN <Elise.H.Piazza@usace.army.mil>
**Subject:** [Non-DoD Source] SPN-2020-00471 Kinder Morgan Marsh Drive Pipeline Replacement

To Whom it may concern
My name is Kanyon Sayers-Roods. I am writing this on behalf of the Indian Canyon Band of Costanoan Ohlone People as requested, responding to your letter dated : Mar 15 2021

As this project's Area of Potential Effect (APE) overlaps or is near the management boundary of a recorded and potentially eligible cultural site, we recommend that a Native American Monitor and an Archaeologist be present on-site at all times. The presence of a monitor and archaeologist will help the project minimize potential effects on the cultural site and mitigate inadvertent issues.

Kanyon Konsulting, LLC has numerous Native Monitors available for projects such as this, if applicable, along with Cultural Sensitivity Training at the beginning of each project. This service is offered to aid those involved in the project to become more familiar with the indigenous history of the peoples of this land that is being worked on.

Kanyon Konsulting, LLC believes in having a strong proponent of honoring truth in history, when it comes to impacting cultural resources and potential ancestral remains. We have seen that projects like these tend to come into an area to consult/mitigate and move on shortly after. Doing so has the strong potential to impact cultural resources and disturb ancestral remains. Because of these possibilities, we highly recommend that you receive a specialized consultation provided by our company as the project commences.

 As previously stated, our goal is to **Honor Truth in History**. And as such we want to ensure that there is an effort from the project organizer to take strategic steps in ways that **#HonorTruthinHistory**. This will make all involved aware of the history of the indigenous communities whom we acknowledge as the first stewards and land managers of these territories.

**Potential Approaches to Ingenious Culture Awareness/History:**
--Signs or messages to the audience or community of the territory being developed. (ex. A commerable plaque or as advantageous as an Educational/Cultural Center with information about the history of the land)

-- Commitment to consultation with the native peoples of the territory in regards to presenting messaging about the natives/Indigenous history of the land (Land Acknowledgement on website, written material about the space/org/building/business/etc)

-- Advocation of supporting indigenous lead movements and efforts. (informing one's audience and/or community about local present Indigenous community)

We look forward to working with you.
Best Regards,
Kanyon Sayers-Roods
Creative Director/Tribal Monitor
Kanyon Konsulting, LLC

---

**Subject**: SPN-2020-00471 Kinder Morgan Marsh Drive Pipeline Replacement
**From**: Admin User <admin@kanyonkonsulting.com>
**To**: Elise.H.Piazza@usace.army.mil
**Date Sent**: Tuesday, March 16, 2021 7:00:06 PM GMT-07:00
**Date Received**: Tuesday, March 16, 2021 7:00:06 PM GMT-07:00

**Subject**: Fwd: SPN-2020-00471 Kinder Morgan Marsh Drive Pipeline Replacement, Request for Information
**From**: Kanyon Sayers-Roods <kanyon@kanyonkonsulting.com>
**To**: KKLLC Admin <admin@kanyonkonsulting.com>
**Date Sent**: Tuesday, March 16, 2021 10:33:52 AM GMT-07:00
**Date Received**: Tuesday, March 16, 2021 10:34:06 AM GMT-07:00
**Attachments**: SPN-2020-00471_tribal Sayers mail_2021.03.15.pdf vicinity maps.pdf Kinder Morgan Piazza CCosta 2021.01.22.pdf SLF No Kinder Morgan Piazza CCosta 2021.01.22.pdf

---

Kanyon "Coyote Woman" Sayers-Roods

Co-Founder - CEO | Kanyon Konsulting, LLC

Mobile (831) 207-9331 | kanyon@kanyonkonsulting.com

www.kanyonkonsulting.com

Indian Canyon Mutsun Band of Costanoan Ohlone People

www.indiancanyonlife.org/ksr

http://about.me/kanyon.coyotewoman

---------- Forwarded message ---------
From: **Piazza, Elise H SPN** <Elise.H.Piazza@usace.army.mil>
Date: Mon, Mar 15, 2021, 3:52 PM
Subject: SPN-2020-00471 Kinder Morgan Marsh Drive Pipeline Replacement, Request for Information
To: ams@indiancanyon.org <ams@indiancanyon.org>
Cc: kanyon@kanyonkonsulting.com <kanyon@kanyonkonsulting.com>

Hello Chairperson Sayers,

I'm requesting comments on the Kinder Morgan Marsh Drive Pipeline Replacement (Corps file #2020-00471). Please see attached documents for further information.

Best,

Elise Piazza

Regulatory Project Manager

San Francisco District, U.S. Army Corps of Engineers

[Elise.h.piazza@usace.army.mil](mailto:Elise.h.piazza@usace.army.mil)

she/her/her's



**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

March 15, 2021

Regulatory Division

SUBJECT: Tribal Inquiry for the Kinder Morgan Marsh Drive Pipeline Replacement (Corps File No. SPN-2020-00471)


Chairperson Ann Marie Sayers
Indian Canyon Mutsun Band of Costanoan
P.O. Box 28
Hollister, California 95024
ams@indiancanyon.org

Dear Chairperson Sayers:

The Army Corps of Engineers (Corps) has received a permit application from Kinder Morgan for the replacement of approximately 135-feet of an existing pipeline with new, greenfield pipeline. This project would require a Department of the Army authorization to cut a 10-foot deep trench through Walnut Creek and lay down the new section of pipeline. The project would be located in the City of Martinez, Contra Costa County, California; Latitude 37.9989°, Longitude -122.0563°. A map depicting the project area is enclosed.

In an effort to address potential Native American concerns about the proposed project, the Corps is requesting any information that you are willing to share regarding the nature of cultural and Native American resources within the proposed project area. We respectfully request any comments you may have regarding this area's role in your tribal history, and we will address any concerns that may arise in this regard.

Based on our review of the application materials and a cultural resources inventory for the project area prepared by Donald Craig of TRC in December 2019, the Corps has determined that there are no sites listed or eligible for listing within the project area. In addition, the Native American Heritage Commission's record search of the Sacred Lands File did not indicate the presence of Native American cultural resources in the vicinity of the project area (see enclosure). We have also enclosed the following additional information to facilitate your review: Sacred Lands File results and tribal contact list.

Please review the enclosed information and let us know if you are willing to share information or have concerns relevant to the proposed project within 30 days of receipt of this letter.  If you have any questions, please contact Elise Piazza of our Regulatory staff by email at Elise.H.Piazza@usace.army.mil.  Please refer to this letter and Corps File # SPN-2020-00471 in your reply.

Sincerely,

Digitally signed by Katerina Galacatos
Date: 2021.03.15 15:33:24 -07'00'

Katerina Galacatos, Ph.D.
South Branch Chief, Regulatory Division

Enclosures

Electronic Copy Furnished (with enclosures):

Kanyon Sayers-Roods, MLD Contact (kanyon@kanyonkonsulting.com)



Sources: Kinder Morgan Walnut Creek, TRC 2019, ESRI Base Map "World Imagery Map"     04/08/20

Study Area

Study Area

*Biological Assessment Report*
*Kinder Morgan Walnut Creek Marsh Drive*
*Open-cut Trenching Project*

Regional Location Map

1:250,000

0    2    4
Miles

**Figure 1**

N

Coordinate System:
NAD 1983 StatePlane
California III (US Feet)

TRC



Sources: Kinder Morgan Walnut Creek, TRC 2019, ESRI Base Map "USGS Topographic Map"    04/08/2020

☐ Study Area

*Biological Assessment Report*
*Kinder Morgan Walnut Creek Marsh Drive*
*Open-cut Trenching Project*

USGS Topographic Map

1:24,000

0    1,250    2,500
Feet

**Figure 2**

Coordinate System:
NAD 1983 StatePlane
California III (US Feet)

TRC

N



SPN-2020-00471
Kinder Morgan Marsh Drive Pipeline Replacement

***Amah MutsunTribal Band of***
***Mission San Juan Bautista***
Irene Zwierlein, Chairperson
789 Canada Road                    Costanoan
Woodside, CA, 94062
Phone: (650) 851 - 7489
Fax: (650) 332-1526
amahmutsuntribal@gmail.com

***Chicken Ranch Rancheria of***
***Me-Wuk Indians***
Lloyd Mathiesen, Chairperson
P.O. Box 1159                      Me-Wuk
Jamestown, CA, 95327
Phone: (209) 984 - 9066
Fax: (209) 984-9269
lmathiesen@crtribal.com

***Guidiville Indian Rancheria***
Donald Duncan, Chairperson
P.O. Box 339                       Pomo
Talmage, CA, 95481
Phone: (707) 462 - 3682
Fax: (707) 462-9183
admin@guidiville.net

***Indian Canyon Mutsun Band of***
***Costanoan***
Kanyon Sayers-Roods, MLD
Contact
1615 Pearson Court                 Costanoan
San Jose, CA, 95122
Phone: (408) 673 - 0626
kanyon@kanyonkonsulting.com

***Indian Canyon Mutsun Band of***
***Costanoan***
Ann Marie Sayers, Chairperson
P.O. Box 28                        Costanoan
Hollister, CA, 95024
Phone: (831) 637 - 4238
ams@indiancanyon.org

***Muwekma Ohlone Indian Tribe***
***of the SF Bay Area***
Monica Arellano, Vice
Chairwoman
20885 Redwood Road, Suite 232  Costanoan
Castro Valley, CA, 94546
Phone: (408) 205 - 9714
marellano@muwekma.org

***Nashville Enterprise Miwok-***
***Maidu-Nishinam Tribe***
Cosme Valdez, Chairperson
P.O. Box 580986                    Miwok
Elk Grove, CA, 95758-0017
Phone: (916) 429 - 8047
Fax: (916) 429-8047
valdezcome@comcast.net

***North Valley Yokuts Tribe***
Katherine Perez, Chairperson
P.O. Box 717                       Costanoan
Linden, CA, 95236                  Northern Valley
Phone: (209) 887 - 3415            Yokut
canutes@verizon.net

***North Valley Yokuts Tribe***
Timothy Perez,
P.O. Box 717                       Costanoan
Linden, CA, 95236                  Northern Valley
Phone: (209) 662 - 2788            Yokut
huskanam@gmail.com

***The Ohlone Indian Tribe***
Andrew Galvan,
P.O. Box 3388                      Bay Miwok
Fremont, CA, 94539                 Ohlone
Phone: (510) 882 - 0527            Patwin
Fax: (510) 687-9393                Plains Miwok
chochenyo@AOL.com

***Wilton Rancheria***
Jesus Tarango, Chairperson
9728 Kent Street                   Miwok
Elk Grove, CA, 95624
Phone: (916) 683 - 6000
Fax: (916) 683-6015
jtarango@wiltonrancheria-nsn.gov

***Wilton Rancheria***
Steven Hutchason, THPO
9728 Kent Street                   Miwok
Elk Grove, CA, 95624
Phone: (916) 683 - 6000
Fax: (916) 863-6015
shutchason@wiltonrancheria-
nsn.gov

This list is current only as of the date of this document. Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources assessment for the proposed Kinder Morgan Marsh Drive Pipeline Replacement Project, Contra Costa County.

**Wilton Rancheria**

Dahlton Brown, Director of
Administration
9728 Kent Street            Miwok
Elk Grove, CA, 95624
Phone: (916) 683 - 6000
dbrown@wiltonrancheria-nsn.gov

**The Confederated Villages of
Lisjan**

Corrina Gould, Chairperson
10926 Edes Avenue           Bay Miwok
Oakland, CA, 94603          Ohlone
Phone: (510) 575 - 8408     Delta Yokut
cvltribe@gmail.com

This list is current only as of the date of this document. Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources assessment for the proposed Kinder Morgan Marsh Drive Pipeline Replacement Project, Contra Costa County.



# NATIVE AMERICAN HERITAGE COMMISSION

February 22, 2021

CHAIRPERSON
**Laura Miranda**
*Luiseño*

VICE CHAIRPERSON
**Reginald Pagaling**
*Chumash*

SECRETARY
**Merri Lopez-Keifer**
*Luiseño*

PARLIAMENTARIAN
**Russell Attebery**
*Karuk*

COMMISSIONER
**William Mungary**
*Paiute/White Mountain Apache*

COMMISSIONER
**Julie Tumamait-Stenslie**
*Chumash*

COMMISSIONER
[Vacant]

COMMISSIONER
[Vacant]

COMMISSIONER
[Vacant]

EXECUTIVE SECRETARY
**Christina Snider**
*Pomo*

**NAHC HEADQUARTERS**
1550 Harbor Boulevard
Suite 100
West Sacramento,
California 95691
(916) 373-3710
nahc@nahc.ca.gov
NAHC.ca.gov

Elise Piazza
USACE

Via Email to: elise.h.piazza@usace.army.mil

**Re: Kinder Morgan Marsh Drive Pipeline Replacement Project, Contra Costa County**

Dear Ms. Piazza:

A record search of the Native American Heritage Commission (NAHC) Sacred Lands File (SLF) was completed for the information you have submitted for the above referenced project. The results were <u>negative</u>. However, the absence of specific site information in the SLF does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Attached is a list of Native American tribes who may also have knowledge of cultural resources in the project area. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated; if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call or email to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from tribes, please notify me. With your assistance, we can assure that our lists contain current information.

If you have any questions or need additional information, please contact me at my email address: Sarah.Fonseca@nahc.ca.gov.

Sincerely,

Sarah Fonseca
*Cultural Resources Analyst*

Attachment

To Whom it may concern

My name is Kanyon Sayers-Roods. I am writing this on behalf of the Indian Canyon Band of Costanoan Ohlone People as requested, responding to your letter dated : Mar 15 2021

As this project's Area of Potential Effect (APE) overlaps or is near the management boundary of a recorded and potentially eligible cultural site, we recommend that a Native American Monitor and an Archaeologist be present on-site at all times. The presence of a monitor and archaeologist will help the project minimize potential effects on the cultural site and mitigate inadvertent issues.

Kanyon Konsulting, LLC has numerous Native Monitors available for projects such as this, if applicable, along with Cultural Sensitivity Training at the beginning of each project. This service is offered to aid those involved in the project to become more familiar with the indigenous history of the peoples of this land that is being worked on.

Kanyon Konsulting, LLC believes in having a strong proponent of honoring truth in history, when it comes to impacting cultural resources and potential ancestral remains. We have seen that projects like these tend to come into an area to consult/mitigate and move on shortly after. Doing so has the strong potential to impact cultural resources and disturb ancestral remains. Because of these possibilities, we highly recommend that you receive a specialized consultation provided by our company as the project commences.

As previously stated, our goal is to **Honor Truth in History**. And as such we want to ensure that there is an effort from the project organizer to take strategic steps in ways that **#HonorTruthinHistory**. This will make all involved aware of the history of the indigenous communities whom we acknowledge as the first stewards and land managers of these territories.

**Potential Approaches to Ingenious Culture Awareness/History:**

--Signs or messages to the audience or community of the territory being developed. (ex. A commerable plaque or as advantageous as an Educational/Cultural Center with information about the history of the land)

-- Commitment to consultation with the native peoples of the territory in regards to presenting messaging about the natives/Indigenous history of the land (Land Acknowledgement on website, written material about the space/org/building/business/etc)

-- Advocation of supporting indigenous lead movements and efforts. (informing one's audience and/or community about local present Indigenous community)

We look forward to working with you.

Best Regards,

Kanyon Sayers-Roods

Creative Director/Tribal Monitor

Kanyon Konsulting, LLC

**Subject**: Fwd: BART No Mainline Connector Project (Corps 2020-00284)
**From**: Kanyon Sayers-Roods <kanyon@kanyonkonsulting.com>
**To**: KKLLC Admin <admin@kanyonkonsulting.com>
**Date Sent**: Friday, March 11, 2022 8:05:46 PM GMT-08:00
**Date Received**: Friday, March 11, 2022 8:05:59 PM GMT-08:00

---

Recording today
Says I'm checking on Corrina Gould and Ruth Orta regarding sensative areas.
And geo coring results {that I believe we would need an archeo to review.}


Kanyon "Coyote Woman" Sayers-Roods

Co-Founder - CEO | Kanyon Konsulting, LLC

Mobile (831) 207-9331 | kanyon@kanyonkonsulting.com

www.kanyonkonsulting.com


Indian Canyon Mutsun Band of Costanoan Ohlone People


www.indiancanyonlife.org/ksr

http://about.me/kanyon.coyotewoman


---------- Forwarded message ---------
**From: MALAMUD-ROAM, Frances Pond CIV USARMY CESPN (USA)** <Frances.P.Malamud-Roam@usace.army.mil>
Date: Fri, Mar 11, 2022, 5:06 PM
Subject: RE: BART No Mainline Connector Project (Corps 2020-00284)
To: kanyon@kanyonkonsulting.com <kanyon@kanyonkonsulting.com>, Aidin Sarabi <asarabi@bart.gov>
Cc: Raphael Garcia <raphael.garcia@bart.gov>, Donald Dean <ddean@bart.gov>, kevin.fisher1@jacobs.com <kevin.fisher1@jacobs.com>, Kraft, Dominique (FTA) <Dominique.Kraft@dot.gov>, Hughes, Candice (FTA) <candice.hughes@dot.gov>, Maraschino, Sarafina CIV USARMY CESPN (USA) <Sarafina.S.Maraschino@usace.army.mil>


Apologies:  please correct the spelling for Ms. Sayers-Roods.


Regards,



Frances Malamud-Roam

Regulatory Project Manager

San Francisco District, U.S. Army Corps of Engineers

450 Golden Gate Avenue, 4th Floor

San Francisco, California 94102-3404

Phone:  (415) 503-6792

---

**From:** MALAMUD-ROAM, Frances Pond CIV USARMY CESPN (USA)
**Sent:** Friday, March 11, 2022 2:49 PM
**To:** kanyon@kanyonkonsulting.com; Aidin Sarabi <asarabi@bart.gov>
**Cc:** Raphael Garcia <raphael.garcia@bart.gov>; Donald Dean <ddean@bart.gov>;
kevin.fisher1@jacobs.com; Kraft, Dominique (FTA) <Dominique.Kraft@dot.gov>; Hughes,
Candice (FTA) <candice.hughes@dot.gov>; Maraschino, Sarafina CIV USARMY CESPN (USA)
<Sarafina.S.Maraschino@usace.army.mil>
**Subject:** BART No Mainline Connector Project (Corps 2020-00284)

Hello all,

Thanks for bearing with the technical glitches today.

I have as an action item sending this email to Ms. Sayers-Roos to ensure that she has my email address.

BART will provide copies of geotechnical reports that may be useful for gleaning information about buried soils – if you send it to me, I will forward on to Ms. Sayers-Roos at the above email address.

Kanyon Konsulting will review the reports, share them with local area experts (Chochenyo territory).  If they have additional concerns, questions, or recommended conservation measures, please relay to me at the Corps and I will share with the BART team and the FTA.

Sincerely,

Frances

Frances Malamud-Roam

Regulatory Project Manager

San Francisco District, U.S. Army Corps of Engineers

450 Golden Gate Avenue, 4th Floor

San Francisco, California 94102-3404

Phone:  (415) 503-6792