# EXHIBIT EE

DOCUMENTS SHOWING ACTIVE
BUSINESS INTERESTS OR
CONTRACTS  BETWEEN
COSTANOAN INDIAN TRIBE OF INDIAN
CANYON & PG&E (POWER COMPANY),
& GOVERNMENT AGENCIES ON
INDIAN RESEARCH STUDIES

[See highlighted section at pages:
5, 16, 44, 62, 95, 98, 116, 142, 169, 206,
207, 209, 214, 215, 216
(i.e., "Ann-Marie Sayers"; "Costanoan")]

# HISTORIC PROPERTY SURVEY REPORT

## 1. UNDERTAKING DESCRIPTION AND LOCATION

| District | County | Federal Project. Number. | Location |
|---|---|---|---|
| 5 | MNT | BRLO-5944(103) | Monterey County, California |

**Project Description**:

The County of Monterey, with funding administered through the Federal Highway Administration and in coordination with the California Department of Transportation, proposes the Hartnell Road Bridge Replacement Project, Monterey County, California. The project will replace Hartnell Road Bridge over Alisal Creek (Attachment 1: Figures 1–3).

The project will widen the existing 23-foot-wide roadway and bridge with two 12-foot travel lanes and two 8-foot shoulders. There will be approximately 400 feet of approach work required with the bridge replacement. Within the APE, the existing pavement of Hartnell Road would be excavated or recycled and a new structural section of 6-inch hot mix asphalt (HMA) on 18 inches of aggregate base would be constructed. Three-foot shoulder backing and side slopes of 4:1 on Hartnell Road are proposed to transition the roadway elevation back to the existing ground surface on both sides of the roadway. The total new paved width of Hartnell Road is proposed to be 40 feet. The new box culvert carrying Alisal Creek will be skewed at an approximately 45-degree angle in order to facilitate the flow of the creek. Standard wingwalls will also be constructed.

## 2. AREA OF POTENTIAL EFFECTS

In accordance with Stipulation VIII.A of the Section 106 Programmatic Agreement, the Area of Potential Effects (APE) for the project was established in consultation with Kelda Wilson, PQS Principal Investigator, Prehistoric Archaeology, and Reinie Jones, Caltrans Project Engineer, on February 3, 2016. The APE map is located in Attachment 1 of this Historic Property Survey Report (Figure 3).

**Archaeological APE**

The Archaeological APE has been delineated to include the entirety of ground-disturbing activities consisting of bridge construction, driveway conform reconstruction, a temporary detour for contractor use only, and project staging. The Archaeological APE has been delineated to include minor portions of the following three parcels #107-031-013-000, #153-011-053-000, and #153-011-060-000. The permanent effects on these parcels are limited to driveway conform reconstruction and grading along Hartnell Road.

The table below (Table A) lists the depth of ground disturbance in the APE.

**Table A: Depth of Ground Disturbance**

| Project Actions | Proposed Depth of Actions (ft) |
|---|---|
| Project staging | 2 |
| Grading | 8 |
| Demolition of existing culvert and installation of new culvert | 8 |
| Sign posts | 8 |

**Architectural APE**

The Architectural APE has been delineated to include the entirety of parcel #107-031-013-000, where the permanent effects will consist of driveway conform reconstruction and grading in the parcel to within 20 feet of a house fronting Hartnell Road. The Architectural APE has not been bounded around the following parcels, as there will be only minor ground disturbance in these parcels:

- At parcel #153-011-053-000, the permanent effects will consist of driveway conform reconstruction and grading to return Alisal Creek to its original condition when the temporary construction access road is removed.

- At parcel #153-011-060-000, the permanent effects will consist of driveway conform reconstruction and grading along Hartnell Road. The minor portion of the temporary construction access road in the parcel constitutes a temporary effect that will disappear when the land reverts to agricultural use after the project is concluded.

The effects at parcels #153-011-053-000 and #153-011-060-000 are negligible and do not constitute a direct or indirect effect to the buildings on the parcels. The only permanent disturbance of the parcels will consist of driveway conform reconstruction and grading along Hartnell Road. None of the project's permanent effects will change the setting of the nearby buildings, and the fractional use of the parcels is sufficiently minimal that effects to the buildings are not anticipated. This conclusion is consistent with Caltrans guidance that "Indirect effects are more likely for projects that involve acquiring new right of way, constructing new facilities, expanding capacity, or changing land use" (SER Vol. II, Chapter 4:8). As this project does not include any of these activities, the Architectural APE has not been delineated to include these two private parcels.

## 3. CONSULTING PARTIES / PUBLIC PARTICIPATION

**X**   Native American Heritage Commission (Attachment 2)

On April 30, 2015, LSA sent a letter describing the project with maps depicting the APE to the Native American Heritage Commission (NAHC) in Sacramento asking the Commission to review their Sacred Lands File for any Native American cultural resources that might be affected by the project. LSA also requested the names of Native Americans who might have information or concerns about the project. In a fax dated May 27, 2015, Ms. Katy Sanchez, Associate Government Program Analyst, informed LSA that a records search of the Sacred Lands File did not "indicate the presence of Native American cultural resources in the immediate project area." Ms. Sanchez also provided a list of Native American contacts.

**X**   Native American Tribes, Groups and Individuals (Attachment 3)

On June 3, 2016, LSA sent a letter with maps to the Native Americans listed on the NAHC contacts list, requesting information or concerns they might have regarding tribal cultural resources. Responses are documented in Table B.

## Table B: Native American Consultation

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| Jakki Kehl, | (Ohlone/Costanoan) | June 3, 2016 | None | June 30, 2016, email. | No response has been received to date. |
| Tony Cerda, Chairperson | Costanoan Rumsen Carmel Tribe (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Cerda to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Louise Miranda-Ramirez, Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | In a June 14, 2016, letter, Chairperson Ramirez stated that OCEN requests consultation. | On July 13, 2016, LSA left a voice message asking Chairperson Ramirez if OCEN's AB 52 consultation with the County could stand in for Section 106 consultation. | In a July 13, 2016, telephone conversation, Chairperson Ramirez stated that her comments resulting from AB 52 consultation with the County can stand in for Section 106 consultation. In addition, she requested that any artifacts identified be provided to OCEN. |
| Ramona Garibay, Representative | Trina Marine Ruano Family (Ohlone/Costanoan, Bay Miwok, Plains Miwok, and Patwin) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Ms. Garibay to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Valentin Lopez, Chairperson | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | July 13, 2016, follow-up telephone call. | Chairperson Lopez requested that he be contacted if archaeological cultural resources are identified. |
| Irenne Zweirlein, Chairperson | Amah Mutsun Tribal Band of Mission San Juan Bautista (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Zweirlein to contact LSA if she has questions or concerns regarding the projects. | |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact | No response has been received to date. |

*[HPSR form rev 08/07/15] Caltrans, Division of Environmental Analysis. Copyright © 2014 State of California. All rights reserved.*
*Alteration to the title and section headings is prohibited.*

| | | | | LSA if she has questions or concerns regarding the projects. | |
|---|---|---|---|---|---|
| Christianne Arias, Vice Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Arias therefore did not receive a follow-up contact. | N/A | N/A |
| Edward Ketchum | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Mr. Ketchum to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Pauline Martinez-Arias Tribal Council Woman | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Martinez-Arias therefore did not receive a follow-up contact. | N/A | N/A |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Michelle Zimmer | Amah Mutsun Tribal Band of Mission San Juan Bautista | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message with Ms. Zimmer's secretary asking Ms. Zimmer to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |

**Assembly Bill 52 Consultation**

During a June 14, 2016, meeting with County of Monterey Department of Public Works, Chairwoman Louise Ramirez of the Ohlone Costanoan Esselen Nation stated that tribal representative James Martinez should monitor ground-disturbing activities in the APE. She also stated that any artifacts identified during construction should be submitted to OCEN.

**X**    Local Historical Society / Historic Preservation Group (Attachment 4)

On May 25, 2016, LSA sent letters describing the project and maps depicting the APE to the Monterey County Historical Society (MCHS) requesting any information or concerns they may have about the project.

In an email dated July 20, 2016, MCHS Curator and Archivist James Perry stated the following: "I have a few thoughts about these bridges that merit some consideration: Any historical plaques (if any) located on or attached to these bridges relating to their original construction date needs to be retrieved and saved, if possible; and 1)The original plaque(s) could be re-installed somewhere on the new bridge, or 2) The plaques can be forwarded to our institution given the fact that we have been approved by CalTrans as a repository for historical artifacts. Please let me know if you need any clarification."

# 4. SUMMARY OF IDENTIFICATION EFFORTS

| | |
|---|---|
| **X** National Register of Historic Places | **X** California Points of Historical Interest |
| **X** California Register of Historical Resources | **X** California Historical Resources Information System (CHRIS) |
| **X** California Inventory of Historic Resources | **X** Caltrans Historic Highway Bridge Inventory |
| **X** California Historical Landmarks | **_** Caltrans Cultural Resources Database (CCRD) |

**X** Results: A records search (#14-1422) of the APE and a 1-mile radius was conducted at the Northwest Information Center on April 16, 2015.

The records search did not identify any cultural resources or studies within the APE or the 1-mile records search radius.

The Caltrans Historic Bridge Inventory lists the bridge (#44C0110) as not eligible for inclusion in the NRHP (Attachment 5).

# 5. PROPERTIES IDENTIFIED

**X**    No cultural resources are present within the APE.

**X**    Neal Kaptain, M.A., RPA, who meets the Professionally Qualified Staff Standards in Section 106 Programmatic Agreement Attachment 1 as a consultant archaeologist and architectural historian, has determined that the only/only other properties present within the APE meet the criteria for Section 106 Programmatic Agreement Attachment 4 (Properties Exempt from Evaluation).

- The houses and farm buildings at parcel APN #107-031-013-000 appear exemptible as property type 2, "Buildings, structures, objects, districts, and sites less than 30 years old," and property type 6, "Altered buildings, structures, objects, districts and sites that appear to be less than 30 years old."

**X**    Bridges listed as Category 5 in the Caltrans Historic Highway Bridge Inventory are present within the APE. Appropriate pages from the Caltrans Historic Bridge Inventory are in Attachment 4.

## 6. HPSR to District File

**X**    Caltrans, pursuant to Section 106 Programmatic Agreement Stipulation VIII.B, has determined that there are no cultural resources present in the APE and/or there are properties within the APE that are exempt from evaluation; see Section 5.

## 7. HPSR to SHPO

**X**    Not applicable.

## 8. HPSR to CSO

**X**    Not applicable.

## 9. Findings for State-Owned Properties

### Findings to District File

**X**    Not applicable; project does not involve Caltrans right-of-way or there are no Caltrans-owned cultural resources within the APE.

### Findings to SHPO

**X**    Not applicable.

### Findings to CSO

**X**    Not applicable.

## 10. CEQA Considerations

**X**    Not applicable; Caltrans is not the lead agency under CEQA.

## 11. List of Attached Documentation

**X**    Project Vicinity, Location, and APE Maps (Attachment 1)
**X**    Native American Heritage Commission Consultation (Attachment 2)
**X**    Native American Contacts Consultation (Attachment 3)
**X**    Historical Society Consultation (Attachment 4)
**X**    Caltrans Historic Bridge Inventory (Attachment 5)
**X**    Archaeological Survey Report (Attachment 6) (Kaptain 2016)

## 12. HPSR Preparation and Caltrans Approval

Prepared by
Consultant / discipline:

August 22, 2016

Neal Kaptain, M.A., RPA      Date
Consultant Archaeologist and Architectural
Historian

Affiliation     LSA, Point Richmond, California

Reviewed for approval
by:

District 5 Caltrans PQS
discipline/level:

8.31.16

Alexandra Bevk, PQS Principal Architectural    Date
Historian

Reviewed for approval
by:

8-29-16

District 5 Caltrans PQS    Krisstin Sibley, M.A.    Date
discipline/level:    PQS PI Prehistoric Archaeology

Approved by:                8-31-16

District 5 EBC:    Randy LaVack    Date
           Environmental Stewardship Branch Chief

# ATTACHMENT 1

# FIGURES

Figure 1: Regional Location
Figure 2: Project Area
Figure 3: Area of Potential Effects



Project Area

FIGURE 1



N

0    1000    2000
FEET

SOURCE: ESRI StreetMap North America (2012).

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)



**Project Area**

LEGEND

☐ Project Area

FIGURE 2

N

0    1000    2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)





153-011-060-000

153-011-053-000

Alisa

137-141-001-000

107-031-013-000

| | | |
|---|---|---|
| cts | — New Bridge | — Re-aligned Alisal Creek |
| s | — Driveway Conform | ✕—✕ New Fence |
| | — Limit of Cut/Fill | ···· Existing Fence to be Removed |
| cel Line | | |

# ATTACHMENT 2

# NATIVE AMERICAN HERITAGE COMMISSION CONSULTATION

STATE OF CALIFORNIA                                              Edmund G. Brown, Jr., Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
1550 Harbor Blvd., ROOM 100
West SACRAMENTO, CA 95691
(916) 373-3710
Fax (916) 373-5471



May 27, 2015

Neal Kaptain
LSA Associates, Inc.
157 Park Place
Pt. Richmond, CA 94801

Sent By Fax: (510) 236-3480
Number of Pages: 3

Re: Hartnell Road Bridge Replacement Project, Monterey County.

Dear Mr. Kaptain,

A record search of the sacred land file has failed to indicate the presence of Native American cultural resources in the immediate project area. The absence of specific site information in the sacred lands file does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Enclosed is a list of Native Americans individuals/organizations who may have knowledge of cultural resources in the project area. The Commission makes no recommendation or preference of a single individual, or group over another. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated, if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe or group. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from any of these individuals or groups, please notify me. With your assistance we are able to assure that our lists contain current information. If you have any questions or need additional information, please contact me at (916) 373-3712.

Sincerely,

*Katy Sanchez*

Katy Sanchez
Associate Government Program Analyst

## Native American Contacts
## Monterey County
## May 20, 2015

Jakki Kehl
720 North 2nd Street          Ohlone/Costanoan
Patterson     , CA 95363
jakkikehl@gmail.com
510-701-3975

Amah MutsunTribal Band of Mission San Juan Bautista
Irenne Zwierlein, Chairperson
789 Canada Road               Ohlone/Costanoan
Woodside    , CA 94062
amahmutsuntribal@gmail.com
(650) 400-4806 Cell

(650) 332-1526 Fax

Coastanoan Rumsen Carmel Tribe
Tony Cerda, Chairperson
240 E. 1st Street             Ohlone/Costanoan
Pomona    , CA 91766
rumsen@aol.com
(909) 524-8041 Cell
(909) 629-6081

Ohlone/Coastanoan-Esselen Nation
Christianne Arias, Vice Chairperson
519 Viejo Gabriel             Esselen
Soledad     , CA 93960        Ohlone/Costanoan
(831) 235-4590

Ohlone/Coastanoan-Esselen Nation
Louise Miranda-Ramirez, Chairperson
P.O. Box 1301                 Esselen
Monterey    , CA 93942        Ohlone/Costanoan
ramirez.louise@yahoo.com
(408) 629-5189
(408) 205-7579 Cell

Amah MutsunTribal Band
Edward Ketchum
35867 Yosemite Ave            Ohlone/Costanoan
Davis      , CA 95616         Northern Valley Yokuts
aerieways@aol.com

Trina Marine Ruano Family
Ramona Garibay, Representative
30940 Watkins Street          Ohlone/Costanoan
Union City    , CA 94587      Bay Miwok
soaprootmo@comcast.net        Plains Miwok
(510) 972-0645                Patwin

Ohlone/Coastanoan-Esselen Nation
Pauline Martinez-Arias, Tribal Council woman
1116 Merlot Way               Esselen
Gonzales    , CA 93926        Ohlone/Costanoan
makiicl0-us@gmail
(831) 596-9897

Amah MutsunTribal Band
Valentin Lopez, Chairperson
P.O. Box 5272                 Ohlone/Costanoan
Galt      , CA 95632          Northern Valley Yokuts
vlopez@amahmutsun.org
(916) 743-5833

Indian Canyon Mutsun Band of Costanoan
Ann Marie Sayers, Chairperson
P.O. Box 28                   Ohlone/Costanoan
Hollister    , CA 95024
ams@indiancanyon.org
(831) 637-4238

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

**Native American Contacts**
**Monterey County**
**May 20, 2015**

Amah MutsunTribal Band of Mission San Juan Bautista
Michelle Zimmer
789 Canada Road          Ohlone/Costanoan
Woodside     , CA 94062
amahmutsuntribal@gmail.com

(650) 851-7747 Home

(650) 332-1526 Fax

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

# ATTACHMENT 3

## NATIVE AMERICAN CONTACTS CONSULTATION

(To save paper, one representative set of letters and maps is included here.)

**LSA**  | LSA ASSOCIATES, INC.
157 PARK PLACE
PT. RICHMOND, CALIFORNIA 94801

510.236.6810 TEL
510.236.3480 FAX

BERKELEY
CARLSBAD
FORT COLLINS

FRESNO
IRVINE
PALM SPRINGS

RIVERSIDE
ROCKLIN
SAN LUIS OBISPO

June 3, 2016

Chairperson Louise Miranda-Ramirez
Ohlone Costanoan Esselen Nation
P.O. Box 1301
Monterey, California 93942

Subject:     Gonzales Road Bridge Replacement Project (Federal ID #BHLO-5944[098])
             Robinson Canyon Road Bridge Scour Countermeasure Project
             (Federal ID #BHLO-5944[099])
             Johnson Road Bridge Replacement Project (Federal ID #BHLO-5944[102])
             Hartnell Road Bridge Replacement Project (Federal ID #BHLO-5944[103])

Dear Chairperson Miranda-Ramirez:

The County of Monterey Public Works Department (County) and California Department of
Transportation (Caltrans) District 5 are conducting environmental studies for the following bridge
projects in Monterey County (Figure 1):

- Gonzales Road Bridge Replacement Project

    The proposed project will construct new abutments and replace the decking on the Gonzales Road
    Bridge over the Salinas River (Figure 2).

- Robinson Canyon Road Bridge Scour Countermeasure Project

    The proposed project will repair scour damage at the south abutment and pier supporting the
    Robinson Canyon Creek Bridge over the Carmel River (Figure 3).

- Johnson Road Bridge Replacement Project

    The proposed project will replace the structurally and seismically deficient Johnson Road Bridge
    over Carneros Creek (Figure 4).

- Hartnell Road Bridge Replacement Project

    The proposed project will replace the structurally deficient Hartnell Road Bridge over Alisal
    Creek (Figure 5).

The proposed projects are currently under environmental review as part of compliance efforts for
Section 106 of the National Historic Preservation Act (Section 106), the National Environmental
Policy Act, and the California Environmental Quality Act. Caltrans is the lead agency responsible for
Section 106 compliance on the proposed projects. To address part of the requirements of these
statutes, LSA is assisting Caltrans by initiating Native American consultation, particularly to address
the requirements of Section 106.

LSA conducted background research for the proposed Area of Potential Effects (APE) for each
project, including a records search, survey, and a Native American Heritage Commission Sacred
Land File review. These tasks did not identify any cultural resources in the APEs. (Please note: The

Gonzales Bridge APE has not been finalized and therefore has not been surveyed.) The records search for the Robinson Canyon Road Bridge Replacement Project did, however, identify prehistoric archaeological site CA-MNT-499 with human burials approximately 500 feet west of the APE and prehistoric archaeological site CA-MNT-2280 with human burials approximately 250 feet east of the APE. The Robinson Canyon Road Bridge Replacement APE is considered archaeologically sensitive whereas the other bridge project APEs are not.

Caltrans would like to provide you with an opportunity to communicate concerns you might have about the proposed projects' APEs. Caltrans requests your participation in the identification and protection of cultural resources, sacred lands, or other heritage sites within the above-described APEs due to your specialized knowledge of the area. If you or any of your tribal members have any questions or concerns regarding these projects, please contact me at (510) 236-6810 or via e-mail at neal.kaptain@lsa.net.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Johnson Road Bridge
Replacement Project

PRUNEDALE

NATIVIDAD

Hartnell Road Bridge
Replacement Project

Gonzales River Road Bridge
Replacement Project

SEASIDE

Robinson Canyon Road Bridge
Scour Countermeasure Project

PALO
ESCRITO
PEAK

FIGURE 1

LEGEND

USGS 7.5-minute Quad

*Gonzales River Road Bridge Replacement Project,*
*Hartnell Road Bridge Replacement Project,*
*Johnson Road Bridge Replacement Project, and*
*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*

Project Locations

MILES

0    5    10

SOURCE: Esri National Geographic World Map Service (2015).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 1_Project Locations.mxd (6/2/2016)



**LEGEND**

☐ Project Area

LSA

FIGURE 2

*Gonzales River Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLS-5944(098)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Palo Escrito Peak, Calif.* (1984) and *Gonzales, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 2_Gonzales Road Bridge.mxd (6/2/2016)



**Project Area**

LEGEND

▭ Project Area

LSA

FIGURE 3

*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*
*Federal Project Number BHLO-5944(099)*

Project Area

N

0    1000    2000
FEET

SOURCE: USGS 7.5-minute Topo Quads - *Seaside, Calif.* (1983) and *Mt. Carmel, Calif.* (1983).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 3_Robinson Canyon Road Bridge.mxd (6/3/2016)



**Project Area**

LEGEND

☐ Project Area

FIGURE 4

LSA

N

0    1000    2000
FEET

*Johnson Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(102)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Prunedale, Calif.* (1993) and *Watsonville East, Calif.* (1994).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 4_Johnson Road Bridge.mxd (6/3/2016)



**Project Area**

LSA

LEGEND

☐ Project Area

FIGURE 5

N

0    1000    2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 5_Hartnell Road Bridge.mxd (6/2/2016)



*Previously acknowledged as*
*The San Carlos Band of*
*Mission Indians*
*The Monterey Band*
*And also known as*
*O.C.E.N. or Esselen Nation*
*P.O. Box 1301*
*Monterey, CA 93942*

www.ohlonecostanoanesselennation.org.

June 14, 2016

Bob Schubert, AICP
Senior Planner
Monterey County
Resource Management Agency
168 W. Alisal Street, 2nd Floor
Salinas, CA 93901

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group
157 Park Place
Pt. Richmond, CA 95801

Re: Hartnell Road Bridge Replacement Project, Gonzales Road Bridge Scour Countermeasures Project, Johnson Road Bridge Replacement Project and Robinson Canyon Road Bridge Scour Countermeasures Project - Archaeological site CA-CCO-372, Archaeological site CA-CCO-266, P-07-004534, the Lower San Pablo Creek Archaeological District (a concentration of multiple prehistoric archaeological sites), CA-MNT-499, CA-MNT-2280

Saleki Atsa,

Ohlone/Costanoan-Esselen Nation is an historically documented previously recognized tribe. OCEN is the legal tribal government representative for over 600 enrolled members of Esselen, Carmeleno, Monterey Band, Rumsen, Chalon, Soledad Mission, San Carlos Mission and/or Costanoan Mission Indian descent. Though other indigenous people may have lived in the area, the area is the indigenous homeland of our people.

**Ohlone/Costanoan-Esselen Nation objects to all excavation in known cultural lands, even when they are described as previously disturbed, and of no significant archaeological value.** Please be advised that it is our first priority that our ancestor's remains be protected and undisturbed. We desire that all sacred burial items be left with our ancestors on site or as determined culturally respectable by OCEN. All cultural items returned to Ohlone/Costanoan-Esselen Nation. We ask for the respect that is afforded all of our current day deceased, by no other word these burial sites are cemeteries, respect for our ancestors as you would expect respect for your deceased family members in today's cemeteries. **Our definition of respect is no disturbance.**

We request consultation on projects affecting our aboriginal homelands, which include ground disturbance. Please feel free to contact me at (408) 629-5189. Nimasianexelpasaleki. Thank you for your attention to this matter.

Sincerely and Respectfully Yours,

Louise J. Miranda Ramirez, Chairperson
Ohlone/Costanoan-Esselen Nation
(408) 629-5189

Cc: OCEN Tribal Council

# ATTACHMENT 4

# HISTORICAL SOCIETY CONSULTATION

July 19, 2016

Monterey County Historical Society
333 Boronda Road
Salinas, California 93907

Subject:    Hartnell Road Bridge Replacement Project, Monterey County, California
            LSA Project #1502

Dear Historical Society:

The Monterey County Department of Public Works, in cooperation with the California Department of Transportation and the Federal Highway Administration, proposes the Hartnell Road Bridge Replacement Project, near Salinas, Monterey County, California. The project would replace the existing, structurally deficient, bridge with a new bridge in the same location. The Area of Potential Effects (APE) is in unsectioned land of the Al Alisal land grant, as depicted on the accompanying portion of the USGS *Natividad, Calif.,* 7.5' topographic quadrangle map.

Please notify us if your organization has any information or concerns about historical sites in the Area of Potential Effects. This is not a request for research; it is solely a request for public input for any concerns that the historical association may have. If you have any questions, please contact me at the address and phone number above or via email (neal.kaptain@lsa-assoc.com).

We look forward to hearing from you. Thank you.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA #3799700
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Project Area

FIGURE 1



0    1000    2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location

SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)



**Project Area**

LEGEND

FIGURE 2

☐ Project Area

N

0   1000   2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)

# ATTACHMENT 5

# CALTRANS HISTORIC BRIDGE INVENTORY


## District 05

### Monterey County

| Bridge Number | Bridge Name | Location | Historical Significance | Year Built | Year Wid/Ext |
|---|---|---|---|---|---|
| 44C0064 | CUSTOM HOUSE TUNNEL (LIGHTHOUSE) | 300 FT W OF DEL MONTE AVE | 5. Bridge not eligible for NRHP | 1968 | |
| 44C0065 | EAST ALISAL STREET UP | NEAR FRONT ST | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0066 | ARROYO SECO RIVER | ARROYO SECO ROAD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0067 | MAIN CANAL | 0.3 MI N OF SH 183 | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0068 | SALINAS RIVER | 0.4 MI E RESERVATION RD | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0070 | PALOMA CREEK | 4 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0071 | TASH CREEK | 4.5 MI N/W ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0072 | PALOMA CREEK | 6.3 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0073 | FINCH CREEK | 12.3 MI N/W ARROYO SECO R | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0074 | FINCH CREEK | 12.7 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0075 | FINCH CREEK | 13.6 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0076 | FINCH CREEK | 14.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1947 | 1974 |
| 44C0077 | FINCH CREEK | 15.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0078 | TULARCITOS CREEK | 23.9 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1976 | |
| 44C0079 | TULARCITOS CREEK | 24.5 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1950 | 1973 |
| 44C0080 | GABILAN CREEK | 0.4 MI E SAN JUAN GRADE R | 5. Bridge not eligible for NRHP | 1975 | |
| 44C0081 | KEMP CANYON CREEK | AT SH 101 | 5. Bridge not eligible for NRHP | 1942 | |
| 44C0082 | HARTNELL GULCH | 0.05 MI S MADISON ST | 2. Bridge is eligible for NRHP | 1914 | 2007 |
| 44C0083 | SCENIC DRIVE UC | NEAR SH 68 | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0084 | EL ESTERO LAKE WEST | AT CAMINO EL ESTERO | 4. Historical Significance not determined | 1991 | |
| 44C0085 | EL ESTERO LAKE EAST | AT CAMINO AGUAJITO | 4. Historical Significance not determined | 1991 | |
| 44C0088 | KEMP CANYON CREEK | NEAR JOLON RD | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0089 | LEWIS CREEK | 0.25 MI E OF RTE 25 | 5. Bridge not eligible for NRHP | 1930 | 1947 |
| 44C0090 | LEWIS CREEK | 2.9 MI EAST OF RTE 25 | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0091 | LEWIS CREEK | 2.6 ME E OF RTE 25 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0093 | SALINAS RIVER | 0.75 MI N DEL MONTE BLVD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0095 | SANTA RITA CREEK | 0.1 MI S OF BOLIVAR | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0096 | MAIN CANAL | INTX WESTLAKE & RICO ST | 5. Bridge not eligible for NRHP | 1987 | |
| 44C0097 | CALERA CREEK | JUST W CORRAL DE TIERRA | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0098 | CALERA CREEK | 1.6 MI SOUTH OF SR 68 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0099 | CARMEL RIVER | 0.5 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1946 | |
| 44C0100 | TEMBLADERO SLOUGH | 0.8 MI S SH1 | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0101 | SALINAS RIVER | E OF SH 101 NR SAN ARDO | 5. Bridge not eligible for NRHP | 1929 | |
| 44C0103 | CANYON DEL REY CREEK | BTWN SH 1 & SH 218 | 5. Bridge not eligible for NRHP | 1977 | |
| 44C0104 | CUNNINGHAM PARK POC | 0.2 MI E YOSEMITE ST | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0105 | NATIVIDAD CREEK | 0.2 MI E CONSTITUTION BLV | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0106 | HITCHCOCK CANYON CREEK | 0.1 MI N OSITOS | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0107 | LAS GAZAS CREEK | 0.1 MI NW BORONDA ROAD | 5. Bridge not eligible for NRHP | 1980 | |
| 44C0110 | ALISAL CREEK | 0.15 MI S ALISAL ROAD | 5. Bridge not eligible for NRHP | 1945 | |
| 44C0112 | HITCHCOCK CANYON CREEK | AT SOUTHBANK ROAD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0114 | ROBINSON CANYON RIVER | 0.9 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0116 | CARMEL RIVER | 0.6 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0117 | TORO CREEK | 0.05 MI S SR 68 | 5. Bridge not eligible for NRHP | 1971 | 2012 |

# ATTACHMENT 6

# ARCHAEOLOGICAL SURVEY REPORT

# ARCHAEOLOGICAL SURVEY REPORT

### HARTNELL ROAD BRIDGE REPLACEMENT PROJECT
### MONTEREY COUNTY, CALIFORNIA
### CALTRANS DISTRICT 5
### BRIDGE #44C-0110
### 05-MON-0-CR, FEDERAL ID #BRLO-5944(103)



August 2016

# ARCHAEOLOGICAL SURVEY REPORT

HARTNELL ROAD BRIDGE REPLACEMENT PROJECT

MONTEREY COUNTY, CALIFORNIA

CALTRANS DISTRICT 5

BRIDGE #44C-0110

05-MON-0-CR, FEDERAL ID #BRLO-5944(103)

August 22, 2016

Prepared by _____
Neal Kaptain, M.A., RPA #3799700
LSA Associates, Inc.
157 Park Place
Point Richmond, California 94801

Reviewed for Approval by _____
Krisstin Sibley, M.A., PQS PI Prehistoric Archaeology
Caltrans District 5
50 Higuera Street
San Luis Obispo, California 93401

Approved by _____
Randy LaVack
Environmental Stewardship Branch Chief
Caltrans District 5
50 Higuera Street
San Luis Obispo, California 93401

USGS 7.5-minute topographic quadrangle:          *Natividad, Calif.*
Acreage:                                         28.89 acres

# SUMMARY OF FINDINGS

The County of Monterey, with funding administered through the Federal Highway Administration and in coordination with the California Department of Transportation, proposes the Hartnell Road Bridge Replacement Project, Monterey County, California. The project will replace Hartnell Road Bridge over Alisal Creek (Appendix A: Figures 1 and 2).

The project will rely on federal funding and meets the definition of an "undertaking" according to 36 CFR §800.16(y). The California Department of Transportation, acting as the lead agency under the delegated authority of the Federal Highway Administration, is providing oversight of this undertaking in accordance with the 2014 *First Amended Programmatic Agreement Among the Federal Highway Administration, the Advisory Council on Historic Preservation, the California State Historic Preservation Officer, and the California Department of Transportation Regarding Compliance with Section 106 of the National Historic Preservation Act, as it Pertains to the Administration of the Federal-Aid Highway Program in California.*

This Archaeological Survey Report addresses requirements of the National Environmental Policy Act under authority delegated to the California Department of Transportation by the Federal Highway Administration in accordance with the provisions of the *Memorandum of Understanding between the FHWA and Caltrans concerning the State of California's Participation in the Surface Transportation Project Delivery Pilot Program Pursuant to 23 U.S.C. 327*, which became effective October 1, 2012 (California Department of Transportation 2012). The California Department of Transportation is acting as the lead federal agency for this undertaking and providing regulatory oversight. The Memorandum of Understanding was signed pursuant to 23 U.S.C. 327, as amended by Moving Ahead for Progress in the 21st Century Act (MAP-21), which allows the California Department of Transportation environmental review and consultation responsibilities under the National Environmental Policy Act. This Archaeological Survey Report also addresses requirements of the California Environmental Quality Act.

This study consisted of background research (including a records search at the Northwest Information Center), an archaeological field survey, interested parties consultation, and an archaeological sensitivity assessment. The study did not identify archaeological cultural resources in or adjacent to the Area of Potential Effects and identified low sensitivity for buried archaeological cultural resources.

It is Caltrans' policy to avoid cultural resources whenever possible. Further investigations may be needed if the site[s] cannot be avoided by the project. If buried cultural materials are encountered during construction, it is Caltrans' policy that work stop in that area until a qualified archaeologist can evaluate the nature and significance of the find. Additional survey will be required if the project changes to include areas not previously surveyed.

# TABLE OF CONTENTS

SUMMARY OF FINDINGS.................................................................................................................i
1.0   INTRODUCTION........................................................................................................... 1
2.0   PROJECT LOCATION, PROJECT DESCRIPTION, AND AREA OF POTENTIAL
EFFECTS ............................................................................................................................ 2
      2.1   PROJECT LOCATION ......................................................................................... 2
      2.2   PROJECT DESCRIPTION .................................................................................... 2
      2.3   AREA OF POTENTIAL EFFECTS ...................................................................... 2
            2.3.1   Vertical Area of Potential Effects............................................................ 2
3.0   SOURCES CONSULTED ............................................................................................... 3
      3.1   RECORDS SEARCH............................................................................................. 3
      3.2   LITERATURE AND MAP REVIEW ................................................................... 3
4.0   INTERESTED PARTIES CONSULTATION .............................................................. 5
      4.1   NATIVE AMERICAN CONSULTATION............................................................ 5
      4.2   HISTORICAL ORGANIZATION CONSULTATION ......................................... 7
5.0   BACKGROUND.............................................................................................................. 8
      5.1   ENVIRONMENT ................................................................................................... 8
      5.2   PREHISTORY ....................................................................................................... 8
      5.3   ETHNOGRAPHY .................................................................................................. 9
      5.4   HISTORY ............................................................................................................. 10
6.0   FIELD METHODS ....................................................................................................... 12
7.0   ARCHAEOLOGICAL SENSITIVITY ASSESSMENT ........................................... 13
      7.1   INTRODUCTION ................................................................................................ 13
      7.2   RECORDS SEARCH........................................................................................... 13
      7.3   SOILS RESEARCH ............................................................................................. 13
      7.4   FIELD SURVEY .................................................................................................. 13
      7.5   CONCLUSION ..................................................................................................... 13
8.0   STUDY FINDINGS AND CONCLUSIONS ............................................................... 14
9.0   REFERENCES CITED ................................................................................................ 15

## APPENDICES

Appendix A: Maps
            Figure 1: Regional Location
            Figure 2: Project Area
            Figure 3: Survey Coverage
Appendix B: Caltrans Historic Bridge Inventory
Appendix C: Native American Heritage Commission
Appendix D: Native American Contacts Consultation
Appendix E: Historical Society Consultation

## TABLES

Table A: Depth of Ground Disturbance ..................................................................................... 2
Table B: Archival Topographic Map ........................................................................................ 4
Table C: Native American Consultation ................................................................................... 5

# 1.0  INTRODUCTION

The County of Monterey (County), with funding administered through the Federal Highway Administration (FHWA) and in coordination with the California Department of Transportation (Caltrans), proposes the Hartnell Road Bridge Replacement Project, Monterey County, California. The project will replace Hartnell Road Bridge over Alisal Creek (Appendix A: Figures 1 and 2). The Area of Potential Effects (APE) is located approximately one mile east of Interstate 101, southeast of Salinas, Monterey County, California.

This report was prepared by LSA archaeologist Neal Kaptain, Associate. Mr. Kaptain has a Master of Arts degree in Archaeology and Heritage from the University of Leicester, England, and 17 years of experience in California archaeology and history. Mr. Kaptain meets the *Secretary of the Interior's Professional Qualifications Standards* for archeology and architectural history and is Registered Professional Archaeologist #3799700. A pedestrian field survey of the APE was conducted by Mr. Kaptain on February 26, 2016.

# 2.0  PROJECT LOCATION, PROJECT DESCRIPTION, AND AREA OF POTENTIAL EFFECTS

## 2.1  PROJECT LOCATION

The APE is on Hartnell Road, 0.15-mile south of Alisal Road, 1 mile east of Highway 101, in Caltrans District 5, near Salinas, Monterey County, California (Appendix A: Figures 1–3). The APE is in rural land in the Salinas River Valley. An undertaking of this type has the potential to affect historic properties.

## 2.2  PROJECT DESCRIPTION

The project will widen the existing 23-foot-wide roadway and bridge with two 12-foot travel lanes and two 8-foot shoulders. There will be approximately 400 feet of approach work required with the bridge replacement. Within the APE, the existing pavement of Hartnell Road would be excavated or recycled and a new structural section of 6-inch hot mix asphalt (HMA) on 18 inches of aggregate base would be constructed. Three-foot shoulder backing and side slopes of 4:1 on Hartnell Road are proposed to transition the roadway elevation back to the existing ground surface on both sides of the roadway. The total new paved width of Hartnell Road is proposed to be 40 feet. The new box culvert carrying Alisal Creek will be skewed at an approximately 45-degree angle in order to facilitate the flow of the creek. Standard wingwalls will also be constructed.

## 2.3  AREA OF POTENTIAL EFFECTS

The Archaeological APE has been delineated to include the entirety of ground-disturbing activities consisting of bridge construction, driveway conform reconstruction, a temporary detour for contractor use only, and project staging. The Archaeological APE has been delineated to include minor portions of the following three parcels #107-031-013-000, #153-011-053-000, and #153-011-060-000. The permanent effects on these parcels are limited to driveway conform reconstruction and grading along Hartnell Road.

### 2.3.1  Vertical Area of Potential Effects

The table below (Table A) lists the depth of ground disturbance in the APE.

**Table A: Depth of Ground Disturbance**

| Project Actions | Proposed Depth of Actions (ft.) |
|---|---|
| Project staging | 2 |
| Grading | 8 |
| Demolition of existing culvert and installation of new culvert | 8 |
| Sign posts | 8 |

# 3.0  SOURCES CONSULTED

Background research was conducted to identify previously recorded cultural resources and studies within and adjacent to the APE. The background research consisted of a records search and a literature review.

## 3.1  RECORDS SEARCH

LSA conducted a records search (#14-1422) at the Northwest Information Center (NWIC) of the APE and a 1-mile radius on April 16, 2015. The NWIC, an affiliate of the State of California Office of Historic Preservation (OHP), is the official state repository of cultural resource records and reports for Monterey County. The records search included a review of the following federal and state inventories:

- *California Inventory of Historic Resources* (California Office of Historic Preservation 1976);
- *Five Views: An Ethnic Historic Site Survey for California* (California Office of Historic Preservation 1988);
- *California Points of Historical Interest* (California Office of Historic Preservation 1992);
- *Caltrans Historic Bridge Inventory* (Caltrans 2007);
- *California Historical Landmarks* (California Office of Historic Preservation 1996); and
- *Directory of Properties in the Historic Property Data File* (California Office of Historic Preservation 2012). The directory includes the listings of the National Register of Historic Places (NRHP), National Historic Landmarks, the California Register of Historical Resources (CRHR), California Historical Landmarks, and California Points of Historical Interest.

The Caltrans Historic Bridge Inventory lists the bridge (#44C0110) as not eligible for inclusion in the NRHP (Appendix B).

The other inventories did not list any cultural resources within the APE.

## 3.2  LITERATURE AND MAP REVIEW

LSA reviewed publications, maps, local historical directories, and websites for archaeological, ethnographic, historical, and environmental information about the APE and its vicinity. Literature reviewed includes:

- *California Place Names: The Origin and Etymology of Current Geographical Names* (Gudde 1998),
- *Costanoan* (Levy 1978) In *Handbook of North American Indians Volume 8: California*),
- *Historic Spots in California* (Hoover, et al. 1990), and
- *Handbook of the Indians of California* (Kroeber 1925).

No information on archaeological cultural resources was identified in any of the literature reviewed. The table below (Table B) lists the archival maps reviewed.

**Table B: Archival Topographic Map**

| Map Name and Date | Review |
|---|---|
| Encinal Y Buena Esperanza Grant 1858 | No cultural resources are depicted in or adjacent to the APE. |
| GLO Rancho Plat Township 15 South, Range 3 East MDBM | No cultural resources are depicted in or adjacent to the APE. |
| GLO Rancho Plat Township 15 South, Range 3 East MDBM | No cultural resources are depicted in or adjacent to the APE. |
| GLO Rancho Plat Township 15 South, Range 3 East MDBM | No cultural resources are depicted in or adjacent to the APE. |
| GLO Plat Rancho Buena Vista 1867 | No cultural resources are depicted in or adjacent to the APE. |
| *Salinas, Calif.* 1910 | A house is depicted in or adjacent to the southwest corner of the APE. |
| *Salinas, Calif.* 1912 | The same house is depicted in or adjacent to the southwest corner of the APE. |
| *Salinas, Calif.* 1940 | Two houses are depicted in or adjacent to the southwest end of the APE. One house is depicted on the north side of the APE in the vicinity of the agricultural buildings north of the bridge. |
| *Natividad, Calif.* 1947, 1968 | Three houses are depicted in or adjacent to the southern end of the APE. One house is depicted at the location of the complex to the east of the Hartnell Road/Alisal Road intersection on parcel #107-031-013-000. |

# 4.0  INTERESTED PARTIES CONSULTATION

## 4.1  NATIVE AMERICAN CONSULTATION

### Section 106 of the National Historic Preservation Action Consultation

On April 30, 2015, LSA sent a letter describing the project with maps depicting the APE to the Native American Heritage Commission (NAHC) in Sacramento asking the Commission to review their Sacred Lands File for any Native American cultural resources that might be affected by the project. LSA also requested the names of Native Americans who might have information or concerns about the project. Katy Sanchez, Associate Government Program Analyst, in a fax dated May 27, 2015, informed LSA that a records search of the Sacred Lands File did not "indicate the presence of Native American cultural resources in the immediate project area." Ms. Sanchez also provided a list of Native American contacts (Appendix C).

On June 3, 2016, LSA sent a letter with maps to the Native Americans listed on the NAHC contacts list, requesting information or concerns they might have regarding tribal cultural resources. Responses are documented in Table C.

### Table C: Native American Consultation

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| Jakki Kehl, | (Ohlone/Costanoan) | June 3, 2016 | None | June 30, 2016, email. | No response has been received to date. |
| Tony Cerda, Chairperson | Costanoan Rumsen Carmel Tribe (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Cerda to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Louise Miranda-Ramirez, Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | In a June 14, 2016, letter, Chairperson Ramirez stated that OCEN requests consultation. | On July 13, 2016, LSA left a voice message asking Chairperson Ramirez if OCEN's AB 52 consultation with the County could stand in for Section 106 consultation. | In a July 13, 2016, telephone conversation, Chairperson Ramirez stated that her comments resulting from AB 52 consultation with the County can stand in for Section 106 consultation. In addition, she requested that any artifacts identified be provided to OCEN. |
| Ramona Garibay, Representative | Trina Marine Ruano Family (Ohlone/Costanoan, Bay Miwok, Plains Miwok, and Patwin) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Ms. Garibay to contact LSA if she has questions or concerns | No response has been received to date. |

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| | | | | regarding the projects. | |
| Valentin Lopez, Chairperson | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | July 13, 2016, follow-up telephone call. | Chairperson Lopez requested that he be contacted if archaeological cultural resources are identified. |
| Irenne Zweirlein, Chairperson | Amah Mutsun Tribal Band of Mission San Juan Bautista (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Zweirlein to contact LSA if she has questions or concerns regarding the projects. | |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Christianne Arias, Vice Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Arias therefore did not receive a follow-up contact. | N/A | N/A |
| Edward Ketchum | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Mr. Ketchum to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Pauline Martinez-Arias Tribal Council Woman | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. | N/A | N/A |

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| | | | Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Martinez-Arias therefore did not receive a follow-up contact. | | |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Michelle Zimmer | Amah Mutsun Tribal Band of Mission San Juan Bautista | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message with Ms. Zimmer's secretary asking Ms. Zimmer to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |

**Assembly Bill 52 Consultation**

During a June 14, 2016, meeting with County of Monterey Department of Public Works, Chairwoman Louise Ramirez of the Ohlone Costanoan Esselen Nation stated that tribal representative James Martinez should monitor ground-disturbing activities in the APE. She also stated that any artifacts identified during construction should be submitted to OCEN.

## 4.2   HISTORICAL ORGANIZATION CONSULTATION

On May 25, 2016, LSA sent letters describing the project and maps depicting the APE to the Monterey County Historical Society requesting any information or concerns they may have about the project (Appendix E).

In an email dated July 20, 2016, MCHS Curator and Archivist James Perry stated the following: "I have a few thoughts about these bridges that merit some consideration: Any historical plaques (if any) located on or attached to these bridges relating to their original construction date needs to be retrieved and saved, if possible; and 1)The original plaque(s) could be re-installed somewhere on the new bridge, or 2) The plaques can be forwarded to our institution given the fact that we have been approved by CalTrans as a repository for historical artifacts. Please let me know if you need any clarification."

# 5.0 BACKGROUND

## 5.1 ENVIRONMENT

The APE is situated in the Salinas Valley on nearly level terrain at 500 feet above sea level in the floodplain of the Salinas River, approximately one mile southeast of Salinas and two miles north of the Salinas River. Agricultural fields surround the APE on all sides: some planted to crops and some fallow. On the north side of the APE is a series of single-story agricultural buildings, to the south is a complex of houses and outbuildings. Isolated farmsteads and agricultural complexes are situated at varying distances from the APE.

## 5.2 PREHISTORY

The prehistoric chronology for the Salinas Valley, is described in Jones et al. (2007), who identify six cultural periods for the Central Coast region. This chronology—which relies heavily on *Olivella* shell bead horizon sequences—consists of the Paleo-Indian (pre-8000 cal. B.C.), Millingstone (8,000 to 3,500 cal. B.C.), Early (3,500 to 600 cal. B.C.), Middle (600 cal. B.C. to cal. A.D. 1000), Middle/Late Transition (cal. A.D. 1000 to 1250), and Late (cal. A.D. 1250 to 1769) periods. Recently, however, Breschini and Haversat (2011) have questioned the validity of this sequence for the Monterey Peninsula area, suggesting the Central Coast sequence proposed by Jones et al. (2007) does not account for chronological data derived from numerous radiocarbon dates from sites in the Monterey Peninsula area.

The two earliest chronological periods identified for the Central Coast region, as described by Jones et al. (2007), have not been identified in the Monterey Bay area. Although evidence for Paleo-Indian occupation in the Central Coast is suggested by the presence of isolated fluted projectile points, no components have been dated to this period (Jones, et al. 2007). As noted by Jones et al. (2007:135), the Early Holocene Millingstone Period sites include "large numbers of well-made handstones and/or millingslabs, crude core and cobble-core tools, and less abundant flake tools and large side-notched projectile points." Although Early Holocene sites have been identified in the Monterey Bay area, none appear to be Millingstone Period components. Early Holocene sites from this area include abundant marine and terrestrial faunal remains (suggesting a hunting emphasis) and infrequent handstones and millingslabs (Breschini and Haversat 2011).

In the Monterey Bay area, most Early Period sites are found along the shoreline and include assemblages containing contracting-stemmed, Rossi square-stemmed, Ano Nuevo long-stemmed, and large side-notched projectile points; a retention of some Millingstone Period traits, including the handstone and millingslab; cobble-core tools; and mortars and pestles, which appear for the first time in the local archaeological record. Early Period site assemblages indicate a generalized forager adaptation that includes hunting, fishing, and gathering (Breschini and Haversat 2011).

The Middle Period is marked by the disappearance of square-stemmed and large side-notched variants, while contracting-stemmed projectile points are retained. Towards the end of the period, small leaf-shaped projectile points appear, indicating the introduction of the bow-and-arrow.

Groundstone assemblages retain the millingslab and handstone, although portable mortars and pestles are more common in some assemblages.

Notably, Breschini and Haversat (2011:15-16) identify a chronological "gap" in the local archaeological record between 200 cal. B.C. and cal. A.D. 700 during the Middle Period, suggesting abandonment or cultural displacement of populations in this area, or a significant change in the local subsistence and settlement pattern.

The Middle/Late Transition Period occurred at different times in different areas of the Central Coast, although it is generally seen in assemblages sometime after A.D. 1000. The Middle/Late Transition is marked by the appearance of double side-notched and Cottonwood projectile points, with the retention of older, contracting-stemmed and small leaf-shaped projectile point types. Evidence of the Middle/Late Transition has not been identified in the Monterey Bay area, however (Breschini and Haversat 2011:19), and the timing and presence of this period in the Central Coast is an important research topic.

The Late Period is characterized by an artifact assemblage that includes abundant Desert side-notched and Cottonwood projectile points, small bifacial bead drills, bedrock and hopper mortars, lipped (Class E) and cupped (Class K) *Olivella* beads, and steatite beads. Late Period sites in the Monterey Peninsula suggest population expansion, although sites are most abundant in the interior (Breschini and Haversat 2011:18-19; Jones et al. 2007:140).

## 5.3 ETHNOGRAPHY

The APE is situated within the ancestral territory of the Costanoan, also commonly referred to as Ohlone. Eight Ohlone languages were spoken in the area from the southern edge of the Carquinez Strait to a portion of the Big Sur and Salinas rivers south of Monterey Bay, to approximately 50 miles inland from the coast (Levy 1978). Salinas is situated within the Mutsun ethnolinguistic group of Ohlone, whose territory extended from Monterey Bay eastward to the Diablo Range and included several significant drainages, including Panoche Creek, Pajaro River, and the lower reaches of the San Benito and Salinas rivers.

The Costanoan lived in tribelets, which were autonomous political units that occupied a distinct territory (Kroeber 1955). Tribelets generally consisted of one main village occupied year round and a series of smaller hamlets and resource gathering and processing locations occupied intermittently or seasonally. Tribelet population ranged between 50 and 500 persons and was largely determined by the carrying capacity of a tribelet's territory. Although tribelet boundaries in the Central Coast region are not known with absolute certainty, the Salinas area may have been within the territory of the *Locuyusta* (also referred to in mission records as *Calendaruc*). The *Locuyusta* tribelet occupied the Monterey Bay shore south of Elkhorn Slough and eastward to the lower reaches of the Salinas River, including present-day Castroville and Salinas (Milliken et al. 1993:46). The *Calendaruc* had one of the largest population densities among Central Coast tribelets, with an estimated 2.69 persons per square mile (Milliken 2006:28).

Ohlone groups employed a gender-based division of labor to hunt and gather food. Women gathered and processed a variety of nuts, seeds, and berries (Levy 1978:491). Important food staples included acorns gathered from different oak species; buckeye nuts; hazelnuts; grassland and plant seeds from

buttercup, chia, redmaids, tarweed, and gray pine; wild strawberries, elderberries, madrone berries; and wild grapes. The diet was supplemented with hunting and gathering numerous creek, shore, and terrestrial species (Levy 1978:491-492; Margolin 1978:40). Small creeks in the hills were fished for trout, while groups with access to bay and estuarine resources acquired shellfish, waterfowl, salmon, sturgeon, and lamprey eels. Larger terrestrial mammals (e.g., grizzly bear, Roosevelt elk, and black tailed deer) were hunted with the bow and arrow while communal drives and nets were used to capture smaller game (e.g., rabbits, mice, and rats).

Resources were distributed via trade networks between the Ohlone and neighboring groups (Davis 1974:19). Ohlone traded abalone, mussels, salt, *Olivella* shells, and bows to the Sierra Miwok and Yokuts groups to the east. *Pinon* nuts obtained from the Yokuts are the only ethnographically documented import of Ohlone groups, although undoubtedly other significant economic items were imported as well, including obsidian used for tools.

## 5.4 HISTORY

By the late 18th century, Spanish exploration and settlement of the Bay Area and Central Coast transformed Ohlone culture. Spanish settlers moved into northern California and established the mission system that exposed the Ohlone to diseases to which they had no immunity, with Mission San Juan Bautista—located about six miles west of present-day Hollister—established in 1797. Mission records indicate that 389 *Calendaruc* were baptized at Missions San Juan Bautista and San Carlos Borroméo del rio Carmelo between 1783 and 1807. Following the secularization of the missions in 1834, many Ohlone worked as manual laborers and house servants on ranchos (Levy 1978:486; Milliken et al. 1993:89).

Costanoan/Ohlone people currently live in Monterey County and continue to engage in traditional cultural practices. Tribal organization such as the Amah Mutsun Tribal Band and the Ohlone/Costanoan-Esselen nation provide members and the surrounding communities with economic and educational opportunities and seek to preserve their traditional heritage.

The area around present-day city of Salinas was first explored by non-native peoples in 1769 when the Gaspar de Portolá expedition camped along the Salinas River near the unincorporated settlement of Blanco. Portolá's expedition resulted in the establishment of the Royal Presidio and Mission San Carlos de Borromeo de Monterey in 1770. A year later, the mission was moved to Carmel, which offered better land and greater distance from the Presidio to protect the Native Americans from the negative influences of the military (Hoover et al. 1990:214).

Salinas Valley remained largely undeveloped until Mexico gained control of Alta California. The valley was highly attractive for settlement, as demonstrated by the numerous Mexican land grants established within its vicinity in the 1830s. One such notable land grant in the area was *Rancho Nacional*, an 8,900-acre rancho located southeast of Salinas. *Rancho Nacional* was once part of the discontiguous *Rancho Del Rey* (King's Ranch) and was used as pasturage for Monterey Presidio and Mission Carmel livestock (Hoover et al. 1990:222).

The rich alluvial bottomlands and proximity to the Salinas River provided good pasturage and a shallow water table. As Anglo-American, European, and Asian immigrants arrived in increasing numbers in the early 1850s, these lands became more populated as new settlements developed,

including Salinas. Immigration into the Salinas Valley during the latter half of the 19th century was accompanied by regional cultural and economic changes. Newly-arrived cultures expanded at the expense of the established Hispanic culture. Farmsteads slowly began to populate the immense Mexican ranchos, while the cultivation of various crops replaced cattle ranching as the primary regional economic activity. Larger tracts of land were opened for intensive agriculture, requiring a large labor force and prompting a wave of immigration.

Wheat was first grown in the valley around 1850. The agricultural industry boomed when the Southern Pacific Railroad (SPRR) established a depot in Salinas in 1872, allowing farmers in the area to quickly and easily transport their agricultural products to market. Southern Pacific's all-weather southern route to the Midwest was completed in 1883, linking California farmers to the national market and making the expansion of high-value specialty crops possible. By 1924, Salinas boasted the highest per capita income in the country (City of Salinas 2009). During the 1920s, major crops had shifted from wheat to broccoli, lettuce, and artichokes. The area was the center of early labor movements in the 1930s and 1940s, which shaped agricultural industries through the present day (Monterey County Historical Society 2010).

# 6.0  FIELD METHODS

LSA archaeologist and architectural historian Neal Kaptain surveyed the entire APE on February 26, 2016 (Appendix A: Figure 3). Ground visibility was 100 percent in bare ground throughout the APE, with low vegetation covering the staging area southeast of the bridge. Mr. Kaptain walked parallel transects no more than 30 feet wide and examined cut banks along Alisal Creek for evidence of buried archaeological deposits. The location in the southeast corner of the APE, where buildings are depicted on archival maps, was free of vegetation and was also surveyed.

# 7.0  ARCHAEOLOGICAL SENSITIVITY ASSESSMENT

## 7.1  INTRODUCTION

LSA reviewed the APE's archaeological sensitivity using the results of the records search, soils research, and field survey. The assessment is presented below.

## 7.2  RECORDS SEARCH

No archaeological resources have been recorded within the 1-mile records search radius.

## 7.3  SOILS RESEARCH

Soils in the Archaeological APE consist of Elder sandy loam, a poorly-developed soil that occurs on alluvial fans. Poorly developed soils may contain buried land surfaces that were suitable for occupation by Native Americans (Meyer and Rosenthal 2007).

## 7.4  FIELD SURVEY

The field survey did not identify any archaeological deposits.

## 7.5  CONCLUSION

The results of the records search, soils research, and field survey indicate that the APE is not sensitive for archaeological deposits. Most of the APE is very shallow (less than 10 feet deep) and any surface archaeological deposits present would have been visible during the field survey where ground visibility was 100 per cent throughout most of the APE. The banks of Alisal Creek also afforded high visibility, and no indications of buried archaeological deposits were identified.

Based on background research and field survey, LSA is of the opinion that the APE is not archaeologically sensitive.

# 8.0  STUDY FINDINGS AND CONCLUSIONS

This ASR study did not identify any archaeological cultural resources or archaeological sensitivity in the APE.

If previously unidentified cultural materials are unearthed during construction, it is Caltrans' policy that work be halted in that area until a qualified archaeologist can assess the significance of the find. Additional archaeological survey will be needed if project limits are extended beyond the present survey limits.

# 9.0 REFERENCES CITED

Breschini, Gary, and Trudy Haversat
   2011   A Revised Culture Sequence for the Monterey Peninsula Area, California. Pacific Coast
          Archaeological Society Quarterly 44(3):1-24.

Brewer, William H.
   1974   Up and Down California in 1860–1864: The Journal of William H. Brewer. Berkeley and Los
          Angeles: University of California Press.

Brusa, Betty W
   1992   Salinan Indians of California and Their Neighbors. Happy Camp, California.: Naturegraph
          Publishers.

California Department of Transportation
   2005   Caltrans Historic Bridge Inventory. California Department of Transportation, Sacramento.

   2014   *First Amended Programmatic Agreement Among the Federal Highway Administration, the*
          *Advisory Council on Historic Preservation, the California State Historic Preservation*
          *Officer, and California Department of Transportation Regarding Compliance with Section*
          *106 of the National Historic Preservation Act, as it Pertains to the Administration of the*
          *Federal-Aid Highway Program in California.* California Department of Transportation,
          Sacramento.

California Office of Historic Preservation
   1976   *California Inventory of Historic Resources.* Sacramento: California Department of Parks and
          Recreation.

   1988   *Five Views: An Ethnic Sites Survey for California.* Sacramento: California Department of
          Parks and Recreation.

   1992   *California Points of Historical Interest.* Sacramento: California Department of Parks and
          Recreation.

   1996   *California Historical Landmarks.* Sacramento: California Department of Parks and
          Recreation.

   2012   Directory of Properties in the Historic Property Data File, April 5. Sacramento, California:
          California Office of Historic Preservation.

City of Salinas
   2009   *History of Salinas.* Electronic document, http://www.ci.salinas.ca.us/visitors/history.cfm,
          accessed May 11, 2016.

Clovis, Margaret
   2005   *Images of America: Salinas Valley.* Charleston, South Carolina: Arcadia Publishing.

Cook, Terry
    1978   *Soil Survey of Monterey County, California*. United States Department of Agriculture, Soil
           Conservation Service.

Ghose, Tia, and Sandra M. Chung
    2010   *Monterey County seeks water balance with dams, recycling*. *In* The Salinas Californian.
Government Land Office
    1858   Plat map of Encinal Y Buena Esperanza Land Grant.

    1859   Township 15 South, Ranges 2 and 3 East, Mount  Diablo Baseline and Meridian.

    1867   Plat map of Rancho Buena Vista.

    1875   Township 15 South, Range 3 East, Mount  Diablo Baseline and Meridian.

    1961   Township 15 South, Ranges 2 and 3 East, Mount  Diablo Baseline and Meridian.

Gudde, Erwin G.
    1998   *California Place Names: The Origin and Etymology of Current Geographical Names*.
           Berkeley, California University of California Press.

Hoover, Mildred Brooke, et al.
    1990   *Historic Spots in California. Stanford.* California: Stanford University Press.

Ingersoll, Luther A.
    1893   *A Memorial and Biographical History of the Coast Counties of Central California*. Chicago,
           Illinois: The Lewis Publishing Co.

Jones, Terry L., et al.
    2007   *The Central Coast: A Midlatitude Milieu. In California Prehistory: Colonization, Culture,
           and Complexity*. T.L. Jones and K.A. Klar, eds. Pp. 125-146. Lanham, Maryland: AltaMira
           Press.

Kroeber, Alfred L.
    1925   *Handbook of the Indians of California*. Washington, D.C.: Bureau of American Ethnology.

Levy, Richard
    1978   Costanoan. in *Handbook of North American Indians Volume 8: California*. Simthsonian
           Instituion, Washngton D.C.

Montery County Historical Society
    2010   A Short History of Salinas, California. Electronic document,
           http://www.mchsmuseum.com/salinasbrief.html, accessed May 11, 2016.

Ohles, Wallace V.
    1997   *The Lands of Mission San Miguel. Clovis, California*. Word Dancer Press.

Rosenthal, Jeffrey, and Jack Meyer
   2004   *Landscape Evolution and the Archaeological Record: A Geoarchaeological Study of the Southern Santa Clara Valley and Surrounding Region*. Publication Number 14. Davis, California: Center for Archaeological Research at Davis.

# APPENDIX A

# MAPS

Figure 1: Regional Location
Figure 2: Project Area
Figure 3: Survey Coverage



Project Area

FIGURE 1



0    1000    2000
FEET

SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location



**Project Area**

LEGEND

☐ Project Area

FIGURE 2

N

0    1000    2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)

# APPENDIX B

# CALTRANS HISTORIC BRIDGE INVENTORY


## District 05

### Monterey County

| Bridge Number | Bridge Name | Location | Historical Significance | Year Built | Year Wid/Ext |
|---|---|---|---|---|---|
| 44C0064 | CUSTOM HOUSE TUNNEL (LIGHTHOUSE) | 300 FT W OF DEL MONTE AVE | 5. Bridge not eligible for NRHP | 1968 | |
| 44C0065 | EAST ALISAL STREET UP | NEAR FRONT ST | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0066 | ARROYO SECO RIVER | ARROYO SECO ROAD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0067 | MAIN CANAL | 0.3 MI N OF SH 183 | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0068 | SALINAS RIVER | 0.4 MI E RESERVATION RD | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0070 | PALOMA CREEK | 4 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0071 | TASH CREEK | 4.5 MI N/W ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0072 | PALOMA CREEK | 6.3 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0073 | FINCH CREEK | 12.3 MI N/W ARROYO SECO R | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0074 | FINCH CREEK | 12.7 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0075 | FINCH CREEK | 13.6 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0076 | FINCH CREEK | 14.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1947 | 1974 |
| 44C0077 | FINCH CREEK | 15.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0078 | TULARCITOS CREEK | 23.9 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1976 | |
| 44C0079 | TULARCITOS CREEK | 24.5 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1950 | 1973 |
| 44C0080 | GABILAN CREEK | 0.4 MI E SAN JUAN GRADE R | 5. Bridge not eligible for NRHP | 1975 | |
| 44C0081 | KEMP CANYON CREEK | AT SH 101 | 5. Bridge not eligible for NRHP | 1942 | |
| 44C0082 | HARTNELL GULCH | 0.05 MI S MADISON ST | 2. Bridge is eligible for NRHP | 1914 | 2007 |
| 44C0083 | SCENIC DRIVE UC | NEAR SH 68 | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0084 | EL ESTERO LAKE WEST | AT CAMINO EL ESTERO | 4. Historical Significance not determined | 1991 | |
| 44C0085 | EL ESTERO LAKE EAST | AT CAMINO AGUAJITO | 4. Historical Significance not determined | 1991 | |
| 44C0088 | KEMP CANYON CREEK | NEAR JOLON RD | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0089 | LEWIS CREEK | 0.25 MI E OF RTE 25 | 5. Bridge not eligible for NRHP | 1930 | 1947 |
| 44C0090 | LEWIS CREEK | 2.9 MI EAST OF RTE 25 | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0091 | LEWIS CREEK | 2.6 ME E OF RTE 25 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0093 | SALINAS RIVER | 0.75 MI N DEL MONTE BLVD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0095 | SANTA RITA CREEK | 0.1 MI S OF BOLIVAR | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0096 | MAIN CANAL | INTX WESTLAKE & RICO ST | 5. Bridge not eligible for NRHP | 1987 | |
| 44C0097 | CALERA CREEK | JUST W CORRAL DE TIERRA | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0098 | CALERA CREEK | 1.6 MI SOUTH OF SR 68 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0099 | CARMEL RIVER | 0.5 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1946 | |
| 44C0100 | TEMBLADERO SLOUGH | 0.8 MI S SH1 | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0101 | SALINAS RIVER | E OF SH 101 NR SAN ARDO | 5. Bridge not eligible for NRHP | 1929 | |
| 44C0103 | CANYON DEL REY CREEK | BTWN SH 1 & SH 218 | 5. Bridge not eligible for NRHP | 1977 | |
| 44C0104 | CUNNINGHAM PARK POC | 0.2 MI E YOSEMITE ST | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0105 | NATIVIDAD CREEK | 0.2 MI E CONSTITUTION BLV | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0106 | HITCHCOCK CANYON CREEK | 0.1 MI N OSITOS | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0107 | LAS GAZAS CREEK | 0.1 MI NW BORONDA ROAD | 5. Bridge not eligible for NRHP | 1980 | |
| 44C0110 | ALISAL CREEK | 0.15 MI S ALISAL ROAD | 5. Bridge not eligible for NRHP | 1945 | |
| 44C0112 | HITCHCOCK CANYON CREEK | AT SOUTHBANK ROAD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0114 | ROBINSON CANYON RIVER | 0.9 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0116 | CARMEL RIVER | 0.6 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0117 | TORO CREEK | 0.05 MI S SR 68 | 5. Bridge not eligible for NRHP | 1971 | 2012 |

# APPENDIX C

# NATIVE AMERICAN HERITAGE COMMISSION CONSULTATION

STATE OF CALIFORNIA                                         Edmund G. Brown, Jr., Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
1550 Harbor Blvd., ROOM 100
West SACRAMENTO, CA 95691
(916) 373-3710
Fax (916) 373-5471



May 27, 2015

Neal Kaptain
LSA Associates, Inc.
157 Park Place
Pt. Richmond, CA 94801

Sent By Fax: (510) 236-3480
Number of Pages: 3

Re: Hartnell Road Bridge Replacement Project, Monterey County.

Dear Mr. Kaptain,

A record search of the sacred land file has failed to indicate the presence of Native American cultural resources in the immediate project area. The absence of specific site information in the sacred lands file does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Enclosed is a list of Native Americans individuals/organizations who may have knowledge of cultural resources in the project area. The Commission makes no recommendation or preference of a single individual, or group over another. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated, if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe or group. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from any of these individuals or groups, please notify me. With your assistance we are able to assure that our lists contain current information. If you have any questions or need additional information, please contact me at (916) 373-3712.

Sincerely,

Katy Sanchez

Katy Sanchez
Associate Government Program Analyst

## Native American Contacts
## Monterey County
## May 20, 2015

Jakki Kehl
720 North 2nd Street          Ohlone/Costanoan
Patterson     , CA 95363
jakkikehl@gmail.com
510-701-3975

Coastanoan Rumsen Carmel Tribe
Tony Cerda, Chairperson
240 E. 1st Street          Ohlone/Costanoan
Pomona     , CA 91766
rumsen@aol.com
(909) 524-8041 Cell
(909) 629-6081

Ohlone/Coastanoan-Esselen Nation
Louise Miranda-Ramirez, Chairperson
P.O. Box 1301          Esselen
Monterey     , CA 93942     Ohlone/Costanoan
ramirez.louise@yahoo.com
(408) 629-5189
(408) 205-7579 Cell

Trina Marine Ruano Family
Ramona Garibay, Representative
30940 Watkins Street          Ohlone/Costanoan
Union City     , CA 94587     Bay Miwok
soaprootmo@comcast.net     Plains Miwok
(510) 972-0645          Patwin

Amah MutsunTribal Band
Valentin Lopez, Chairperson
P.O. Box 5272          Ohlone/Costanoan
Galt     , CA 95632     Northern Valley Yokuts
vlopez@amahmutsun.org
(916) 743-5833

Amah MutsunTribal Band of Mission San Juan Bautista
Irenne Zwierlein, Chairperson
789 Canada Road          Ohlone/Costanoan
Woodside     , CA 94062
amahmutsuntribal@gmail.com
(650) 400-4806 Cell

(650) 332-1526 Fax

Ohlone/Coastanoan-Esselen Nation
Christianne Arias, Vice Chairperson
519 Viejo Gabriel          Esselen
Soledad     , CA 93960     Ohlone/Costanoan
(831) 235-4590

Amah MutsunTribal Band
Edward Ketchum
35867 Yosemite Ave          Ohlone/Costanoan
Davis     , CA 95616     Northern Valley Yokuts
aerieways@aol.com

Ohlone/Coastanoan-Esselen Nation
Pauline Martinez-Arias, Tribal Council woman
1116 Merlot Way          Esselen
Gonzales     , CA 93926     Ohlone/Costanoan
maklici0-us@gmail
(831) 596-9897

Indian Canyon Mutsun Band of Costanoan
Ann Marie Sayers, Chairperson
P.O. Box 28          Ohlone/Costanoan
Hollister     , CA 95024
ams@indiancanyon.org
(831) 637-4238

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

**Native American Contacts**
**Monterey County**
**May 20, 2015**

Amah MutsunTribal Band of Mission San Juan Bautista
Michelle Zimmer
789 Canada Road          Ohlone/Costanoan
Woodside     , CA 94062
amahmutsuntribal@gmail.com

(650) 851-7747 Home

(650) 332-1526 Fax

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to  cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

# APPENDIX D

# NATIVE AMERICAN CONSULTATION

(To save paper, one representative set of letters and maps is included here.)

June 3, 2016

Chairperson Louise Miranda-Ramirez
Ohlone Costanoan Esselen Nation
P.O. Box 1301
Monterey, California 93942

Subject:    Gonzales Road Bridge Replacement Project (Federal ID #BHLO-5944[098])
            Robinson Canyon Road Bridge Scour Countermeasure Project
            (Federal ID #BHLO-5944[099])
            Johnson Road Bridge Replacement Project (Federal ID #BHLO-5944[102])
            Hartnell Road Bridge Replacement Project (Federal ID #BHLO-5944[103])

Dear Chairperson Miranda-Ramirez:

The County of Monterey Public Works Department (County) and California Department of
Transportation (Caltrans) District 5 are conducting environmental studies for the following bridge
projects in Monterey County (Figure 1):

• Gonzales Road Bridge Replacement Project

  The proposed project will construct new abutments and replace the decking on the Gonzales Road
  Bridge over the Salinas River (Figure 2).

• Robinson Canyon Road Bridge Scour Countermeasure Project

  The proposed project will repair scour damage at the south abutment and pier supporting the
  Robinson Canyon Creek Bridge over the Carmel River (Figure 3).

• Johnson Road Bridge Replacement Project

  The proposed project will replace the structurally and seismically deficient Johnson Road Bridge
  over Carneros Creek (Figure 4).

• Hartnell Road Bridge Replacement Project

  The proposed project will replace the structurally deficient Hartnell Road Bridge over Alisal
  Creek (Figure 5).

The proposed projects are currently under environmental review as part of compliance efforts for
Section 106 of the National Historic Preservation Act (Section 106), the National Environmental
Policy Act, and the California Environmental Quality Act. Caltrans is the lead agency responsible for
Section 106 compliance on the proposed projects. To address part of the requirements of these
statutes, LSA is assisting Caltrans by initiating Native American consultation, particularly to address
the requirements of Section 106.

LSA conducted background research for the proposed Area of Potential Effects (APE) for each
project, including a records search, survey, and a Native American Heritage Commission Sacred
Land File review. These tasks did not identify any cultural resources in the APEs. (Please note: The

Gonzales Bridge APE has not been finalized and therefore has not been surveyed.) The records search for the Robinson Canyon Road Bridge Replacement Project did, however, identify prehistoric archaeological site CA-MNT-499 with human burials approximately 500 feet west of the APE and prehistoric archaeological site CA-MNT-2280 with human burials approximately 250 feet east of the APE. The Robinson Canyon Road Bridge Replacement APE is considered archaeologically sensitive whereas the other bridge project APEs are not.

Caltrans would like to provide you with an opportunity to communicate concerns you might have about the proposed projects' APEs. Caltrans requests your participation in the identification and protection of cultural resources, sacred lands, or other heritage sites within the above-described APEs due to your specialized knowledge of the area. If you or any of your tribal members have any questions or concerns regarding these projects, please contact me at
(510) 236-6810 or via e-mail at neal.kaptain@lsa.net.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Johnson Road Bridge
Replacement Project

PRUNEDALE

NATIVIDAD

Hartnell Road Bridge
Replacement Project

SEASIDE

Gonzales River Road Bridge
Replacement Project

Robinson Canyon Road Bridge
Scour Countermeasure Project

PALO
ESCRITO
PEAK

LSA

LEGEND

☐ USGS 7.5-minute Quad

FIGURE 1

*Gonzales River Road Bridge Replacement Project,*
*Hartnell Road Bridge Replacement Project,*
*Johnson Road Bridge Replacement Project, and*
*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*

Project Locations

MILES

N

0    5    10

SOURCE: Esri National Geographic World Map Service (2015).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 1_Project Locations.mxd (6/2/2016)



Project Area

LEGEND

☐ Project Area

LSA

FIGURE 2

*Gonzales River Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLS-5944(098)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Palo Escrito Peak, Calif.* (1984) and *Gonzales, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 2_Gonzales Road Bridge.mxd (6/2/2016)



**Project Area**

LSA

LEGEND

▭ Project Area

FIGURE 3

N

0   1000   2000
FEET

*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*
*Federal Project Number BHLO-5944(099)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Seaside, Calif.* (1983) and *Mt. Carmel, Calif.* (1983).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 3_Robinson Canyon Road Bridge.mxd (6/3/2016)



**Project Area**

LEGEND

☐ Project Area

LSA

FIGURE 4

*Johnson Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(102)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Prunedale, Calif.* (1993) and *Watsonville East, Calif.* (1994).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 4_Johnson Road Bridge.mxd (6/3/2016)

FEET
0    1000    2000

N



**Project Area**

**LSA**

LEGEND

☐ Project Area

FIGURE 5

N

0   1000   2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 5_Hartnell Road Bridge.mxd (6/2/2016)

## Ohlone/Costanoan-Esselen Nation



*Previously acknowledged as
The San Carlos Band of
Mission Indians
The Monterey Band
And also known as
O.C.E.N. or Esselen Nation
P.O. Box 1301
Monterey, CA 93942*

www.ohlonecostanoanesselennation.org.

June 14, 2016

Bob Schubert, AICP
Senior Planner
Monterey County
Resource Management Agency
168 W. Alisal Street, 2nd Floor
Salinas, CA 93901

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group
157 Park Place
Pt. Richmond, CA 95801

Re: Hartnell Road Bridge Replacement Project, Gonzales Road Bridge Scour Countermeasures Project, Johnson Road Bridge Replacement Project and Robinson Canyon Road Bridge Scour Countermeasures Project - Archaeological site CA-CCO-372, Archaeological site CA-CCO-266, P-07-004534, the Lower San Pablo Creek Archaeological District (a concentration of multiple prehistoric archaeological sites), CA-MNT-499, CA-MNT-2280

Saleki Atsa,

Ohlone/Costanoan-Esselen Nation is an historically documented previously recognized tribe. OCEN is the legal tribal government representative for over 600 enrolled members of Esselen, Carmeleno, Monterey Band, Rumsen, Chalon, Soledad Mission, San Carlos Mission and/or Costanoan Mission Indian descent. Though other indigenous people may have lived in the area, the area is the indigenous homeland of our people.

**Ohlone/Costanoan-Esselen Nation objects to all excavation in known cultural lands, even when they are described as previously disturbed, and of no significant archaeological value.** Please be advised that it is our first priority that our ancestor's remains be protected and undisturbed. We desire that all sacred burial items be left with our ancestors on site or as determined culturally respectable by OCEN. All cultural items returned to Ohlone/Costanoan-Esselen Nation. We ask for the respect that is afforded all of our current day deceased, by no other word these burial sites are cemeteries, respect for our ancestors as you would expect respect for your deceased family members in today's cemeteries. **Our definition of respect is no disturbance.**

We request consultation on projects affecting our aboriginal homelands, which include ground disturbance. Please feel free to contact me at (408) 629-5189. Nimasianexelpasaleki. Thank you for your attention to this matter.

Sincerely and Respectfully Yours,

Louise J. Miranda Ramirez, Chairperson
Ohlone/Costanoan-Esselen Nation
(408) 629-5189

Cc: OCEN Tribal Council

# APPENDIX E

# HISTORICAL SOCIETY CONSULTATION

July 19, 2016

Monterey County Historical Society
333 Boronda Road
Salinas, California 93907

Subject:    Hartnell Road Bridge Replacement Project, Monterey County, California
            LSA Project #1502

Dear Historical Society:

The Monterey County Department of Public Works, in cooperation with the California Department of Transportation and the Federal Highway Administration, proposes the Hartnell Road Bridge Replacement Project, near Salinas, Monterey County, California. The project would replace the existing, structurally deficient, bridge with a new bridge in the same location. The Area of Potential Effects (APE) is in unsectioned land of the Al Alisal land grant, as depicted on the accompanying portion of the USGS *Natividad, Calif.,* 7.5' topographic quadrangle map.

Please notify us if your organization has any information or concerns about historical sites in the Area of Potential Effects. This is not a request for research; it is solely a request for public input for any concerns that the historical association may have. If you have any questions, please contact me at the address and phone number above or via email (neal.kaptain@lsa-assoc.com).

We look forward to hearing from you. Thank you.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA #3799700
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



FIGURE 1

SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location



**Project Area**

LEGEND

☐ Project Area

FIGURE 2

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

N

0    1000    2000
FEET

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)



**Bay Area Division**
**900 Modoc Street**
**Berkeley, CA 94707**

**Phone: 510.524.3991**
**Fax: 510.524.4419**
**www.pacificlegacy.com**

March 11, 2020

Tiffany Chao
Assistant Environmental Planner,
Environmental Planning Unit
Santa Clara Valley Water District
5750 Almaden Expressway, San Jose, CA 95118
*Via Email*

Re: Santa Clara Valley Water District Cultural Resources On-Call,
Rancho Cañada de Pala Project, Santa Clara County (PL-3039-01, Task 11)

Dear Ms. Chao:

On behalf of Santa Clara Valley Water District (Valley Water), Pacific Legacy, Inc. conducted a preliminary cultural resources assessment for the proposed Rancho Cañada de Pala Project (Project) in February and March 2020. The assessment included an archival and records search, outreach to the Native American Heritage Commission (NAHC) and local Native American tribal representatives, and an examination of existing geoarchaeological sensitivity data for the Project environs. The Project will involve the formulation of management plans for Areas 1, 2, and 3 of the Rancho Cañada de Pala Preserve (Preserve). These plans will focus on biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Preserve spans approximately 1,532.5 acres and straddles Poverty Ridge east of the City of Milpitas and just east of the Cherry Flat Reservoir (*see* Attachment A, Figures 1 and 2). All work performed by Pacific Legacy was intended to comply with implementing regulations and guidelines for Section 106 of the National Historic Preservation Act (36 CFR 800) and the California Environmental Quality Act (14 CCR Section 15000 et seq.).

The archival and records search revealed that no cultural resources have been previously recorded within the Project area, though one prehistoric archaeological site (P-43-002398) has been recorded within a surrounding 0.25-mile radius (*see* Attachment A, Figure 3). The archival and records search also revealed that only 2% of the Project area has been previously surveyed, specifically a 0.6-mile stretch of Penitencia Creek in Areas 1 and 2 and a small area in the southern portion of Area 2. Neither of these areas was examined in the past ten years and would need to be re-examined in support the current Project. Contact with the NAHC revealed that no Native American cultural resources listed in the Sacred Lands File have been reported in the Project area. An examination of geoarchaeological sensitivity data indicates that buried cultural resource potential within the Project area ranges from very low to high, with areas surrounding drainages and springs characterized as most sensitive.

Based on the results of our assessment, we recommend that additional studies be completed in advance of Project implementation. Specifically, we recommend that an intensive pedestrian cultural resources survey be conducted for the Project area, particularly for those areas where

**Business Office**
PO Box 6050
Arnold, CA 95223
209.795.4481 Ph.
209.795.1967 Fax

**Pacific Basin**
30 Aulike St. #301
Kailua, HI 96734
808.263.4800 Ph.
808.263.4300 Fax

**Sierra/Central Valley**
4919 Windplay Dr. #4
El Dorado Hills, CA 95762
916.358.5156 Ph.
916.358.5161 Fax

**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

Project activities may result in direct or indirect impact to cultural resources, if present. Any prehistoric or historic period resources discovered during the survey should be recorded on standardized Department of Parks and Recreation (DPR) Forms 523. If they cannot be avoided by Project activities such as road rehabilitation or infrastructure maintenance, these resources should be evaluated for listing in the National Register of Historic Properties (NRHP) and California Register of Historical Resources (CRHR) and treated appropriately. These steps will allow Valley Water to better determine the potential impacts of the Project on cultural resources.

**Project Location and Setting**
The Project area is in northern Santa Clara County east of the City of Milpitas and the Cherry Flat Reservoir, west of Mount Day, and North of Mount Hamilton. It straddles Poverty Ridge and is marked by extremely rugged terrain that varies in elevation from roughly 1,400 feet to over 2,900 feet above mean sea level (*see* Attachment A, Figure 2). Several springs have been mapped along Poverty Ridge, and two key drainages pass through the Project area. The Upper Penitencia Creek watershed originates on Poverty Ridge and flows south through Areas 1 and 2 before draining into the Cherry Flat Reservoir and then on through Alum Rock Park where it is joined by Arroyo Aguague. The Arroyo Hondo watershed, which is bordered by Poverty Ridge to the west and Oak Ridge to the east, marks the eastern boundary of the Project area and Area 3. It is formed by the confluence of Isabel Creek and Smith Creek and trends northwest before joining Calaveras Creek at the Calaveras Reservoir.

The Project area is located in Township 6 South, Range 2 East, Sections 9 – 16 and 22 – 24 and in the northern portion of the Cañada de Pala Civil Colonies Land Grant. Attachment A, Figure 1 depicts the Project area on the Mount Day 7.5-minute USGS topographic map. Attachment A, Figure 2 depicts the Project area on a true-color orthophoto.

**Project Background and Description**
Valley Water is formulating two management plans for the Preserve, one that focuses on Areas 1 and 2 and a second that is specific to Area 3. The management plan for Areas 1 and 2 includes the following objectives:
- monitoring, conserving, and managing streams and ponds;
- livestock grazing management;
- minimizing the spread of existing non-native vegetation;
- conserving sensitive biological species such as the tiger salamander and red-legged frog;
- monitoring the condition of fences, gates, and troughs to ensure they are maintained to facilitate the grazing regime;
- installing, modifying, or removing existing fencing, gates, troughs, and other grazing-related infrastructure if indicated for grazing or other resource-related management needs;
- utilizing temporary means, such as electric fencing, for short-term exclusion or inclusion;
- monitoring and maintaining roads to provide access and minimize erosion and sedimentation;



**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone:  510.524.3991
Fax:  510.524.4419
www.pacificlegacy.com

- monitoring and maintaining pipelines or spring boxes used to supplement water flow and troughs or on-site ponds; and
- monitoring the condition of an existing ranch house.

The management plan for Area 3 focuses the following objectives:
- monitoring, conserving, and managing streams;
- livestock grazing management;
- minimizing the spread of existing non-native vegetation;
- conserving and improving habitat for sensitive biological species such as the tiger salamander and red-legged frog;
- monitoring the condition of fences, gates, and troughs to ensure they are maintained to facilitate the grazing regime;
- installing, modifying, or removing existing fencing, gates, troughs, and other grazing-related infrastructure if indicated for grazing or other resource-related management needs;
- installing, modifying, or removing existing fencing, gates, troughs, and other grazing-related infrastructure if indicated for grazing or other resource-related management needs;
- utilizing temporary means, such as electric fencing, for short-term exclusion or inclusion needs; and
- monitoring and maintaining roads to provide access and minimize erosion and sedimentation.

Many of the Project activities associated with these management plans, such as monitoring livestock grazing, biological species, and infrastructure conditions, would be expected to have minimal or no impact on cultural resources. Other activities, such as fencing and road improvements or invasive plant removal, have a greater potential to impact cultural resources that may be present within the Project area.

**Archival and Records Search Results**
An archival and records search of the California Historical Resources Information System (CHRIS) was completed by the Northwest Information Center (NWIC) on March 3, 2020 for the Project area and a surrounding 0.25-mile radius (NWIC File No. 19-1348). This search included a review of the following:
- *The Historic Properties Directory* (California Office of Historic Preservation 2013);
- *The California Inventory of Historic Resources* (State of California 1976);
- *Archaeological Determination of Eligibility* listings (California Office of Historic Preservation 2012);
- *California Historical Landmarks (*California Office of Historic Preservation 1996);
- *California Points of Historical Interest* listing May 1992 (State of California 1992); and
- The National Register of Historic Places (NRHP) (*Directory of Determinations of Eligibility*, California Office of Historic Preservation, Volumes I and II, 1990; Office of Historic Preservation Computer Listing 1990 and updates).



**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

In addition to the listings and directories above, a GIS database of prior cultural resource studies and known cultural resources was examined for the Project area and a surrounding 0.25-mile radius. Relevant files were provided digitally to Pacific Legacy by the NWIC. Caltrans bridge surveys, ethnographic information, historical literature, and historical maps and documents concerning the general area were reviewed by technical staff at the Berkeley office of Pacific Legacy using online resources and company archives.

The archival and records search revealed that three prior cultural resource studies have been conducted within a 0.25-mile radius of the Project area, and all three just overlap it (*see* Table 1). The earliest of these studies was conducted in 1973 by Jackson, Holman, and Dietz for the Santa Clara County Flood Control and Water District East Zone Flood Control Project (S-004772). It involved the reconnaissance survey of a number of key drainages in central Santa Clara County, including the Upper Penitencia Creek corridor from near its source in Area 1 to its confluence with Coyote Creek in San Jose. Roughly a decade later, Edwards, Simpson-Smith, and Laffey completed a reconnaissance survey of 325 acres centered to either side of an existing access road in the northern portion of the Blue Oak Ranch Reserve that just extends into Area 2 (S-006905). The most recent prior study, conducted in 2009 by Whatford, was centered on the same and additional access roads in the northern portion of the Blue Oak Ranch Reserve. The study spanned 299 acres and encompassed an area north of the Lick Observatory and south of Area 2, overlapping Area 2 by less than 1 acre.

**Table 1. Prior Cultural Resource Studies Within the Project Area.**

| Report Number | Authors | Report Date | Report Title | Study Type | Positive/ Negative* |
|---|---|---|---|---|---|
| S-004772 | Thomas L. Jackson, Miley P. Holman, and Stephen A. Dietz | 1973 | An Archaeological Reconnaissance of the Santa Clara County Flood Control and Water District East Zone Flood Control Project | Archaeological, Field study | 43-000022, 43-000056, 43-000057, 43-000068, 43-000072, 43-000080 |
| S-006905 | Rob Edwards, Charlotte Simpson-Smith, and Glory Anne Laffey | 1984 | A Preliminary Archaeological Reconnaissance of the Proposed Development on a Portion of Rancho Pilon, Santa Clara County, California | Archaeological, Field study, Other research (~325 acres) | 43-000335, 43-000336, 43-000337 |
| S-035833 | J. Charles Whatford | 2009 | Archaeological Survey Report, Blue Oak Ranch Reserve VMP, Rx 1-SCU | Archaeological, Field study (~299 acres) | 43-000337, 43-002242, 43-002243, 43-002248, 43-002249, 43-002250, 43-002251, 43-002252 |

The archival and records search revealed that no cultural resources have been previously recorded within the Project area, and just one resource has been recorded within a surrounding 0.25-mile radius (*see* Table 2 and Attachment A, Figure 3). That resource, P-43-002398, is a prehistoric archaeological site with two loci located in the northeast portion of the Blue Oak Ranch Reserve along an unnamed drainage that feeds into the Arroyo Hondo. Locus 1 is on a south-facing bench just north of the drainage and contains a midden deposit with a sparse lithic



Pacific Legacy

Bay Area Division
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

scatter of chert and quartzite flakes and shatter, burnt bone, two possible groundstone fragments, and possible fire-affected rock. Locus 2, located west of Locus 1, is also on a south-facing bench just north of the drainage. It contains a sparse lithic scatter with an obsidian biface fragment, chert and quatzite fragments and shatter, burnt bone, and two possible groundstone fragments. The obsidian biface fragment, a projectile point midpoint fragment, was collected when it was recorded and later sourced to Napa Glass Mountain in Napa County—roughly 88 miles to the northwest. Pieces of weathered possible human bone were noted in Locus 1. A human maxilla, reportedly found at the site before it was formally recorded, could not be relocated (Whatford 2009). Site P-43-002398 has not been evaluated for listing in the NRHP or the CRHR.

**Table 2. Known Cultural Resource Within the Project Area.**

| Resource Designation | Resource Type | Age | Description | Recording Dates and Authors | Report(s) Citations |
|---|---|---|---|---|---|
| P-43-002398 BORR Confluence Site | Site | Prehistoric | A prehistoric site comprised of two loci. Locus 1 is on a south-facing bench and contains a midden deposit with a sparse lithic scatter of chert and quartzite flakes and shatter, burnt bone, groundstone fragments, and possible fire-affected rock. Locus 2 is on a south-facing bench near an unnamed seasonal drainage and contains a sparse lithic scatter with an obsidian biface fragment, chert and quatzite fragments and shatter, and burnt bone. Note that the obsidian biface was collected by Hylkema and sourced to the Napa Glass Mt. area. The site has not been evaluated for listing in the NRHP or CRHR. | 2009 (Linda Hylkema, J. Charles Whatford, Jess Wilcox, Santa Clara University, California Department of Forestry and Fire Protection | Blue Oak Reserve) | --- |

The archival and records search did not reveal the presence of any previously recorded historic period built environment resources within the Project area, though it overlaps the boundaries of the Rancho Cañada de Pala, which was granted by the Mexican government to José de Jesús Bernal in 1839. José de Jesús and his brothers built adobes around a spring-fed pond on a ridge overlooking the Santa Clara Valley and pastured horses and cattle on the 15,714 acre *rancho*. Joaquin Bernal, Jose's uncle, occupied Rancho Santa Teresa to the southwest (Beck and Haase 1974; Hoover et al. 1992). Following the Mexican-American War and the 1848 Treaty of Guadalupe Hidalgo, Alta California became a part of the US. As required by the 1851 Land Act, a claim for Rancho Cañada de Pala was filed with the Public Land Commission in 1852. The land was ultimately patented 11 years later in 1863 to José de Jesús Bernal, José Antonio Bernal, and Juan Bernal. The area that encompasses most of present-day Grant Ranch Park was deeded to Bernal's attorney Fredrick Hall in payment for processing his claim. The southern third of the former *rancho* was sold to Samuel Q. Broughton, a native of Kentucky, in 1850. Adam Grant, a founder of the Murphy, Grant & Company dry goods store, purchased his land holdings within the former *rancho* in 1880. His son, Joseph D. Grant, eventually owned 9,533 acres. Santa Clara County acquired Grant Ranch in 1974 for park use. The 1854 *diseño* map of Rancho Cañada de Pala is pictured below.



Bay Area Division
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com



*Diseño* Map of Rancho Cañada de Pala ca. 1854 (Forbes 1854).

**Native American Contact**

On behalf of Valley Water, Pacific Legacy contacted the NAHC to request a search of the Sacred Lands File as it encompasses the Project area on February 11, 2020. Sarah Fonseca, Associate Governmental Program Analyst for the NAHC, responded to the request on February 13, 2020 and reported that no Native American cultural resources listed in the Sacred Lands File have been identified in the Project area. Ms. Fonseca provided a list of local tribal representatives with potential interest in or knowledge of the Project vicinity who might be contacted for further information.

On February 21, 2020, Pacific Legacy sent certified contact letters to Valentin Lopez, Chairperson of the Amah Mutsun Tribal Band; Irenne Zwierlein, Chairperson of the Amah Mutsun Tribal Band of Mission San Juan Bautista; Ann Marie Sayers, Chairperson of the Indian Canyon Mutsun Band of Costanoan; Monica Arellano of the Muwekma Ohlone Indian Tribe of the San Francisco Bay Area; Katherine Perez, Chairperson of the Northern Valley Yokuts Tribe; and Andrew Galvan of the Ohlone Indian Tribe. These letters briefly described the proposed Project and requested any available information regarding Native American cultural resources or areas of concern within or near the Project area. As of March 11, 2020, no responses have been received by Pacific Legacy, but any replies will be forwarded to Valley Water to assist with



**Bay Area Division**
**900 Modoc Street**
**Berkeley, CA 94707**

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

formal consultation pursuant to Assembly Bill 52. All available correspondence between Pacific Legacy and the NAHC or local tribal representatives is included in Attachment B.

**Project Area Cultural Resource Sensitivity**

The Project area lies within the foothills and mountains of the Diablo Range, which extends from the Carquinez Strait in the north to Orchard Peak and Polonio Pass in the south. It is bordered to the northeast by the San Joaquin River, to the southeast by the San Joaquin Valley, the Salinas River to the southwest, and the Santa Clara Valley to the northwest. The Diablo Range, like the broader Coast Ranges of which it is a part, consists mainly of Upper Jurassic-Cretaceous chert, greenstone, and sandstone from the Franciscan Complex, and Upper Cretaceous shale and sandstone from the Great Valley Sequence. The Diablo Range is intersected by major and minor fault zones, including the Calaveras fault, which runs through the Project vicinity. Movement along these faults is partly responsible for the uplift of the hills and mountains that characterize the region's rugged terrain.

Towards the end of the Pleistocene, roughly 15,000 to 11,000 before present (BP), rising sea levels inundated many portions of the San Francisco Bay region that had been exposed during the last glacial maximum (Meyer and Rosenthal 2007:3). Freshwater marshes began to form, and sediments accumulated on the floor of the Santa Clara Valley. Between about 7,000 and 4,000 BP, sedimentation was able to keep pace with inundation following a dramatic decrease in the rate of sea level rise. Extensive tidal marshes developed, and large alluvial floodplains formed that provided a wide range of natural resources that were attractive to Native settlement (Margolin 1978). Many archaeological sites dating to this period have been recorded in the lower Santa Clara Valley (Hildebrandt 1997, Jones 1997), though many have been subsumed by historic to modern period sediments. Historic period changes to the landscape led to widespread erosion of the uplands, rapid sediment deposition in the lowlands, and the formation of deeply incised channels in the alluvium-filled valley.

Historic period erosion in the uplands, spurred largely by deforestation and livestock grazing, increased sediment deposition in the interior valleys of the Diablo Range. This deposition likely buried or obscured numerous prehistoric archaeological sites—a phenomenon that has been documented at sites such as CCO-30 and CCO-308 in the San Ramon Valley, sites at Los Vaqueros Reservoir dating from 700 to 9,900 BP, and sites in the Amador-Livermore Valley dating from 600 to 6,100 BP (Meyer and Rosenthal 2007:14). These sites tend to be found in the interior valleys of the Diablo Range along drainages where sediment has accrued, and former stable land surfaces would have attracted Native American settlement.

Through the correlation of mapped soil types, field observations, vertical soil profiles, and radiocarbon dates compiled through existing studies and original fieldwork, Rosenthal and Meyer (2004a, 2004b) and Meyer and Rosenthal (2007) developed models of mapped soil series and landform age ranges. Their models were predicated on the idea that specific soil types could be related to certain depositional environments and landforms dating to a particular time period. The degree of soil profile development provided through soil series descriptions were used to make relative initial age estimates. In addition to relative soil development, age ranges





Bay Area Division
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

also were based on radiocarbon dates, correlations with other dated deposits, the geomorphic position of associated landforms, cross-cutting relationships, and the degree and extent of erosional dissection (Meyer and Rosenthal 2007:15-16). Soil Survey Geographic Database soil map units could thus be consistently associated with landforms that occupy similar geomorphic positions on the landscape. These units could then be grouped by major temporal periods and assigned relative sensitivities for buried cultural resources (Meyer and Rosenthal 2007:25).

Valleys and drainage basins within the Project area are dominated by alluvial deposits dating from the Holocene to the historic period (11,800 to 150 BP) or the latest Pleistocene to the historic period (30,000 to 150 BP). These deposits generally consist of gravel, sand, clay, and silt deposited through erosion and weathering. Soils identified within these areas consist mainly of Los Gatos-Gaviota complex soils formed in residuum from sandstone, shale and meta-sedimentary rock. Because humans tend to occupy stable landforms, most archaeological deposits will be associated with "A" and "B" horizons of surface and buried soils. Typically, Los Gatos series soils feature brown clay loam A1 horizons to yellowish red gravelly clay loam Bt horizons over sandstone bedrock. Gaviota series soils feature shallow brown gravelly loam A1 and A2 horizons over hard meta-sandstone.

Buried archaeological resource potential is generally based on the likelihood that a particular landform will contain buried soils or paleosols. These paleosols represent at least moderately stable landforms that could have supported human use and habitation. Younger surface soils are typically more likely to be on a depositional landform overlying buried, stable surfaces that may contain cultural materials. Accordingly, more recent Late Holocene (4,000 to 2,000 BP) and Latest Holocene to historic period (2,000 to 150 BP) deposits are typically the most sensitive for buried archaeological resources.

Meyer and Rosenthal (2007:25) noted that prehistoric settlements were generally associated with landforms located within valley basins and along major drainages where sediment deposition was most frequent and/or extensive during the Holocene. The current and former margins of the San Francisco Bay and stream or river channels would therefore offer the greatest potential for buried cultural materials. In other studies, Meyer et al. (2010) further refined their geoarchaeological sensitivity model to include measurable environmental variables such as proximity to water, precipitation, slope and aspect, and biotic zones and tested those variables against known archaeological site locations to determine positive or negative correlations. They found that proximity to water, specifically small springs and streams, was a significant factor in determining site location and that degree of slope also was important, though somewhat less significant (Meyer et al. 2010:141). By combining landform age, distance to water, and degree of slope, they were able to create a more robust model of buried archaeological resource potential.

Based on projections of Meyer et al. (2010), interior valleys and watersheds within the Project area will be most sensitive for buried cultural resources. Higher elevation areas, such as along traversable ridges and hills, will have very low sensitivity for buried cultural resources, though there will remain the potential to encounter surface materials and features dating to the



**Bay Area Division**
**900 Modoc Street**
**Berkeley, CA 94707**

Phone:  510.524.3991
Fax:  510.524.4419
www.pacificlegacy.com

prehistoric through the historic period. During the ethnographic period, the Project area would have been inhabited by the Ohlone or Costanoan, though it was proximate to the traditional territory of the Northern Valley Yokuts to the east in the Central Valley. Travel corridors through the Diablo range likely served as active trade routes linking the Santa Clara Valley and San Francisco Bay region to the Central Valley and beyond. This was hinted at through the presence of non-local obsidian at site P-43-002398, thus we may expect to encounter similar resources within the Project area.

**Discussion of Results and Recommendations**

The archival and records search revealed no cultural resources within the Project area and one prehistoric archaeological site within a surrounding 0.25-mile radius. The archival and records search also revealed that approximately 23 acres or 2% of the Project area has been previously surveyed, and not within in the past ten years. Contact with the NAHC revealed that no Native American cultural resources listed in the Sacred Lands File have been reported in the Project area. A review of the geoarchaeological sensitivity of the Project area indicates that the interior valleys and watersheds within Areas 1, 2, and 3 will have the potential to reveal buried cultural resources. Within higher elevation areas, such as along traversable ridges and hills, there remains the potential to encounter surface archaeological sites dating to the prehistoric through the historic period.

Based on the findings of our preliminary assessment, we recommend that additional studies be completed in advance of Project implementation. We recommend that an intensive pedestrian cultural resources survey be conducted for all portions of the Project area that may be subject to direct or indirect impacts under the proposed management plans. These would include areas that may be subject to infrastructural development or maintenance (e.g., roads, fences, troughs, pipelines, spring boxes, etc.), biological management (e.g., removal of invasive species vegetation), or stream maintenance activities. Any cultural resources encountered during the pedestrian cultural resources survey should be recorded on appropriate DPR Forms 523. Once these steps have been completed, Valley Water will be able to better determine the potential impacts of the Project on cultural resources and identify ways to avoid or minimize impacts to those resources.

Sincerely,

*Lisa Holm*

**Senior Archaeologist**

**Pacific Legacy, Inc.**

900 Modoc Street
Berkeley, CA 94707
510.524.3991 ext. 102
holm@pacificlegacy.com

**Attachments:**
Attachment A: Figures
Attachment B: Native American Contact Documentation



**Bay Area Division**
**900 Modoc Street**
**Berkeley, CA 94707**

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

**References:**

Forbes, James Alexander. 1854. Diseño Map of Rancho Cañada de Pala (Plan diseño del terreno llamada Cañada de Pala). Available through the UC Berkeley, Bancroft Library at https://calisphere.org/item/ark:/13030/hb2c6003rj/. Accessed March 2020.

Hildebrandt, W. 1997. The Relative Importance of Lacustrine and Estuarine Resources to Prehistoric Hunter-Gatherer Populations: A View from Southern Santa Clara Valley, California. In *Journal of California and Great Basin Anthropology*, 19(2) pp. 197-225.

Jones, T. 1997. Lakes and Estuaries Reconsidered: A Comment on Lacustrine Resource Intensification in the Southern Santa Clara Valley, California. In *Journal of California and Great Basin Anthropology*, 19(2) pp. 281-288.

Margolin, M. 1978. *The Ohlone Way: Indian Life in the San Francisco-Monterey Bay Area*. Heyday Books, Berkeley.

Meyer, J. and J.S. Rosenthal. 2007. Geoarchaeological Overview of the Nine Bay Area Counties in Caltrans District 4. Contract No. 04A2098, EA 447600. Prepared and Edited by: Far Western.

Meyer, J., D.C. Young, and J.S. Rosenthal. 2010. Volume I: A Geoarchaeological Overview and Assessment of Caltrans Districts 6 and 9. Cultural Resources Inventory of Caltrans District 6/9 Rural Conventional Highways EA 06-0A7408 TEA Grant. Prepared and Edited by: Far Western Anthropological Research Group, Inc., Davis, California.

Millikin, R., R. Fitzgerald, M. Hylkema, R. Groza, T. Origer, D. Bieling, A. Levanthal, R. Wiberg, A. Gottsfield, D. Gillette, V. Bellifemine, E. Strother, R. Cartier, and R. Fredrickson. 2007. Punctuated Cultural Change in the San Francisco Bay Area. In California Prehistory: Colonization, Culture, and Complexity. Jones, T. and K. Klar editors. Alta Mira Press, Lanham, Maryland.

Rosenthal, J.S. and J. Meyer. 2004a. Landscape Evolution and the Archaeological Record: A Geoarchaeological Study of the Southern Santa Clara Valley and Surrounding Region. In *Cultural Resources Inventory of Caltrans District 10 Rural Conventional Highways*. Report prepared by Far Western Anthropological Research Group, Davis.

Rosenthal, J.S. and J. Meyer. 2004b. Cultural Resources Inventory of Caltrans District 10, Rural Conventional Highways. In *Geoarchaeological Study, Vol. 3, Landscape Evolution and the Archaeological Record of Central California*. Report prepared by Far Western Anthropological Research Group, Davis.



**ATTACHMENT A: FIGURES**



Figure 1. Valley Water Rancho Cañada de Pala Project Location and Vicinity Map.



Figure 2. Valley Water Rancho Cañada de Pala Project Area Map.



**Legend:**

- Project Area
- Quarter-Mile Records Search Radius
- Known Cultural Resource
- Prior Cultural Resource Studies

Miles
Kilometers

SOURCE: USDA NRCS Geospatial Data Gateway; MrSid County Coverages; USGS 7.5' Mount Day (1992), CA. SCALE 1:24,000.

Figure 3. Valley Water Rancho Cañada de Pala Project Records Search Results Map.

**ATTACHMENT B: NATIVE AMERICAN CONTACT DOCUMENTATION**

# Sacred Lands File & Native American Contacts List Request

## NATIVE AMERICAN HERITAGE COMMISSION

1550 Harbor Blvd, Suite 100
West Sacramento, CA  95501
(916) 373-3710
(916) 373-5471 – Fax
nahc@nahc.ca.gov

*Information Below is Required for a Sacred Lands File Search*

Project: Valley Water Rancho Cañada de Pala Project (3039-01 Task 11)

County: Santa Clara

USGS Quadrangle
Name: Mount Day

Township: 6 S        Range: 2E        Section(s): Sections 9, 10 - 16, 22 - 24

and unsectioned lands in the Rancho Canada de

Company/Firm/Agency:        Pala Civil Colonies Land Grant
Pacific Legacy

Contact Person: Lisa Holm

Street Address: 900 Modoc Street

City: Berkeley, California        Zip: 94707

Phone: (510) 524-3991        Extension: 102

Fax:

Email: holm@pacificlegacy.com

Project Description:
On behalf of Valley Water, we are conducting a cultural resources investigation for the RRancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two managements plans that would be implemented in Areas 1, 2, and 3 of the Preserve; these would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. We would like to request a search of the Sacred Lands File for the Project area (please see Figures 1 attached). We would also like to request a list of Native American Tribal representatives for Santa Clara County who may have an interest in or knowledge of the Project area. We will be contacting those parties for further consultation. Thank you in advance for your assistance.

☑ Project Location Map is attached



Figure 1. Valley Water Rancho Canada de Pala Project Location and Vicinity Map.



# NATIVE AMERICAN HERITAGE COMMISSION

February 13, 2020

Lisa Holm, Senior Archaeologist
Pacific Legacy, Inc.

Via Email to: holm@pacificlegacy.com

**Re: Valley Water Rancho Canada de Pala Project (3039-01 Task 11), Santa Clara County**

Dear Ms. Holm:

A record search of the Native American Heritage Commission (NAHC) Sacred Lands File (SLF) was completed for the information you have submitted for the above referenced project. The results were <u>negative</u>. However, the absence of specific site information in the SLF does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Attached is a list of Native American tribes who may also have knowledge of cultural resources in the project area. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated; if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call or email to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from tribes, please notify me. With your assistance, we can assure that our lists contain current information.

If you have any questions or need additional information, please contact me at my email address: Sarah.Fonseca@nahc.ca.gov.

Sincerely,

Sarah Fonseca
*Cultural Resources Analyst*

Attachment

CHAIRPERSON
**Laura Miranda**
*Luiseño*

VICE CHAIRPERSON
**Reginald Pagaling**
*Chumash*

SECRETARY
**Merri Lopez-Keifer**
*Luiseño*

PARLIAMENTARIAN
**Russell Attebery**
*Karuk*

COMMISSIONER
**Marshall McKay**
*Wintun*

COMMISSIONER
**William Mungary**
*Paiute/White Mountain Apache*

COMMISSIONER
**Joseph Myers**
*Pomo*

COMMISSIONER
**Julie Tumamait-Stenslie**
*Chumash*

COMMISSIONER
**[Vacant]**

EXECUTIVE SECRETARY
**Christina Snider**
*Pomo*

**NAHC HEADQUARTERS**
1550 Harbor Boulevard
Suite 100
West Sacramento,
California 95691
(916) 373-3710
nahc@nahc.ca.gov
NAHC.ca.gov

*Amah MutsunTribal Band*
Valentin Lopez, Chairperson
P.O. Box 5272                    Costanoan
Galt, CA, 95632                  Northern Valley
Phone: (916) 743 - 5833          Yokut
vlopez@amahmutsun.org

*Amah MutsunTribal Band of*
*Mission San Juan Bautista*
Irenne Zwierlein, Chairperson
789 Canada Road                  Costanoan
Woodside, CA, 94062
Phone: (650) 851 - 7489
Fax: (650) 332-1526
amahmutsuntribal@gmail.com

*Indian Canyon Mutsun Band of*
*Costanoan*
Ann Marie Sayers, Chairperson
P.O. Box 28                      Costanoan
Hollister, CA, 95024
Phone: (831) 637 - 4238
ams@indiancanyon.org

*Muwekma Ohlone Indian Tribe*
*of the SF Bay Area*
Monica Arellano,
20885 Redwood Road, Suite 232  Costanoan
Castro Valley, CA, 94546
Phone: (408) 205 - 9714
marellano@muwekma.org

*North Valley Yokuts Tribe*
Katherine Perez, Chairperson
P.O. Box 717                     Costanoan
Linden, CA, 95236                Northern Valley
Phone: (209) 887 - 3415          Yokut
canutes@verizon.net

*The Ohlone Indian Tribe*
Andrew Galvan,
P.O. Box 3388                    Bay Miwok
Fremont, CA, 94539               Ohlone
Phone: (510) 882 - 0527          Patwin
Fax: (510) 687-9393              Plains Miwok
chochenyo@AOL.com

This list is current only as of the date of this document. Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources assessment for the proposed Valley Water Rancho Canada de Pala Project (3039-01 Task 11), Santa Clara County.



**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

February 21, 2020

Valentin Lopez, Chairperson
Amah Mutsun Tribal Band
PO Box 5272
Galt, CA 95632

Re: Santa Clara Valley Water District Rancho Cañada de Pala Project (3039-01 Task 11)

Dear Mr. Lopez,

On behalf of the Santa Clara Valley Water District (now Valley Water), we are conducting a cultural resources investigation for the Rancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two management plans that would be implemented throughout the entire preserve. These plans would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Project area is located in Township 6 South, Range 2 East, Sections 9, 10–16, and 22–24, and unsectioned lands in the Rancho Cañada de Pala Civil Colonies Land Grant, depicted in the attached figure on the Mount Day, California, 7.5-minute USGS topographic map.

A request for a search of the Sacred Lands Inventory has been submitted to the Native American Heritage Commission (NAHC). Their review failed to indicate the presence of cultural resources in the immediate Project area. The NAHC provided your name to us and indicated that you may have knowledge of or concerns about the Project vicinity. If appropriate, please provide us with any information you may have regarding locations of concern to local Native American groups within the Project area. This information will be used for Project planning and will be kept confidential. If you do not feel it is appropriate to divulge the type of resource, it can be noted as an "environmentally sensitive area."

At present, there is no set date for implemetation of the proposed management plans. You may respond by mail, email, phone, or visit our office in Berkeley to inspect our research files. We look forward to receiving your reply within 30 days. If you have any questions, please contact me at (510) 524-3991, ext. 109. Thank you for your kind attention to this matter.

Sincerely,

Shanna Streich
Staff Archaeologist,
Bay Area Division
streich@pacificlegacy.com

Attachment: Figure 1. Project Location Map.

**Business Office**
PO Box 6050
Arnold, CA 95223
209.795.4481 Ph.
209.795.1967 Fax

**Pacific Basin**
30 Aulike St. #301
Kailua, HI 96734
808.263.4800 Ph.
808.263.4300 Fax

**Sierra/Central Valley**
4919 Windplay Dr. #4
El Dorado Hills, CA 95762
916.358.5156 Ph.
916.358.5161 Fax



**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

February 21, 2020

Irenne Zwierlein, Chairperson
Amah Mutsun Tribal Band of Mission San Juan Bautista
789 Canada Road
Woodside, CA 94062

Re: Santa Clara Valley Water District Rancho Cañada de Pala Project (3039-01 Task 11)

Dear Ms. Zwierlein,

On behalf of the Santa Clara Valley Water District (now Valley Water), we are conducting a cultural resources investigation for the Rancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two management plans that would be implemented throughout the entire preserve. These plans would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Project area is located in Township 6 South, Range 2 East, Sections 9, 10–16, and 22–24, and unsectioned lands in the Rancho Cañada de Pala Civil Colonies Land Grant, depicted in the attached figure on the Mount Day, California, 7.5-minute USGS topographic map.

A request for a search of the Sacred Lands Inventory has been submitted to the Native American Heritage Commission (NAHC). Their review failed to indicate the presence of cultural resources in the immediate Project area. The NAHC provided your name to us and indicated that you may have knowledge of or concerns about the Project vicinity. If appropriate, please provide us with any information you may have regarding locations of concern to local Native American groups within the Project area. This information will be used for Project planning and will be kept confidential. If you do not feel it is appropriate to divulge the type of resource, it can be noted as an "environmentally sensitive area."

At present, there is no set date for implemetation of the proposed management plans. You may respond by mail, email, phone, or visit our office in Berkeley to inspect our research files. We look forward to receiving your reply within 30 days. If you have any questions, please contact me at (510) 524-3991, ext. 109. Thank you for your kind attention to this matter.

Sincerely,

Shanna Streich
Staff Archaeologist,
Bay Area Division
streich@pacificlegacy.com

Attachment: Figure 1. Project Location Map.

**Business Office**
PO Box 6050
Arnold, CA 95223
209.795.4481 Ph.
209.795.1967 Fax

**Pacific Basin**
30 Aulike St. #301
Kailua, HI 96734
808.263.4800 Ph.
808.263.4300 Fax

**Sierra/Central Valley**
4919 Windplay Dr. #4
El Dorado Hills, CA 95762
916.358.5156 Ph.
916.358.5161 Fax



Bay Area Division
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

February 21, 2020

Ann Marie Sayers, Chairperson
Indian Canyon Mutsun Band of Costanoan
PO Box 28
Hollister, CA 95024

Re: Santa Clara Valley Water District Rancho Cañada de Pala Project (3039-01 Task 11)

Dear Ms. Sayers,

On behalf of the Santa Clara Valley Water District (now Valley Water), we are conducting a cultural resources investigation for the Rancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two management plans that would be implemented throughout the entire preserve. These plans would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Project area is located in Township 6 South, Range 2 East, Sections 9, 10–16, and 22–24, and unsectioned lands in the Rancho Cañada de Pala Civil Colonies Land Grant, depicted in the attached figure on the Mount Day, California, 7.5-minute USGS topographic map.

A request for a search of the Sacred Lands Inventory has been submitted to the Native American Heritage Commission (NAHC). Their review failed to indicate the presence of cultural resources in the immediate Project area. The NAHC provided your name to us and indicated that you may have knowledge of or concerns about the Project vicinity. If appropriate, please provide us with any information you may have regarding locations of concern to local Native American groups within the Project area. This information will be used for Project planning and will be kept confidential. If you do not feel it is appropriate to divulge the type of resource, it can be noted as an "environmentally sensitive area."

At present, there is no set date for implemetation of the proposed management plans. You may respond by mail, email, phone, or visit our office in Berkeley to inspect our research files. We look forward to receiving your reply within 30 days. If you have any questions, please contact me at (510) 524-3991, ext. 109. Thank you for your kind attention to this matter.

Sincerely,

Shanna Streich
Staff Archaeologist,
Bay Area Division
streich@pacificlegacy.com

Attachment: Figure 1. Project Location Map.



**Bay Area Division**
**900 Modoc Street**
**Berkeley, CA 94707**

**Phone: 510.524.3991**
**Fax: 510.524.4419**
**www.pacificlegacy.com**

February 21, 2020

Monica Arellano
Muwekma Ohlone Indian Tribe of the SF Bay Area
20885 Redwood Road, Suite 232
Castro Valley, CA 94546

Re: Santa Clara Valley Water District Rancho Cañada de Pala Project (3039-01 Task 11)

Dear Ms. Arellano,

On behalf of the Santa Clara Valley Water District (now Valley Water), we are conducting a cultural resources investigation for the Rancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two management plans that would be implemented throughout the entire preserve. These plans would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Project area is located in Township 6 South, Range 2 East, Sections 9, 10–16, and 22–24, and unsectioned lands in the Rancho Cañada de Pala Civil Colonies Land Grant, depicted in the attached figure on the Mount Day, California, 7.5-minute USGS topographic map.

A request for a search of the Sacred Lands Inventory has been submitted to the Native American Heritage Commission (NAHC). Their review failed to indicate the presence of cultural resources in the immediate Project area. The NAHC provided your name to us and indicated that you may have knowledge of or concerns about the Project vicinity. If appropriate, please provide us with any information you may have regarding locations of concern to local Native American groups within the Project area. This information will be used for Project planning and will be kept confidential. If you do not feel it is appropriate to divulge the type of resource, it can be noted as an "environmentally sensitive area."

At present, there is no set date for implemetation of the proposed management plans. You may respond by mail, email, phone, or visit our office in Berkeley to inspect our research files. We look forward to receiving your reply within 30 days. If you have any questions, please contact me at (510) 524-3991, ext. 109. Thank you for your kind attention to this matter.

Sincerely,

Shanna Streich
Staff Archaeologist,
Bay Area Division
streich@pacificlegacy.com

Attachment: Figure 1. Project Location Map.

**Business Office**
PO Box 6050
Arnold, CA 95223
209.795.4481 Ph.
209.795.1967 Fax

**Pacific Basin**
30 Aulike St. #301
Kailua, HI 96734
808.263.4800 Ph.
808.263.4300 Fax

**Sierra/Central Valley**
4919 Windplay Dr. #4
El Dorado Hills, CA 95762
916.358.5156 Ph.
916.358.5161 Fax



**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

February 21, 2020

Katherine Perez, Chairperson
North Valley Yokuts Tribe
PO Box 717
Linden, CA 95236

Re: Santa Clara Valley Water District Rancho Cañada de Pala Project (3039-01 Task 11)

Dear Ms. Perez,

On behalf of the Santa Clara Valley Water District (now Valley Water), we are conducting a cultural resources investigation for the Rancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two management plans that would be implemented throughout the entire preserve. These plans would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Project area is located in Township 6 South, Range 2 East, Sections 9, 10–16, and 22–24, and unsectioned lands in the Rancho Cañada de Pala Civil Colonies Land Grant, depicted in the attached figure on the Mount Day, California, 7.5-minute USGS topographic map.

A request for a search of the Sacred Lands Inventory has been submitted to the Native American Heritage Commission (NAHC). Their review failed to indicate the presence of cultural resources in the immediate Project area. The NAHC provided your name to us and indicated that you may have knowledge of or concerns about the Project vicinity. If appropriate, please provide us with any information you may have regarding locations of concern to local Native American groups within the Project area. This information will be used for Project planning and will be kept confidential. If you do not feel it is appropriate to divulge the type of resource, it can be noted as an "environmentally sensitive area."

At present, there is no set date for implemetation of the proposed management plans. You may respond by mail, email, phone, or visit our office in Berkeley to inspect our research files. We look forward to receiving your reply within 30 days. If you have any questions, please contact me at (510) 524-3991, ext. 109. Thank you for your kind attention to this matter.

Sincerely,

Shanna Streich
Staff Archaeologist,
Bay Area Division
streich@pacificlegacy.com

Attachment: Figure 1. Project Location Map.

**Business Office**
PO Box 6050
Arnold, CA 95223
209.795.4481 Ph.
209.795.1967 Fax

**Pacific Basin**
30 Aulike St. #301
Kailua, HI 96734
808.263.4800 Ph.
808.263.4300 Fax

**Sierra/Central Valley**
4919 Windplay Dr. #4
El Dorado Hills, CA 95762
916.358.5156 Ph.
916.358.5161 Fax



**Bay Area Division**
900 Modoc Street
Berkeley, CA 94707

Phone: 510.524.3991
Fax: 510.524.4419
www.pacificlegacy.com

February 21, 2020

Andrew Galvan
The Ohlone Indian Tribe
PO Box 3388
Fremont, CA 94539

Re: Santa Clara Valley Water District Rancho Cañada de Pala Project (3039-01 Task 11)

Dear Mr. Galvan,

On behalf of the Santa Clara Valley Water District (now Valley Water), we are conducting a cultural resources investigation for the Rancho Cañada de Pala Preserve Project, which would span approximately 1,533 acres in the Rancho Cañada de Pala Preserve east of the City of San José. The Project would involve the development of two management plans that would be implemented throughout the entire preserve. These plans would include biological resource management and monitoring, livestock grazing management, non-native invasive species management, road rehabilitation and maintenance, and infrastructure maintenance. The Project area is located in Township 6 South, Range 2 East, Sections 9, 10–16, and 22–24, and unsectioned lands in the Rancho Cañada de Pala Civil Colonies Land Grant, depicted in the attached figure on the Mount Day, California, 7.5-minute USGS topographic map.

A request for a search of the Sacred Lands Inventory has been submitted to the Native American Heritage Commission (NAHC). Their review failed to indicate the presence of cultural resources in the immediate Project area. The NAHC provided your name to us and indicated that you may have knowledge of or concerns about the Project vicinity. If appropriate, please provide us with any information you may have regarding locations of concern to local Native American groups within the Project area. This information will be used for Project planning and will be kept confidential. If you do not feel it is appropriate to divulge the type of resource, it can be noted as an "environmentally sensitive area."

At present, there is no set date for implemetation of the proposed management plans. You may respond by mail, email, phone, or visit our office in Berkeley to inspect our research files. We look forward to receiving your reply within 30 days. If you have any questions, please contact me at (510) 524-3991, ext. 109. Thank you for your kind attention to this matter.

Sincerely,

Shanna Streich
Staff Archaeologist, Bay Area Division
streich@pacificlegacy.com

Attachment: Figure 1. Project Location Map.

**Business Office**
PO Box 6050
Arnold, CA 95223
209.795.4481 Ph.
209.795.1967 Fax

**Pacific Basin**
30 Aulike St. #301
Kailua, HI 96734
808.263.4800 Ph.
808.263.4300 Fax

**Sierra/Central Valley**
4919 Windplay Dr. #4
El Dorado Hills, CA 95762
916.358.5156 Ph.
916.358.5161 Fax



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

REDWOOD CITY, CA 94062

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees
Irenne Zwierlein, Chairperson
Amah Mutsun Tribal Band
Sent To of Mission San Juan Bautista
Street and Apt. No. 789 Canada Road
City, State, ZIP+4 Woodside, CA 94062

PS Form 3800

7018 1130 0000 8085 1009



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

GALT, CA 95632

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees $4.10
Valentin Lopez, Chairperson
Amah Mutsun Tribal Band
Sent To PO Box 5272
Street and Apt. No.
City, State, ZIP+4 Galt, CA 95632

PS Form 3800

7018 1130 0000 8085 0996



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CASTRO VALLEY, CA 94546

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees
Monica Arellano
Muwekma Ohlone Indian Tribe of the
Sent To SF Bay Area
Street and Apt. No. 20885 Redwood Road, Suite 232
City, State, ZIP+4 Castro Valley, CA 94546

PS Form 3800

7018 1130 0000 8085 1023



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

HOLLISTER, CA 95024

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees
Ann Marie Sayers, Chairperson
Indian Canyon Mutsun Band
Sent To of Costanoan
Street and Apt. No. PO Box 28
City, State, ZIP+4 Hollister, CA 95024

PS Form 3800

7018 1130 0000 8085 1016



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

FREMONT, CA 94539

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees
Andrew Galvan
The Ohlone Indian Tribe
Sent To PO Box 3388
Street and Apt. No.
City, State, ZIP+4 Fremont, CA 94539

PS Form 3800

7018 1130 0000 8085 1047



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LINDEN, CA 95236

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees
Katherine Perez, Chairperson
North Valley Yokuts Tribe
Sent To PO Box 717
Street and Apt. No.
City, State, ZIP+4 Linden, CA 95236

PS Form 3800

7018 1130 0000 8085 1030

# HISTORIC PROPERTY SURVEY REPORT

## 1. UNDERTAKING DESCRIPTION AND LOCATION

| District | County | Federal Project. Number. | Location |
|---|---|---|---|
| 5 | MNT | BRLO-5944(103) | Monterey County, California |

**Project Description**:

The County of Monterey, with funding administered through the Federal Highway Administration and in coordination with the California Department of Transportation, proposes the Hartnell Road Bridge Replacement Project, Monterey County, California. The project will replace Hartnell Road Bridge over Alisal Creek (Attachment 1: Figures 1–3).

The project will widen the existing 23-foot-wide roadway and bridge with two 12-foot travel lanes and two 8-foot shoulders. There will be approximately 400 feet of approach work required with the bridge replacement. Within the APE, the existing pavement of Hartnell Road would be excavated or recycled and a new structural section of 6-inch hot mix asphalt (HMA) on 18 inches of aggregate base would be constructed. Three-foot shoulder backing and side slopes of 4:1 on Hartnell Road are proposed to transition the roadway elevation back to the existing ground surface on both sides of the roadway. The total new paved width of Hartnell Road is proposed to be 40 feet. The new box culvert carrying Alisal Creek will be skewed at an approximately 45-degree angle in order to facilitate the flow of the creek. Standard wingwalls will also be constructed.

## 2. AREA OF POTENTIAL EFFECTS

In accordance with Stipulation VIII.A of the Section 106 Programmatic Agreement, the Area of Potential Effects (APE) for the project was established in consultation with Kelda Wilson, PQS Principal Investigator, Prehistoric Archaeology, and Reinie Jones, Caltrans Project Engineer, on February 3, 2016. The APE map is located in Attachment 1 of this Historic Property Survey Report (Figure 3).

**Archaeological APE**

The Archaeological APE has been delineated to include the entirety of ground-disturbing activities consisting of bridge construction, driveway conform reconstruction, a temporary detour for contractor use only, and project staging. The Archaeological APE has been delineated to include minor portions of the following three parcels #107-031-013-000, #153-011-053-000, and #153-011-060-000. The permanent effects on these parcels are limited to driveway conform reconstruction and grading along Hartnell Road.

The table below (Table A) lists the depth of ground disturbance in the APE.

**Table A: Depth of Ground Disturbance**

| Project Actions | Proposed Depth of Actions (ft) |
|---|---|
| Project staging | 2 |
| Grading | 8 |
| Demolition of existing culvert and installation of new culvert | 8 |
| Sign posts | 8 |

**ATTACHMENTS**
FIGURES

| | FIGURE 1 | General Project Location |
|---|---|---|
| | FIGURE 2 | Project Location (USGS Santa Teresa Hills, Calif. 1980) |
| | FIGURE 3 | Revegetation and Additional Planting Areas for Almaden Quicksilver County Park, Santa Clara County (CH2M Hill March 2009) |
| | FIGURE 4 | DG-2 Feature (view to east-southeast) |
| | FIGURE 5 | DG-2 Feature, basin at left (view to north) |
| | FIGURE 6 | DG-2 Feature (view to north) |
| | FIGURE 7 | DG-2 Feature (view to north-northeast) |
| | FIGURE 8 | View southwest of Bridge 37C0160 with left (north) bank abutment to the right |
| | FIGURE 9 | View south-southwest of ACB-1 with wood wall remnants |
| | FIGURE 10 | View south-southwest of ACB-1 with wood wall remnants |
| | FIGURE 11 | Closeup view of brick well remains |
| | FIGURE 12 | View southeast of wood wall remnants |
| | FIGURE 13 | View east of stone wall with wood wall remnants |
| CORRESPONDENCE | | |
| | LETTER | REQUEST TO NATIVE AMERICAN HERITAGE COMMISSION |
| | LETTER | NATIVE AMERICAN HERITAGE COMMISSION RESPONSE |
| | MEMO | RECORD OF NATIVE AMERICAN CONTACTS |



Figure 1: General Project Location



Figure 2: Project Locations (USGS Santa Teresa Hills, Calif. 1980)



UPPER FURNACE YARD
DEPOSIT (UF-1)

30 FT WIDE
CREEK CROSSING 1
TO BE PLACED
WITHIN THIS LIMIT

EXCESS ROCKS FROM PRIOR
GABION CONSTRUCTION

ARY BRIDGE
FILL FOR
CROSSING,TYP

ALAMITOS CREEK
DEPOSIT #1 (AC-1)

HACIENDA FURNACE YARD COVER

CONSTRUCTION MOBILIZATION AND EQUIPMENT STORAGE AREA

EXISTING
TO REMA

CONST
ACCESS
EXISTIN
GRAVE
AS NE

APPROXIMATE
LOCATION OF
EXISTING 2-IN WATER

CONCRETE DEBRIS PILE

LOWER HACIENDA
DEPOSIT #1 (LH-1)

LOWER HACIENDA
DEPOSIT #2 (LH-2)

ADDITIONAL CONTAINER STOCK PLANTINFG AREA

WILLOW CUTTING PLANTING AREA

EDED

BANCE          APPROXIMATE LOCATION OF 2-IN WATERLINE

POWER POLE

GABION EMBANKMENT

ELD          ×517.60   POINT ELEVATION FROM BKF ENGINEERING SURVEY

APPROXIMATE PAVEMENT EDGE, ALAMITOS ROAD

TITIES          TYPICAL CROSS-SECTION (REFER TO FIGURES 3 - 6)

N

0   25   50        100        150

SCALE  IN  FEET

Bri

ALAMITOS CREEK
DEPOSIT

ING, MARCH 2007.
C CORP. ON JANUARY 26,
ONTOURS WHERE
ATER DISTRICT BM-398.

2.  GROUND SURFACE POINT ELEVATIONS AT SELECTED SITE FEATURES
(TREES, POLES, CONCRETE, RIP RAP, ETC.) WERE SURVEYED BY
BKF ENGINEERS, JANUARY 23, 2007. POINT ELEVATIONS ARE POSTED
FOR COMPARISON TO AERIAL TOPOGRAPHIC CONTOURS.
3.  VOLUME OF DEPOSIT AREA FOR REMOVAL INCLUDES 50 % INCREASE
FOR CONTINGENCY.

4.  DEPTH IS ESTIMATED AVERAGE DEPTH USED FOR VOLUME CALCULATION.
ACTUAL DEPTH OF REMOVAL MAY VARY.
5.  FINISHED SLOPE IS APPROXIMATE MAXIMUM SLOPE FOR FINISH GRADING
TO MATCH ADJACENT SLOPES. ACTUAL SLOPE MAY BE FLATTER IF POSSIBLE.
ALSO SEE PLATE 2 FOR CROSS SECTIONS.

| | VERIFY SCALE | | | | |
|---|---|---|---|---|---|
| REA AND AREAS AROUND DG-1 AND DG-2 FROM 10/29/08 SITE VISIT | SL | BAR IS ONE INCH ON ORIGINAL DRAWING. | **CH2MHILL** | ALMADEN QUICKSILVER COUNTY PARK SANTA CLARA COUNTY, CALIFORNIA | |
| ADDED DEPOSIT (ACB-1) AND (DG-2) | SL | 0 ▬▬ 1" | | | |
| REVISION | BY | APVD | IF NOT ONE INCH ON THIS SHEET, ADJUST SCALES ACCORDINGLY. | SANTA CLARA COUNTY PARKS DEPARTMENT SAN JOSE, CALIFORNIA | |



Figure 4: DG-2 Feature (view to east-southeast)



Figure 5: DG-2 Feature, basin at left (view to north)



Figure 6:  DG-2 Feature (view to north)



Figure 7:  DG-2 Feature (view to north-northeast)



Figure 8:  View southwest of Bridge 37C0160 with left (north) bank abutment to the right



Figure 9:  View south-southwest of ACB-1 with wood wall remnants



**wood wall**

Figure 10:  View south-southwest of ACB-1 with wood wall remnants



Figure 11:  View southeast of brick well remains



Figure 12:  View southeast of wood wall remnants



Figure 13:  View east of stone wall with wood wall remnants



August 28, 2009



BASIN
RESEARCH
ASSOCIATES

1933 DAVIS STREET
SUITE 210
SAN LEANDRO, CA 94577
VOICE (510) 430-8441
FAX (510) 430-8443

Mr. Larry Meyers
Executive Secretary
**Native American Heritage Commission**
915 Capitol Mall, Room 364
Sacramento, CA 95814

RE:  Request for Review of Sacred Lands Inventory
     *Hacienda and Deep Gulch Restoration Plan,*
     *Almaden Quicksilver County Park, Santa Clara County*

Dear Mr. Meyers,

Please let this letter stand as our request for the Native American Heritage Commission (NAHC) to conduct a review of the NAHC *Sacred Lands Inventory* to determine if any listed properties are present within or adjacent to the above proposed project area (see enclosed USGS map).

The proposed project consists of the removal of three calcine dumps and vegetation restoration within the former New Almaden Mining District known as Deep Gulch, Lower Hacienda, and Upper Hacienda. Calcines or "roasted ore materials" result from the heating of cinnabar to extract mercury. This project will involve transport and consolidation of some of the calcine at a secondary location with the objective of mitigating water pollution.

Information from the NAHC *Sacred Lands* to be reviewed by the Santa Clara County Department of Parks of Recreation.

If I can provide any further information, please don't hesitate to contact me (510 430-8441 or Basinres1@Gmail.com). Thank you for your timely review of our request.

Sincerely yours,

Colin I. Busby
Principal

CIB/m
Enclosures - Location Map



Figure 1:   Project Location T9S R1E (USGS Santa Teresa Hills, Calif. 1980)

STATE OF CALIFORNIA                                                    Arnold Schwarzenegger, Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
915 CAPITOL MALL, ROOM 364
SACRAMENTO, CA 95814
(916) 653-4082
Fax (916) 657-5390
Web Site www.nahc.ca.gov



September 1, 2009

Colin I. Busby
Basin Research Associates
1933 Davis Street, Suite 210
San Leandro, CA 94577

Sent by Fax: 510-430-8443
Number of Pages: 3

Re:  Proposed Hacienda and Deep Gulch Restoration Plan & Almaden Quicksilver Country
Park, Santa Clara County

Dear Mr. Busby:

A record search of the sacred land file has failed to indicate the presence of Native American
cultural resources in the immediate project area.  The absence of specific site information in the
sacred lands file does not indicate the absence of cultural resources in any project area.  Other
sources of cultural resources should also be contacted for information regarding known and
recorded sites.

Enclosed is a list of Native Americans individuals/organizations who may have knowledge of
cultural resources in the project area.  The Commission makes no recommendation or
preference of a single individual, or group over another. This list should provide a starting place
in locating areas of potential adverse impact within the proposed project area.  I suggest you
contact all of those indicated, if they cannot supply information, they might recommend others
with specific knowledge.  By contacting all those listed, your organization will be better able to
respond to claims of failure to consult with the appropriate tribe or group.  If a response has not
been received within two weeks of notification, the Commission requests that you follow-up with
a telephone call to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from any of these
individuals or groups, please notify me.  With your assistance we are able to assure that our
lists contain current information.  If you have any questions or need additional information,
please contact me at (916) 653-4038.

Sincerely,

Debbie Pilas-Treadway
Environmental Specialist III

# Native American Contacts
## Santa Clara County
### September 1, 2009

Jakki Kehl
720 North 2nd Street
Patterson     , CA  95363
jakki@bigvalley.net
(209) 892-1060

Ohlone/Costanoan

Amah/MutsunTribal Band
Jean-Marie Feyling
19350 Hunter Court
Redding     , CA  96003
amah_mutsun@yahoo.com
530-243-1633

Ohlone/Costanoan

Amah MutsunTribal Band
Valentin Lopez, Chairperson
3015 Eastern Ave, #40
Sacramento     , CA  95821
vlopez@amahmutsun.org
(916) 481-5785

Ohlone/Costanoan

Indian Canyon Mutsun Band of Costanoan
Ann Marie Sayers, Chairperson
P.O. Box 28
Hollister     , CA  95024
ams@garlic.com
831-637-4238

Ohlone/Costanoan

Amah MutsunTribal Band
Edward Ketchum
35867 Yosemite Ave
Davis     , CA  95616
aerieways@aol.com

Ohlone/Costanoan
Northern Valley Yokuts

Muwekma Ohlone Indian Tribe of the SF Bay Area
Rosemary Cambra, Chairperson
PO Box 360791
Milpitas     , CA  95036
muwekma@muwekma.org
408-434-1668
408-434-1673

Ohlone / Costanoan

Amah/MutsunTribal Band
Irene Zwierlein, Chairperson
789 Canada Road
Woodside     , CA  94062
amah_mutsun@yahoo.com
(650) 851-7747 - Home
(650) 851-7489 - Fax

Ohlone/Costanoan

The Ohlone Indian Tribe
Andrew Galvan
PO Box 3152
Fremont     , CA  94539
chochenyo@AOL.com
(510) 882-0527 - Cell
(510) 687-9393 - Fax

Ohlone/Costanoan
Bay Miwok
Plains Miwok
Patwin

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resources Code and Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hacienda and Deep Gulch Restoration Plan & Almaden Quicksilver County Park, Santa Clara County

## Native American Contacts
### Santa Clara County
### September 1, 2009

Trina Marine Ruano Family
Ramona Garibay, Representative
16010 Halmar Lane                  Ohlone/Costanoan
Lathrop         , CA 95330         Bay Miwok
soaproot@msn.com                   Plains Miwok
209-629-8619                       Patwin

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and
Safety Code, Section 5097.94 of the Public Resources Code and Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed
Hacienda and Deep Gulch Restoration Plan & Almaden Quicksilver County Park, Santa Clara County

# *Record of Native American Contacts*

## Proposed Hacienda and Deep Gulch Restoration Plan & Almaden Quicksilver Country Park, Santa Clara County.

8/28/09      Letter to Mr. Larry Meyers, Executive Secretary, Native American Heritage Commission (NAHC), Sacramento. Regarding: Request for Review of Sacred Lands Inventory for project.

9/1/09      Letter response by Debbie Pilas-Treadway, NAHC

9/2/09      Letters sent to all parties recommended by NAHC

Letters to Jakki Kehl, Patterson; Valentin Lopez, Amah/Mutsun Tribal Band, Sacramento; Edward Ketchum, Amah/Mutsun Tribal Band, Davis; Irene Zwierlein, Amah/Mutsun Tribal Band, Woodside; Jean-Marie Feyling Amah/Mutsun Tribal Band, Redding; Ann Marie Sayers, Chairperson, Indian Canyon Mutsun Band of Costanoan, Hollister; Rosemary Cambra, Chairperson, Muwekma Ohlone Indian Tribe of the SF Bay Area, Milpitas; Andrew Galvan, The Ohlone Indian Tribe, Fremont; and Ramona Garibay, Representative, Trina Marine Ruano Family, Lathrop.

10/21/09      Telephone calls made by Basin Research Associates (Christopher Canzonieri, M.A.) in the afternoon to non-responding parties.

**Jakki Kehl** – left message at 1:41 PM.

**Valentin Lopez** – left message at 1:07 PM.

**Edward Ketchum** – emailed at1:31 PM. Responded that perhaps descendants of Tamyen people could tell you more.

**Irene Zwierlein** – Spoke with Mrs. Zwierlein at 1:11 PM she has no concerns.

**Jean-Marie Feyling** – Spoke with Mrs. Feyling on 9/11/09 at 1:49 PM regarding the project. Mrs. Feyling noted that her mother had once spoke of cave(s) in the area that Native American would have mined for cinnabar. Mrs. Feyling would like to be notified about the survey results if any prehistoric cultural material is observed.

**Ann Marie Sayers** – left message at 1:13 PM.

**Rosemary Cambra** – no answer, unable to leave message (1:14 PM).

**Andrew Galvan** – Spoke with Mr. Galvan at 1:20 PM; if something is encountered the proper measures should be implemented (i.e., contact County Coroner and Native American Heritage Commission if Native American remains are exposed and follow recommendations).

**Ramona Garibay** – No concerns (1:15 PM).

**C**ALIFORNIA
**H**ISTORICAL
**R**ESOURCES
**I**NFORMATION
**S**YSTEM

ALAMEDA
COLUSA
CONTRA COSTA
LAKE

MARIN
MENDOCINO
MONTEREY
NAPA
SAN BENITO
SAN FRANCISCO

SAN MATEO
SANTA CLARA
SANTA CRUZ
SOLANO
SONOMA
YOLO

Northwest Information Center
Sonoma State University
1303 Maurice Avenue
Rohnert Park, California 94928-3609
Tel: 707.664.0880 • Fax: 707.664.0890
Email: leigh.jordan@sonoma.edu
http://www.sonoma.edu/nwic

# INFORMATION CENTER ELECTRONIC ACCESS AGREEMENT

## FILE NO.: **09-0248**

I, the undersigned, have been granted access to historical resources information on file at the Northwest Information Center (NWIC) of the California Historical Resources Information System.

I understand that any CHRIS Confidential Information I receive shall not be disclosed to individuals who do not qualify for access to such information, as specified in Section III (A-E) of the CHRIS Information Center Rules of Operation Manual, or in publicly distributed documents without written consent of the Information Center Coordinator.

I agree to submit historical Resource Records and Reports based in part on the CHRIS information released under this Access Agreement to the Information Center within sixty (60) calendar days of completion.

I agree to pay for CHRIS services provided under this Access Agreement within sixty (60) calendar days of receipt of billing.

*I understand that failure to comply with this Access Agreement shall be grounds for denial of access to CHRIS Information.*

\*\*\* **PLEASE SIGN AND RETURN THIS FORM. SEE ATTACHED INVOICE** \*\*\*

Print Name: Donna Garaventa                          Date: 9/8/2009

Signature: *Donna M. Garaventa*          (for)

Affiliation: Basin Research Associates, Inc.

Address: 1933 Davis Street, Suite 210

City/State/Zip: San Leandro, CA 94577-1258

Billing Address (if different than above):

Telephone: (510) 430-8441          Email:

Purpose of Access: Project Planning

Reference (project name or number): SOKALE – Hacienda and Deep Gulch Restoration Plan, Almaden Quicksilver County Park

County: Santa Clara

USGS 7.5' Quad: Santa Teresa Hills

# Santa Clara County
# HERITAGE RESOURCE
# INVENTORY

COMPILED AND EDITED BY

PAULINE PACE
SANTA CLARA COUNTY
HISTORICAL HERITAGE COMMISSIONER

cartography and cover by
BERNICE ARNERICH

Forword and Explanation

MARDI GUALTIERI
Santa Clara County Historical Heritage Commissioner

San Jose, California
October, 1975

floor at ground level. The walls are thick masonry construction of local serpentine rock and primitive lime mortar. Appears to have been built in early 1840s. The added second story walls are brick and seem to be about 1880. County owned.

4. Orvis Stevens House and smaller original House, East Emado Lane, Coyote--The small original house is older than 1867 when Orvis Stevens bought the land. The main house was built in 1882. It is a large two story frame house with 15 rooms.

5. Coyote Ranch, South of Metcalf Road, Coyote--This two story frame house was built about 1873. It has a porch that goes halfway around the house on the ground floor; has lovely wood in interior and a beautiful fireplace. Land was originally owner by William Fisher. Captain Fremont wintered here in 1846. He stayed until the middle of February using the time to purchase horses, obtain supplies and thoroughly refit his party. (This was shortly before the Mexican War). The house was built by Ficaro Fisher, son of William.

6. Tom Sugishita House, 1 driveway south of Emado Lane, Coyote--This small frame house now covered with imitation brick and with an addition on the south, was built in 1863. It is said to be the oldest remaining house in Coyote. Square nails and redwood lumber were used in its construction.

NEW ALMADEN ✳
1. Pfeiffer House, Graystone Lane, Almaden--Jacob Pfeiffer brought his family to the area in 1875. He went to work in "Goodrich's Freestone Quarry" and soon took it over, leasing it until his death in 1905. He and his sons mined the gray stone, cutting it by hand, and hauling it by wagon and later by rail all over California. Agnews State Hospital, Stanford University, San Jose Art Museum, Knox-Goodrich Building, and Santa Clara County's Old Hall of Records were built of stone from this quarry.

2. Hacienda Hotel, 21747 Bertram Road, Almaden--Almaden Quicksilver Mining Company originally owned the hotel and used it for unmarried mine employees. Later it was converted into a small hotel to accomodate visitors to the mining settlement. Standing vacant for many years, it has been remodeled into a restaurant. The original hotel burned down; new building constructed by the mining company in the 1870's.

3. Casa Grande, Almaden Road, New Almaden--This building was built in 1854 as a residence for managers of New Almaden Quicksilver Mine. It was used for this purpose until the 1920's. Among its occupants was the Director General Henry W. Halleck.



*Casa Grande, New Almaden*

4 **New Almaden Quicksilver Mine, New Almaden--
This mine was first worked in 1824. Between
1850 and 1917 it produced $52,299,517 worth of
mercury. It was named after the Almaden Mine in
Spain. Now it is the property of Santa Clara
County called Almaden-Quicksilver County Park.
From 1950-75 is has been a limited operation.

5. St. Anthony's Church, Bertram Road, New
Almaden at Almaden Road--Built in 1900, the
church has brown shingles, lancet windows and a
gable-roof facade.

6. Wells Fargo Office--Now New Almaden Museum,
Almaden Road, New Almaden--This building that
was built in the 1850's is now the property of
Mrs. Constance Perham. It contains relics from
nearby quicksilver mine. (Reported to be the
only private quicksilver museum in the country).
It also contains Indian artifacts and plants
used by California Indians. Adjacent to it is
one of the few early brick houses, the Bulmore
House. Bulmore was an early bookkeeper for the
mining company. (Also known as the Carson-Perham
Adobe).

CAMPBELL
1. Ralph Hyde House, 227 E. Alice Ave, Campbell--
This white shingle, bungalow style house was
built in 1917. It was constructed in the dry
yard of the cannery.

2. John Henry Campbell House, 91 South Second,
Campbell--This is the original home built by
John Henry Campbell in the 1880's. He was the
son of Benjamin Campbell, founder of the town of
Campbell. The two palm trees in front were plan-
ted by the Campbells. This white redwood struc-
ture has been completely restored.

3. Original Ainsley House, 112 N. Second, Camp-
bell--This 3800 square foot house was the origi-
nal home of John Ainsley, and was first located
on the property of the cannery he owned at Har-
rison Ave by the railroad. In 1912 the home was
moved in 3 parts to its present site.

4. Farley Building, 365 E. Campbell, Campbell--
This brick building was constructed in 1894. It
was originally the Bank of Camp bell incorporated
in 1896. It was a bank for 10 years, and then
became an office building.



*Carson-Perham Adobe, New Almaden*









Views made to order in any part of the State or Coast.



the Hacienda, New Almaden.

152



"The Pagoda."



Summer House Hacienda Garden





CASA GRANDE

BUILT IN 1854 OF ADOBE BRICK AND WOOD
RESIDENCE OF MINES MANAGER UNTIL 1925
MOST GRACIOUS & STATELY CALIFORNIA
MANSION OF EARLY DAYS    SCENE OF
IMPORTANT SOCIAL & POLITICAL EVENTS
PLANNED BY HENRY W HALLECK & BUILT
BY J YOUNG & F MEYER  HALLECK WAS
GENERAL-IN-CHIEF UNION ARMIES IN CIVIL WAR

NEW ALMADEN HISTORICAL SOCIETY

**Architectural APE**

The Architectural APE has been delineated to include the entirety of parcel #107-031-013-000, where the permanent effects will consist of driveway conform reconstruction and grading in the parcel to within 20 feet of a house fronting Hartnell Road. The Architectural APE has not been bounded around the following parcels, as there will be only minor ground disturbance in these parcels:

- At parcel #153-011-053-000, the permanent effects will consist of driveway conform reconstruction and grading to return Alisal Creek to its original condition when the temporary construction access road is removed.

- At parcel #153-011-060-000, the permanent effects will consist of driveway conform reconstruction and grading along Hartnell Road. The minor portion of the temporary construction access road in the parcel constitutes a temporary effect that will disappear when the land reverts to agricultural use after the project is concluded.

The effects at parcels #153-011-053-000 and #153-011-060-000 are negligible and do not constitute a direct or indirect effect to the buildings on the parcels. The only permanent disturbance of the parcels will consist of driveway conform reconstruction and grading along Hartnell Road. None of the project's permanent effects will change the setting of the nearby buildings, and the fractional use of the parcels is sufficiently minimal that effects to the buildings are not anticipated. This conclusion is consistent with Caltrans guidance that "Indirect effects are more likely for projects that involve acquiring new right of way, constructing new facilities, expanding capacity, or changing land use" (SER Vol. II, Chapter 4:8). As this project does not include any of these activities, the Architectural APE has not been delineated to include these two private parcels.

# 3. CONSULTING PARTIES / PUBLIC PARTICIPATION

**X**   Native American Heritage Commission (Attachment 2)

On April 30, 2015, LSA sent a letter describing the project with maps depicting the APE to the Native American Heritage Commission (NAHC) in Sacramento asking the Commission to review their Sacred Lands File for any Native American cultural resources that might be affected by the project.  LSA also requested the names of Native Americans who might have information or concerns about the project. In a fax dated May 27, 2015, Ms. Katy Sanchez, Associate Government Program Analyst, informed LSA that a records search of the Sacred Lands File did not "indicate the presence of Native American cultural resources in the immediate project area." Ms. Sanchez also provided a list of Native American contacts.

**X**   Native American Tribes, Groups and Individuals (Attachment 3)

On June 3, 2016, LSA sent a letter with maps to the Native Americans listed on the NAHC contacts list, requesting information or concerns they might have regarding tribal cultural resources. Responses are documented in Table B.

## Table B: Native American Consultation

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| Jakki Kehl, | (Ohlone/Costanoan) | June 3, 2016 | None | June 30, 2016, email. | No response has been received to date. |
| Tony Cerda, Chairperson | Costanoan Rumsen Carmel Tribe (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Cerda to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Louise Miranda-Ramirez, Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | In a June 14, 2016, letter, Chairperson Ramirez stated that OCEN requests consultation. | On July 13, 2016, LSA left a voice message asking Chairperson Ramirez if OCEN's AB 52 consultation with the County could stand in for Section 106 consultation. | In a July 13, 2016, telephone conversation, Chairperson Ramirez stated that her comments resulting from AB 52 consultation with the County can stand in for Section 106 consultation. In addition, she requested that any artifacts identified be provided to OCEN. |
| Ramona Garibay, Representative | Trina Marine Ruano Family (Ohlone/Costanoan, Bay Miwok, Plains Miwok, and Patwin) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Ms. Garibay to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Valentin Lopez, Chairperson | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | July 13, 2016, follow-up telephone call. | Chairperson Lopez requested that he be contacted if archaeological cultural resources are identified. |
| Irenne Zweirlein, Chairperson | Amah Mutsun Tribal Band of Mission San Juan Bautista (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Zweirlein to contact LSA if she has questions or concerns regarding the projects. | |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact | No response has been received to date. |

| | | | | LSA if she has questions or concerns regarding the projects. | |
|---|---|---|---|---|---|
| Christianne Arias, Vice Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Arias therefore did not receive a follow-up contact. | N/A | N/A |
| Edward Ketchum | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Mr. Ketchum to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Pauline Martinez-Arias Tribal Council Woman | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Martinez-Arias therefore did not receive a follow-up contact. | N/A | N/A |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Michelle Zimmer | Amah Mutsun Tribal Band of Mission San Juan Bautista | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message with Ms. Zimmer's secretary asking Ms. Zimmer to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |

**Assembly Bill 52 Consultation**

During a June 14, 2016, meeting with County of Monterey Department of Public Works, Chairwoman Louise Ramirez of the Ohlone Costanoan Esselen Nation stated that tribal representative James Martinez should monitor ground-disturbing activities in the APE. She also stated that any artifacts identified during construction should be submitted to OCEN.


**X**  Local Historical Society / Historic Preservation Group (Attachment 4)

On May 25, 2016, LSA sent letters describing the project and maps depicting the APE to the Monterey County Historical Society (MCHS) requesting any information or concerns they may have about the project.

In an email dated July 20, 2016, MCHS Curator and Archivist James Perry stated the following: "I have a few thoughts about these bridges that merit some consideration: Any historical plaques (if any) located on or attached to these bridges relating to their original construction date needs to be retrieved and saved, if possible; and 1)The original plaque(s) could be re-installed somewhere on the new bridge, or 2) The plaques can be forwarded to our institution given the fact that we have been approved by CalTrans as a repository for historical artifacts. Please let me know if you need any clarification."


# 4. SUMMARY OF IDENTIFICATION EFFORTS

| | |
|---|---|
| **X**  National Register of Historic Places | **X**  California Points of Historical Interest |
| **X**  California Register of Historical Resources | **X**  California Historical Resources Information System (CHRIS) |
| **X**  California Inventory of Historic Resources | **X**  Caltrans Historic Highway Bridge Inventory |
| **X**  California Historical Landmarks | **_**  Caltrans Cultural Resources Database (CCRD) |


**X**  Results: A records search (#14-1422) of the APE and a 1-mile radius was conducted at the Northwest Information Center on April 16, 2015.

The records search did not identify any cultural resources or studies within the APE or the 1-mile records search radius.

The Caltrans Historic Bridge Inventory lists the bridge (#44C0110) as not eligible for inclusion in the NRHP (Attachment 5).


# 5. PROPERTIES IDENTIFIED

**X**  No cultural resources are present within the APE.


**X**  Neal Kaptain, M.A., RPA, who meets the Professionally Qualified Staff Standards in Section 106 Programmatic Agreement Attachment 1 as a consultant archaeologist and architectural historian, has determined that the only/only other properties present within the APE meet the criteria for Section 106 Programmatic Agreement Attachment 4 (Properties Exempt from Evaluation).

- The houses and farm buildings at parcel APN #107-031-013-000 appear exemptible as property type 2, "Buildings, structures, objects, districts, and sites less than 30 years old," and property type 6, "Altered buildings, structures, objects, districts and sites that appear to be less than 30 years old."

<u>X</u>  Bridges listed as Category 5 in the Caltrans Historic Highway Bridge Inventory are present within the APE. Appropriate pages from the Caltrans Historic Bridge Inventory are in Attachment 4.

## 6. HPSR to District File

<u>X</u>  Caltrans, pursuant to Section 106 Programmatic Agreement Stipulation VIII.B, has determined that there are no cultural resources present in the APE and/or there are properties within the APE that are exempt from evaluation; see Section 5.

## 7. HPSR to SHPO

<u>X</u>  Not applicable.

## 8. HPSR to CSO

<u>X</u>  Not applicable.

## 9. Findings for State-Owned Properties

### Findings to District File

<u>X</u>  Not applicable; project does not involve Caltrans right-of-way or there are no Caltrans-owned cultural resources within the APE.

### Findings to SHPO

<u>X</u>  Not applicable.

### Findings to CSO

<u>X</u>  Not applicable.

## 10. CEQA Considerations

<u>X</u>  Not applicable; Caltrans is not the lead agency under CEQA.

## 11. List of Attached Documentation

<u>X</u>  Project Vicinity, Location, and APE Maps (Attachment 1)
<u>X</u>  Native American Heritage Commission Consultation (Attachment 2)
<u>X</u>  Native American Contacts Consultation (Attachment 3)
<u>X</u>  Historical Society Consultation (Attachment 4)
<u>X</u>  Caltrans Historic Bridge Inventory (Attachment 5)
<u>X</u>  Archaeological Survey Report (Attachment 6) (Kaptain 2016)

## 12. HPSR Preparation and Caltrans Approval

Prepared by
Consultant / discipline:

August 22, 2016

Neal Kaptain, M.A., RPA      Date
Consultant Archaeologist and Architectural
Historian

Affiliation      LSA, Point Richmond, California

Reviewed for approval
by:

District 5 Caltrans PQS
discipline/level:

8.31.16

Alexandra Bevk, PQS Principal Architectural      Date
Historian

Reviewed for approval
by:

8-29-16

District 5 Caltrans PQS      Krisstin Sibley, M.A.      Date
discipline/level:      PQS PI Prehistoric Archaeology

Approved by:
District 5 EBC:

8-31-16

Randy LaVack      Date
Environmental Stewardship Branch Chief

# ATTACHMENT 1

# FIGURES

Figure 1: Regional Location
Figure 2: Project Area
Figure 3: Area of Potential Effects



**Project Area**

FIGURE 1



N

0   1000   2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location

SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)



**Project Area**

LEGEND

FIGURE 2

☐ Project Area

N

0    1000    2000

FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)



Federal Project Num
Bridge Num

Rennie Jones, District 5 Local Assistance Engi

Kelda Wilson, Principal Investigator-Prehistor

ALISAL RD

107-031-013-000

137-141-001-000

Alisal Creek

ORTNELL RD

ogical Area of Potential Effects — Limit of Cut and Fill

ural Area of Potential Effects — New Bridge

— Re-aligned Alisal Creek



153-011-060-000

153-011-053-000

Alisa

137-141-001-000

107-031-013-000

| | New Bridge | Re-aligned Alisal Creek |
| cts | | |
| s | Driveway Conform | New Fence |
| | Limit of Cut/Fill | Existing Fence to be Removed |
| cel Line | | |

al APE (Hartnell Road Bridge).mxd (2/3/2016)

# ATTACHMENT 2

# NATIVE AMERICAN HERITAGE COMMISSION CONSULTATION

STATE OF CALIFORNIA                                        Edmund G. Brown, Jr., Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
1550 Harbor Blvd., ROOM 100
West SACRAMENTO, CA 95691
(916) 373-3710
Fax (916) 373-5471



May 27, 2015

Neal Kaptain
LSA Associates, Inc.
157 Park Place
Pt. Richmond, CA 94801

Sent By Fax: (510) 236-3480
Number of Pages: 3

Re: Hartnell Road Bridge Replacement Project, Monterey County.

Dear Mr. Kaptain,

A record search of the sacred land file has failed to indicate the presence of Native American cultural resources in the immediate project area. The absence of specific site information in the sacred lands file does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Enclosed is a list of Native Americans individuals/organizations who may have knowledge of cultural resources in the project area. The Commission makes no recommendation or preference of a single individual, or group over another. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated, if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe or group. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from any of these individuals or groups, please notify me. With your assistance we are able to assure that our lists contain current information. If you have any questions or need additional information, please contact me at (916) 373-3712.

Sincerely,

Katy Sanchez
Associate Government Program Analyst

## Native American Contacts
## Monterey County
## May 20, 2015

Jakki Kehl
720 North 2nd Street
Patterson          , CA 95363          Ohlone/Costanoan
jakkikehl@gmail.com
510-701-3975

Amah MutsunTribal Band of Mission San Juan Bautista
Irenne Zwierlein, Chairperson
789 Canada Road                    Ohlone/Costanoan
Woodside          , CA 94062
amahmutsuntribal@gmail.com
(650) 400-4806 Cell

(650) 332-1526 Fax

Coastanoan Rumsen Carmel Tribe
Tony Cerda, Chairperson
240 E. 1st Street                  Ohlone/Costanoan
Pomona          , CA 91766
rumsen@aol.com
(909) 524-8041 Cell
(909) 629-6081

Ohlone/Coastanoan-Esselen Nation
Christianne Arias, Vice Chairperson
519 Viejo Gabriel                  Esselen
Soledad          , CA 93960        Ohlone/Costanoan
(831) 235-4590

Ohlone/Coastanoan-Esselen Nation
Louise Miranda-Ramirez, Chairperson
P.O. Box 1301                      Esselen
Monterey          , CA 93942       Ohlone/Costanoan
ramirez.louise@yahoo.com
(408) 829-5189
(408) 205-7579 Cell

Amah MutsunTribal Band
Edward Ketchum
35867 Yosemite Ave                 Ohlone/Costanoan
Davis          , CA 95616          Northern Valley Yokuts
aerleways@aol.com

Trina Marine Ruano Family
Ramona Garibay, Representative
30940 Watkins Street               Ohlone/Costanoan
Union City          , CA 94587     Bay Miwok
soaprootmo@comcast.net             Plains Miwok
(510) 972-0645                     Patwin

Ohlone/Coastanoan-Esselen Nation
Pauline Martinez-Arias, Tribal Council woman
1116 Merlot Way                    Esselen
Gonzales          , CA 93926       Ohlone/Costanoan
makiici0-us@gmail
(831) 596-9897

Amah MutsunTribal Band
Valentin Lopez, Chairperson
P.O. Box 5272                      Ohlone/Costanoan
Galt          , CA 95632           Northern Valley Yokuts
vlopez@amahmutsun.org
(916) 743-5833

Indian Canyon Mutsun Band of Costanoan
Ann Marie Sayers, Chairperson
P.O. Box 28                        Ohlone/Costanoan
Hollister          , CA 95024
ams@indiancanyon.org
(831) 637-4238

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

## Native American Contacts
### Monterey County
### May 20, 2015

Amah MutsunTribal Band of Mission San Juan Bautista
Michelle Zimmer
789 Canada Road          Ohlone/Costanoan
Woodside     , CA 94062
amahmutsuntribal@gmail.com

(650) 851-7747 Home

(650) 332-1526 Fax

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

# ATTACHMENT 3

## NATIVE AMERICAN CONTACTS CONSULTATION

(To save paper, one representative set of letters and maps is included here.)

# L S A

LSA ASSOCIATES, INC.
157 PARK PLACE
PT. RICHMOND, CALIFORNIA 94801

510.236.6810 TEL
510.236.3480 FAX

BERKELEY
CARLSBAD
FORT COLLINS

FRESNO
IRVINE
PALM SPRINGS

RIVERSIDE
ROCKLIN
SAN LUIS OBISPO

June 3, 2016

Chairperson Louise Miranda-Ramirez
Ohlone Costanoan Esselen Nation
P.O. Box 1301
Monterey, California 93942

Subject:     Gonzales Road Bridge Replacement Project (Federal ID #BHLO-5944[098])
             Robinson Canyon Road Bridge Scour Countermeasure Project
             (Federal ID #BHLO-5944[099])
             Johnson Road Bridge Replacement Project (Federal ID #BHLO-5944[102])
             Hartnell Road Bridge Replacement Project (Federal ID #BHLO-5944[103])

Dear Chairperson Miranda-Ramirez:

The County of Monterey Public Works Department (County) and California Department of
Transportation (Caltrans) District 5 are conducting environmental studies for the following bridge
projects in Monterey County (Figure 1):

- Gonzales Road Bridge Replacement Project

  The proposed project will construct new abutments and replace the decking on the Gonzales Road
  Bridge over the Salinas River (Figure 2).

- Robinson Canyon Road Bridge Scour Countermeasure Project

  The proposed project will repair scour damage at the south abutment and pier supporting the
  Robinson Canyon Creek Bridge over the Carmel River (Figure 3).

- Johnson Road Bridge Replacement Project

  The proposed project will replace the structurally and seismically deficient Johnson Road Bridge
  over Carneros Creek (Figure 4).

- Hartnell Road Bridge Replacement Project

  The proposed project will replace the structurally deficient Hartnell Road Bridge over Alisal
  Creek (Figure 5).

The proposed projects are currently under environmental review as part of compliance efforts for
Section 106 of the National Historic Preservation Act (Section 106), the National Environmental
Policy Act, and the California Environmental Quality Act. Caltrans is the lead agency responsible for
Section 106 compliance on the proposed projects. To address part of the requirements of these
statutes, LSA is assisting Caltrans by initiating Native American consultation, particularly to address
the requirements of Section 106.

LSA conducted background research for the proposed Area of Potential Effects (APE) for each
project, including a records search, survey, and a Native American Heritage Commission Sacred
Land File review. These tasks did not identify any cultural resources in the APEs. (Please note: The

Gonzales Bridge APE has not been finalized and therefore has not been surveyed.) The records search for the Robinson Canyon Road Bridge Replacement Project did, however, identify prehistoric archaeological site CA-MNT-499 with human burials approximately 500 feet west of the APE and prehistoric archaeological site CA-MNT-2280 with human burials approximately 250 feet east of the APE. The Robinson Canyon Road Bridge Replacement APE is considered archaeologically sensitive whereas the other bridge project APEs are not.

Caltrans would like to provide you with an opportunity to communicate concerns you might have about the proposed projects' APEs. Caltrans requests your participation in the identification and protection of cultural resources, sacred lands, or other heritage sites within the above-described APEs due to your specialized knowledge of the area. If you or any of your tribal members have any questions or concerns regarding these projects, please contact me at (510) 236-6810 or via e-mail at neal.kaptain@lsa.net.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Johnson Road Bridge
Replacement Project

PRUNEDALE

NATIVIDAD

Hartnell Road Bridge
Replacement Project

Gonzales River Road Bridge
Replacement Project

SEASIDE

Robinson Canyon Road Bridge
Scour Countermeasure Project

PALO
ESCRITO
PEAK

LEGEND

USGS 7.5-minute Quad

FIGURE 1

*Gonzales River Road Bridge Replacement Project,*
*Hartnell Road Bridge Replacement Project,*
*Johnson Road Bridge Replacement Project, and*
*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*

Project Locations

0        5        10
MILES

SOURCE: Esri National Geographic World Map Service (2015).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 1_Project Locations.mxd (6/2/2016)



**Project Area**

**LEGEND**

◻ Project Area

LSA

FIGURE 2

*Gonzales River Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLS-5944(098)*

Project Area

0   1000   2000
FEET

N

SOURCE: USGS 7.5-minute Topo Quads - *Palo Escrito Peak, Calif.* (1984) and *Gonzales, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 2_Gonzales Road Bridge.mxd (6/2/2016)



**Project Area**

**LSA**

LEGEND

☐ Project Area

FIGURE 3

*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*
*Federal Project Number BHLO-5944(099)*

Project Area

N

0   1000   2000
FEET

SOURCE: USGS 7.5-minute Topo Quads - *Seaside, Calif.* (1983) and *Mt. Carmel, Calif.* (1983).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 3_Robinson Canyon Road Bridge.mxd (6/3/2016)



**Project Area**

LSA

LEGEND

☐ Project Area

FIGURE 4

N

0    1000    2000
FEET

*Johnson Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(102)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Prunedale, Calif.* (1993) and *Watsonville East, Calif.* (1994).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 4_Johnson Road Bridge.mxd (6/3/2016)



**Project Area**

**LSA**

LEGEND

☐ Project Area

FIGURE 5

N

0   1000   2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 5_Hartnell Road Bridge.mxd (6/2/2016)



*Previously acknowledged as*
*The San Carlos Band of*
*Mission Indians*
*The Monterey Band*
*And also known as*
*O.C.E.N. or Esselen Nation*
*P.O. Box 1301*
*Monterey, CA 93942*

www.ohlonecostanoanesselennation.org.

June 14, 2016

Bob Schubert, AICP
Senior Planner
Monterey County
Resource Management Agency
168 W. Alisal Street, 2nd Floor
Salinas, CA 93901

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group
157 Park Place
Pt. Richmond, CA 95801

Re: Hartnell Road Bridge Replacement Project, Gonzales Road Bridge Scour Countermeasures Project, Johnson Road Bridge Replacement Project and Robinson Canyon Road Bridge Scour Countermeasures Project - Archaeological site CA-CCO-372, Archaeological site CA-CCO-266, P-07-004534, the Lower San Pablo Creek Archaeological District (a concentration of multiple prehistoric archaeological sites), CA-MNT-499, CA-MNT-2280

Saleki Atsa,

Ohlone/Costanoan-Esselen Nation is an historically documented previously recognized tribe. OCEN is the legal tribal government representative for over 600 enrolled members of Esselen, Carmeleno, Monterey Band, Rumsen, Chalon, Soledad Mission, San Carlos Mission and/or Costanoan Mission Indian descent. Though other indigenous people may have lived in the area, the area is the indigenous homeland of our people.

**Ohlone/Costanoan-Esselen Nation objects to all excavation in known cultural lands, even when they are described as previously disturbed, and of no significant archaeological value.** Please be advised that it is our first priority that our ancestor's remains be protected and undisturbed. We desire that all sacred burial items be left with our ancestors on site or as determined culturally respectable by OCEN. All cultural items returned to Ohlone/Costanoan-Esselen Nation. We ask for the respect that is afforded all of our current day deceased, by no other word these burial sites are cemeteries, respect for our ancestors as you would expect respect for your deceased family members in today's cemeteries. **Our definition of respect is no disturbance.**

We request consultation on projects affecting our aboriginal homelands, which include ground disturbance. Please feel free to contact me at (408) 629-5189. Nimasianexelpasaleki. Thank you for your attention to this matter.

Sincerely and Respectfully Yours,

Louise J. Miranda Ramirez, Chairperson
Ohlone/Costanoan-Esselen Nation
(408) 629-5189

Cc: OCEN Tribal Council

# ATTACHMENT 4

# HISTORICAL SOCIETY CONSULTATION

LSA ASSOCIATES, INC.
157 PARK PLACE
PT. RICHMOND, CA 94801
510.236.6810 TEL
510.236.3480 FAX
BERKELEY
CARLSBAD
FT. COLLINS
FRESNO
IRVINE
PALM SPRINGS
RIVERSIDE
ROCKLIN
SAN LUIS OBISPO
SOUTH SAN FRANCISCO

July 19, 2016

Monterey County Historical Society
333 Boronda Road
Salinas, California 93907

Subject:     Hartnell Road Bridge Replacement Project, Monterey County, California
             LSA Project #1502

Dear Historical Society:

The Monterey County Department of Public Works, in cooperation with the California Department of Transportation and the Federal Highway Administration, proposes the Hartnell Road Bridge Replacement Project, near Salinas, Monterey County, California. The project would replace the existing, structurally deficient, bridge with a new bridge in the same location. The Area of Potential Effects (APE) is in unsectioned land of the Al Alisal land grant, as depicted on the accompanying portion of the USGS *Natividad, Calif.*, 7.5' topographic quadrangle map.

Please notify us if your organization has any information or concerns about historical sites in the Area of Potential Effects. This is not a request for research; it is solely a request for public input for any concerns that the historical association may have. If you have any questions, please contact me at the address and phone number above or via email (neal.kaptain@lsa-assoc.com).

We look forward to hearing from you. Thank you.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA #3799700
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Project Area

FIGURE 1



0   1000   2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location

SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)



**Project Area**

LEGEND

☐ Project Area

FIGURE 2

N

0   1000   2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)

# ATTACHMENT 5

# CALTRANS HISTORIC BRIDGE INVENTORY



## District 05

### Monterey County

| Bridge Number | Bridge Name | Location | Historical Significance | Year Built | Year Wid/Ext |
|---|---|---|---|---|---|
| 44C0064 | CUSTOM HOUSE TUNNEL (LIGHTHOUSE) | 300 FT W OF DEL MONTE AVE | 5. Bridge not eligible for NRHP | 1968 | |
| 44C0065 | EAST ALISAL STREET UP | NEAR FRONT ST | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0066 | ARROYO SECO RIVER | ARROYO SECO ROAD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0067 | MAIN CANAL | 0.3 MI N OF SH 183 | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0068 | SALINAS RIVER | 0.4 MI E RESERVATION RD | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0070 | PALOMA CREEK | 4 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0071 | TASH CREEK | 4.5 MI N/W ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0072 | PALOMA CREEK | 6.3 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0073 | FINCH CREEK | 12.3 MI N/W ARROYO SECO R | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0074 | FINCH CREEK | 12.7 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0075 | FINCH CREEK | 13.6 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0076 | FINCH CREEK | 14.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1947 | 1974 |
| 44C0077 | FINCH CREEK | 15.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0078 | TULARCITOS CREEK | 23.9 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1976 | |
| 44C0079 | TULARCITOS CREEK | 24.5 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1950 | 1973 |
| 44C0080 | GABILAN CREEK | 0.4 MI E SAN JUAN GRADE R | 5. Bridge not eligible for NRHP | 1975 | |
| 44C0081 | KEMP CANYON CREEK | AT SH 101 | 5. Bridge not eligible for NRHP | 1942 | |
| 44C0082 | HARTNELL GULCH | 0.05 MI S MADISON ST | 2. Bridge is eligible for NRHP | 1914 | 2007 |
| 44C0083 | SCENIC DRIVE UC | NEAR SH 68 | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0084 | EL ESTERO LAKE WEST | AT CAMINO EL ESTERO | 4. Historical Significance not determined | 1991 | |
| 44C0085 | EL ESTERO LAKE EAST | AT CAMINO AGUAJITO | 4. Historical Significance not determined | 1991 | |
| 44C0088 | KEMP CANYON CREEK | NEAR JOLON RD | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0089 | LEWIS CREEK | 0.25 MI E OF RTE 25 | 5. Bridge not eligible for NRHP | 1930 | 1947 |
| 44C0090 | LEWIS CREEK | 2.9 MI EAST OF RTE 25 | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0091 | LEWIS CREEK | 2.6 ME E OF RTE 25 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0093 | SALINAS RIVER | 0.75 MI N DEL MONTE BLVD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0095 | SANTA RITA CREEK | 0.1 MI S OF BOLIVAR | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0096 | MAIN CANAL | INTX WESTLAKE & RICO ST | 5. Bridge not eligible for NRHP | 1987 | |
| 44C0097 | CALERA CREEK | JUST W CORRAL DE TIERRA | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0098 | CALERA CREEK | 1.6 MI SOUTH OF SR 68 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0099 | CARMEL RIVER | 0.5 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1946 | |
| 44C0100 | TEMBLADERO SLOUGH | 0.8 MI S SH1 | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0101 | SALINAS RIVER | E OF SH 101 NR SAN ARDO | 5. Bridge not eligible for NRHP | 1929 | |
| 44C0103 | CANYON DEL REY CREEK | BTWN SH 1 & SH 218 | 5. Bridge not eligible for NRHP | 1977 | |
| 44C0104 | CUNNINGHAM PARK POC | 0.2 MI E YOSEMITE ST | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0105 | NATIVIDAD CREEK | 0.2 MI E CONSTITUTION BLV | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0106 | HITCHCOCK CANYON CREEK | 0.1 MI N OSITOS | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0107 | LAS GAZAS CREEK | 0.1 MI NW BORONDA ROAD | 5. Bridge not eligible for NRHP | 1980 | |
| 44C0110 | ALISAL CREEK | 0.15 MI S ALISAL ROAD | 5. Bridge not eligible for NRHP | 1945 | |
| 44C0112 | HITCHCOCK CANYON CREEK | AT SOUTHBANK ROAD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0114 | ROBINSON CANYON RIVER | 0.9 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0116 | CARMEL RIVER | 0.6 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0117 | TORO CREEK | 0.05 MI S SR 68 | 5. Bridge not eligible for NRHP | 1971 | 2012 |

# ATTACHMENT 6

# ARCHAEOLOGICAL SURVEY REPORT

# ARCHAEOLOGICAL SURVEY REPORT

### HARTNELL ROAD BRIDGE REPLACEMENT PROJECT
### MONTEREY COUNTY, CALIFORNIA
### CALTRANS DISTRICT 5
### BRIDGE #44C-0110
### 05-MON-0-CR, FEDERAL ID #BRLO-5944(103)



August 2016

# ARCHAEOLOGICAL SURVEY REPORT

HARTNELL ROAD BRIDGE REPLACEMENT PROJECT

MONTEREY COUNTY, CALIFORNIA

CALTRANS DISTRICT 5

BRIDGE #44C-0110

05-MON-0-CR, FEDERAL ID #BRLO-5944(103)

August 22, 2016

Prepared by _____
Neal Kaptain, M.A., RPA #3799700
LSA Associates, Inc.
157 Park Place
Point Richmond, California 94801

Reviewed for Approval by _____
Krisstin Sibley, M.A., PQS PI Prehistoric Archaeology
Caltrans District 5
50 Higuera Street
San Luis Obispo, California 93401

Approved by _____
Randy LaVack
Environmental Stewardship Branch Chief
Caltrans District 5
50 Higuera Street
San Luis Obispo, California 93401

USGS 7.5-minute topographic quadrangle:          *Natividad, Calif.*
Acreage:                                         28.89 acres

# SUMMARY OF FINDINGS

The County of Monterey, with funding administered through the Federal Highway Administration and in coordination with the California Department of Transportation, proposes the Hartnell Road Bridge Replacement Project, Monterey County, California. The project will replace Hartnell Road Bridge over Alisal Creek (Appendix A: Figures 1 and 2).

The project will rely on federal funding and meets the definition of an "undertaking" according to 36 CFR §800.16(y). The California Department of Transportation, acting as the lead agency under the delegated authority of the Federal Highway Administration, is providing oversight of this undertaking in accordance with the 2014 *First Amended Programmatic Agreement Among the Federal Highway Administration, the Advisory Council on Historic Preservation, the California State Historic Preservation Officer, and the California Department of Transportation Regarding Compliance with Section 106 of the National Historic Preservation Act, as it Pertains to the Administration of the Federal-Aid Highway Program in California.*

This Archaeological Survey Report addresses requirements of the National Environmental Policy Act under authority delegated to the California Department of Transportation by the Federal Highway Administration in accordance with the provisions of the *Memorandum of Understanding between the FHWA and Caltrans concerning the State of California's Participation in the Surface Transportation Project Delivery Pilot Program Pursuant to 23 U.S.C. 327*, which became effective October 1, 2012 (California Department of Transportation 2012). The California Department of Transportation is acting as the lead federal agency for this undertaking and providing regulatory oversight. The Memorandum of Understanding was signed pursuant to 23 U.S.C. 327, as amended by Moving Ahead for Progress in the 21st Century Act (MAP-21), which allows the California Department of Transportation environmental review and consultation responsibilities under the National Environmental Policy Act. This Archaeological Survey Report also addresses requirements of the California Environmental Quality Act.

This study consisted of background research (including a records search at the Northwest Information Center), an archaeological field survey, interested parties consultation, and an archaeological sensitivity assessment. The study did not identify archaeological cultural resources in or adjacent to the Area of Potential Effects and identified low sensitivity for buried archaeological cultural resources.

It is Caltrans' policy to avoid cultural resources whenever possible. Further investigations may be needed if the site[s] cannot be avoided by the project. If buried cultural materials are encountered during construction, it is Caltrans' policy that work stop in that area until a qualified archaeologist can evaluate the nature and significance of the find. Additional survey will be required if the project changes to include areas not previously surveyed.

# TABLE OF CONTENTS

SUMMARY OF FINDINGS ............................................................................................................ i
1.0   INTRODUCTION ............................................................................................................ 1
2.0   PROJECT LOCATION, PROJECT DESCRIPTION, AND AREA OF POTENTIAL
EFFECTS ................................................................................................................................ 2
      2.1   PROJECT LOCATION ........................................................................................ 2
      2.2   PROJECT DESCRIPTION ................................................................................... 2
      2.3   AREA OF POTENTIAL EFFECTS ..................................................................... 2
            2.3.1   Vertical Area of Potential Effects ............................................................ 2
3.0   SOURCES CONSULTED ................................................................................................ 3
      3.1   RECORDS SEARCH ............................................................................................ 3
      3.2   LITERATURE AND MAP REVIEW ................................................................... 3
4.0   INTERESTED PARTIES CONSULTATION ................................................................. 5
      4.1   NATIVE AMERICAN CONSULTATION ........................................................... 5
      4.2   HISTORICAL ORGANIZATION CONSULTATION ......................................... 7
5.0   BACKGROUND ............................................................................................................. 8
      5.1   ENVIRONMENT ................................................................................................. 8
      5.2   PREHISTORY ..................................................................................................... 8
      5.3   ETHNOGRAPHY ................................................................................................ 9
      5.4   HISTORY ........................................................................................................... 10
6.0   FIELD METHODS ........................................................................................................ 12
7.0   ARCHAEOLOGICAL SENSITIVITY ASSESSMENT ............................................... 13
      7.1   INTRODUCTION .............................................................................................. 13
      7.2   RECORDS SEARCH .......................................................................................... 13
      7.3   SOILS RESEARCH ........................................................................................... 13
      7.4   FIELD SURVEY ................................................................................................ 13
      7.5   CONCLUSION ................................................................................................... 13
8.0   STUDY FINDINGS AND CONCLUSIONS ................................................................. 14
9.0   REFERENCES CITED ................................................................................................. 15

## APPENDICES

Appendix A: Maps
              Figure 1: Regional Location
              Figure 2: Project Area
              Figure 3: Survey Coverage
Appendix B: Caltrans Historic Bridge Inventory
Appendix C: Native American Heritage Commission
Appendix D: Native American Contacts Consultation
Appendix E: Historical Society Consultation

## TABLES

Table A: Depth of Ground Disturbance ............................................................................... 2
Table B: Archival Topographic Map ................................................................................... 4
Table C: Native American Consultation .............................................................................. 5

# 1.0  INTRODUCTION

The County of Monterey (County), with funding administered through the Federal Highway Administration (FHWA) and in coordination with the California Department of Transportation (Caltrans), proposes the Hartnell Road Bridge Replacement Project, Monterey County, California. The project will replace Hartnell Road Bridge over Alisal Creek (Appendix A: Figures 1 and 2). The Area of Potential Effects (APE) is located approximately one mile east of Interstate 101, southeast of Salinas, Monterey County, California.

This report was prepared by LSA archaeologist Neal Kaptain, Associate. Mr. Kaptain has a Master of Arts degree in Archaeology and Heritage from the University of Leicester, England, and 17 years of experience in California archaeology and history. Mr. Kaptain meets the *Secretary of the Interior's Professional Qualifications Standards* for archeology and architectural history and is Registered Professional Archaeologist #3799700. A pedestrian field survey of the APE was conducted by Mr. Kaptain on February 26, 2016.

# 2.0  PROJECT LOCATION, PROJECT DESCRIPTION, AND AREA OF POTENTIAL EFFECTS

## 2.1  PROJECT LOCATION

The APE is on Hartnell Road, 0.15-mile south of Alisal Road, 1 mile east of Highway 101, in Caltrans District 5, near Salinas, Monterey County, California (Appendix A: Figures 1–3). The APE is in rural land in the Salinas River Valley. An undertaking of this type has the potential to affect historic properties.

## 2.2  PROJECT DESCRIPTION

The project will widen the existing 23-foot-wide roadway and bridge with two 12-foot travel lanes and two 8-foot shoulders. There will be approximately 400 feet of approach work required with the bridge replacement. Within the APE, the existing pavement of Hartnell Road would be excavated or recycled and a new structural section of 6-inch hot mix asphalt (HMA) on 18 inches of aggregate base would be constructed. Three-foot shoulder backing and side slopes of 4:1 on Hartnell Road are proposed to transition the roadway elevation back to the existing ground surface on both sides of the roadway. The total new paved width of Hartnell Road is proposed to be 40 feet. The new box culvert carrying Alisal Creek will be skewed at an approximately 45-degree angle in order to facilitate the flow of the creek. Standard wingwalls will also be constructed.

## 2.3  AREA OF POTENTIAL EFFECTS

The Archaeological APE has been delineated to include the entirety of ground-disturbing activities consisting of bridge construction, driveway conform reconstruction, a temporary detour for contractor use only, and project staging. The Archaeological APE has been delineated to include minor portions of the following three parcels #107-031-013-000, #153-011-053-000, and #153-011-060-000. The permanent effects on these parcels are limited to driveway conform reconstruction and grading along Hartnell Road.

### 2.3.1  Vertical Area of Potential Effects

The table below (Table A) lists the depth of ground disturbance in the APE.

**Table A: Depth of Ground Disturbance**

| Project Actions | Proposed Depth of Actions (ft.) |
|---|---|
| Project staging | 2 |
| Grading | 8 |
| Demolition of existing culvert and installation of new culvert | 8 |
| Sign posts | 8 |

# 3.0 SOURCES CONSULTED

Background research was conducted to identify previously recorded cultural resources and studies within and adjacent to the APE. The background research consisted of a records search and a literature review.

## 3.1 RECORDS SEARCH

LSA conducted a records search (#14-1422) at the Northwest Information Center (NWIC) of the APE and a 1-mile radius on April 16, 2015. The NWIC, an affiliate of the State of California Office of Historic Preservation (OHP), is the official state repository of cultural resource records and reports for Monterey County. The records search included a review of the following federal and state inventories:

- *California Inventory of Historic Resources* (California Office of Historic Preservation 1976);
- *Five Views: An Ethnic Historic Site Survey for California* (California Office of Historic Preservation 1988);
- *California Points of Historical Interest* (California Office of Historic Preservation 1992);
- *Caltrans Historic Bridge Inventory* (Caltrans 2007);
- *California Historical Landmarks* (California Office of Historic Preservation 1996); and
- *Directory of Properties in the Historic Property Data File* (California Office of Historic Preservation 2012). The directory includes the listings of the National Register of Historic Places (NRHP), National Historic Landmarks, the California Register of Historical Resources (CRHR), California Historical Landmarks, and California Points of Historical Interest.

The Caltrans Historic Bridge Inventory lists the bridge (#44C0110) as not eligible for inclusion in the NRHP (Appendix B).

The other inventories did not list any cultural resources within the APE.

## 3.2 LITERATURE AND MAP REVIEW

LSA reviewed publications, maps, local historical directories, and websites for archaeological, ethnographic, historical, and environmental information about the APE and its vicinity. Literature reviewed includes:

- *California Place Names: The Origin and Etymology of Current Geographical Names* (Gudde 1998),
- *Costanoan* (Levy 1978) In *Handbook of North American Indians Volume 8: California*),
- *Historic Spots in California* (Hoover, et al. 1990), and
- *Handbook of the Indians of California* (Kroeber 1925).

No information on archaeological cultural resources was identified in any of the literature reviewed. The table below (Table B) lists the archival maps reviewed.

**Table B: Archival Topographic Map**

| Map Name and Date | Review |
|---|---|
| Encinal Y Buena Esperanza Grant 1858 | No cultural resources are depicted in or adjacent to the APE. |
| GLO Rancho Plat Township 15 South, Range 3 East MDBM | No cultural resources are depicted in or adjacent to the APE. |
| GLO Rancho Plat Township 15 South, Range 3 East MDBM | No cultural resources are depicted in or adjacent to the APE. |
| GLO Rancho Plat Township 15 South, Range 3 East MDBM | No cultural resources are depicted in or adjacent to the APE. |
| GLO Plat Rancho Buena Vista 1867 | No cultural resources are depicted in or adjacent to the APE. |
| *Salinas, Calif.* 1910 | A house is depicted in or adjacent to the southwest corner of the APE. |
| *Salinas, Calif.* 1912 | The same house is depicted in or adjacent to the southwest corner of the APE. |
| *Salinas, Calif.* 1940 | Two houses are depicted in or adjacent to the southwest end of the APE. One house is depicted on the north side of the APE in the vicinity of the agricultural buildings north of the bridge. |
| *Natividad, Calif.* 1947, 1968 | Three houses are depicted in or adjacent to the southern end of the APE. One house is depicted at the location of the complex to the east of the Hartnell Road/Alisal Road intersection on parcel #107-031-013-000. |

# 4.0 INTERESTED PARTIES CONSULTATION

## 4.1 NATIVE AMERICAN CONSULTATION

### Section 106 of the National Historic Preservation Action Consultation

On April 30, 2015, LSA sent a letter describing the project with maps depicting the APE to the Native American Heritage Commission (NAHC) in Sacramento asking the Commission to review their Sacred Lands File for any Native American cultural resources that might be affected by the project. LSA also requested the names of Native Americans who might have information or concerns about the project. Katy Sanchez, Associate Government Program Analyst, in a fax dated May 27, 2015, informed LSA that a records search of the Sacred Lands File did not "indicate the presence of Native American cultural resources in the immediate project area." Ms. Sanchez also provided a list of Native American contacts (Appendix C).

On June 3, 2016, LSA sent a letter with maps to the Native Americans listed on the NAHC contacts list, requesting information or concerns they might have regarding tribal cultural resources. Responses are documented in Table C.

### Table C: Native American Consultation

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| Jakki Kehl, | (Ohlone/Costanoan) | June 3, 2016 | None | June 30, 2016, email. | No response has been received to date. |
| Tony Cerda, Chairperson | Costanoan Rumsen Carmel Tribe (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Cerda to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Louise Miranda-Ramirez, Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | In a June 14, 2016, letter, Chairperson Ramirez stated that OCEN requests consultation. | On July 13, 2016, LSA left a voice message asking Chairperson Ramirez if OCEN's AB 52 consultation with the County could stand in for Section 106 consultation. | In a July 13, 2016, telephone conversation, Chairperson Ramirez stated that her comments resulting from AB 52 consultation with the County can stand in for Section 106 consultation. In addition, she requested that any artifacts identified be provided to OCEN. |
| Ramona Garibay, Representative | Trina Marine Ruano Family (Ohlone/Costanoan, Bay Miwok, Plains Miwok, and Patwin) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Ms. Garibay to contact LSA if she has questions or concerns | No response has been received to date. |

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| | | | | regarding the projects. | |
| Valentin Lopez, Chairperson | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | July 13, 2016, follow-up telephone call. | Chairperson Lopez requested that he be contacted if archaeological cultural resources are identified. |
| Irenne Zweirlein, Chairperson | Amah Mutsun Tribal Band of Mission San Juan Bautista (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Zweirlein to contact LSA if she has questions or concerns regarding the projects. | |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Christianne Arias, Vice Chairperson | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Arias therefore did not receive a follow-up contact. | N/A | N/A |
| Edward Ketchum | Amah Mutsun Tribal Band (Ohlone/Costanoan and Northern Valley Yokuts) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Mr. Ketchum to contact LSA if he has questions or concerns regarding the projects. | No response has been received to date. |
| Pauline Martinez-Arias Tribal Council Woman | Ohlone/Costanoan Esselen Nation (Esselen, Ohlone, and Costanoan) | June 3, 2016 | Please see Chairperson Ramirez's section above. | N/A | N/A |

| Organization/ Individual | Tribal Affiliation | Date of Contact Letter Sent | Response | Date & Medium of Follow-up Contact | Response |
|---|---|---|---|---|---|
| | | | Chairperson Ramirez's recommendations are made on behalf of all tribal members and Ms. Martinez-Arias therefore did not receive a follow-up contact. | | |
| Ann Marie Sayers, Chairperson | Indian Canyon Mutsun Band of Costanoan Indians (Ohlone/Costanoan) | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message asking Chairperson Sayers to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |
| Michelle Zimmer | Amah Mutsun Tribal Band of Mission San Juan Bautista | June 3, 2016 | None | During a July 13, 2016, follow-up call, LSA left a message with Ms. Zimmer's secretary asking Ms. Zimmer to contact LSA if she has questions or concerns regarding the projects. | No response has been received to date. |

**Assembly Bill 52 Consultation**

During a June 14, 2016, meeting with County of Monterey Department of Public Works, Chairwoman Louise Ramirez of the Ohlone Costanoan Esselen Nation stated that tribal representative James Martinez should monitor ground-disturbing activities in the APE. She also stated that any artifacts identified during construction should be submitted to OCEN.

## 4.2  HISTORICAL ORGANIZATION CONSULTATION

On May 25, 2016, LSA sent letters describing the project and maps depicting the APE to the Monterey County Historical Society requesting any information or concerns they may have about the project (Appendix E).

In an email dated July 20, 2016, MCHS Curator and Archivist James Perry stated the following: "I have a few thoughts about these bridges that merit some consideration: Any historical plaques (if any) located on or attached to these bridges relating to their original construction date needs to be retrieved and saved, if possible; and 1)The original plaque(s) could be re-installed somewhere on the new bridge, or 2) The plaques can be forwarded to our institution given the fact that we have been approved by CalTrans as a repository for historical artifacts. Please let me know if you need any clarification."

# 5.0  BACKGROUND

## 5.1  ENVIRONMENT

The APE is situated in the Salinas Valley on nearly level terrain at 500 feet above sea level in the floodplain of the Salinas River, approximately one mile southeast of Salinas and two miles north of the Salinas River. Agricultural fields surround the APE on all sides: some planted to crops and some fallow. On the north side of the APE is a series of single-story agricultural buildings, to the south is a complex of houses and outbuildings. Isolated farmsteads and agricultural complexes are situated at varying distances from the APE.

## 5.2  PREHISTORY

The prehistoric chronology for the Salinas Valley, is described in Jones et al. (2007), who identify six cultural periods for the Central Coast region. This chronology—which relies heavily on *Olivella* shell bead horizon sequences—consists of the Paleo-Indian (pre-8000 cal. B.C.), Millingstone (8,000 to 3,500 cal. B.C.), Early (3,500 to 600 cal. B.C.), Middle (600 cal. B.C. to cal. A.D. 1000), Middle/Late Transition (cal. A.D. 1000 to 1250), and Late (cal. A.D. 1250 to 1769) periods. Recently, however, Breschini and Haversat (2011) have questioned the validity of this sequence for the Monterey Peninsula area, suggesting the Central Coast sequence proposed by Jones et al. (2007) does not account for chronological data derived from numerous radiocarbon dates from sites in the Monterey Peninsula area.

The two earliest chronological periods identified for the Central Coast region, as described by Jones et al. (2007), have not been identified in the Monterey Bay area. Although evidence for Paleo-Indian occupation in the Central Coast is suggested by the presence of isolated fluted projectile points, no components have been dated to this period (Jones, et al. 2007). As noted by Jones et al. (2007:135), the Early Holocene Millingstone Period sites include "large numbers of well-made handstones and/or millingslabs, crude core and cobble-core tools, and less abundant flake tools and large side-notched projectile points." Although Early Holocene sites have been identified in the Monterey Bay area, none appear to be Millingstone Period components. Early Holocene sites from this area include abundant marine and terrestrial faunal remains (suggesting a hunting emphasis) and infrequent handstones and millingslabs (Breschini and Haversat 2011).

In the Monterey Bay area, most Early Period sites are found along the shoreline and include assemblages containing contracting-stemmed, Rossi square-stemmed, Ano Nuevo long-stemmed, and large side-notched projectile points; a retention of some Millingstone Period traits, including the handstone and millingslab; cobble-core tools; and mortars and pestles, which appear for the first time in the local archaeological record. Early Period site assemblages indicate a generalized forager adaptation that includes hunting, fishing, and gathering (Breschini and Haversat 2011).

The Middle Period is marked by the disappearance of square-stemmed and large side-notched variants, while contracting-stemmed projectile points are retained. Towards the end of the period, small leaf-shaped projectile points appear, indicating the introduction of the bow-and-arrow.

Groundstone assemblages retain the millingslab and handstone, although portable mortars and pestles are more common in some assemblages.

Notably, Breschini and Haversat (2011:15-16) identify a chronological "gap" in the local archaeological record between 200 cal. B.C. and cal. A.D. 700 during the Middle Period, suggesting abandonment or cultural displacement of populations in this area, or a significant change in the local subsistence and settlement pattern.

The Middle/Late Transition Period occurred at different times in different areas of the Central Coast, although it is generally seen in assemblages sometime after A.D. 1000. The Middle/Late Transition is marked by the appearance of double side-notched and Cottonwood projectile points, with the retention of older, contracting-stemmed and small leaf-shaped projectile point types. Evidence of the Middle/Late Transition has not been identified in the Monterey Bay area, however (Breschini and Haversat 2011:19), and the timing and presence of this period in the Central Coast is an important research topic.

The Late Period is characterized by an artifact assemblage that includes abundant Desert side-notched and Cottonwood projectile points, small bifacial bead drills, bedrock and hopper mortars, lipped (Class E) and cupped (Class K) *Olivella* beads, and steatite beads. Late Period sites in the Monterey Peninsula suggest population expansion, although sites are most abundant in the interior (Breschini and Haversat 2011:18-19; Jones et al. 2007:140).

## 5.3  ETHNOGRAPHY

The APE is situated within the ancestral territory of the Costanoan, also commonly referred to as Ohlone. Eight Ohlone languages were spoken in the area from the southern edge of the Carquinez Strait to a portion of the Big Sur and Salinas rivers south of Monterey Bay, to approximately 50 miles inland from the coast (Levy 1978). Salinas is situated within the Mutsun ethnolinguistic group of Ohlone, whose territory extended from Monterey Bay eastward to the Diablo Range and included several significant drainages, including Panoche Creek, Pajaro River, and the lower reaches of the San Benito and Salinas rivers.

The Costanoan lived in tribelets, which were autonomous political units that occupied a distinct territory (Kroeber 1955). Tribelets generally consisted of one main village occupied year round and a series of smaller hamlets and resource gathering and processing locations occupied intermittently or seasonally. Tribelet population ranged between 50 and 500 persons and was largely determined by the carrying capacity of a tribelet's territory. Although tribelet boundaries in the Central Coast region are not known with absolute certainty, the Salinas area may have been within the territory of the *Locuyusta* (also referred to in mission records as *Calendaruc*). The *Locuyusta* tribelet occupied the Monterey Bay shore south of Elkhorn Slough and eastward to the lower reaches of the Salinas River, including present-day Castroville and Salinas (Milliken et al. 1993:46). The *Calendaruc* had one of the largest population densities among Central Coast tribelets, with an estimated 2.69 persons per square mile (Milliken 2006:28).

Ohlone groups employed a gender-based division of labor to hunt and gather food. Women gathered and processed a variety of nuts, seeds, and berries (Levy 1978:491). Important food staples included acorns gathered from different oak species; buckeye nuts; hazelnuts; grassland and plant seeds from

buttercup, chia, redmaids, tarweed, and gray pine; wild strawberries, elderberries, madrone berries; and wild grapes. The diet was supplemented with hunting and gathering numerous creek, shore, and terrestrial species (Levy 1978:491-492; Margolin 1978:40). Small creeks in the hills were fished for trout, while groups with access to bay and estuarine resources acquired shellfish, waterfowl, salmon, sturgeon, and lamprey eels. Larger terrestrial mammals (e.g., grizzly bear, Roosevelt elk, and black tailed deer) were hunted with the bow and arrow while communal drives and nets were used to capture smaller game (e.g., rabbits, mice, and rats).

Resources were distributed via trade networks between the Ohlone and neighboring groups (Davis 1974:19). Ohlone traded abalone, mussels, salt, *Olivella* shells, and bows to the Sierra Miwok and Yokuts groups to the east. *Pinon* nuts obtained from the Yokuts are the only ethnographically documented import of Ohlone groups, although undoubtedly other significant economic items were imported as well, including obsidian used for tools.

## 5.4  HISTORY

By the late 18th century, Spanish exploration and settlement of the Bay Area and Central Coast transformed Ohlone culture. Spanish settlers moved into northern California and established the mission system that exposed the Ohlone to diseases to which they had no immunity, with Mission San Juan Bautista—located about six miles west of present-day Hollister—established in 1797. Mission records indicate that 389 *Calendaruc* were baptized at Missions San Juan Bautista and San Carlos Borroméo del rio Carmelo between 1783 and 1807. Following the secularization of the missions in 1834, many Ohlone worked as manual laborers and house servants on ranchos (Levy 1978:486; Milliken et al. 1993:89).

Costanoan/Ohlone people currently live in Monterey County and continue to engage in traditional cultural practices. Tribal organization such as the Amah Mutsun Tribal Band and the Ohlone/Costanoan-Esselen nation provide members and the surrounding communities with economic and educational opportunities and seek to preserve their traditional heritage.

The area around present-day city of Salinas was first explored by non-native peoples in 1769 when the Gaspar de Portolá expedition camped along the Salinas River near the unincorporated settlement of Blanco. Portolá's expedition resulted in the establishment of the Royal Presidio and Mission San Carlos de Borromeo de Monterey in 1770. A year later, the mission was moved to Carmel, which offered better land and greater distance from the Presidio to protect the Native Americans from the negative influences of the military (Hoover et al. 1990:214).

Salinas Valley remained largely undeveloped until Mexico gained control of Alta California. The valley was highly attractive for settlement, as demonstrated by the numerous Mexican land grants established within its vicinity in the 1830s. One such notable land grant in the area was *Rancho Nacional*, an 8,900-acre rancho located southeast of Salinas. *Rancho Nacional* was once part of the discontiguous *Rancho Del Rey* (King's Ranch) and was used as pasturage for Monterey Presidio and Mission Carmel livestock (Hoover et al. 1990:222).

The rich alluvial bottomlands and proximity to the Salinas River provided good pasturage and a shallow water table. As Anglo-American, European, and Asian immigrants arrived in increasing numbers in the early 1850s, these lands became more populated as new settlements developed,

including Salinas. Immigration into the Salinas Valley during the latter half of the 19th century was accompanied by regional cultural and economic changes. Newly-arrived cultures expanded at the expense of the established Hispanic culture. Farmsteads slowly began to populate the immense Mexican ranchos, while the cultivation of various crops replaced cattle ranching as the primary regional economic activity. Larger tracts of land were opened for intensive agriculture, requiring a large labor force and prompting a wave of immigration.

Wheat was first grown in the valley around 1850. The agricultural industry boomed when the Southern Pacific Railroad (SPRR) established a depot in Salinas in 1872, allowing farmers in the area to quickly and easily transport their agricultural products to market. Southern Pacific's all-weather southern route to the Midwest was completed in 1883, linking California farmers to the national market and making the expansion of high-value specialty crops possible. By 1924, Salinas boasted the highest per capita income in the country (City of Salinas 2009). During the 1920s, major crops had shifted from wheat to broccoli, lettuce, and artichokes. The area was the center of early labor movements in the 1930s and 1940s, which shaped agricultural industries through the present day (Monterey County Historical Society 2010).

# 6.0  FIELD METHODS

LSA archaeologist and architectural historian Neal Kaptain surveyed the entire APE on February 26, 2016 (Appendix A: Figure 3). Ground visibility was 100 percent in bare ground throughout the APE, with low vegetation covering the staging area southeast of the bridge. Mr. Kaptain walked parallel transects no more than 30 feet wide and examined cut banks along Alisal Creek for evidence of buried archaeological deposits. The location in the southeast corner of the APE, where buildings are depicted on archival maps, was free of vegetation and was also surveyed.

# 7.0 ARCHAEOLOGICAL SENSITIVITY ASSESSMENT

## 7.1 INTRODUCTION

LSA reviewed the APE's archaeological sensitivity using the results of the records search, soils research, and field survey. The assessment is presented below.

## 7.2 RECORDS SEARCH

No archaeological resources have been recorded within the 1-mile records search radius.

## 7.3 SOILS RESEARCH

Soils in the Archaeological APE consist of Elder sandy loam, a poorly-developed soil that occurs on alluvial fans. Poorly developed soils may contain buried land surfaces that were suitable for occupation by Native Americans (Meyer and Rosenthal 2007).

## 7.4 FIELD SURVEY

The field survey did not identify any archaeological deposits.

## 7.5 CONCLUSION

The results of the records search, soils research, and field survey indicate that the APE is not sensitive for archaeological deposits. Most of the APE is very shallow (less than 10 feet deep) and any surface archaeological deposits present would have been visible during the field survey where ground visibility was 100 per cent throughout most of the APE. The banks of Alisal Creek also afforded high visibility, and no indications of buried archaeological deposits were identified.

Based on background research and field survey, LSA is of the opinion that the APE is not archaeologically sensitive.

# 8.0  STUDY FINDINGS AND CONCLUSIONS

This ASR study did not identify any archaeological cultural resources or archaeological sensitivity in the APE.

If previously unidentified cultural materials are unearthed during construction, it is Caltrans' policy that work be halted in that area until a qualified archaeologist can assess the significance of the find. Additional archaeological survey will be needed if project limits are extended beyond the present survey limits.

# 9.0  REFERENCES CITED

Breschini, Gary, and Trudy Haversat
  2011   A Revised Culture Sequence for the Monterey Peninsula Area, California. Pacific Coast Archaeological Society Quarterly 44(3):1-24.

Brewer, William H.
  1974   Up and Down California in 1860–1864: The Journal of William H. Brewer. Berkeley and Los Angeles: University of California Press.

Brusa, Betty W
  1992   Salinan Indians of California and Their Neighbors. Happy Camp, California.: Naturegraph Publishers.

California Department of Transportation
  2005   Caltrans Historic Bridge Inventory. California Department of Transportation, Sacramento.

  2014   *First Amended Programmatic Agreement Among the Federal Highway Administration, the Advisory Council on Historic Preservation, the California State Historic Preservation Officer, and California Department of Transportation Regarding Compliance with Section 106 of the National Historic Preservation Act, as it Pertains to the Administration of the Federal-Aid Highway Program in California*. California Department of Transportation, Sacramento.

California Office of Historic Preservation
  1976   *California Inventory of Historic Resources*. Sacramento: California Department of Parks and Recreation.

  1988   *Five Views: An Ethnic Sites Survey for California*. Sacramento: California Department of Parks and Recreation.

  1992   *California Points of Historical Interest*. Sacramento: California Department of Parks and Recreation.

  1996   *California Historical Landmarks*. Sacramento: California Department of Parks and Recreation.

  2012   Directory of Properties in the Historic Property Data File, April 5. Sacramento, California: California Office of Historic Preservation.

City of Salinas
  2009   *History of Salinas*. Electronic document, http://www.ci.salinas.ca.us/visitors/history.cfm, accessed May 11, 2016.

Clovis, Margaret
  2005   *Images of America: Salinas Valley*. Charleston, South Carolina: Arcadia Publishing.

Cook, Terry
   1978   *Soil Survey of Monterey County, California*. United States Department of Agriculture, Soil
         Conservation Service.

Ghose, Tia, and Sandra M. Chung
   2010   *Monterey County seeks water balance with dams, recycling*. *In* The Salinas Californian.
Government Land Office
   1858   Plat map of Encinal Y Buena Esperanza Land Grant.

   1859   Township 15 South, Ranges 2 and 3 East, Mount  Diablo Baseline and Meridian.

   1867   Plat map of Rancho Buena Vista.

   1875   Township 15 South, Range 3 East, Mount  Diablo Baseline and Meridian.

   1961   Township 15 South, Ranges 2 and 3 East, Mount  Diablo Baseline and Meridian.

Gudde, Erwin G.
   1998   *California Place Names: The Origin and Etymology of Current Geographical Names*.
         Berkeley, California University of California Press.

Hoover, Mildred Brooke, et al.
   1990   *Historic Spots in California. Stanford.* California: Stanford University Press.

Ingersoll, Luther A.
   1893   *A Memorial and Biographical History of the Coast Counties of Central California*. Chicago,
         Illinois: The Lewis Publishing Co.

Jones, Terry L., et al.
   2007   *The Central Coast: A Midlatitude Milieu. In California Prehistory: Colonization, Culture,
         and Complexity*. T.L. Jones and K.A. Klar, eds. Pp. 125-146. Lanham, Maryland: AltaMira
         Press.

Kroeber, Alfred L.
   1925   *Handbook of the Indians of California*. Washington, D.C.: Bureau of American Ethnology.

Levy, Richard
   1978   Costanoan. in *Handbook of North American Indians Volume 8: California*. Simthsonian
         Instituion, Washngton D.C.

Montery County Historical Society
   2010  A Short History of Salinas, California. Electronic document,
         http://www.mchsmuseum.com/salinasbrief.html, accessed May 11, 2016.

Ohles, Wallace V.
   1997   *The Lands of Mission San Miguel. Clovis, California*. Word Dancer Press.

Rosenthal, Jeffrey, and Jack Meyer
  2004  *Landscape Evolution and the Archaeological Record: A Geoarchaeological Study of the Southern Santa Clara Valley and Surrounding Region*. Publication Number 14. Davis, California: Center for Archaeological Research at Davis.

# APPENDIX A

# MAPS

Figure 1: Regional Location
Figure 2: Project Area
Figure 3: Survey Coverage



FIGURE 1



FEET
0    1000    2000

SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location



**Project Area**

LEGEND

FIGURE 2

☐ Project Area

N

0    1000    2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)

# APPENDIX B

# CALTRANS HISTORIC BRIDGE INVENTORY


## District 05

### Monterey County

| Bridge Number | Bridge Name | Location | Historical Significance | Year Built | Year Wid/Ext |
|---|---|---|---|---|---|
| 44C0064 | CUSTOM HOUSE TUNNEL (LIGHTHOUSE) | 300 FT W OF DEL MONTE AVE | 5. Bridge not eligible for NRHP | 1968 | |
| 44C0065 | EAST ALISAL STREET UP | NEAR FRONT ST | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0066 | ARROYO SECO RIVER | ARROYO SECO ROAD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0067 | MAIN CANAL | 0.3 MI N OF SH 183 | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0068 | SALINAS RIVER | 0.4 MI E RESERVATION RD | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0070 | PALOMA CREEK | 4 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0071 | TASH CREEK | 4.5 MI N/W ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0072 | PALOMA CREEK | 6.3 MI N ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0073 | FINCH CREEK | 12.3 MI N/W ARROYO SECO R | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0074 | FINCH CREEK | 12.7 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0075 | FINCH CREEK | 13.6 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0076 | FINCH CREEK | 14.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1947 | 1974 |
| 44C0077 | FINCH CREEK | 15.1 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1972 | |
| 44C0078 | TULARCITOS CREEK | 23.9 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1976 | |
| 44C0079 | TULARCITOS CREEK | 24.5 MI NW ARROYO SECO RD | 5. Bridge not eligible for NRHP | 1950 | 1973 |
| 44C0080 | GABILAN CREEK | 0.4 MI E SAN JUAN GRADE R | 5. Bridge not eligible for NRHP | 1975 | |
| 44C0081 | KEMP CANYON CREEK | AT SH 101 | 5. Bridge not eligible for NRHP | 1942 | |
| 44C0082 | HARTNELL GULCH | 0.05 MI S MADISON ST | 2. Bridge is eligible for NRHP | 1914 | 2007 |
| 44C0083 | SCENIC DRIVE UC | NEAR SH 68 | 5. Bridge not eligible for NRHP | 1965 | |
| 44C0084 | EL ESTERO LAKE WEST | AT CAMINO EL ESTERO | 4. Historical Significance not determined | 1991 | |
| 44C0085 | EL ESTERO LAKE EAST | AT CAMINO AGUAJITO | 4. Historical Significance not determined | 1991 | |
| 44C0088 | KEMP CANYON CREEK | NEAR JOLON RD | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0089 | LEWIS CREEK | 0.25 MI E OF RTE 25 | 5. Bridge not eligible for NRHP | 1930 | 1947 |
| 44C0090 | LEWIS CREEK | 2.9 MI EAST OF RTE 25 | 5. Bridge not eligible for NRHP | 2002 | |
| 44C0091 | LEWIS CREEK | 2.6 ME E OF RTE 25 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0093 | SALINAS RIVER | 0.75 MI N DEL MONTE BLVD | 5. Bridge not eligible for NRHP | 1943 | |
| 44C0095 | SANTA RITA CREEK | 0.1 MI S OF BOLIVAR | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0096 | MAIN CANAL | INTX WESTLAKE & RICO ST | 5. Bridge not eligible for NRHP | 1987 | |
| 44C0097 | CALERA CREEK | JUST W CORRAL DE TIERRA | 5. Bridge not eligible for NRHP | 1961 | |
| 44C0098 | CALERA CREEK | 1.6 MI SOUTH OF SR 68 | 5. Bridge not eligible for NRHP | 1947 | |
| 44C0099 | CARMEL RIVER | 0.5 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1946 | |
| 44C0100 | TEMBLADERO SLOUGH | 0.8 MI S SH1 | 5. Bridge not eligible for NRHP | 1959 | |
| 44C0101 | SALINAS RIVER | E OF SH 101 NR SAN ARDO | 5. Bridge not eligible for NRHP | 1929 | |
| 44C0103 | CANYON DEL REY CREEK | BTWN SH 1 & SH 218 | 5. Bridge not eligible for NRHP | 1977 | |
| 44C0104 | CUNNINGHAM PARK POC | 0.2 MI E YOSEMITE ST | 5. Bridge not eligible for NRHP | 1960 | |
| 44C0105 | NATIVIDAD CREEK | 0.2 MI E CONSTITUTION BLV | 5. Bridge not eligible for NRHP | 1970 | |
| 44C0106 | HITCHCOCK CANYON CREEK | 0.1 MI N OSITOS | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0107 | LAS GAZAS CREEK | 0.1 MI NW BORONDA ROAD | 5. Bridge not eligible for NRHP | 1980 | |
| 44C0110 | ALISAL CREEK | 0.15 MI S ALISAL ROAD | 5. Bridge not eligible for NRHP | 1945 | |
| 44C0112 | HITCHCOCK CANYON CREEK | AT SOUTHBANK ROAD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0114 | ROBINSON CANYON RIVER | 0.9 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1950 | |
| 44C0116 | CARMEL RIVER | 0.6 MI S CARMEL VALLEY RD | 5. Bridge not eligible for NRHP | 1963 | |
| 44C0117 | TORO CREEK | 0.05 MI S SR 68 | 5. Bridge not eligible for NRHP | 1971 | 2012 |

# APPENDIX C

# NATIVE AMERICAN HERITAGE COMMISSION CONSULTATION

STATE OF CALIFORNIA                                   Edmund G. Brown, Jr., Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
1550 Harbor Blvd., ROOM 100
West SACRAMENTO, CA 95691
(916) 373-3710
Fax (916) 373-5471



May 27, 2015

Neal Kaptain
LSA Associates, Inc.
157 Park Place
Pt. Richmond, CA 94801

Sent By Fax: (510) 236-3480
Number of Pages: 3

Re: Hartnell Road Bridge Replacement Project, Monterey County.

Dear Mr. Kaptain,

A record search of the sacred land file has failed to indicate the presence of Native American cultural resources in the immediate project area. The absence of specific site information in the sacred lands file does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Enclosed is a list of Native Americans individuals/organizations who may have knowledge of cultural resources in the project area. The Commission makes no recommendation or preference of a single individual, or group over another. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated, if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe or group. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from any of these individuals or groups, please notify me. With your assistance we are able to assure that our lists contain current information. If you have any questions or need additional information, please contact me at (916) 373-3712.

Sincerely,

Katy Sanchez
Associate Government Program Analyst

## Native American Contacts
## Monterey County
## May 20, 2015

Jakki Kehl
720 North 2nd Street
Patterson      , CA 95363    Ohlone/Costanoan
jakkikehl@gmail.com
510-701-3975

Coastanoan Rumsen Carmel Tribe
Tony Cerda, Chairperson
240 E. 1st Street
Pomona      , CA 91766    Ohlone/Costanoan
rumsen@aol.com
(909) 524-8041 Cell
(909) 629-6081

Ohlone/Coastanoan-Esselen Nation
Louise Miranda-Ramirez, Chairperson
P.O. Box 1301                Esselen
Monterey      , CA 93942    Ohlone/Costanoan
ramirez.louise@yahoo.com
(408) 629-5189
(408) 205-7579 Cell

Trina Marine Ruano Family
Ramona Garibay, Representative
30940 Watkins Street         Ohlone/Costanoan
Union City     , CA 94587    Bay Miwok
soaprootmo@comcast.net       Plains Miwok
(510) 972-0645               Patwin

Amah MutsunTribal Band
Valentin Lopez, Chairperson
P.O. Box 5272                Ohlone/Costanoan
Galt      , CA 95632         Northern Valley Yokuts
vlopez@amahmutsun.org
(916) 743-5833

Amah MutsunTribal Band of Mission San Juan Bautista
Irenne Zwierlein, Chairperson
789 Canada Road              Ohlone/Costanoan
Woodside      , CA 94062
amahmutsuntribal@gmail.com
(650) 400-4806 Cell

(650) 332-1526 Fax

Ohlone/Coastanoan-Esselen Nation
Christianne Arias, Vice Chairperson
519 Viejo Gabriel            Esselen
Soledad      , CA 93960      Ohlone/Costanoan
(831) 235-4590

Amah MutsunTribal Band
Edward Ketchum
35867 Yosemite Ave           Ohlone/Costanoan
Davis      , CA 95616        Northern Valley Yokuts
aerleways@aol.com

Ohlone/Coastanoan-Esselen Nation
Pauline Martinez-Arias, Tribal Council woman
1116 Merlot Way              Esselen
Gonzales      , CA 93926     Ohlone/Costanoan
makiici0-us@gmail
(831) 506-9897

Indian Canyon Mutsun Band of Costanoan
Ann Marie Sayers, Chairperson
P.O. Box 28                  Ohlone/Costanoan
Hollister      , CA 95024
ams@indiancanyon.org
(831) 637-4238

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

## Native American Contacts
## Monterey County
## May 20, 2015

Amah MutsunTribal Band of Mission San Juan Bautista
Michelle Zimmer
789 Canada Road          Ohlone/Costanoan
Woodside      , CA 94062
amahmutsuntribal@gmail.com

(650) 851-7747 Home

(650) 332-1526 Fax

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resource Section 5097.98 of the Public Resources Code

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Hartnell Road Bridge Replacement Project, Monterey County.

# APPENDIX D

# NATIVE AMERICAN CONSULTATION

(To save paper, one representative set of letters and maps is included here.)

June 3, 2016

Chairperson Louise Miranda-Ramirez
Ohlone Costanoan Esselen Nation
P.O. Box 1301
Monterey, California 93942

Subject:     Gonzales Road Bridge Replacement Project (Federal ID #BHLO-5944[098])
             Robinson Canyon Road Bridge Scour Countermeasure Project
             (Federal ID #BHLO-5944[099])
             Johnson Road Bridge Replacement Project (Federal ID #BHLO-5944[102])
             Hartnell Road Bridge Replacement Project (Federal ID #BHLO-5944[103])

Dear Chairperson Miranda-Ramirez:

The County of Monterey Public Works Department (County) and California Department of
Transportation (Caltrans) District 5 are conducting environmental studies for the following bridge
projects in Monterey County (Figure 1):

- Gonzales Road Bridge Replacement Project

  The proposed project will construct new abutments and replace the decking on the Gonzales Road
  Bridge over the Salinas River (Figure 2).

- Robinson Canyon Road Bridge Scour Countermeasure Project

  The proposed project will repair scour damage at the south abutment and pier supporting the
  Robinson Canyon Creek Bridge over the Carmel River (Figure 3).

- Johnson Road Bridge Replacement Project

  The proposed project will replace the structurally and seismically deficient Johnson Road Bridge
  over Carneros Creek (Figure 4).

- Hartnell Road Bridge Replacement Project

  The proposed project will replace the structurally deficient Hartnell Road Bridge over Alisal
  Creek (Figure 5).

The proposed projects are currently under environmental review as part of compliance efforts for
Section 106 of the National Historic Preservation Act (Section 106), the National Environmental
Policy Act, and the California Environmental Quality Act. Caltrans is the lead agency responsible for
Section 106 compliance on the proposed projects. To address part of the requirements of these
statutes, LSA is assisting Caltrans by initiating Native American consultation, particularly to address
the requirements of Section 106.

LSA conducted background research for the proposed Area of Potential Effects (APE) for each
project, including a records search, survey, and a Native American Heritage Commission Sacred
Land File review. These tasks did not identify any cultural resources in the APEs. (Please note: The

Gonzales Bridge APE has not been finalized and therefore has not been surveyed.) The records search for the Robinson Canyon Road Bridge Replacement Project did, however, identify prehistoric archaeological site CA-MNT-499 with human burials approximately 500 feet west of the APE and prehistoric archaeological site CA-MNT-2280 with human burials approximately 250 feet east of the APE. The Robinson Canyon Road Bridge Replacement APE is considered archaeologically sensitive whereas the other bridge project APEs are not.

Caltrans would like to provide you with an opportunity to communicate concerns you might have about the proposed projects' APEs. Caltrans requests your participation in the identification and protection of cultural resources, sacred lands, or other heritage sites within the above-described APEs due to your specialized knowledge of the area. If you or any of your tribal members have any questions or concerns regarding these projects, please contact me at (510) 236-6810 or via e-mail at neal.kaptain@lsa.net.

Sincerely,

**LSA ASSOCIATES, INC.**

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Johnson Road Bridge
Replacement Project

PRUNEDALE

NATIVIDAD

Hartnell Road Bridge
Replacement Project

SEASIDE

Gonzales River Road Bridge
Replacement Project

Robinson Canyon Road Bridge
Scour Countermeasure Project

PALO
ESCRITO
PEAK

LSA

LEGEND

☐ USGS 7.5-minute Quad

FIGURE 1

*Gonzales River Road Bridge Replacement Project,*
*Hartnell Road Bridge Replacement Project,*
*Johnson Road Bridge Replacement Project, and*
*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*

Project Locations

MILES

0      5      10

N

SOURCE: Esri National Geographic World Map Service (2015).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 1_Project Locations.mxd (6/2/2016)



**Project Area**

LEGEND

▭ Project Area

**LSA**

N

0    1000    2000
FEET

FIGURE 2

*Gonzales River Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLS-5944(098)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Palo Escrito Peak, Calif.* (1984) and *Gonzales, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 2_Gonzales Road Bridge.mxd (6/2/2016)



**LSA**

LEGEND

☐ Project Area

Project Area

FIGURE 3

*Robinson Canyon Road Bridge Scour Countermeasure Project*
*Monterey County, California*
*Federal Project Number BHLO-5944(099)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Seaside, Calif.* (1983) and *Mt. Carmel, Calif.* (1983).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 3_Robinson Canyon Road Bridge.mxd (6/3/2016)



**Project Area**

LSA

LEGEND

☐ Project Area

FIGURE 4

N

0 1000 2000
FEET

*Johnson Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(102)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Prunedale, Calif.* (1993) and *Watsonville East, Calif.* (1994).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 4_Johnson Road Bridge.mxd (6/3/2016)



**Project Area**

LSA

LEGEND

☐ Project Area

FIGURE 5

N

0    1000    2000
FEET

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1501\GIS\Maps\Cultural\Consultation Letters\Gonzales River, Robinson Canyon, Hartnell, and Johnson Road Bridges\Figure 5_Hartnell Road Bridge.mxd (6/2/2016)

# Ohlone/Costanoan-Esselen Nation



*Previously acknowledged as*
*The San Carlos Band of*
*Mission Indians*
*The Monterey Band*
*And also known as*
*O.C.E.N. or Esselen Nation*
*P.O. Box 1301*
*Monterey, CA 93942*

www.ohlonecostanoanesselennation.org.

June 14, 2016

Bob Schubert, AICP
Senior Planner
Monterey County
Resource Management Agency
168 W. Alisal Street, 2nd Floor
Salinas, CA 93901

Neal Kaptain, M.A., RPA
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group
157 Park Place
Pt. Richmond, CA 95801

Re: Hartnell Road Bridge Replacement Project, Gonzales Road Bridge Scour Countermeasures Project, Johnson Road Bridge Replacement Project and Robinson Canyon Road Bridge Scour Countermeasures Project - Archaeological site CA-CCO-372, Archaeological site CA-CCO-266, P-07-004534, the Lower San Pablo Creek Archaeological District (a concentration of multiple prehistoric archaeological sites), CA-MNT-499, CA-MNT-2280

Saleki Atsa,

Ohlone/Costanoan-Esselen Nation is an historically documented previously recognized tribe. OCEN is the legal tribal government representative for over 600 enrolled members of Esselen, Carmeleno, Monterey Band, Rumsen, Chalon, Soledad Mission, San Carlos Mission and/or Costanoan Mission Indian descent. Though other indigenous people may have lived in the area, the area is the indigenous homeland of our people.

**Ohlone/Costanoan-Esselen Nation objects to all excavation in known cultural lands, even when they are described as previously disturbed, and of no significant archaeological value.** Please be advised that it is our first priority that our ancestor's remains be protected and undisturbed. We desire that all sacred burial items be left with our ancestors on site or as determined culturally respectable by OCEN. All cultural items returned to Ohlone/Costanoan-Esselen Nation. We ask for the respect that is afforded all of our current day deceased, by no other word these burial sites are cemeteries, respect for our ancestors as you would expect respect for your deceased family members in today's cemeteries. **Our definition of respect is no disturbance.**

We request consultation on projects affecting our aboriginal homelands, which include ground disturbance. Please feel free to contact me at (408) 629-5189. Nimasianexelpasaleki. Thank you for your attention to this matter.

Sincerely and Respectfully Yours,

Louise J. Miranda Ramirez, Chairperson
Ohlone/Costanoan-Esselen Nation
(408) 629-5189

Cc: OCEN Tribal Council

# APPENDIX E

# HISTORICAL SOCIETY CONSULTATION

July 19, 2016

Monterey County Historical Society
333 Boronda Road
Salinas, California 93907


Subject:     Hartnell Road Bridge Replacement Project, Monterey County, California
             LSA Project #1502


Dear Historical Society:

The Monterey County Department of Public Works, in cooperation with the California Department of
Transportation and the Federal Highway Administration, proposes the Hartnell Road Bridge
Replacement Project, near Salinas, Monterey County, California. The project would replace the
existing, structurally deficient, bridge with a new bridge in the same location. The Area of Potential
Effects (APE) is in unsectioned land of the Al Alisal land grant, as depicted on the accompanying
portion of the USGS *Natividad, Calif.*, 7.5' topographic quadrangle map.

Please notify us if your organization has any information or concerns about historical sites in the Area
of Potential Effects. This is not a request for research; it is solely a request for public input for any
concerns that the historical association may have. If you have any questions, please contact me at the
address and phone number above or via email (neal.kaptain@lsa-assoc.com).

We look forward to hearing from you. Thank you.

Sincerely,

**LSA ASSOCIATES, INC.**


Neal Kaptain, M.A., RPA #3799700
Associate/Archaeologist & Architectural Historian
LSA Northern California Cultural Resources Group



Project Area

FIGURE 1

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Regional Location



SOURCE: ESRI StreetMap North America (2012).

I:\TRT1502\GIS\Maps\Cultural\Figure 1_Regional Location.mxd (5/26/2016)



**Project Area**

LEGEND

Project Area

FIGURE 2

*Hartnell Road Bridge Replacement Project*
*Monterey County, California*
*Federal Project Number BRLO-5944(103)*

Project Area

0    1000    2000
FEET

SOURCE: USGS 7.5-minute Topo Quads - *Natividad, Calif.* (1984) and *Chualar, Calif.* (1984).

I:\TRT1502\GIS\Maps\Cultural\Figure 2_Project Area.mxd (5/26/2016)

| Description | | | | | | |
|---|---|---|---|---|---|---|
| | Location | Current Land Use/Zoning | Initial Terms | Status | Estimated Timing of Sale (month/year) | Final Re |
| roperty<br>ved with<br>ly<br>e-foot<br>g and a<br>face | 1919 Webster Stree, Oakland, CA | CBD-P, CBD-C (Central Business District) | Property closed escrow on 4/2/2021. Additional details will be provided in a Tier 1 Advice Letter within 60 days of closing. | D.21-02-010 approved S851 application | Escrow closed 4/2/21 | Confidential pursuant<br>September 30, 2020 |
| | Either side of Portswood Drive and either side of Hampswood Way in San Jose, California | Parcel A: Agriculture, Parcel B: Planned Development R-1-2 – Single-Family Residential and R-1-1 - Low – Medium Density Residential | Property is under contract. Additional details can be found under S851 Application D.21-02-010. | D.21-02-010 approved S851 application | Projected close of escrow Q2 2022 | SummerHill Homes, Ll |

| | County | Description | | | Initial Terms | Status | Est |
| | | Size | Location | Current Land Use/Zoning | | | |
|---|---|---|---|---|---|---|---|
| | Sacramento | 5.25 acres | 2000 Front Street | C-2-SPD – General Commercial Special Planning District | Not yet under contract | Property is being actively marketed. | S85 |
| | Contra Costa | 5.91 acres | Brickyard Cove Road and Old Kiln Way | RM-1 – Multi-Family Residential, 10 to 27 units/acre | Not yet under contract | Property is being actively marketed. | S85 |
| | Kern | 46 acres | Rosedale Hwy and Coffee Road | M-2 (Medium Industrial) | Not yet under contract | Property is being actively marketed. | S85 |
| ew | Santa Clara | 20.8 acres | East of Crittenden Lane and west of Stevens Creek | Public Facility & Agricultural | Not yet under contract | Property is being actively marketed. | S85 |
| o | San Francisco | The property consists of a ±0.54-acre parcel of land | 22nd Street near Illinois Street | M2-Heavy Industrial | Part of a transaction related to the redevelopment of the former Potrero Power Plant property. | Property sale on hold until site constraints are cleared. | To |
| | Santa Clara | 8.85 acres | 241 Yamane Drive | M1 (Limited Industrial) | Property is currently under contract. | Property is currently under contract. | To |
| | Napa | The property consists of a ±0.88 acre of vacant land. | 1301 Mitchell Drive | Northern portion: CB-Central Business; Southern portion: BPO-Business and Professional Office | Not yet under contract | Engaging with tribe to provide additional information. | To |
| | San Joaquin | Approximately 0.1034 acre in size | Located across the street at 24110 Mountain House Parkway & 24081 Mountain House Parkway | 24110 Mountain House Parkway - City 24081 Mountain House Parkway - City | Not yet under contract | In active negotiations but not yet under contract | To |
| | Yolo | The property consists of approximately 400 acres of fee owned property and approximately 2,157 acres of subsurface rights. | Located north of State Highway 128 | (A-X)-Agricultural Extensive & (A-N)-Agricultural Intensive | Not yet under contract | In active negotiations but not yet under contract | To |
| | San Francisco | ±454,408 rsf office building complex situated on 1.88-acre parcel. 17-story building with 2 basement levels, approximately 11,780 sq. ft. per floor. / ±96,389 rsf auditorium and conference facilities, also on the 1.88-acre parcel. 6-story support building with 1 basement, approximately 11,373 sq. ft. per floor / ±942,464 rsf office building situated on 1.59-acre combined parcel. 34-story building with 3 basement levels, including an underground parking garage containing 236 parking spaces. Building has a loading dock. / 50 Main Street: ±78,000 gsf 3-story parking structure, ±200 parking spaces, also on the 1.88-acre parcel. | 245/215 Market Street/25 Beale Street / 45 Beale St. / 77 Beale St. / 50 Main St. | The property is in Downtown San Francisco and is zoned C-3-O(SD) District: Downtown Office Special Development | Not yet under contract | PG&E is marketing the property to investors. Bids will be received in the next few weeks | Sec |

PG&E's Tribal Land Transfer Notifications Web Page

| ubmitted ction 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Outcome |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | | | | Buena Vista Rancheria of Me-Wuk Indians | One tribe expressed interest and submitted an offer that wa value.  Tribe was given opportunity to resubmit but no revis |
| | | | | Colfax-Todds Valley Consolidated Tribe | |
| | | | | Ione Band of Miwok Indians | |
| | | | | Nashville Enterprise Miwok-Maidu-Nishinam Tribe | |
| | | | | Shingle Springs Band of Miwok Indians | |
| | | | | Tsi Akim Maidu | |
| | | | | United Auburn Indian Community of the Auburn Rancheria | |
| | | | | Wilton Rancheria | |
| | 6/16/2020 | N/A | 9/14/2020 | | |

| Submitted Section 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Outcome |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Guidiville Indian Rancheria | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| | | | | North Valley Yokuts Tribe | |
| | | | | The Confederated Villages of Lisjan | |
| | | | | The Ohlone Indian Tribe | |
| | 6/9/2020 | N/A | 9/7/2020 | | Two tribes expressed a level of interest but no offers were r |

| submitted ction 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Outcome |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | | | | Big Pine Paiute Tribe of the Owens Valley | |
| | | | | Chumash Council of Bakersfield | |
| | | | | Kern Valley Indian Community | |
| | | | | Kitanemuk & Yowlumne Tejon Indians | |
| | | | | San Manuel Band of Mission Indians | |
| | | | | Santa Rosa Rancheria Tachi Yokut Tribe | |
| | | | | Tejon Indian Tribe | |
| | | | | Tubatulabals of Kern Valley | |
| | | | | Tule River Indian Tribe | |
| | | | | Wuksache Indian Tribe/Eshom Valley Band | |
| | 6/16/2020 | N/A | 9/14/2020 | | Tribes did not respond to letter notification.  Tribal right of f |
| | | | | Amah Mutsun Tribal Band | |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| | | | | North Valley Yokuts Tribe | |
| | | | | The Ohlone Indian Tribe | |
| | 6/16/2020 | N/A | 9/14/2020 | | One tribe expressed interest but declined to submit an offer |

| ubmitted ction 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Outcome |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Costanoan Rumsen Carmel Tribe | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| | 1/22/2021 | 2/22/2021 | 3/21/2021 | The Ohlone Indian Tribe | Tribes did not respond to letter notification.  Tribal right of f |
| | | | | Amah Mutsun Tribal Band | |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| | | | | North Valley Yokuts Tribe | |
| | 10/8/2020 | N/A | 1/6/2021 | The Ohlone Indian Tribe | Tribes did not respond to letter notification.  Tribal right of f |

| Submitted Section 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Outcome |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | 11/16/2020 | 2/5/2021 | Open | Cachil DeHe Band of Wintun Indians of the Colusa Indian Community<br><br>Cortina Rancheria - Kletsel Dehe Band of Wintun Indians<br><br>Guidiville Indian Rancheria<br><br>Middletown Rancheria<br><br>Mishewal-Wappo Tribe of Alexander Valley<br><br>Pinoleville Pomo Nation | One tribe has expressed interest in submitting an offer. PG&E currently working to engage. Tribal ROFO remains open for |
| | 6/30/2020 | 2/12/2021 | 3/14/2021 | Lisjan<br><br>North Valley Yokuts Tribe | One tribe expressed interest but declined to submit an offer |
| | 8/13/2020 | 2/9/2021 | 3/11/2021 | Cortina Rancheria - Kletsel Dehe Band of Wintun Indians<br><br>Yocha Dehe Wintun Nation | Two tribes were contacted. One tribe asked a single follow-u with an offer. |
| | 6/9/2020 | N/A | 8/3/2020 | Amah Mutsun Tribal Band of Mission San Juan Bautista<br><br>Costanoan Rumsen Carmel Tribe<br><br>Muwekma Ohlone Indian Tribe of the SF Bay Area<br><br>The Ohlone Indian Tribe<br><br>Indian Canyon Mutsun Band of Costanoan | Interested Tribe failed to provide evidence of financial ability were adjacent to the property. |

# Tribal Land Transfer Policy

*Pacific Gas and Electric Company*

Quarterly Report

Q2 July 2021

*(Revised August 6, 2021)*

| | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| Size | Location | Current Land Use/Zoning | Initial Terms | Status | Estimated Timing of Sale (month/year) | |
| 3.38 acres | Either side of Portswood Drive and either side of Hampswood Way in San Jose, California | Parcel A: Agriculture, Parcel B: Planned Development R-1-2 – Single-Family Residential and R-1-1 - Low – Medium Density Residential | Property is under contract.  Additional details can be found under S851 Application A.20-06-013. | D.21-02-010 approved S851 application | Projected close of escrow Q2 2022 | Sun |
| 3.85 acres | 241 Yamane Drive | M1 (Limited Industrial) | Property is under contract. See PG&E's Advice Letter (6190E), Attachment 1. | Property is currently under contract. | Projected close of escrow Q4 2021. | For |

| County | Size | Location | Current Land Use/Zoning | Initial Terms | Status |
|---|---|---|---|---|---|
| | | | **Description** | | |
| Sacramento | 5.25 acres | 2000 Front Street | C-2-SPD – General Commercial Special Planning District | Not yet under contract | Property is being actively marketed. |
| Contra Costa | 5.91 acres | Brickyard Cove Road and Old Kiln Way | RM-1 – Multi-Family Residential, 10 to 27 units/acre | Not yet under contract | Property is being actively marketed. |
| Kern | 46 acres | Rosedale Hwy and Coffee Road | M-2 (Medium Industrial) | Not yet under contract | Property is being actively marketed. |
| Santa Clara | 20.8 acres | East of Crittenden Lane and west of Stevens Creek | Public Facility & Agricultural | Not yet under contract | Property is being actively marketed. |
| San Francisco | The property consists of a ±0.54-acre parcel of land | 22nd Street near Illinois Street | M2-Heavy Industrial | Part of a transaction related to the redevelopment of the former Potrero Power Plant property. | Property sale on hold until site constraints are cleared |
| Napa | The property consists of a ±0.88 acre of vacant land. | 1301 Mitchell Drive | Northern portion: CB-Central Business; Southern portion: BPO-Business and Professional Office | Not yet under contract | Engaging with tribe to provide additional information |
| San Joaquin | Approximately 0.1034 acre in size | Located across the street at 24110 Mountain House Parkway & 24081 Mountain House Parkway | 24110 Mountain House Parkway - City 24081 Mountain House Parkway - City | Property is under contract. Additional details can be found under S851 Advice Letter 4436-G. | Awaiting approval of S851 |
| Yolo | The property consists of approximately 400 acres of fee owned property and approximately 2,157 acres of subsurface rights. | Located north of State Highway 128 | (A-X)-Agricultural Extensive & (A-N)-Agricultural Intensive | Not yet under contract | In active negotiations but not yet under contract |
| San Francisco | ±454,408 rsf office building complex situated on 1.88-acre parcel. 17-story building with 2 basement levels, approximately 11,780 sq. ft. per floor. | 245/215 Market Street/25 Beale Street | The property is in Downtown San Francisco and is zoned C-3-O(SD) District: Downtown Office Special Development | Not yet under contract | PG&E is marketing the property to investors. Bids will be received in the next few weeks |
| | ±96,389 rsf auditorium and conference facilities, also on the 1.88-acre parcel. 6-story support building with 1 basement, approximately 11,373 sq. ft. per floor | 45 Beale St. | | | |
| | ±942,464 rsf office building situated on 1.59-acre combined parcel. 34-story building with 3 basement levels, including an underground parking garage containing 236 parking spaces. Building has a loading dock. | 77 Beale St. | | | |
| | 50 Main Street: ±78,000 gsf 3-story parking structure, ±200 parking spaces, also on the 1.88-acre parcel. | 50 Main St. | | | |
| Madera | At Bass Lake there are two parcels that are .06 acres and .38 acres respectively (Madera County APNs 070-320-037 and 070-320-028). Near Manzanita Lake there are two parcels of land with various sized acreages that are briefly described as follows: one of the parcels of land is 25 feet on either of the Peckinpah Creek; and the other is a strip of land that is 100 feet on either side of the South Willow Creek. There are no structures on these properties. | At Bass Lake - County Road 432 (N. Shore Rd.) At Manzanita Lake - Near Elderberry Lane, however not directly off of any County Roads. | Non-operational lands. | Not yet under contract | Property is being actively marketed. |

| ...Date Submitted ...nes Section 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Out... |
|---|---|---|---|---|---|
| | **1st Notice** | **2nd Notice** | **Finish** | | |
| | | | | Buena Vista Rancheria of Me-Wuk Indians | One tribe expressed interest and submitted an offe... value. Tribe was given opportunity to resubmit but... |
| | | | | Colfax-Todds Valley Consolidated Tribe | |
| | | | | Ione Band of Miwok Indians | |
| | | | | Nashville Enterprise Miwok- Maidu-Nishinam Tribe | |
| | | | | Shingle Springs Band of Miwok Indians | |
| | | | | Tsi Akim Maidu | |
| | | | | United Auburn Indian Community of the Auburn Rancheria | |
| ...2020 | 6/16/2020 | N/A | 9/14/2020 | Wilton Rancheria | |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Guidiville Indian Rancheria | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| | | | | North Valley Yokuts Tribe | |
| | | | | The Confederated Villages of Lisjan | |
| | | | | The Ohlone Indian Tribe | |
| ...2020 | 6/9/2020 | N/A | 9/7/2020 | | Two tribes expressed a level of interest but no offe... |

| Date Submitted nes Section 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Out |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | | | | Big Pine Paiute Tribe of the Owens Valley | |
| | | | | Chumash Council of Bakersfield | |
| | | | | Kern Valley Indian Community | |
| | | | | Kitanemuk & Yowlumne Tejon Indians | |
| | | | | San Manuel Band of Mission Indians | |
| | | | | Santa Rosa Rancheria Tachi Yokut Tribe | |
| | | | | Tejon Indian Tribe | |
| | | | | Tubatulabals of Kern Valley | |
| | | | | Tule River Indian Tribe | |
| /2020 | 6/16/2020 | N/A | 9/14/2020 | Wuksache Indian Tribe/Eshom Valley Band | Tribes did not respond to letter notification. Tribal |
| | | | | Amah Mutsun Tribal Band | |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| 2020 | 6/16/2020 | N/A | 9/14/2020 | North Valley Yokuts Tribe | One tribe expressed interest but declined to submi |
| | | | | Amah Mutsun Tribal Band of Mission San Juan Bautista | |
| | | | | Costanoan Rumsen Carmel Tribe | |
| | | | | Indian Canyon Mutsun Band of Costanoan | |
| | | | | Muwekma Ohlone Indian Tribe of the SF Bay Area | |
| 2020 | 1/22/2021 | 2/22/2021 | 3/21/2021 | The Ohlone Indian Tribe | Tribes did not respond to letter notification. Tribal |

| Date Submitted ...nes Section 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Out... |
| --- | --- | --- | --- | --- | --- |
| | 1st Notice | 2nd Notice | Finish | | |
| 2020 | 11/16/2020 | 2/5/2021 | Open | Cachil DeHe Band of Wintun Indians of the Colusa Indian Community<br><br>Cortina Rancheria - Kletsel Dehe Band of Wintun Indians<br><br>Guidiville Indian Rancheria<br><br>Middletown Rancheria<br><br>Mishewal-Wappo Tribe of Alexander Valley<br><br>Pinoleville Pomo Nation | One tribe has expressed interest in submitting an o... currently working to engage.  Tribal ROFO remains |
| /2020 | 6/30/2020 | 2/12/2021 | 3/14/2021 | The Confederated Villages of Lisjan<br><br>North Valley Yokuts Tribe | One tribe expressed interest but declined to submi... |
| 2020 | 8/13/2020 | 2/9/2021 | 3/11/2021 | Cortina Rancheria - Kletsel Dehe Band of Wintun Indians<br><br>Yocha Dehe Wintun Nation | Two tribes were contacted. One tribe asked a singl... with an offer. |
| 2020 | 6/9/2020 | N/A | 8/3/2020 | Amah Mutsun Tribal Band of Mission San Juan Bautista<br><br>Costanoan Rumsen Carmel Tribe<br><br>Muwekma Ohlone Indian Tribe of the SF Bay Area<br><br>The Ohlone Indian Tribe<br><br>Indian Canyon Mutsun Band of Costanoan | Interested Tribe failed to provide evidence of finan... were adjacent to the property. |

| Date Submitted nes Section 2.2.a | Notification per TLTP Guidelines Section 2.2c | | | Tribes Contacted | Ou |
|---|---|---|---|---|---|
| | 1st Notice | 2nd Notice | Finish | | |
| | | | | Big Sandy Rancheria of Western Mono Indians | |
| | | | | California Valley Miwuk Tribe | |
| | | | | North Fork Mono Tribe | |
| | | | | North Fork Rancheria of Mono Indians | |
| | | | | Picayune Rancheria of Chukchansi Indians | |
| | | | | Chicken Ranch Rancheria of Me-Wuk Indians | |
| | | | | Dumna Wo-Way Tribal Government | |
| | | | | Southern Sierra Miwuk Nation | |
| | | | | Nashville Enterprise Miwok-Maidu-Nishinam Tribe | To date one response has been received from a rec PG&E is working to respond. As of the date of this r |
| /2021 | 6/2/2021 | 7/5/2021 | 8/5/2021 | Tule River Indian Tribe | interest. |
| /A | N/A | N/A | N/A | yak tityʼu tityʼu yak tiłhini (YTT) or Northern Chumash Tribe of San Luis Obispo County | YTT sent PG&E a letter of inquiry about obtaining p and to purchase the Energy Education Center locat on June 3, 2021. No formal negotions have been in |