IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS <br>     POWER OF ATTORNEY FOR <br>     ANN-MARIE SAYERS OF THE <br> COSTANOAN INDIANS, ET AL. <br> Plaintiff(s) <br><br> v. <br><br> MARLEAN RITA MARCADO <br>     Defendant | CA: 22-cv-03092-EJD <br><br> PLAINTIFF'S NOTICE <br> OF ERRATA <br> (RE: DOCS. 21, 22, 25, 28) |

## NOTICE OF ERRATA

PLAINTIFF Kanyon Sayers-Roods Power of Attorney for Ann-Marie Sayers of the Costanan Indians of Indian Canyon ("Plaintiff"; Pro Se), hereby file this Notice of Errata to correct deficiencies in the original filings of Docs. 21, 22, 25 (missing an exhibit coverpage or heading), , and Doc. 28's docket entry description erroneously referring to "Cause Claim No. 3" [D.I. 13], rather than 'Cause Claim No. 2' [D.I. 13; USPS-related claims as to D.I. 16-3, et. seq.], notably shall be redressed or corrected as required.  Whereas, upon filing D.I. 25, Plaintiff was under the impression that 'Exhibits Table' (court form) did not require a coversheet under Civil L.R. 3-4.

    Thereby shall this notice allow correction(s) to be submitted pursuant to the foregoing.

    **Plaintiff**
       s/ Kanyon Sayers-Roods
    Kanyon Sayers-Roods
       Power of Attorney for Ann-Marie Sayers
       of the Costanoan Indians of Indian Canyon
       1 Indian Canyon Road
       Hollister, CA 95024
       ksr@costanoan.org
       (831) 531-0055