Kanyon Sayers-Roods, Plaintiff
1 Indian Canyon Road
Hollister, CA 95024
ksr@costanoan.org
(831)531-0055

*Sayers-Roods, et al. v. Machado (CAND, June 17, 2022)*
C.A. No. 5:2022cv03092

# EXHIBIT GG

PLAINTIFF'S EXHIBIT TABLE - (AO 187)

(Originally Filed 5/26/2022, *supra.* D.I. 1 at 10)

⹂AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

SAYERS ROODS, ET AL.

V.

MACHADO

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 5/25/2022 | | | EXHIBIT A: POA AGREEMENT OF ANN-MARIE SAYERS; DOI TRUST LAND PAPERS (COSTANOAN) |
| B | | 5/25/2022 | | | EXHIBIT B: (Sayers-Garcia, Costanoan Indian Genealogy Tree (BIA-Issued Roll Nos.) |
| C | | 5/25/2022 | | | EXHIBIT C: Plaintiff Sayers-Roods Birth Cert. (shows nexus to Ann-Marie Sayers) |
| D | | 5/25/2022 | | | EXHIBIT D: Tribal 501c3 Org Papers from CA-SOS; Chualar-Costanoan Tribe Roll List |
| E | | 5/25/2022 | | | EXHIBIT E: USPS Postal Box Rental Agreement w/ USPS Seal (Plaintiff Sayers-Roods) |
| F | | 5/25/2022 | | | EXHIBIT F: USPS Postal Box Rental Agreement Confirmation Email to Plaintiff (Box #28) |
| G | | 5/25/2022 | | | EXHIBIT G: USPS Postal Box Renewal Notice Sent to Plaintiff (Box #28) |
| H | | 5/25/2022 | | | EXHIBIT H: USPS Payment Reciept for Rekeying Plaintiff's PO Box, 3/17/2022 (Box #28) |
| I | | 5/25/2022 | | | EXHIBIT I: Gilroy Police Dept. Case Ref. ID, 5/22/22 (re Defendant Witness Tampering) |
| J | | 5/25/2022 | | | EXHBIT J: Affidavit of Charles Heinz (Sayers Family POA), 5/23/2022 (DCD Court Doc.) |
| K | | 5/25/2022 | | | EXHIBIT K: Verified Complaint Filed Against Defendant on Other Claims (DCD, 5/13/2022) |
| L | | 5/25/2022 | | | EXHIBIT L: News Content Published on Tribe Activities in Indian Canyon (May 2022) |
| M | | 5/25/2022 | | | EXHIBIT M: DOI Documents Showing Trust Land Allotment to Plaintiff's Tribe/Family |
| N | | 5/25/2022 | | | EXHIBIT N: DOI Documents (S. Garcia of Chualar Indians & A. Sayers of Costanoan Indians) |
| O | | 5/25/2022 | | | EXHIBIT O: US President's Issuance of Trust Land to Ancestor Garcia of Chualar Indians |
| P | | 5/25/2022 | | | EXHIBIT P: Constitution of Chualar-Costanoan Indian Tribe - A.M. Sayers (1974) |
| Q | | 5/25/2022 | | | EXHIBIT Q: Chualar-Costanoan Tribe of Ohlone People (Senate.Gov - LDA Report) |
| R | | 5/25/2022 | | | EXHIBIT R: Witness Sayers-Roods Affidavit in Support of Complaint (5/25/2022) |
| S | | 5/25/2022 | | | EXHIBIT S: Notice to Terminate A-C Relationship & Voluntarily Withdraw DCD Complaint |
| T | | 5/25/2022 | | | EXHIBIT T: Elderly Abuse & Neglenct Report (Victim: A.M. Sayers; Subject: M. Machado) |
| U | | 5/25/2022 | | | EXHIBIT U: Cease & Desist Notice Sent to Defendant by Plaintiff (Mar. 8, 2022) |
| V | | 5/25/2022 | | | EXHIBIT V: Witness Affidavit of Kanyon Sayers-Roods, DCD Case (Certified 4/28/2022) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.