PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★
# EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

EMS

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5

PS 1000 1000000006



VIS
ORD

▲ PEEL FROM THIS CORNER
$100.00 Insurance included.
■ For pickup or USPS Tracking™ visit USPS.com or call 800-222-1811.

## UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL EXPRESS®

### FOR DOMESTIC AND INTERNATIONAL USE

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE (   )

Merlene-Ali Markess, 2801 in esse
Auth: s'j; WARLENE RITA MACHADO
1 WARLENE CANYON Rd.
Footills Canyon [w2211 CA 95024]
reccisto (24) certorati napatic
u.s. A. w/o us zipscan M

**TO:** (PLEASE PRINT)  PHONE (   )

MARK Busby, d.b.2; clerk of
the court; c/o office of the clerk of
UNITED STATES DISTRICT court
280 South 1st st. #1000 2/2
SAN Jose (1x) czipmot u.s. 58
Zip. 4° U.S. ADDRESSES ONLY)

95 1 1 3 7
211 2

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED (Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|
| 95945 | ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO | 6-23-22 | $ 26.95 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 6-22-22 | ☐ 10:30 AM ☐ 3:00 PM | $ 6.00 | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 4:55 ☐ AM ☑ PM | $ | $ | $ |

| Weight | Flat Rate | Acceptance Employee Initials | Total Postage & Fees |
|---|---|---|---|
| lbs. ozs. | ☐ | CBS | $ 26.95 |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Employee Signature |
|---|---|---|
| | $ | CBS |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

EJ 627 939 521 US







UNITED STATES POSTAL SERVICE®

1007

95113

U.S. POSTAGE PAID
PME 1-DAY
GRASS VALLEY, CA
95945
JUN 22, 22
AMOUNT

$26.95

R2304M113172.25

GUARANTEED

TRACKED

INSURED



SAME GREAT
EXPRESS MAIL®
SERVICE, WITH
A NEW NAME

# PRIORITY
# ★ MAIL ★
# EXPRESS™

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



UNITED STATES
POSTAL SERVICE®

EP13F July 2013
OD: 12.5 x 9.5

PS 10001000006

ney Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.