Kanyon Sayers-Roods, Plaintiff
Indian Canyon Road
Hollister, CA 95024
(831) 531-0055
ksr@costanoan.org

ATTN TO:   Court Clerk (CAND)

IN RE:   **_Sayers-Roods v. Machado, CAND No. 22-cv-03092-EJD_** - Declaration of Plaintiff Kanyon Sayers-Roods in Support of Doc. 34 Court Submissions (re Doc. 34 Witness Affidavit of Chief Counsel of Tribal Council, and Tribal Council's Letter to BIA, June 29, 2022)

Dear Court Clerk:

On this 29th day of June, 2022, I declare under unsworn oath pursuant to 28 U.S.C. 1746 that the legal documents enclosed are factual and true to the best of my knowledge, and Mr. Peterson is the head of legal affairs and compliance for the Costanoan-Chualar Indian Tribal Community of Indian Canyon ["Tribal Council"]. Therefore his assertions within his affidavit enclosed with this court filing shall represent Tribal Council wholly under Tribal Council Constitution of 1974.

Further, I declare my acknowledgment that presently the defendant, Marlene Machado, a U.S. citizen, in this civil action, has not duly made an appearance as a party in the court record (CM-ECF/PACER), or any court hearing (6/14/2022) that predates the Doc. 31 court filing that was purportedly filed by a sovereign citizen or entity of a name similar to the defendant's legal name on U.S. government records. Therefore, I acknowledge that fact that service of process obligations are limited to whatever is prescribed under Federal Rules of Civil Procedures 4 and 5.

Further, I declare that, notwithstanding Honorable United States District Judge Edward J. Davila telling me per written show cause order and oral opinion in a judicial hearing, that he was not sure whether he had jurisdiction to adjudge any cause claims of my Doc. 13 Amended Complaint, both, Bureau of Indian Affairs and United States Postal Service have preserved claim to having federal agency jurisdiction on the subject matter of this civil action.

Further, I declare that Defendant Machado continues to commandeer, conceal, obstruct, tortiously interfere with, or illegally access, business and financial interests of Tribe, Ann-Marie Sayers (my mother), or myself, due to this Court or the Government doing nothing to assist injunctive relief against Defendant Machado, who is a private citizen, non-Native, trespasser and offender of my Indian tribal community of Indian Canyon. Hence, the Court or Government have known about this issue in controversy since in or about April 2022.

Further, I declare my acknowledgment that the San Benito County District Attorney and Sheriff have stated that they cannot assist the eviction or removal of Defendant Marlene Machado without (1) a court order or (2) confirmation that Bureau of Indian Affairs no longer claims leading jurisdiction on the respective issue in controversy involving Tribe and Indian Canyon, and Defendant Machado.

Therefore, on this 29th day of June, 2022, I, the Plaintiff, Kanyon Sayers-Roods, the elected Chairwoman and President of Tribal Council of "Tribe," hereby declare that the foregoing is true and correct.

1

2

3  Respectfully submitted,

4

5

6   s/ Kanyon Sayers-Roods         

7  By: Kanyon Sayers-Roods - Plaintiff

## CERTIFICATE OF SERVICE

On this 29th day of June, 2022, Plaintiff Kanyon Sayers-Roods has caused this court submission (Plaintiff Declaration; Witness Affidavit of Peterson; Witness Affidavit's 'Exhibit A') to be filed with the Clerk of Court at U.S. District Court (CAND), and served to Defendant Marlene Machado.

 s/ Kanyon Sayers-Roods                    June 29, 2022    
By: Plaintiff                                            Date

    Cc:   legal@costanoan.org; gbarton@cosb.us; [Bureau of Indian Affairs]

8