Civil Action No. 22-CV-03092-EJD

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* San Benito County District Attorney Candice Hooper on *(date)* July 7, 2022.

[X] I served the subpoena by delivering a copy to the named individual as follows: Judy Garner. Administrative Specialist on *(date)* Thu, Jul 07 2022; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ $85.28.

I declare under penalty of perjury that this information is true.

Date: July 8, 2022

*Server's signature*

Celeste Toledo-Bocanegra
San Benito PS202001

*Printed name and title*

Hollister Process Service
341 Tres Pinos Road, Suite 201
Hollister, CA 95023
831-634-1479

*Server's address*

Additional information regarding attempted service, etc.:

# Bender's Legal Service, Inc.

| Thursday July 07, 2022 | **I N V O I C E** | costan.284562 |

1625 The Alameda
Suite 511
San Jose, CA 95126
Telephone: 408 286-4182 , FAX: 408 298-4484 Tax ID: 45-3753575

Costanoan Indian Research, Inc.
1 Indian Canyon Road
Hollister CA 95024

Case #: 22-CV-03092-EJD
Court: U.S. District Court, Northern District of California
Title: Sayers-Roods vs. Marlene Rita machado
Description: Court Service: File Documents; Issue Subpoena

| Date | Description | Amount |
|---|---|---|
| 07/07/22 | Miscellaneous Job: Court Service | |
| 07/07/22 | Court Service | 30.00 |
| 07/07/22 | Rush (within 72 hrs local or 1 week out of county) | 25.00 |
| | **Balance Due** | **55.00** |

**Pay either by invoice or by the statement sent the first of the month.**

**We accept all major credit cards.**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| KANYON SAYERS-ROODS, ET AL. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> MARLENE RITA MACHADO ) <br> *Defendant* ) | Civil Action No. 22-CV-03092-EJD |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records - Office of San Benito County District Attorney Candice Hooper, 4419 4th St, Hollister, CA 95023

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any communication held in 2022 between the San Benito County District Attorney Office and the Bureau of Indian Affairs ("BIA"), wherein BIA makes assertions, certifications, statements, or claims, to having Federal jurisdiction or any other particular interest in criminal or civil matters concerning 'Indian Canyon' (Indian trust land), Costanoan Indians Tribal Community, Ann Marie Sayers, Marlene Machado, Kanyon Sayers-Roods, or 'Indian Canyon Road.'

| Place: U.S. DISTRICT COURT (San Jose, CA) <br> 280 S 1st St, San Jose, CA 95113; or <br> in alternative at the San Benito County District Attorney Office | Date and Time: <br><br> July 21, 2022 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22-CV-03092-EJD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER-OF-ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON;<br><br>KANYON SAYERS-ROODS (IN AN INDIVIDUAL CAPACITY)<br><br>Plaintiff(s)<br><br>-vs-<br><br>MARLENE RITA MACHADO<br><br>Defendant | C.A. No. 22-CV-03092<br><br><br><br>PLAINTIFF'S AFFIDAVIT IN SUPPORT OF SUBPOENA DUCES TECUM |

## AFFIDAVIT

I, KANYON SAYERS-ROODS, a member of the Chualar-Costanoan Tribal Band of Indian Canyon, California, residing in San Jose, in Santa Clara County, California, MAKE UNSWORN OATH AND SAY THAT:

1. I declare that I am filing Subpoena Duces Tecum for pertinent records from the Office of the San Benito County District Attorney because I want to authenticate assertions, administrative orders, claims, or particular interest, shown by the Bureau of Indian Affairs, whereby resulted in the San Benito County District Attorney or San Benito County Sheriff administratively close, set aside, stay, or '*stand down,*' on an law enforcement action, or civil standby assistance to my tribal community and tribal council, to remove Defendant Marlene Machado from Indian Canyon Ranch (an Indian trust land under Department of the Interior).

2. Per previously filed declaration(s), certification(s), or court papers of this civil action (e.g., *supra.* ECF Doc. Nos. 34, 35, 36), the Bureau of Indian Affairs has preserved claim to jurisdiction to over criminal or civil matters relative to my cause claims made in the instant case which concern 'Indian Canyon' (Indian trust land and tribal community of the Costanoan-Chualar Indians of Indian Canyon, Indian Canyon Road; and tribal members Ann-Marie Sayers and myself).

3. I declare that my subpoena filed with this court is solely for the purpose of authenticating administrative claims, declarations, or statements that have/would affect the result of the instant case.

[CERTIFICATION.]

4. On this 6th day of July, 2022, I, Kanyon Sayers-Roods, a tribal member of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People (*Chualar-Costanoan Indians*), declare and submit the foregoing as true and correct, under penalty of perjury and in lieu of oath pursuant to 28 U.S.C. 1746, submitting this Affidavit to the Clerk of Court, and serving notice of this legal action to parties of this civil action.

s/ Kanyon Sayers-Roods

(Signature)

KANYON SAYERS-ROODS
