UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER-OF-ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON;<br><br>KANYON SAYERS-ROODS (IN AN INDIVIDUAL CAPACITY)<br><br>Plaintiff(s)<br><br>-vs-<br><br>MARLENE RITA MACHADO<br><br>Defendant | C.A. No. 22-CV-03092<br><br><br>PLAINTIFF'S AFFIDAVIT IN SUPPORT OF SUBPOENA DUCES TECUM |

## **AFFIDAVIT**

I, KANYON SAYERS-ROODS, a member of the Chualar-Costanoan Tribal Band of Indian Canyon, California, residing in San Jose, in Santa Clara County, California, MAKE UNSWORN OATH AND SAY THAT:

1. I declare that I am filing Subpoena Duces Tecum for pertinent records from the Office of the San Benito County District Attorney because I want to authenticate assertions, administrative orders, claims, or particular interest, shown by the Bureau of Indian Affairs, whereby resulted in the San Benito County District Attorney or San Benito County Sheriff administratively close, set aside, stay, or '*stand down,*' on an law enforcement action, or civil standby assistance to my tribal community and tribal council, to remove Defendant Marlene Machado from Indian Canyon Ranch (an Indian trust land under Department of the Interior).

2. Per previously filed declaration(s), certification(s), or court papers of this civil action (e.g., *supra.* ECF Doc. Nos. 34, 35, 36), the Bureau of Indian Affairs has preserved claim to jurisdiction to over criminal or civil matters relative to my cause claims made in the instant case which concern 'Indian Canyon' (Indian trust land and tribal community of the Costanoan-Chualar Indians of Indian Canyon, Indian Canyon Road; and tribal members Ann-Marie Sayers and myself).

3. I declare that my subpoena filed with this court is solely for the purpose of authenticating administrative claims, declarations, or statements that have/would affect the result of the instant case.

[CERTIFICATION.]

4. On this 6th day of July, 2022, I, Kanyon Sayers-Roods, a tribal member of the Indian Canyon Chualar Tribe of Costanoan-Ohlone People (*Chualar-Costanoan Indians*), declare and submit the foregoing as true and correct, under penalty of perjury and in lieu of oath pursuant to 28 U.S.C. 1746, submitting this Affidavit to the Clerk of Court, and serving notice of this legal action to parties of this civil action.

<u>s/ Kanyon Sayers-Roods</u>

(Signature)

KANYON SAYERS-ROODS