Kanyon Sayers-Roods
1 Indian Canyon Road
Indian Canyon
Hollister, CA 95024
831.531.0055 (tel)
ksr@costanoan.org (email)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER OF ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON<br>&<br>KANYON SAYERS-ROODS (IN AN INDIVIDUAL CAPACITY),<br><br>Plaintiff(s),<br><br>vs.<br><br>MARLENE RITA MACHADO,<br><br>Defendant. | Case No. 5:22-CV-03092-EJD<br><br>NOTICE OF WITHDRAWAL AS TO SUBPOENA REQUEST |

On this 14th day of July, 2022, I, Kanyon Sayers-Roods ["PLAINTIFF"; Pro Per], in an individual capacity, and as Power-of-Attorney of Ann-Marie Sayers (75) of the Costanoan Indians of Indian Canyon, submit this Notice of VoluntaryWithdrawal as to Subpoena Duces Tecum (Doc.No. 37).

Dated this day 14th of July, 2022.

 s/ Kanyon Sayers-Roods
By: Kanyon Sayers-Roods,
PLAINTIFF FOR PARTIES

NOTICE TO VOLUNTARILY WITHDRAW SUBPOENA REQUEST 1

cc:  San Benito County District Attorney;  Legal@Costanoan.Org

NOTICE TO VOLUNTARILY WITHDRAW SUBPOENA REQUEST 2