IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS<br>    POWER OF ATTORNEY FOR<br>    ANN-MARIE SAYERS OF THE<br>COSTANOAN INDIANS, ET AL.<br>Plaintiff(s)<br><br>v.<br><br>MARLEAN RITA MARCADO<br>    Defendant | CA: 22-cv-03092-EJD<br><br>PLAINTIFF'S NOTICE<br>OF ERRATA<br>(RE: DOC. 42) |

## NOTICE OF ERRATA

PLAINTIFF Kanyon Sayers-Roods Power of Attorney for Ann-Marie Sayers of the Costan-an Indians of Indian Canyon ("Plaintiff"; Pro Se), hereby file this Notice of Errata to correct minor typographical error(s) in Doc. 42 Motion for Clarification (D.I. 42 at 4, line 25) (e.g., 25 U.S.C. 1301 was erroneously referred to by Plaintiff as "28 U.S.C. 1301").

Thereby shall this notice allow correction(s) to be submitted pursuant to the amended motion filed with this notice, whereby shall substitute Plaintiff's Doc. 42 Motion.

**Plaintiff**

_____s/ Kanyon Sayers-Roods,  July 21, 2022_____
Kanyon Sayers-Roods
    Power of Attorney for Ann-Marie Sayers
    of the Costanoan Indians of Indian Canyon
    1 Indian Canyon Road
    Hollister, CA 95024
    ksr@costanoan.org
    (831) 531-0055