1  Kanyon Sayers-Roods
2  1 Indian Canyon Road
   Indian Canyon
3  Hollister, CA 95024
   831.531.0055 (tel)
4  ksr@costanoan.org (email)
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11 | KANYON SAYERS-ROODS, POWER     | **Case No. 5:22-CV-03092-EJD**
12 | OF ATTORNEY FOR ANN-MARIE
   | SAYERS OF THE COSTANOAN
13 | INDIANS OF INDIAN CANYON       | PROPOSED ORDER
   | &
14 | KANYON SAYERS-ROODS (IN AN
15 | INDIVIDUAL CAPACITY),
16            Plaintiff(s),
17               vs.
18
19    MARLENE RITA MACHADO,
20            Defendant.
21
22                **PROPOSED ORDER**
23
24 On this ___ day of July, 2022, thereby, the Court, having reviewed such Proposed
25 Order respective to Plaintiff's Expedited Motion for Clarification, this court finds
26 that the relief sought in such Motion should be GRANTED.
27
28
   MOTION FOR CLARIFICATION                    1

**THEREBY, IT IS ORDERED THAT:**

Plaintiff's questions submitted hereto this Motion are judicially determined under this Court, respective only as to *the Doc. 38 Order*, whereby clarify that:

**[Check 'X' to all that apply]**

1. \_\_\_\_    this court inadvertently referred to the *Costanoan Tribal Court of Costanoan Indians of Indian Canyon* as   the 'Constanoan Tribal Court.'

2. \_\_\_\_    this court upholds that Title 28, Section 1360(a) is respective to one or more of Plaintiff's federal questions submitted with *Motion of Clarification*, as this court makes no modification to the court order in question.

3. \_\_\_\_    Act of Congress, 28 U.S.C. 1301(3) is relevant to the instant case's *Doc. 38 Order* reference to the 'Constanoan Tribal Court.'

Date: _____          _____

                                                            Judge

MOTION FOR CLARIFICATION                          2