AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California ▾

KANYON SAYERS-ROODS, ET AL. )
*Plaintiff* )
v. )  Civil Action No.   22-CV-03092-EJD
)
)
MARLENE RITA MACHADO )
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Custodian of Records - Office of San Benito County Counsel Barbara Thompson,
481 4th St #2, Hollister, CA 95023

*(Name of person to whom this subpoena is directed)*

✓

Any written documents, reports, email messages, SMS text messages, or informal notes, between the Office of San Benito County Counsel, and Bureau of Indian Affairs ("BIA"), U.S. District Court (any district), member of U.S. Congress, San Benito County official, Hollister City official, California state official, Justice Department, attorney, lobbyist, or private citizen particular interest in criminal or civil matters concerning 'Indian Canyon' (Indian trust land), Costanoan Indians Tribal Community (including tribal staff members or officials, Ann Marie Sayers, Marlene Machado, Kanyon Sayers-Roods, 'Indian Canyon Road.'

| Place: U.S. DISTRICT COURT (San Jose, CA) 280 S 1st St, San Jose, CA 95113; or in alternative at the San Benito County District Attorney Office | Date and Time: August 18, 2022 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **AUG 03 2022**

CLERK OF COURT

_____                              OR
*Signature of Clerk or Deputy Clerk*                              _____
                                                                                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22-CV-03092-EJD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Custodian of Records-Office of San Benito County Counsel Barbara Thompson on *(date)* August 4, 2022.

[X]   I served the subpoena by delivering a copy to the named individual as follows: Nancy, Auditing Dept. on *(date)* Fri, Aug 05 2022; or

[ ]   I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ $85.28.

I declare under penalty of perjury that this information is true.

Date: 08/05/2022

_____
*Server's signature*

Desiree Suhar
_____
*Printed name and title*

Hollister Process Service
341 Tres Pinos Rd. #201
Hollister, CA 95023
831-634-1479
_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Aug 5, 2022, 8:40 am PDT at 481 4th Street, #2, Hollister, CA 95023 received by Nancy "Doe". Age: 40-45; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'7"; Hair: Brown; Title: Authorized to Accept, Auditing Dept.