Kanyon Sayers-Roods, Plaintiff
1 Indian Canyon Road
Indian Canyon, CA 95024
(831) 531-0055
ksr@costanoan.org

In re: *Sayers-Roods v. Machado*, No. 22-cv-03092-EJD

# EXHIBIT A

Blaire's Affidavit as to RV Camper on Indian Canyon Road

## AFFIDAVIT OF RICHARD FRANCIS BLAIRE
### (RE: RV TRAILER ON INDIAN CANYON ROAD/MARLENE MACHADO)

The State of California        )
                               ) S.S.
County of Calaveras            )

I, Richard Francis Blaire, of Calveras, in [City] Arnold, California, who was issued a California Driver License (DL No. C6435068), MAKE UNDER UNSWORN OATH AND SAY THAT:

1. I declare that I am the owner of a fifth-wheel RV trailer bearing a DMV registration number [VIN#]7057159j and license plate number [Plate#]IMF5173, of which is currently located on the side of Indian Canyon Road of Indian Canyon Ranch ("RV Trailer").

2. I declare that in or August 2022, I came into knowledge that RV Trailer was still registered in my name. This resulted from Marlene Machado not following through with registered RV Trailer gifted to her via charity group I was involved with in the year of [Year]. However, due to recent issue(s) in controversy related to RV Trailer that expose my to legal or financial liabilities, harm, damage, or other risks, I wish to reclaim my property on this day.

3. I declare that I wish to turn over the possession of RV Trailer to Tribal Council of the Costanoan-Chualar Indian Tribal Community of Indian Canyon on this day.

4. I declare that I do not authorize Marlene Machado to access or enter RV Trailer.

5. On this 2nd day of August, 2022, I, Richard Francis Blaire, declare and submit the foregoing as true and correct, under penalty of perjury and in lieu of oath under 28 U.S.C. 1746.


(Signature)

Richard Francis Blaire

cc: Ishita Sharma, Clerk of Court - Costanoan Tribal Court:

# Signature Certificate

Reference number: NHSCX-PB8NY-AUGBU-PPGWR

| Signer | Timestamp | Signature |
|---|---|---|
| **Richard Blaire**<br>Email: richblair52@gmail.com | | *Richard Blaire* |
| Sent: | 03 Aug 2022 08:35:43 UTC | |
| Viewed: | 05 Aug 2022 21:22:15 UTC | |
| Signed: | 05 Aug 2022 21:24:57 UTC | |
| **Recipient Verification:** | | IP address: 104.220.52.219 |
| ✔ Email verified | 05 Aug 2022 21:22:15 UTC | Location: Loomis, United States |

Document completed by all parties on:
05 Aug 2022 21:24:57 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

