Kanyon Sayers-Roods, Plaintiff
1 Indian Canyon Road
Indian Canyon, CA 95024
(831) 531-0055
ksr@costanoan.org

In re: *Sayers-Roods v. Machado*, No. 22-cv-03092-EJD

# EXHIBIT B

Defendant Machado Email Response to Process of Service on Tribal Court Order (Amended Order of Restraint & Notice on Tribal Court Fines for Trespassing on Indian Canyon Road - July 29, 2022)

8/5/22, 5:27 PM        Roundcube Webmail :: Response to putative arrest Warrant and Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR…

Case 5:22-cv-03092-EJD Document 47 Filed 08/05/22 Page 2 of 5

# Response to putative arrest Warrant and Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR HEALTHCARE, ET SEQ. executed by Ann-Marie [House 0f Sayers] on March 21, A.D. 2022, is null and void for cause of Fraud.



| | | |
|---|---|---|
| | **From** | \<marlenemachado@proton.me\> |
| | **To** | nrubio@covenantcare.com \<nrubio@covenantcare.com\>, legal@cosb.us \<legal@cosb.us\>, GAOrozco@cosb.us \<GAOrozco@cosb.us\>, supervisors@cosb.us \<supervisors@cosb.us\>, vdelgado@cosb.us \<vdelgado@cosb.us\>, ksr@costanoan.org \<ksr@costanoan.org\>, Chere_Robinson@cand.uscourts.gov \<Chere_Robinson@cand.uscourts.gov\>, merri.lopezkeifer@doj.ca.gov \<merri.lopezkeifer@doj.ca.gov\>, as-ia_foia@bia.gov \<as-ia_foia@bia.gov\>, foia@bia.gov \<foia@bia.gov\> 16 more… |
| | **Date** | 2022-08-05 13:01 |

📄 Limited_Medical_Power_of_Attorney_from_Ann_Marie_Sayers_to_Marlene_pdf.pdf (~366 KB)
📄 Affidavit by Witnesses concerning Testimony and Intent of Ann-Marie [Sayers] recorded on March 30 A. … (~806 KB)
📄 Updated_Criminal_Claim_with_verified_Affidavit_in_Support_&_Lawful_Direction (7.20.22)_compressed… (~1.3 MB)
📄 Notice_of_Rescission_of_Medical_Power_of_Attorney_for_Fraud_to_Kanyon.PDF (~7.7 MB)

Attention: Kanyon Sayers-Roods, Cary Lee Peterson, LL. D et al.,

This is a response to an email that was sent to me by Cary Lee Peterson and copied to several US Agencies and firms, that are also copied on this response (the original recipients list is copied below) that contained a putative arrest order from the self styled Cary Lee Peterson 'Kangaroo Court', styled as a putative "TRIBAL COURT ORDER" which email was sent to me on: Fri, Jul 29, 2022 at 10:31 PM, and referenced the: Subject: *__Copy of Service to Defendant Marlene Machado__ (Sayers-Roods v. Machado, CAND No. 22-cv-03092-EJD), Ms. Machado, also copied on this correspondence."*

You, your cohorts and all those that you copied in the above referenced email are kindly advised that your so called "TRIBAL COURT" orders issued by the prior referenced kangaroo court are void for fraud, Breach of Trust [see Cal. Civil Code 1689(b)(1)] as are the Power of Attorney claimed by you and your partners which includes the alleged Medical power of attorney for Ann-Marie [Sayers]. The reasons for this will be self-evident on reading the attached Affidavits, Witness Statements, Rescissions etc.

Whilst unimportant to this issues at hand, it is noted that in prior communications and documents that were filed by you and your cohorts in to the "U.S. District Court" it was repeatedly stated that I was not of native American ancestry. Please be advised, that i am, in fact, a native American from the chumash santa ynez mission Indians. It is noted that Cary Lee Peterson who set up the so called "TRIBAL COURT" and those that you illegitimately appointed to take over your mothers affairs are in fact NOT native American.

Please govern yourselves accordingly,

Sincerely,

Marlene-Rita, House of Machado


~~~~~~~

8/5/22, 5:27 PM                    Roundcube Webmail :: Response to putative Arrest Warrant and Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR…

Case 5:22-cv-03002-EJD Document 47 Filed 08/05/22 Page 3 of 5

KANGAROO COURT:

"the name that is given to an unauthorised court that is set up without legal power and authority that takes the law into its own hands."

Attachments:

Notice_of_Rescission_of_Medical_Power_of_Attorney_for_Fraud_to_Kanyon_email_addresses.PDF
Affidavit by Witnesses concerning Testimony and Intent of Ann-Marie [Sayers] recorded on March 30, A. D. 2022.PDF
Limited_Medical_Power_of_Attorney_from_Ann_Marie_Sayers_to_Marlene.PDF
Updated_Criminal_Claim_with_verified_Affidavit_in_Support_&_Lawful_Direction (7.20.22)_compressed.PDF

~~~~~~~~~~~~~~~~~~~~~~~~~
Excerpt from attached cover letter follows:

### Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR HEALTHCARE, ET SEQ. executed by Ann-Marie [House of Sayers] on March 21, A.D. 2022, is null and void for cause of Fraud.

**From:**     **Marlene-Rita** [Machado], in esse
              1 Indian Canyon Road (private land),
              Indian Canyon [near: CA 95024]
              Hollister (24), California, u. S of A.

Service by **email** and **CERTIFIED MAIL®**

**To:**       **Kanyon Sayers-Roods**
              1 Indian Canyon Road
              Hollister, California 95023
              Costanoan.Org – (Legal Affairs)" <legal@costanoan.org>
              "Kanyon Sayers-Roods" <ksr@costanoan.org>

**Date:** August 3, A. D. 2022.

### Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR HEALTHCARE, ET SEQ. executed by Ann-Marie [House of Sayers] on March 21, A.D. 2022, is null and void for cause of Fraud.

Dear **Kanyon Sayers-Roods** (hereinafter "Kanyon"), et. al.;

Annexed hereto, is the March 30, A. D. 2022 testimony of Ann Marie [Sayers], in which she affirmed her will and intent concerning her appointment for Medical Power of Attorney to Marlene-Rita [Machado] (hereinafter the Undersigned).

8/5/22, 5:27 PM    Roundcube Webmail :: Response to putative arrest Warrant and Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR…

Case 5:22-cv-03003-EJD  Document 47  Filed 08/05/22  Page 4 of 5

Please see annexed documents: **Limited Medical Power of Attorney from Ann Marie Sayers to Marlene** and **Affidavit by Witnesses concerning Testimony and Intent of Ann-Marie [Sayers] recorded on March 30, A. D. 2022**.

Enc(s). two: **Limited Medical Power of Attorney from Ann Marie Sayers to Marlene** and **Affidavit by Witnesses concerning Testimony and Intent of Ann-Marie [Sayers] recorded on March 30, A. D. 2022….. (see attached attachments for the complete document)…**

   c.c.     Gilroy Health Care and Rehabilitation Center
             Attention: **Nelson Rubio**, d.b.a. Director
             c/o 8170 Murray Ave. [near: CA 95020]
             Gilroy (20), California, u. S. of A
             Phone: (408) 842-9311
             Fax: (408) 842-5439

             **Cary Lee Peterson**, LL. D.
             c/o 1 Indian Canyon Road [near: CA 95023]
             Hollister (23), California, u. S. of A

             Charles F. Heinz, Jr.
             P. O. Box 32122 [near: CA 95152]
             San Jose (52), California, u. S. of A.

             **"SAN BENITO COUNTY"**, municipal corporation, Sheriff's Office**,**
             c/o **Eric Taylor**, d.b.a. "SAN BENITO COUNTY SHERIFF"
             2301 Technology Parkway [near: CA 95023]
             Hollister (23), California, u. S. of A.

             SAN BENITO COUNTY municipal corporation, SAN BENITO DISTRICT ATTORNEY,
             Attn.: Joel Buckingham Deputy D.A., Candice Hooper, District Attorney,
             c/o 419 4th St. [near: CA 95023-3801],
             Hollister (23), California, u. S. of A.

             SAN BENITO COUNTY municipal corporation, County Counsel,
             c/o of Barbara Thompson, legal@cosb.us
             and Gabriel Orozco, GAOrozco@cosb.us,
             c/o 419 4th St., [Near: CA 95023-3801]
             Hollister, California state republic, u. S. of A.

             SAN BENITO COUNTY municipal corporation, Board of Supervisors,
             c/o County Administration Bldg.
             481 4th St, 1st Floor
             [Near: CA 95023-3801]
             Hollister, California state republic, u. S. of A
             Jennifer Frechette, Clerk of the Board or
             Vanessa Delgado, Assistant Board Clerk.
             supervisors@cosb.us, vdelgado@cosb.us

Recipients previously copied by the Cary Peterson kangaroo court, styled as a "TRIBAL COURT" which email was Sent: Fri, Jul 29, 2022 at 10:31 PM, ref: Subject: **Copy of Service to Defendant Marlene Machado** (Sayers-Roods v. Machado,

8/5/22, 5:27 PM   Roundcube Webmail :: Response to putative Arrest Warrant and Notice of Rescission of "DURABLE POWER OF ATTORNEY FOR…

Case 5:22-cv-03092-EJD Document 47 Filed 08/05/22 Page 5 of 5

CAND No. 22-cv-03092-EJD), Ms. Machado, also copied on this correspondence.

From: "Peterson, Cary (Costanoan.Org - Legal Affairs)" <legal@costanoan.org>
To: "BLKKAMARO" <BLKKAMARO@yahoo.com>
Cc: "Kanyon Sayers-Roods" <ksr@costanoan.org>, "Chere Robinson" <Chere_Robinson@cand.uscourts.gov>, "Merri Lopezkeifer" <merri.lopezkeifer@doj.ca.gov>, "As-ia Foia" <as-ia_foia@bia.gov>, "Foia" <foia@bia.gov>, "FOIA" <FOIA@doioig.gov>, "Info" <info@police.hollister.ca.gov>, "Info" <info@sbcsheriff.org>, "Lorenz, Christopher L" <christopher.lorenz@bia.gov>, "lkuck@costanoan.org" <lkuck@costanoan.org>, "Daine Roswess" <Daine@fastguardservice.com>, "Barbara Thompson" <BThompson@cosb.us>, "Chooper" <chooper@cosb.us>, "Gbarton" <gbarton@cosb.us>, "Vicasada" <vicasada@cosb.us>, "Elizabeth Jackson" <elizabeth.jackson@bia.gov>, "Jesse Abernathy" <jesse.abernathy@bia.gov>, "Viola Brooks" <viola.brooks@bia.gov>, "Jessie Durham" <jessie.durham@bia.gov>, "Rdintaman" <rdintaman@gmail.com>, "isharma@costanoan.org" <isharma@costanoan.org>, "Aliu" aliu@rpflegal.com

**Previously copied on Criminal complaint mailed July 20, A.D. 2022:**

U.S. Attorney Carpenito,
as successor to Philip R. Sellinger,
U.S. Attorney for New Jersey
970 Broad Street, 7th Floor [near: NJ 07102]
Newark (02), New Jersey, u. S. of A.
Main number: 973-645-2700
FAX: 973-645-2702

F.B.I. agent, Gregory W. Ehrie based in Newark,
Claremont Tower
11 Centre Place [near: NJ 07102]
Newark (02), New Jersey, u. S. of A.
Main: (973) 792-3000

F.B.I. San Francisco Office
Attention John F. Bennett or successor
450 Golden Gate Avenue, 13th Floor [near: CA 94102-9523]
San Francisco (02), California state republic, u. S. of A.
(415) 553-7400

Edward J. Davila d.b.a. United States District Judge, Edward J. Davila
Office of the Clerk, United States District Court
280 South 1st Street, Room 2112 [near: CA 95113]
San Jose (13), California, u. S. of A.

Richard G. Seeborg [SBC # 102221], in esse,
d.b.a. "CHIEF DISTRICT JUDGE"
"UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA"
c/o 280 S 1st Street [near: CA 95113]
San Jose (13), California, u. S. of A.