UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS, POWER-OF-ATTORNEY FOR ANN-MARIE SAYERS OF THE COSTANOAN INDIANS OF INDIAN CANYON;<br><br>KANYON SAYERS-ROODS (IN AN INDIVIDUAL CAPACITY)<br><br>Plaintiff(s)<br><br>-vs-<br><br>MARLENE RITA MACHADO<br><br>Defendant | C.A. No. 22-CV-03092<br><br><br>PLAINTIFF'S AFFIDAVIT IN SUPPORT OF SUBPOENA DUCES TECUM |

## AFFIDAVIT

I, KANYON SAYERS-ROODS, a member of the Chualar-Costanoan Tribal Band of Indian Canyon, California, residing in San Jose, in Santa Clara County, California, MAKE UNSWORN OATH AND SAY THAT:

1. I declare that I am filing Subpoena Duces Tecum for pertinent records from the California Highway Patrol because I want to authenticate assertions, administrative orders, claims, or particular interest, made by one or more California Highway Patrol officers, whereby resulted in the San Benito County District Attorney, San Benito County Counsel San Benito County Sheriff, San Benito County Commissioner, California State Attorney General (Office of Indian Affairs), California Highway Patrol, Department of the Interior, or adjuncts or non-judicial employees at the U.S. District Court, to ignore, defy, or unlawfully repeal, U.S.D.J. Davila's order [D.I.. 38], concerning my tribal court's jurisdiction, and tribal nation's sovereignty on powers of self-governing and immunity under 25 U.S.C. 1301 (CHP telling my tribal police that court orders from Federal and Tribal courts 'were fake', and that they did not have to abide by them).

2. I declare that Doc. Nos. 40 and 44 are judicial orders issued by the Costanoan Tribal Court by Tribal Council's elected Chief Justice, Mr. Cary Peterson, who as well serves as my tribal community Chief Counsel and Chief Advisor. Therefore, Mr. Peterson has authority to issue and enforce orders of Costanoan-Chualar Tribal Community's tribal court which affect tribal affairs within Indian Canyon, *Indian Canyon Road* (an Indian reservation road. See *McDonald v. Means* (9th Cir. 2002).) [see "Exhibit A" hereunto], Tribal Council or Tribal Counrt officials serving in an official capacity, and tribal members. In addition, I understand this tribal court under 25. U.S.C. 1301 to be known to this court per declaration of order made by U.S.D.J. Davila [D.I. 38.

3. I declare that my subpoena filed with this court is solely for the purpose of authenticating administrative claims, declarations, or statements that have/would affect the result of the instant case.

[CERTIFICATION.]

4. On this 3rd day of August, 2022, I, Kanyon Sayers-Roods, a tribal member and President of the Costanoan Indian Tribal Community of Indian Canyon (*Chualar-Costanoan Indians*), declare and submiting as true and correct, under penalty of perjury and in lieu of oath pursuant to 28 U.S.C. 1746, submitting this Affidavit to the Clerk of Court, and serving notice of this legal action to parties of this civil action.

s/ Kanyon Sayers-Roods

(Signature)

KANYON SAYERS-ROODS

# EXHIBIT A

Map of Indian Canyon Road
(Shows Indian Country 'Warning Signs')

