*Sayers-Roods v. Machado,* August 19, 2022 - Plaintiff's Motion to Compel Subpoena Witness (B.T.)

# EXHIBIT C

Affidavit of Costanoan Tribal Government Police Officer Gonzalez (Aug 21, 2022)

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANYON SAYERS-ROODS, ET AL.<br><br>Plaintiff<br><br>-vs-<br><br>MARLENE RITA MACHADO<br><br>Defendant | Case No. 22-CV-03092-EJD |

**AFFIDAVIT OF TRIBAL POLICE OFFICER (GONZALEZ)**

I, ISAAC GONZALEZ, of COSTANOAN-CHUALAR INDIAN TRIBAL COMMUNITY OF INDIAN CANYON, in Indian Canyon, California, MAKE UNSWORN OATH AND SAY THAT:

1. I declare that on or about July 28, 2022, I was hired as a private security for Costanoan-Chualar Indian Tribal Community of Indian Canyon ("Tribe"), via a subcontractor agreement I have with Fast Guard Service, who Tribe hired to serve as tribal government police that patrol the Indian reservation and Indian Canyon Road.

2. I declare that all statements provided in "EXHIBIT A" (hereto this Affidavit) are factual and true to the best of my knowledge.

3. On this 21st day of August, 2022, I, Isaac Gonzalez, in an official capacity on behalf of Tribe, declare and submit the foregoing as true and correct, under penalty of perjury and in lieu of oath under 28 U.S.C. 1746.

*Isaac Gonzalez*
(Signature)

ISAAC GONZALEZ

Sayers-Roods v. Machado

# EXHIBIT A

Exhibit in Support of Gonzalez Affidavit

# 07/29/22 10:08 pm Marlene Machado tried entering reservation and was…



| | |
|---|---|
| **From** | Isaac Gonzalez <gonzalezisaac89@icloud.com> |
| **To** | <kanyon@kanyonkonsulting.com>, <president@costanoan.org> |
| **Date** | 2022-08-16 21:03 |

07/29/22 10:08 pm Marlene Machado tried entering reservation and was notified she is no longer welcomed on property. Machado drove off and called CHP.

07/30/22 12:14 am CHP showed up and confronted Isaac(Security Guard) and told him that they have jurisdiction because it's a road in California. This road is right in front of cow guard. They then spoke to both Isaac and Lee and instructed that they will be escorting Marlene Machado into the reservation to her trailer and that we are not allowed to stop them even though Lee had showed them the paperwork he was given that night.

7/30/22 1:09 am CHP let Marlene Machado in reservation and drove off.

7/30/22 07:31 am Marlene Machado was told by Isaac(Securtiy Guard) she is trespassing and needs to leave the reservation. Photo is also taken of her by RV.

7/30/22 09:05 am Marlene Machado is seen leaving the reservation and photo is taken.

7/30/22 09:28 am Marlene Machado drives back into reservation and photo is taken by cattle guard.

7/30/22 09:49 am Marlene Machado leaves reservation. Photo is taken

7/30/22 12:46 pm Marlene Machado drives back onto reservation. Photo is taken.

7/30/22 01:38 pm Marlene Machado is seen leaving reservation. Photo is taken.

07/30/22 04:31 pm Marlene Machado is spotted by RV trailer. Isaac(Security Guard) was on Bathroom break so Machado was not seen entering. Photo is taken

7/30/22 05:50 pm Marlene Machado is seen leaving reservation. Photo is taken.

7/30/22 08:47 pm Marlene Machado drives back into reservation. Photo is taken.

7/30/22 09:10 pm Marlene is seen leaving reservation. Photo is taken.

7/31/22 07:37 am Marlene is spotted by RV trailer. Photo of her entering was not taken because of technical issues with phone. Photo is taken of her by RV.

7/31/22 08:54 am Marlene Machado is seen leaving reservation. Photo is taken.

7/31/22 10:39 am Marlene Machado drives back onto reservation while escorting 2 trucks onto

land. Both not on the schedule. Photo is taken.

7/31/22 01:27 pm Marlene Machado is seen leaving reservation. Photo is taken.

7/31/22 05:04 pm Marlene Machado is spotted by RV trailer. Photo taken.

7/31/22 07:32 pm Marlene is driving up and down reservation trying to block road and is confronted by Isaac(Security Guard). Marlene Machado is then told she is not welcome on the reservation and is trespassing. Marlene is told to move from the road and she proceeded to start filming and taking pictures of Isaac(Security Guard).

Sent from my iPhone

# Signature Certificate

Reference number: CBU5S-WSKPP-HZC5G-N9DIX

| Signer | Timestamp | Signature |
|---|---|---|
| **Isaac Gonzalez**<br>Email: gonzalezisaac89@icloud.com | | |
| Sent: | 21 Aug 2022 22:38:42 UTC | *Isaac Gonzalez* |
| Viewed: | 22 Aug 2022 01:18:32 UTC | |
| Signed: | 22 Aug 2022 01:18:58 UTC | |
| **Recipient Verification:** | | |
| ✔ Email verified | 22 Aug 2022 01:18:32 UTC | IP address: 174.193.203.34<br>Location: Los Angeles, United States |

Document completed by all parties on:
22 Aug 2022 01:18:58 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

